# EXHIBIT "2"

US0D1091236S

(12) **United States Design Patent**
Lerman et al.

(10) Patent No.: **US D1,091,236 S**
(45) Date of Patent: ✷✷ **Sep. 2, 2025**

(54) **COLLECTION TRAY FOR A DRINK MAKER**

(71) Applicant: **SharkNinja Operating LLC**, Needham, MA (US)

(72) Inventors: **Michael Lerman**, Providence, RI (US); **Macrae Benziger**, Dedham, MA (US); **Alexander Mularski**, Auburn, MA (US); **Ryan Michienzi**, Cumberland, RI (US); **Vipul Mone**, Brighton, MA (US)

(73) Assignee: **SharkNinja Operating LLC**, Needham, MA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/987,972**

(22) Filed: **Jan. 28, 2025**

**Related U.S. Application Data**

(63) Continuation of application No. 18/415,817, filed on Jan. 18, 2024.

(51) **LOC (15) Cl.** ............................................... **07-06**
(52) **U.S. Cl.**
USPC ........................................................ **D7/397**
(58) **Field of Classification Search**
USPC ........ D7/300, 302, 306, 307, 308, 309, 310, D7/311, 312, 313, 314, 315, 316, 317, D7/318, 319, 321, 387, 396.1, 397, 399, D7/400, 401, 550.1
CPC .. A47G 2019/122; A47G 19/14; A47G 19/12; A47J 31/02; A47J 31/057; A47J 31/043; A47J 31/053; A47J 31/0573; A47J 31/44; A47J 31/40; B67D 1/06; B67D 3/0009; B67D 3/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,685,189 A | 9/1928 | Cover |
| 1,818,896 A | 8/1931 | Kohr |
| 1,896,081 A | 2/1933 | Hampson |
| 1,953,766 A | 4/1934 | McMath et al. |
| 2,134,261 A | 10/1938 | Oswell et al. |
| 2,136,224 A | 11/1938 | Weinreich |
| 2,141,045 A | 12/1938 | Ruttiman |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2681650 Y | 3/2005 |
| CN | 101035719 B | 9/2010 |

(Continued)

OTHER PUBLICATIONS

Ninja Slushi Review YouTube, youtube.com, First available date Sep. 16, 2024. Retrieved from the internet Jun. 9, 2025<https://www.youtube.com/watch?v=bRY9ySx1aHg (Year: 2024).*

(Continued)

*Primary Examiner* — Joseph Kukella
*Assistant Examiner* — Darryl J Dardenne
(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **CLAIM**

