# EXHIBIT "1"

# SCHEDULE A

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Tefoqu | Amazon | B0F5HMF8HM | https://www.amazon.com/Programs-Required-Margaritas-Slushies-Milkshakes/dp/B0F5HMF8HM | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wongic | Amazon | B0F1D3SKK7 | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1D3SKK7 | China |  | X | X |
| Amaxxo | Amazon | B0F4XF9C5D | https://www.amazon.com/Slushie-Machine-Home-15-60Mins-Milkshakes/dp/B0F4XF9C5D | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Relexnow | Amazon | B0DSW3XJ3Q | https://www.amazon.com/Slushie-RELEXNOW-Professional-Self-Cleaning-Cocktail/dp/B0DSW3XJ3Q | China |  | X | X |
| Ecoviva | Amazon | B0DZWQY84L | https://www.amazon.com/Ecoviva-Color-Screen-Professional-Flashfreezing-Technology/dp/B0DZWQY84L | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Relexnow | Amazon | B0F6MFZCH6 | https://www.amazon.com/RELEXNOW-Professional-Self-Cleaning-Margaritas-Milkshake/dp/B0F6MFZCH6 | China |  | X | X |
| Relexnow | Amazon | B0F8HGB2T6 | https://www.amazon.com/RELEXNOW-Slushie-Machine-Self-Cleaning-Cocktail/dp/B0F8HGB2T6 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Bizaura | Walmart | 17857317050 | https://www.walmart.com/ip/BIZAURA-Slushie-Machine-Slushy-Maker-Bundle-Slushy-Machine-Home-Ice-Need-Professional-Frozen-Drink-Maker-6-Presets-Milkshakes-Frapp-s-Slush-Bonus-Ins/17857317050 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| CyberChill | Walmart | 16771867955 | https://www.walmart.com/ip/Slushie-Machine-70-oz-Slushy-Machine-Home-5-Preset-Programs-Auto-Cleaning-Ice-Needed-24H-Delay-Start-Freshness-Frozen-Drink-Maker-Margaritas-Frappe-M/16771867955?classType=REGULAR&from=/search | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Only | Walmart | 15848020885 | https://www.walmart.com/ip/Slushie-Machine-Slushy-Machine-Home-6-Preset-Programs-Auto-Cleaning-No-Ice-Needed-Frozen-Drink-Maker-Milk-Shakes-Frappe-Margarita-Smoothie-Slush-and/15848020885 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Roromall | Walmart | 17548252201 | https://www.walmart.com/ip/Roromall-68oz-Slushy-Machine-Slushy-Maker-LED-Display-Auto-Clean-Ice-Needed-One-Touch-Reservation-6-Preset-Programs-Frozen-Margaritas-Ice-Cream-Frapp/17548252201 | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Walmart | 17956224468 | https://www.walmart.com/ip/Slushie-Machine-Slushy-Maker-Bundle-Slushy-Machine-Home-Ice-Need-Professional-Frozen-Drink-Maker-6-Presets-Milkshakes-Frapp-s-Slush-Bonus-Insulated-T/17956224468 | China |  | X | X |
| Ecoviva | Amazon | B0DZWS1FNF | https://www.amazon.com/Ecoviva-Color-Screen-Professional-Flashfreezing-Technology/dp/B0DZWS1FNF | China |  | X | X |

### Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Shakku | Amazon | B0F5QJF65V | https://www.amazon.com/Slushie-Machine-Home-Auto-Clean-Margaritas/dp/B0F5QJF65V | China |  | X | X |
| Chivalz | Amazon | B0FJ844L1Q | https://www.amazon.com/Slushie-Machine-CHIVALZ-Programs-Margaritas/dp/B0FJ844L1Q | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Amazon | B0F3XG4RCY | https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0F3XG4RCY | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Amazon | B0DGKK97G7 | https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0DGKK97G7 | China |  | X | X |

12

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| UJR | Amazon | B0DW8WCH56 | https://www.amazon.com/Slushie-Machine-All-One-Auto-Clean/dp/B0DW8WCH56 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Syintao | Amazon | B0F94HQQKM | https://www.amazon.com/Slushie-Machine-One-Touch-Reservation-Margaritas/dp/B0F94HQQKM | China |  | X | X |