The ornamental design for a collection tray for a drink maker, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a collection tray for a drink maker showing our new design;
FIG. **2** is a bottom perspective view thereof; and,
FIG. **3** is a front elevation view thereof.
The dashed broken lines in the figures illustrate portions of the collection tray for a drink maker that form no part of the claimed design. Views of the collection tray for a drink maker that are not shown in the figures form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**US D1,091,236 S**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,188,551 | A | 1/1940 | Kaltenbach et al. |
| 2,316,165 | A | 4/1943 | Howser |
| 2,352,232 | A | 6/1944 | Strauss |
| 2,411,081 | A | 11/1946 | Carothers |
| 2,541,814 | A | 2/1951 | Gaddini |
| 2,896,421 | A | 7/1959 | Rader |
| 2,972,239 | A | 2/1961 | Vasby |
| 3,155,053 | A | 11/1964 | De Vito et al. |
| 3,191,398 | A | 6/1965 | Rader |
| 3,228,203 | A | 1/1966 | Swenson |
| D204,521 | S * | 4/1966 | Kelley, Jr. .................. D7/619.1 |
| 3,292,911 | A | 12/1966 | Paul |
| 3,300,094 | A | 1/1967 | Rockola |
| D207,031 | S * | 2/1967 | Jerore ........................... D15/89 |
| 3,319,436 | A | 5/1967 | Wilch |
| 3,400,551 | A | 9/1968 | Booth et al. |
| 3,460,716 | A | 8/1969 | Thomas |
| 3,460,717 | A | 8/1969 | Thomas |
| 3,465,540 | A | 9/1969 | Carpigiani |
| 3,632,245 | A | 1/1972 | Getman |
| 3,939,667 | A | 2/1976 | Halverson |
| 3,988,902 | A | 11/1976 | Jacobs |
| 4,084,407 | A | 4/1978 | Anhalt |
| 4,157,017 | A | 6/1979 | Reid |
| 4,162,127 | A | 7/1979 | Wakeman et al. |
| 4,241,590 | A | 12/1980 | Martineau |
| 4,245,680 | A | 1/1981 | Greenfield, Jr. et al. |
| 4,275,567 | A | 6/1981 | Schwitters |
| 4,394,938 | A | 7/1983 | Frassanito |
| 4,429,549 | A | 2/1984 | Randolphi |
| 4,476,146 | A | 10/1984 | Manfroni |
| 4,487,024 | A | 12/1984 | Fletcher et al. |
| 4,528,824 | A | 7/1985 | Herbert |
| 4,637,221 | A | 1/1987 | Levine |
| 4,681,030 | A | 7/1987 | Herbert |
| 4,681,458 | A | 7/1987 | Cavalli |
| 4,698,984 | A | 10/1987 | Manfroni |
| 4,711,374 | A | 12/1987 | Gaunt et al. |
| 4,725,008 | A | 2/1988 | Rebordosa et al. |
| 4,736,513 | A | 4/1988 | Williams |
| 4,740,088 | A | 4/1988 | Kelly, Jr. |
| 4,906,486 | A | 3/1990 | Young |
| 4,964,542 | A | 10/1990 | Smith |
| 5,020,698 | A | 6/1991 | Crossley |
| 5,158,506 | A | 10/1992 | Kusano et al. |
| 5,205,129 | A | 4/1993 | Wright et al. |
| 5,212,954 | A | 5/1993 | Black et al. |
| 5,363,746 | A | 11/1994 | Gordon |
| 5,389,209 | A | 2/1995 | Paquette |
| 5,419,150 | A | 5/1995 | Kaiser et al. |
| 5,463,878 | A | 11/1995 | Parekh et al. |
| 5,524,451 | A | 6/1996 | Tippmann |
| 5,603,229 | A | 2/1997 | Cocchi et al. |
| 5,644,926 | A | 7/1997 | Kress |
| D384,244 | S * | 9/1997 | Hensarling .................. D7/397 |
| D386,943 | S * | 12/1997 | Demore ...................... D23/209 |
| 5,692,392 | A | 12/1997 | Swier |
| 5,706,720 | A | 1/1998 | Goch et al. |
| 5,735,602 | A | 4/1998 | Salvatore |
| 5,788,370 | A | 8/1998 | Pedrazzi |
| 5,799,726 | A | 9/1998 | Frank |
| 5,906,105 | A | 5/1999 | Ugolini |
| 5,967,226 | A | 10/1999 | Choi |
| 6,010,031 | A | 1/2000 | Estruch |
| 6,055,900 | A | 5/2000 | Bunn |
| 6,058,721 | A | 5/2000 | Midden et al. |
| 6,070,417 | A | 6/2000 | Benson |
| 6,082,123 | A | 7/2000 | Johnson |
| 6,119,472 | A | 9/2000 | Ross |
| 6,176,090 | B1 | 1/2001 | Ufema |
| 6,182,862 | B1 | 2/2001 | McGill |
| 6,220,047 | B1 | 4/2001 | Vogel et al. |
| 6,253,573 | B1 | 7/2001 | Schwitters et al. |