14

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Amazon | B0F1XYDN83 | https://www.amazon.com/Self-Cleaning-Function-Professional-Programs-Margaritas/dp/B0F1XYDN83 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Roaaee | Amazon | B0FJW2GNGY | https://www.amazon.com/Roaaee-Slushie-Machine-Slushy-Frozen/dp/B0FJW2GNGY | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Amazon | B0F2N2R6M3 | https://www.amazon.com/S1-2-Self-Cleaning-Professional-Margaritas-Milkshake/dp/B0F2N2R6M3 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Amazon | B0F9XXBCMR | https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0F9XXBCMR | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| U-Taste | Amazon | B0F5RKYZL9 | https://www.amazon.com/U-Taste-Frozen-Drink-Slushie-Machine/dp/B0F5RKYZL9 | China |  | X | X |
| CyberChill | Amazon | B0F3HJCPGW | https://www.amazon.com/CyberChill-Retention-Self-Cleaning-Function-Margaritas/dp/B0F3HJCPGW | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Miraston | Amazon | B0FFMQD518 | https://www.amazon.com/MIRASTON-Programs-Margaritas-Auto-Clean-Operation/dp/B0FFMQD518 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FHW7KS51 | https://www.amazon.com/Slushie-Margarita-Auto-Cleaning-Milkshakes-Insulated/dp/B0FHW7KS51 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B09Z97R9B7 | https://www.amazon.com/WIZAURA-Professional-Margarita-Milkshakes-Capacity/dp/B09Z97R9B7 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FKGYYNWJ | https://www.amazon.com/WIZAURA-Margarita-Auto-Cleaning-Milkshakes-Insulated/dp/B0FKGYYNWJ | China |  | X | X |

23

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Rellytech | Amazon | B0F63538W9 | https://www.amazon.com/Rellytech-Slushy-Machine-Home-Self-Cleaning/dp/B0F63538W9 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FSXT4S6P | https://www.amazon.com/Machine-WIZAURA-Professional-Auto-Cleaning-Milkshakes/dp/B0FSXT4S6P | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FSSNYKF7 | https://www.amazon.com/WIZAURA-Professional-Margarita-Milkshakes-Capacity/dp/B0FSSNYKF7 | China |  | X | X |
| Fohere | Amazon | B0F1CX9BDK | https://www.amazon.com/15-Minute-Professional-Reservation-Self-Clean-Margaritas/dp/B0F1CX9BDK | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Auriswell | Amazon | B0F9Y1VZ6B | https://www.amazon.com/AURISWELL-Slushie-Machine-Home-Reservation/dp/B0F9Y1VZ6B | China |  | X | X |
| Oylus | Amazon | B0F8N8PWX1 | https://www.amazon.com/Oylus-No-Ice-Needed-Slushie-Machine-Home/dp/B0F8N8PWX1 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FHWFCZF2 | https://www.amazon.com/Slushie-Margarita-Auto-Cleaning-Milkshakes-Insulated/dp/B0FHWFCZF2 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FC5SMMBV | https://www.amazon.com/WIZAURA-Capacity-Professional-Margarita-Milkshakes/dp/B0FC5SMMBV | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Amazon | B0DTHRMSRM | https://www.amazon.com/Slushie-Self-Cleaning-Programs-Margaritas-Milkshake/dp/B0DTHRMSRM | China |  | X | X |
| Kelteroom | Amazon | B0FGXC31SR | https://www.amazon.com/KELTEROOM-Slushie-Machine-Home-Display/dp/B0FGXC31SR | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FG2JFX98 | https://www.amazon.com/Slushie-Professional-Margarita-Milkshakes-Capacity/dp/B0FG2JFX98 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FH3QTQCH | https://www.amazon.com/Slushie-Professional-Margarita-Milkshakes-Capacity/dp/B0FH3QTQCH | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FBFM3PM7 | https://www.amazon.com/WIZAURA-Professional-Margarita-Milkshakes-Capacity/dp/B0FBFM3PM7 | China |  | X | X |
| Fohere | Amazon | B0F1CXXM1G | https://www.amazon.com/Slushie-Margarita-Auto-Clean-Freshness-Slushies/dp/B0F1CXXM1G | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| IceSwirls | Amazon | B0F48T1X1L | https://www.amazon.com/IceSwirls-Programs-Auto-Clean-Professional-Margarita/dp/B0F48T1X1L | China |  | X | X |
| Rellytech | Amazon | B0F62L5VWM | https://www.amazon.com/Rellytech-Slushie-Machine-Home-Self-Cleaning/dp/B0F62L5VWM | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Oylus | Amazon | B0F48B3DFG | https://www.amazon.com/Oylus-No-Ice-Needed-Slushie-Machine-Home/dp/B0F48B3DFG | China |  | X | X |
| Wizaura | Amazon | B0FHW9KL5N | https://www.amazon.com/Machine-Margarita-Auto-Cleaning-Milkshakes-Insulated/dp/B0FHW9KL5N | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wongic | Amazon | B0F1CXPR4Y | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1CXPR4Y | China |  | X | X |

### Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Danrelax | Amazon | B0FF9L2GNT | https://www.amazon.com/Danrelax-Auto-Clean-Margaritas-Smoothies-Milkshakes/dp/B0FF9L2GNT | China |  | X | X |
| Wongic | Amazon | B0F1CYKK5Q | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1CYKK5Q | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Roaaee | Amazon | B0F4QRJ95Q | https://www.amazon.com/Roaaee-Slushie-Machine-Frozen-Drink/dp/B0F4QRJ95Q | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FC5W6946 | https://www.amazon.com/WIZAURA-Capacity-Professional-Margarita-Milkshakes/dp/B0FC5W6946 | China |  | X | X |
| Gasbye | Amazon | B0F54QXHGX | https://www.amazon.com/Gasbye-Slushie-Machine-Capacity-Milkshakes/dp/B0F54QXHGX | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wie | Amazon | B0FFGR6DG9 | https://www.amazon.com/WIE-Self-Cleaning-Smoothie-Margaritas-Cocktails/dp/B0FFGR6DG9 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FHW9JHQ2 | https://www.amazon.com/Machine-Margarita-Auto-Cleaning-Milkshakes-Insulated/dp/B0FHW9JHQ2 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wizaura | Amazon | B0FSXG2563 | https://www.amazon.com/WIZAURA-Margarita-Auto-Cleaning-Milkshakes-Insulated/dp/B0FSXG2563 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Wongic | Amazon | B0F1D4N9FW | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1D4N9FW | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| ExploreHorizon | Amazon | B0FH52HRDK | https://www.amazon.com/Auto-Clean-One-Touch-Reservation-Programs-Margaritas/dp/B0FH52HRDK | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Walmart | 15392313361 | https://www.walmart.com/ip/Slushie-Machine-Ice-Needed-INOVIVA-72-oz-Frozen-Drink-Maker-Home-Self-Cleaning-5-Preset-Programs-Frozen-Margaritas-Frapp-s-Milkshake/15392313361 | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Inoviva | Walmart | 15381007030 | https://www.walmart.com/ip/Slushie-Machine-Ice-Needed-88-oz-INOVIVA-Slushy-Machine-Home-Self-Cleaning-Function-Professional-Frozen-Drink-Maker-5-Preset-Programs-Frozen-Margarit/15381007030 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Hewcham/ Airpher | Walmart | 16979723141 | https://www.walmart.com/ip/Slushie-Machine-Frozen-Drink-Maker-with-7-Preset-Modes-Self-Cleaning-35-Min-Quick-Freeze-Frozen-Margaritas-Milkshake-for-Home/16979723141 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Fohere | Walmart | 13237064625 | https://www.walmart.com/ip/ Professional-Slushie-Machine-5-Presets-Frozen-Margaritas-Frapp-s-Milkshakes-Black-FOHERE/13237064625 | China |  | X | X |
| Fohere | Walmart | 13720319876 | https://www.walmart.com/ip/ Professional-Frozen-Drink-Maker-Quickfreeze-Technology-Frozen-Drink-Slushie-Machine-5-Preset-Programs-Frozen-Margaritas-Frapp-s-More-Black-FOHERE/13720319876 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Flamemore | Walmart | 16049424361 | https://www.walmart.com/ip/Flamemore-Slushie-Machine-for-Home-with-Self-Cleaning-No-Ice-Needed-6-Preset-Settings-Frozen-Drink-Maker-12h-Delay-Start/16049424361 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Auriswell | Walmart | 17148364564 | https://www.walmart.com/ip/Slushie-Machine-Home-70oz-Professional-Ice-Needed-Frozen-Drink-Auto-Clean-6-Preset-Programs-Frozen-Margaritas-Milkshake-Frapp-s-More-One-Touch-Reserv/17148364564 