| 6,264,066 | B1 | 7/2001 | Vincent et al. |
| 6,301,918 | B1 | 10/2001 | Quartarone et al. |
| 6,370,892 | B1 | 4/2002 | Ross |
| 6,438,987 | B1 | 8/2002 | Pahl |
| 6,490,872 | B1 | 12/2002 | Beck et al. |
| 6,513,578 | B2 | 2/2003 | Frank |
| 6,546,843 | B2 | 4/2003 | Ugolini |
| 6,553,779 | B1 | 4/2003 | Boyer et al. |
| 6,619,056 | B2 | 9/2003 | Midden et al. |
| 6,622,511 | B2 | 9/2003 | Ashworth et al. |
| 6,637,214 | B1 | 10/2003 | Leitzke et al. |
| 6,679,314 | B2 | 1/2004 | Frank |
| 6,694,752 | B2 | 2/2004 | Nomura et al. |
| 6,735,967 | B1 | 5/2004 | Bischel et al. |
| 6,761,036 | B2 | 7/2004 | Teague et al. |
| 6,766,650 | B2 | 7/2004 | Cunha et al. |
| 6,772,675 | B2 | 8/2004 | Ervin |
| 6,817,749 | B2 | 11/2004 | Saunders et al. |
| 6,830,239 | B1 | 12/2004 | Weber et al. |
| D501,760 | S * | 2/2005 | Bukowski ................... D7/550.1 |
| 6,863,916 | B2 | 3/2005 | Henriksen et al. |
| 6,907,743 | B2 | 6/2005 | Cocchi et al. |
| 6,918,258 | B2 | 7/2005 | Cunha et al. |
| 6,923,010 | B2 | 8/2005 | Small et al. |
| 6,932,503 | B2 | 8/2005 | Fallowes |
| 6,948,327 | B2 | 9/2005 | Bischel et al. |
| 7,028,607 | B2 | 4/2006 | Zweben |
| 7,047,758 | B2 | 5/2006 | Ross |
| 7,100,392 | B2 | 9/2006 | Cortese |
| 7,152,765 | B1 | 12/2006 | Midden et al. |
| 7,165,699 | B2 | 1/2007 | McGill |
| D542,088 | S * | 5/2007 | Albrecht ..................... D7/400 |
| 7,213,965 | B2 | 5/2007 | Daniels, Jr. |
| 7,264,187 | B1 | 9/2007 | Kolar |
| 7,269,960 | B2 | 9/2007 | Elsom et al. |
| 7,270,473 | B2 | 9/2007 | Donthnier et al. |
| 7,275,666 | B2 | 10/2007 | Rukavina et al. |
| 7,278,276 | B2 | 10/2007 | Boyer et al. |
| 7,278,555 | B2 | 10/2007 | McGill |
| D560,430 | S * | 1/2008 | Albrecht ..................... D7/400 |
| 7,451,613 | B2 | 11/2008 | Barraclough et al. |
| 7,543,717 | B2 | 6/2009 | Hinkle |
| 7,587,972 | B2 | 9/2009 | Katz et al. |
| 7,603,870 | B2 | 10/2009 | Mavridis et al. |
| 7,647,782 | B2 | 1/2010 | Bucceri |
| 7,648,264 | B2 | 1/2010 | Breviere et al. |
| 7,698,899 | B2 | 4/2010 | Lewitus et al. |
| 7,712,321 | B2 | 5/2010 | Kadyk |
| 7,726,136 | B2 | 6/2010 | Baxter et al. |
| D630,471 | S * | 1/2011 | Wang ......................... D7/397 |
| 7,870,749 | B2 | 1/2011 | Franck et al. |
| 7,908,871 | B2 | 3/2011 | Baxter et al. |
| 7,942,094 | B2 | 5/2011 | Kounlavong et al. |
| D644,063 | S * | 8/2011 | Voron ......................... D7/397 |
| 8,016,168 | B2 | 9/2011 | Goulet |
| 8,123,075 | B2 | 2/2012 | Kadyk |
| D657,189 | S * | 4/2012 | Lewis ......................... D7/397 |
| 8,157,435 | B2 | 4/2012 | Pryor, Jr. |
| 8,297,182 | B2 | 10/2012 | Cocchi et al. |
| 8,323,015 | B2 | 12/2012 | Day et al. |
| 8,434,319 | B2 | 5/2013 | Klier et al. |
| 8,459,043 | B2 | 6/2013 | Bertone |
| 8,479,532 | B2 | 7/2013 | Cocchi et al. |
| 8,485,393 | B2 | 7/2013 | Van Zeeland |
| 8,561,839 | B2 | 10/2013 | Cocchi et al. |
| 8,572,998 | B2 | 11/2013 | Cocchi et al. |
| 8,584,897 | B2 | 11/2013 | Belcham |
| 8,591,097 | B2 | 11/2013 | Cocchi et al. |
| 8,616,250 | B2 | 12/2013 | Herbert |
| 8,685,477 | B2 | 4/2014 | Almblad et al. |
| 8,701,435 | B2 | 4/2014 | Gist et al. |
| 8,769,973 | B2 | 7/2014 | Leaver et al. |
| 8,770,093 | B2 | 7/2014 | Cahen et al. |
| 8,876,366 | B2 | 11/2014 | Saubert |
| 8,887,522 | B2 | 11/2014 | Grampassi |
| 8,899,063 | B2 | 12/2014 | Ugolini |
| 8,998,037 | B2 | 4/2015 | Cahen et al. |
| 9,016,077 | B2 | 4/2015 | Cho et al. |
| 9,066,529 | B2 | 6/2015 | Fassberg et al. |
| 9,089,821 | B2 | 7/2015 | Seidler et al. |
| 9,127,881 | B2 | 9/2015 | Anderson et al. |