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Towallmark | Walmart | 17434904028 | https://www.walmart.com/ip/Towallmark-Slushie-Machine-68oz-All-in-One-Slushy-Maker-Home-LED-Display-Auto-Clean-Ice-Needed-One-Touch-Reservation-6-Preset-Programs-Frozen-Margari/17434904028 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Haysky | Walmart | 17167917279 | https://www.walmart.com/ip/Slushie-Machine-Slushy-Machine-Home-Commercial-Ice-Needed-Frozen-Drink-Maker-6-Preset-Programs-Margaritas-Frapp-s-Ice-Cream-One-Touch-Reservation-Sel/17167917279 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| XianFeng | Walmart | 17844202828 | https://www.walmart.com/ip/Slushie-Machine-Ice-Needed-88-oz-Slushie-Machine-Home-Dust-Cover-Professional-Frozen-Drink-Maker-7-Preset-Programs-Rinse-Frozen-Margaritas-Frapp-s-Mi/17844202828 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Teendow | Target | 850074109860 | https://www.target.com/p/teendow-slushie-machine-68-oz-slushy-machine-for-home-frozen-drink-maker-with-6-presets-led-display-self-cleaning-4h-freshness-for-parties/-/A-1005969694#lnk=sametab | China |  | X | X |
| CyberChill | Best Buy | 10126043 | https://www.bestbuy.com/product/cyberchill-88oz-slushie-machine-with-led-display-7-presets-no-ice-needed-24h-delay-keep-fresh-control-lock-for-children-gray/J3753H3LP8 | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| CyberChill | Best Buy | 10103811 | https://www.bestbuy.com/product/cyberchill-slushie-machine-68-oz-no-ice-needed-frozen-drink-maker-with-control-lock-delay-start-and-5-presets-gray/J37F7XKKHV | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Eastplus | Amazon | B0F99FVC3V | https://www.amazon.com/Slushie-Machine-EASTPUS-Presets-Self-Cleaning/dp/B0F99FVC3V | China |  | X | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Domem | Amazon | B0F89VJZYB | https://www.amazon.com/Touchscreen-Programs-Milkshakes-Margaritas-Smoothies/dp/B0F89VJZYB | China |  | X | X |
| Dutepa | Amazon | B0F9FXR3ZT | https://www.amazon.com/Slushie-Machine-Home-Self-Cleaning-Milkshakes/dp/B0F9FXR3ZT | China |  | X | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Vibofrost | Amazon | B0F9F5RY1V | https://www.amazon.com/Auto-Fresh-Margaritas-Milkshakes-Self-Cleaning-Operation/dp/B0F9F5RY1V | China |  | | X |
| Ezbasics | Amazon | B0F2S6W713 | https://www.amazon.com/Slushie-EZBASICS-Professional-Programs-Margaritas/dp/B0F2S6W713 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Vevor | Amazon | B0F6TB992W | https://www.amazon.com/VEVOR-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0F6TB992W | China |  | | X |
| Richday | Amazon | B0FG32JGZ5 | https://www.amazon.com/Richday-Slushie-Machine-Home-Self-Cleaning/dp/B0FG32JGZ5 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Mfvv | Amazon | B0FK9LHN9T | https://www.amazon.com/Slushie-Motion-Wake-Function-Milkshake-Snowmelt/dp/B0FK9LHN9T | China |  | | X |
| Fesoiu | Amazon | B0FLJGL1ZF | https://www.amazon.com/Slushie-Machine-Self-Cleaning-Professional-Margaritas/dp/B0FLJGL1ZF | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Aobosi | Amazon | B0FFH37RS6 | https://www.amazon.com/Cookbook-Margarita-Self-Cleaning-Cocktails-Milkshakes/dp/B0FFH37RS6 | China |  | | X |
| Pambee | Amazon | B0F3CMMQP3 | https://www.amazon.com/PAMBEE-Self-Cleaning-Settings-Margarita-Milkshakes/dp/B0F3CMMQP3 | China |  | | X |