## US D1,091,236 S
Page 3

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,131,709 | B2 | 9/2015 | Hammonds et al. |
| 9,198,536 | B2 | 12/2015 | Lardelli et al. |
| 9,233,829 | B2 | 1/2016 | Grampassi |
| 9,301,537 | B2 | 4/2016 | Cocchi et al. |
| 9,314,043 | B2 | 4/2016 | Grampassi |
| 9,326,529 | B2 | 5/2016 | Sipp et al. |
| 9,326,530 | B2 | 5/2016 | Ugolini |
| 9,326,531 | B1 | 5/2016 | Reich et al. |
| 9,328,948 | B2 | 5/2016 | Billman et al. |
| 9,364,114 | B2 | 6/2016 | Claesson et al. |
| 9,398,774 | B2 | 7/2016 | Grampassi |
| 9,402,408 | B2 | 8/2016 | Cocchi et al. |
| 9,420,915 | B2 | 8/2016 | Dickson, Jr. et al. |
| 9,457,386 | B2 | 10/2016 | Gates et al. |
| 9,462,826 | B2 | 10/2016 | Cocchi et al. |
| 9,528,740 | B1 | 12/2016 | Gist et al. |
| 9,565,868 | B2 | 2/2017 | D'Agostino |
| 9,591,871 | B2 | 3/2017 | Ugolini |
| 9,648,896 | B2 | 5/2017 | Ugolini |
| 9,656,227 | B2 | 5/2017 | Paget |
| 9,681,778 | B2 | 6/2017 | Pendleton et al. |
| 9,723,857 | B2 | 8/2017 | Endo et al. |
| 9,725,228 | B2 | 8/2017 | Py et al. |
| 9,763,462 | B2 | 9/2017 | He et al. |
| 9,765,891 | B2 | 9/2017 | Bischel |
| 9,833,109 | B2 | 12/2017 | Farrell et al. |
| 9,845,982 | B2 | 12/2017 | Knatt |
| 9,854,820 | B2 | 1/2018 | Cocchi et al. |
| 9,867,387 | B2 | 1/2018 | Davis et al. |
| 9,894,912 | B2 | 2/2018 | Jacobsen et al. |
| 9,895,028 | B2 | 2/2018 | Gerard et al. |
| 9,986,748 | B2 | 6/2018 | Lazzarini et al. |
| 9,993,016 | B1 | 6/2018 | Dyer |
| 10,004,250 | B2 | 6/2018 | Ugolini |
| 10,039,297 | B2 | 8/2018 | Grampassi |
| 10,039,298 | B2 | 8/2018 | Noth et al. |
| 10,094,607 | B2 | 10/2018 | Broadbent |
| 10,123,551 | B2 | 11/2018 | Beth Halachmi |
| 10,137,032 | B2 | 11/2018 | Williamson et al. |
| 10,151,523 | B2 | 12/2018 | Sadot et al. |
| 10,159,270 | B2 | 12/2018 | Cocchi et al. |
| 10,238,129 | B2 | 3/2019 | Cocchi et al. |
| 10,306,905 | B2 | 6/2019 | Cocchi |
| 10,306,906 | B2 | 6/2019 | Elsom et al. |
| 10,321,700 | B2 | 6/2019 | Cocchi et al. |
| 10,327,455 | B2 | 6/2019 | Gates |
| 10,334,868 | B2 | 7/2019 | Fonte |
| 10,357,131 | B2 | 7/2019 | Dickson, Jr. et al. |
| 10,375,973 | B2 | 8/2019 | Noth et al. |
| 10,405,562 | B2 | 9/2019 | Cocchi et al. |
| 10,463,059 | B2 | 11/2019 | Bush |
| 10,477,878 | B2 | 11/2019 | Cocchi et al. |
| 10,492,513 | B1 | 12/2019 | Sullivan |
| 10,548,336 | B2 | 2/2020 | Tuchrelo et al. |
| 10,555,545 | B2 | 2/2020 | Bischel |
| 10,570,897 | B2 | 2/2020 | Cocchi et al. |
| 10,571,041 | B2 | 2/2020 | Bischel |
| 10,588,330 | B2 | 3/2020 | Cocchi et al. |
| 10,624,364 | B2 | 4/2020 | Cocchi et al. |
| 10,638,774 | B2 | 5/2020 | Grampassi |
| 10,645,947 | B2 | 5/2020 | Versteeg et al. |
| 10,660,348 | B2 | 5/2020 | Cheung |
| 10,660,349 | B2 | 5/2020 | Cocchi et al. |
| D887,217 | S | * | 6/2020 | Dubbelman .................. D7/354 |
| 10,674,743 | B2 | 6/2020 | Ugolini |
| 10,674,744 | B2 | 6/2020 | Cocchi et al. |
| 10,712,063 | B2 | 7/2020 | Cobabe et al. |
| 10,712,087 | B2 | 7/2020 | Cui et al. |
| 10,712,094 | B2 | 7/2020 | Cocchi et al. |
| 10,721,944 | B2 | 7/2020 | Dong et al. |
| 10,736,336 | B2 | 8/2020 | Cocchi et al. |
| 10,736,337 | B2 | 8/2020 | Seiler et al. |
| 10,743,563 | B2 | 8/2020 | Mohammed et al. |
| 10,788,246 | B2 | 9/2020 | Frank et al. |
| 10,806,163 | B2 | 10/2020 | Dong et al. |
| 10,894,705 | B2 | 1/2021 | Cocchi et al. |
| 10,952,455 | B2 | 3/2021 | Cocchi et al. |
| 10,952,456 | B2 | 3/2021 | Cocchi et al. |
| 11,027,300 | B2 | 6/2021 | Crossdale et al. |
| 11,051,531 | B2 | 7/2021 | Cocchi et al. |