61

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Sozt | Amazon | B0FGJF81BX | https://www.amazon.com/Versatile-Programs-Innovative-Technology-Auto-Clean/dp/B0FGJF81BX | China |  | | X |
| Vnn | Amazon | B0F8TYD6L6 | https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TYD6L6 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Sunvivi | Amazon | B0F32Q55T6 | https://www.amazon.com/Sunvivi-Slushie-Machine-Home-Self-Cleaning/dp/B0F32Q55T6 | China |  | | X |
| Deaprull | Amazon | B0FMK783QR | https://www.amazon.com/Programs-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0FMK783QR | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Casidea | Amazon | B0FH7FJ186 | https://www.amazon.com/CASIDEA-Slushie-Machine-Needed-Slushy/dp/B0FH7FJ186 | China |  | | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Sozt | Amazon | B0F5W1Z5MS | https://www.amazon.com/Slushie-Machine-88oz-All-One/dp/B0F5W1Z5MS | China |  | | X |
| Rapsuar | Amazon | B0FJFN76G8 | https://www.amazon.com/Programs-Operation-Auto-Clean-Milkshakes-Margarita/dp/B0FJFN76G8 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Greenever | Amazon | B0DN9V9CY5 | https://www.amazon.com/Slushie-Machine-Home-Auto-Clean-Milkshakes/dp/B0DN9V9CY5 | China |  | | X |
| Rapsuar | Amazon | B0FNRJGXQC | https://www.amazon.com/Self-Cleaning-Smoothies-Milkshakes-Margaritas-Black-Grey/dp/B0FNRJGXQC | China |  | | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Velieta | Amazon | B0DQKB4G7R | https://www.amazon.com/Commercial-Adjustable-Thickness-Smoothies-Milkshakes/dp/B0DQKB4G7R | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Bluebow | Walmart | 16326062652 | https://www.walmart.com/ip/Bluebow-Slushie-Machine-for-Home-Slushy-Machine-Frozen-Drink-and-Slushie-Maker-with-6-Preset-Programs/16326062652 | China |  | | X |

68

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Auseo | Walmart | 15819922484 | https://www.walmart.com/ip/Premium-Countertop-Slush-Machine-Professional-Grade-Frozen-Beverage-Maker-for-Smoothies-Slushies-Cocktails/15819922484 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Hcy | Walmart | 17283450013 | https://www.walmart.com/ip/2L-Frozen-Drink-Maker-Slushy-Machine-6-Preset-Programs-Ice-Needed-Rapid-Cooling-Self-Cleaning-Ideal-Home-Milkshakes-Frapp-s-Slush-Alcoholic-Beverages/17283450013 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Unbranded | Walmart | 16797964538 | https://www.walmart.com/ip/Slushie-Machine-70-oz-Slushy-Machine-Home-LED-Display-Ice-Needed-Frozen-Drink-Maker-Self-Cleaning-5-Preset-Programs-Frozen-Margaritas-Milkshakes-Frap/16797964538 | China |  | | X |
| Vevor | Walmart | 17820024042 | https://www.walmart.com/ip/VEVOR-Slushie-Machine-2L-68oz-Ice-Needed-Slushy-Machine-Home-Frozen-Drink-Maker-6-Preset-Programs-Margarita-Machine-Self-Cleaning-Frozen-Margaritas-F/17820024042 | China |  | | X |

**Schedule A to SharkNinja's Complaint**

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Vevor | Walmart | 17402718994 | https://www.walmart.com/ip/2L-Slushy-Machine-No-Ice-Needed-Frozen-Drink-Maker-6-Preset-Programs-for-Home/17402718994 | China |  | | X |
| CyberChill | Best Buy | 10103814 | https://www.bestbuy.com/product/cyberchill-slushie-machine-68-oz-frozen-drink-maker-with-24-hour-delay-start-cold-retention-and-5-presets-dark-gray/J37F7XKKR9 | China |  | | X |

Schedule A to SharkNinja's Complaint

| Seller IDs | E-Commerce Platform | Unique Identifier (SKU/UPC/ASIN) | URL | Domicile | Exemplary Image of Accused Product | '028 Patent Infringed | '236 Design Patent Infringed |
|---|---|---|---|---|---|---|---|
| Vevor | Best Buy | 10188093 | https://www.bestbuy.com/product/vevor-slushie-machine-2l-68oz-no-ice-needed-slushy-machine-for-home-frozen-drink-maker-with-6-preset-programs-gray/JJGHK48R4W | China |  | | X |
| Hooure | Best Buy | 10907560 | https://www.bestbuy.com/product/hooure-88-oz-slushie-snow-cone-machine-with-self-cleaning-function-technology-5-smart-modes-no-ice-needed-black/JJ2S8X324K | China |  | | X |