| 11,064,715 | B2 | 7/2021 | Herbert et al. |
| 11,118,841 | B2 | 9/2021 | Minard |
| 11,122,816 | B2 | 9/2021 | Yang et al. |
| 11,134,703 | B2 | 10/2021 | Cocchi et al. |
| 11,140,911 | B2 | 10/2021 | Cocchi et al. |
| 11,147,289 | B2 | 10/2021 | San Miguel et al. |
| 11,154,074 | B2 | 10/2021 | Greenberg et al. |
| 11,154,163 | B1 | 10/2021 | He et al. |
| 11,185,091 | B2 | 11/2021 | Koehl et al. |
| 11,187,443 | B2 | 11/2021 | Cocchi et al. |
| 11,213,046 | B2 | 1/2022 | Cocchi et al. |
| D945,221 | S | * | 3/2022 | Palles ........................ D7/554.3 |
| 11,278,040 | B2 | 3/2022 | Newton et al. |
| 11,291,218 | B2 | 4/2022 | Soffientini et al. |
| 11,337,549 | B2 | 5/2022 | Tuchrelo et al. |
| 11,344,045 | B2 | 5/2022 | Tuchrelo et al. |
| 11,399,552 | B2 | 8/2022 | Cocchi et al. |
| 11,406,119 | B2 | 8/2022 | Cocchi et al. |
| 11,412,757 | B2 | 8/2022 | Velez et al. |
| 11,412,884 | B2 | 8/2022 | Herbert et al. |
| D966,037 | S | | 10/2022 | Melkonian |
| 11,470,855 | B2 | 10/2022 | Fonte et al. |
| 11,484,042 | B2 | 11/2022 | Cocchi et al. |
| 11,490,635 | B2 | 11/2022 | Dong |
| 11,497,228 | B2 | 11/2022 | Wadle et al. |
| 11,503,841 | B2 | 11/2022 | Fonte et al. |
| 11,510,421 | B2 | 11/2022 | Yifrach |
| 11,519,650 | B2 | 12/2022 | Rupp |
| 11,528,922 | B2 | 12/2022 | Beth Halachmi |
| RE49,350 | E | 1/2023 | Barniol Gutierrez et al. |
| 11,540,533 | B2 | 1/2023 | Cocchi et al. |
| 11,571,006 | B2 | 2/2023 | Luca et al. |
| 11,576,398 | B2 | 2/2023 | Tassi et al. |
| 11,582,985 | B2 | 2/2023 | Cocchi et al. |
| 11,590,466 | B2 | 2/2023 | Charopoulos et al. |
| 11,627,747 | B2 | 4/2023 | Fonte et al. |
| 11,634,312 | B2 | 4/2023 | Fonte et al. |
| 11,643,321 | B2 | 5/2023 | Bush et al. |
| 11,696,589 | B2 | 7/2023 | Cocchi et al. |
| 11,751,582 | B2 | 9/2023 | Lazzarini et al. |
| 11,758,920 | B1 | 9/2023 | Frank et al. |
| 11,771,108 | B2 | 10/2023 | Lazzarini et al. |
| D1,004,373 | S | * | 11/2023 | Mastronardi ............... D7/550.1 |
| 11,805,789 | B2 | 11/2023 | Springer et al. |
| D1,012,632 | S | * | 1/2024 | Qian ...................... D7/700 |
| D1,025,701 | S | * | 5/2024 | Yin ........................ D7/700 |
| D1,043,242 | S | * | 9/2024 | Melkonian .............. D7/397 |
| D1,045,500 | S | * | 10/2024 | Melkonian .............. D7/397 |
| D1,050,789 | S | | 11/2024 | Wilkinson et al. |
| D1,067,718 | S | * | 3/2025 | Melkonian ................ D7/397 |
| D1,067,719 | S | * | 3/2025 | Melkonian ................ D7/397 |
| D1,067,720 | S | * | 3/2025 | Melkonian ................ D7/397 |
| 2001/0052239 | A1 | 12/2001 | Dorner |
| 2002/0162339 | A1 | 11/2002 | Harrison et al. |
| 2003/0000240 | A1 | 1/2003 | Pahl |
| 2003/0080644 | A1 | 5/2003 | Nelson et al. |
| 2003/0192325 | A1 | 10/2003 | Cocchi et al. |
| 2004/0187514 | A1 | 9/2004 | Franck et al. |
| 2004/0226305 | A1 | 11/2004 | Grampassi |
| 2006/0043088 | A1 | 3/2006 | Ancona et al. |
| 2006/0044935 | A1 | 3/2006 | Benelli et al. |
| 2006/0156754 | A1 | 7/2006 | Liu |
| 2006/0169147 | A1 | 8/2006 | Cocchi et al. |
| 2006/0169727 | A1 | 8/2006 | Cocchi et al. |
| 2006/0213903 | A1 | 9/2006 | Lin |
| 2007/0119867 | A1 | 5/2007 | Nakato et al. |
| 2007/0151101 | A1 | 7/2007 | Cocchi et al. |
| 2008/0073376 | A1 | 3/2008 | Gist et al. |
| 2008/0098765 | A1 | 5/2008 | Bond |
| 2008/0149655 | A1 | 6/2008 | Gist et al. |
| 2008/0282722 | A1 | 11/2008 | Edmonds et al. |
| 2009/0127295 | A1 | 5/2009 | Cocchi et al. |
| 2010/0050655 | A1 | 3/2010 | Bravo et al. |
| 2010/0116846 | A1 | 5/2010 | Cortese et al. |

## US D1,091,236 S

Page 4

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0147875 | A1 | 6/2010 | Santos et al. |
| 2010/0293965 | A1 | 11/2010 | Frank et al. |
| 2011/0101039 | A1 | 5/2011 | Cocchi et al. |
| 2011/0262600 | A1 | 10/2011 | McGill |
| 2012/0096876 | A1 | 4/2012 | Ravji et al. |
| 2012/0298690 | A1 | 11/2012 | Skobel et al. |
| 2012/0312049 | A1 | 12/2012 | Downs, III et al. |
| 2014/0209635 | A1 | 7/2014 | Gates et al. |
| 2014/0212566 | A1 | 7/2014 | Herbert et al. |
| 2014/0263415 | A1 | 9/2014 | San Miguel et al. |
| 2015/0191685 | A1 | 7/2015 | Kyle |
| 2015/0245636 | A1 | 9/2015 | Forrester, Jr. |
| 2015/0264959 | A1 | 9/2015 | Colwell et al. |
| 2016/0262422 | A1 | 9/2016 | Biglari et al. |
| 2017/0332658 | A1 | 11/2017 | Mitchell et al. |
| 2018/0184682 | A1 | 7/2018 | Bertone |
| 2018/0206519 | A1 | 7/2018 | Noth et al. |
| 2019/0056182 | A1 | 2/2019 | Bischel et al. |
| 2019/0070643 | A1 | 3/2019 | Wong et al. |
| 2019/0110496 | A1 | 4/2019 | Cocchi et al. |
| 2019/0124944 | A1 | 5/2019 | Caiano |
| 2019/0125122 | A1 | 5/2019 | Feola |
| 2019/0166873 | A1 | 6/2019 | Grampassi |
| 2019/0313664 | A1 | 10/2019 | Haas et al. |
| 2020/0107559 | A1 | 4/2020 | Deshpande et al. |
| 2020/0173697 | A1 | 6/2020 | Resnick |
| 2020/0288747 | A1 | 9/2020 | Greenberg et al. |
| 2020/0339407 | A1 | 10/2020 | Caiano |
| 2021/0000133 | A1 | 1/2021 | Meldrum et al. |
| 2021/0003549 | A1 | 1/2021 | Ino et al. |
| 2021/0022364 | A1 | 1/2021 | Meldrum et al. |
| 2021/0084930 | A1 | 3/2021 | Fonte |
| 2021/0152649 | A1 | 5/2021 | Ciepiel |
| 2021/0161182 | A1 | 6/2021 | Stoenescu et al. |
| 2021/0360979 | A1 | 11/2021 | Leb et al. |
| 2021/0368821 | A1 | 12/2021 | Tassi et al. |
| 2022/0030906 | A1 | 2/2022 | Springer et al. |
| 2022/0073336 | A1 | 3/2022 | Savioz |
| 2022/0087284 | A1 | 3/2022 | Savioz |
| 2022/0110339 | A1 | 4/2022 | Beth Halachmi et al. |
| 2022/0117255 | A1 | 4/2022 | Lazzarini et al. |
| 2022/0117256 | A1 | 4/2022 | Wang |
| 2022/0174978 | A1 | 6/2022 | Douer |
| 2022/0211072 | A1 | 7/2022 | Tran et al. |
| 2022/0225636 | A1 | 7/2022 | Minard et al. |
| 2022/0240533 | A1 | 8/2022 | Dees et al. |
| 2022/0273141 | A1 | 9/2022 | Atinaja |
| 2022/0295822 | A1 | 9/2022 | Lazzarini et al. |
| 2022/0394996 | A1 | 12/2022 | Lazzarini et al. |
| 2023/0000289 | A1 | 1/2023 | Kolar et al. |
| 2023/0038281 | A1 | 2/2023 | Gee, II et al. |
| 2023/0040750 | A1 | 2/2023 | Ciepiel et al. |
| 2023/0055322 | A1 | 2/2023 | Griffiths et al. |
| 2023/0074503 | A1 | 3/2023 | Kanellos et al. |
| 2023/0107530 | A1 | 4/2023 | Kadyk et al. |
| 2023/0180785 | A1 | 6/2023 | Feola |
| 2023/0292785 | A1 | 9/2023 | Collins et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101897379 | A | 12/2010 |
| CN | 102395280 | A | 3/2012 |
| CN | 1981590 | B | 7/2012 |
| CN | 101073373 | B | 9/2012 |
| CN | 102869269 | A | 1/2013 |
| CN | 101433257 | B | 3/2013 |
| CN | 202773994 | U | 3/2013 |
| CN | 101263838 | B | 6/2013 |
| CN | 101842022 | B | 5/2014 |
| CN | 102802432 | B | 9/2014 |
| CN | 104222447 | A | 12/2014 |
| CN | 102791142 | B | 2/2015 |
| CN | 103052324 | B | 2/2015 |
| CN | 104351455 | A | 2/2015 |
| CN | 104839419 | B | 8/2015 |

| | | | |
|---|---|---|---|
| CN | 103727718 | B | 5/2016 |
| CN | 104146140 | B | 6/2016 |
| CN | 105685363 | A | 6/2016 |
| CN | 105767441 | A | 7/2016 |
| CN | 105876067 | A | 8/2016 |
| CN | 104349681 | B | 12/2016 |
| CN | 106472801 | A | 3/2017 |
| CN | 106472802 | A | 3/2017 |
| CN | 103619187 | B | 5/2017 |
| CN | 103796562 | B | 5/2017 |
| CN | 106720895 | A | 5/2017 |
| CN | 106720899 | A | 5/2017 |
| CN | 103190521 | B | 6/2017 |
| CN | 106900971 | A | 6/2017 |
| CN | 106998739 | A | 8/2017 |
| CN | 105636681 | B | 2/2018 |
| CN | 105928284 | B | 3/2018 |
| CN | 108471774 | A | 8/2018 |
| CN | 108967640 | A | 12/2018 |
| CN | 109068679 | A | 12/2018 |
| CN | 109152386 | A | 1/2019 |
| CN | 109497252 | A | 3/2019 |
| CN | 106414294 | B | 8/2019 |
| CN | 110168296 | A | 8/2019 |
| CN | 105142417 | B | 10/2019 |
| CN | 105517448 | B | 11/2019 |
| CN | 110432373 | A | 11/2019 |
| CN | 110477182 | A | 11/2019 |
| CN | 104782875 | B | 12/2019 |
| CN | 105992518 | B | 12/2019 |
| CN | 110573023 | A | 12/2019 |
| CN | 110604206 | A | 12/2019 |
| CN | 104543313 | B | 3/2020 |
| CN | 111011572 | A | 4/2020 |
| CN | 111096388 | A | 5/2020 |
| CN | 111386045 | A | 7/2020 |
| CN | 111887338 | A | 11/2020 |
| CN | 111903828 | A | 11/2020 |
| CN | 111918557 | A | 11/2020 |
| CN | 111918558 | A | 11/2020 |
| CN | 112262910 | A | 1/2021 |
| CN | 105767440 | B | 3/2021 |
| CN | 105795089 | B | 3/2021 |
| CN | 111609640 | B | 5/2021 |
| CN | 106562677 | B | 6/2021 |
| CN | 112911941 | A | 6/2021 |
| CN | 105028886 | B | 7/2021 |
| CN | 105580972 | B | 7/2021 |
| CN | 109689530 | B | 9/2021 |
| CN | 214223471 | U | 9/2021 |
| CN | 106234750 | B | 10/2021 |
| CN | 107279447 | B | 10/2021 |
| CN | 113483505 | A | 10/2021 |
| CN | 214316889 | U | 10/2021 |
| CN | 113729494 | A | 12/2021 |
| CN | 113776227 | A | 12/2021 |
| CN | 215176200 | U | 12/2021 |
| CN | 113892544 | A | 1/2022 |
| CN | 113892551 | A | 1/2022 |
| CN | 113907172 | A | 1/2022 |
| CN | 113925109 | A | 1/2022 |
| CN | 216088684 | U | 3/2022 |
| CN | 108471775 | B | 5/2022 |
| CN | 114424796 | A | 5/2022 |
| CN | 114760847 | A | 7/2022 |
| CN | 114760848 | A | 7/2022 |
| CN | 216906702 | U | 7/2022 |
| CN | 114868828 | A | 8/2022 |
| CN | 114870688 | A | 8/2022 |
| CN | 115348822 | A | 11/2022 |
| CN | 115397250 | A | 11/2022 |
| CN | 108402274 | B | 12/2022 |
| CN | 218495421 | U | 2/2023 |
| CN | 109414034 | B | 3/2023 |
| CN | 109463523 | B | 3/2023 |
| CN | 107788200 | B | 6/2023 |
| CN | 109090329 | B | 6/2023 |
| CN | 110269127 | B | 7/2023 |
| CN | 116473154 | A | 7/2023 |

**US D1,091,236 S**

Page 5

(56)            **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 113892548 B | 8/2023 |
| CN | 113925107 B | 8/2023 |
| CN | 113892544 B | 9/2023 |
| CN | 113728208 B | 10/2023 |
| CN | 114009573 B | 10/2023 |
| CN | 114009574 B | 10/2023 |
| CN | 220287817 U | 1/2024 |
| CN | 308416570 S | 1/2024 |
| CN | 308422196 S | 1/2024 |
| CN | 117928143 A | 4/2024 |
| CN | 117958344 A | 5/2024 |
| CN | 221059481 U | 6/2024 |
| CN | 308671658 S | 6/2024 |
| CN | 118383446 A | 7/2024 |
| CN | 118383447 A | 7/2024 |
| CN | 118383448 A | 7/2024 |
| CN | 308729489 S | 7/2024 |
| CN | 118415268 A | 8/2024 |
| CN | 118442732 A | 8/2024 |
| CN | 118463436 A | 8/2024 |
| CN | 118489792 A | 8/2024 |
| CN | 118645963 A | 9/2024 |
| CN | 221881850 U | 10/2024 |
| CN | 118873002 A | 11/2024 |
| CN | 118912748 A | 11/2024 |
| CN | 118949740 A | 11/2024 |
| CN | 119097039 A | 12/2024 |
| CN | 119111683 A | 12/2024 |
| CN | 222278903 U | 12/2024 |
| CN | 119344398 A | 1/2025 |
| DE | 1981857 U | 3/1968 |
| DE | 102016219197 A1 | 4/2018 |
| EM | 000434533-0002 | 10/2003 |
| EM | 015041163-0001 | 11/2023 |
| EP | 0133844 A1 | 3/1985 |
| EP | 0250245 B1 | 3/1991 |
| EP | 0793535 B1 | 6/1999 |
| EP | 0861597 A3 | 11/1999 |
| EP | 0827480 B1 | 9/2002 |
| EP | 0876765 B1 | 10/2002 |
| EP | 0910269 B1 | 10/2002 |
| EP | 1132007 A3 | 9/2003 |
| EP | 0893070 B1 | 9/2005 |
| EP | 1808622 A1 | 7/2007 |
| EP | 1635682 B1 | 8/2007 |
| EP | 1787524 A3 | 11/2008 |
| EP | 1738652 B1 | 5/2009 |
| EP | 2266416 A1 | 12/2010 |
| EP | 2332450 A1 | 6/2011 |
| EP | 1980156 B1 | 6/2012 |
| EP | 2062481 B1 | 6/2012 |
| EP | 2342997 B1 | 6/2012 |
| EP | 2064957 B1 | 1/2013 |
| EP | 2446750 B1 | 1/2013 |
| EP | 2267340 B1 | 3/2014 |
| EP | 2508080 B1 | 5/2015 |
| EP | 2708169 B1 | 6/2015 |
| EP | 2680708 B1 | 1/2016 |
| EP | 2550869 B1 | 2/2017 |
| EP | 2805620 B1 | 2/2017 |
| EP | 2269469 B1 | 4/2017 |
| EP | 2277386 B1 | 4/2017 |
| EP | 2713765 B1 | 8/2017 |
| EP | 2653808 A3 | 1/2018 |
| EP | 2863777 B1 | 6/2018 |
| EP | 3348516 A1 | 7/2018 |
| EP | 3172970 B1 | 1/2019 |
| EP | 3399865 B1 | 7/2019 |
| EP | 3324804 B1 | 3/2020 |
| EP | 3245430 B1 | 5/2020 |
| EP | 3351113 B1 | 12/2020 |
| EP | 3340844 B1 | 10/2022 |
| EP | 3473950 B1 | 3/2023 |
| EP | 3519347 B1 | 3/2023 |
| EP | 3554252 B1 | 5/2023 |
| EP | 3793416 B1 | 5/2023 |
| EP | 3616528 B1 | 7/2023 |
| FR | 2574253 B1 | 2/1990 |
| FR | 2705550 A1 | 12/1994 |
| GB | 1183551 | 3/1970 |
| GB | 2444979 B | 6/2008 |
| JP | H11113498 A | 4/1999 |
| JP | D1303176 | 6/2007 |
| KR | 100214695 B1 | 8/1999 |
| WO | 0125673 A1 | 4/2001 |
| WO | 0197628 A1 | 12/2001 |
| WO | 2004054380 A1 | 7/2004 |
| WO | 2008001520 A1 | 1/2008 |
| WO | 2008119980 A1 | 10/2008 |
| WO | 2011081301 A2 | 7/2011 |
| WO | 2016069106 A1 | 5/2016 |
| WO | 2019057130 A1 | 3/2019 |
| WO | 2020191221 A1 | 9/2020 |
| WO | 2021250682 A1 | 12/2021 |
| WO | 2022205902 A1 | 10/2022 |
| WO | 2023042084 A1 | 3/2023 |
| WO | 2023091416 A3 | 5/2023 |
| WO | 2023131944 A1 | 7/2023 |

OTHER PUBLICATIONS

Ninja Slushi Machine, amazon.com, First available date Sep. 9, 2024. Retrieved from the internet Jun. 9, 2025<https://www.amazon. com/Ninja-Professional-Settings-Slushie-Machine/dp/B0DHFXDNJ4/ ref=sr_1_1? (Year: 2024).*

Ninja Slushi 72oz Professional Frozen Drink Maker, amazon.com, First available date Oct. 19, 2024. Retrieved from the internet Jun. 9, 2025<https://www.amazon.com/Ninja-Professional-Settings-Slushie-Machine/dp/B0DHFXDNJ4/ref=cm_cr_arp_d_product_top? ie=UTF8 (Year: 2024).*

Ninja Slushi Professional Frozen Drink Maker, amazon.com, First available date Jan. 8, 2025. Retrieved from the internet Jun. 9, 2025<https://www.amazon.com/Ninja-Professional-RapidChill-Technology-FS301C/dp/B0D88SMLS2/ref=cm_cr_arp_d_product_ top?ie=UTF8 (Year: 2025).*

Unknown, "Condensation Tray Frozen Drink Makers—Ninja", published at ninjakitchen.com: <https://www.ninjakitchen.com/products/% E2%80%8Bcondensation-tray-zid404DN300?srsltid= AfmBOor6kuGGXF175YJut_B3zGE5oCLtmQuCwVE-_e%E2% 80%A6> (Last accessed Jan. 28, 2025).

Unknown, "Ice Cream Maker Spare Parts 1 PC Water Drip Tray Plastic Front Basin Replacement for Donper Guangshen MK 327×102 mm", published at aliexpress.com <https://www.aliexpress.com/i/ 3256805378906240.html?gatewayAdapt=4itemAdapt> (Last accessed Jan. 28, 2025).

Unknown, "Bunn 32111.0003 Right Black Hopper Drip Tray for Ultra-2 Frozen Drink Machines", published at webstaurantstore. com <https://www.webstaurantstore.com/bunn-32111-0003-right-black-hopper-drip-tray-for-ultra-2-frozen-drink-machines/ 233321110003.html?utm_source=google%E2%80%A6> (Last accessed Jan. 28, 2025).

Ninja Kitchen, "Ninja Slushi™ | Assembly—YouTube", published at youtube.com: <https://www.youtube.com/watch?v=ymzLxt47fro> published Jul. 11, 2024 (Last accessed Jan. 28, 2025).

* cited by examiner

U.S. Patent          Sep. 2, 2025          US D1,091,236 S



FIG. 1

FIG. 2



FIG. 3