# EXHIBIT "3"

**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 18, 2025**

If you order in the next 7 hours and 35 minutes



○ **Tuesday, Nov 18**                    FREE

Slushie Machine, 88oz Frozen Drink Maker with 7 Preset Programs, No Ice Required for Frozen Margaritas, Slushies, Frappés and Milkshakes, Mist Gray

**$165.48**

✓prime & FREE Returns ⌄

Ships from Amazon.com

Sold by Amazon Resale

[ 🗑 | 1 | + ]

Add gift options

---

**Place your order**

**Order total: $177.06**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $165.48 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $11.58 |
| **Order total:** | **$177.06** |

---

Back to top

  English     United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  
© 1996-2025, Amazon.com, Inc. or its affiliates



amazon prime

Cart

## Delivering to Bob Smith

Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

## Paying with Discover 4323

Change

Select a payment plan

Use a gift card, voucher, or promo code

## Arriving Nov 16, 2025

If you order in the next 7 hours and 34 minutes



Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rinse, Frozen Margaritas, Frappés, Milkshake, and More
**$164.99**
✓prime & **FREE Returns** ⌄
Ships from Amazon.com
Sold by Mount Walker

🗑 1 +

Add gift options

○ **Fastest** Sunday, Nov 16                          FREE

○ **Amazon Day** Monday, Nov 17                FREE
  🌱 Lower carbon delivery ⌄

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                                    $164.99
Shipping & handling:                              $0.00
Estimated tax to be collected:             $11.55
**Order total:**                                      **$176.54**

---

**Place your order**    **Order total: $176.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

Back to top

---

amazon

🌐 English          🇺🇸 United States          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



**amazon** prime

🛒 Cart

**Delivering to Bob Smith**                                    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**                                 Change
Select a payment plan
Use a gift card, voucher, or promo code

Choose No-Rush delivery to get **$1.00 digital reward**

**Arriving Nov 16, 2025**
If you order in the next 7 hours and 32 minutes



Slushie Machine for Home 15-60Mins - 88oz Slushy Machine Maker No Ice Needed Self Cleaning, Frozen Drink Machine, 7 Preset Programs for Margarita, Frappés, Milkshakes, Soda, Fruit Juice Slushies
$262.51
✓prime & FREE Returns ⌄
Ships from and sold by Amazon.com

🗑 1 +
Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

Choose 5 monthly payments of $52.51

○ **Fastest** Sunday, Nov 16                              FREE
○ **No-Rush** Saturday, Nov 22                            FREE
   Get a $1 reward for select digital purchases. One reward per purchase. Terms

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                                    $262.51
Shipping & handling:                                         $0.00
Estimated tax to be collected:                              $18.38
**Order total:**                                          **$280.89**

**Place your order**   **Order total: $280.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 1, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top





amazon prime

 Cart

**Delivering to Bob Smith**                                            Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                        Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 20, 2025**

If you order in the next 7 hours and 31 minutes



Slushie Machine, RELEXNOW Slushy Machine for Home, Professional Frozen Drink Maker with Self-Cleaning, No Ice Needed, Party Slushy Maker for Slushie, Frappe, Milk Shake, Cocktail, Wine
**$199.99**
& FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by RELEXNOW

○ Thursday, Nov 20                                                    FREE

🗑 1 ＋

Add gift options

---

**Place your order**

**Order total: $213.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $199.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $14.00 |
| **Order total:** | **$213.99** |

---

Back to top

amazon

🌐 English ⇅      United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

🛒 Cart

**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Change

Add delivery instructions

**Paying with Discover 4323**

Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 7 hours and 30 minutes



Ecoviva Slushie Machine 88 oz Color-Screen Slushy
Machine, Professional Frozen Drink Maker,
Flashfreezing Technology, No Ice Needed, 5 Preset
Settings, Margarita, Cocktails, Milk Shake, Frappé,
Grey
**$240.49**
✓prime & FREE Returns ⌄
$129.50 discount applied ⌄
Ships from Amazon.com
Sold by Ecoviva Direct

🗑 1 +

Add gift options

○ **Fastest** Sunday, Nov 16                              FREE

○ **No-Rush** Saturday, Nov 22                            FREE
  Get a $1 reward for select digital purchases. One
  reward per purchase. Terms

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $369.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$129.50 |
| Estimated tax to be collected: | $16.83 |
| **Order total:** | **$257.32** |

**Place your order**                    Order total: $257.32
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

🌐 English ⇕        🇺🇸 United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



## Secure checkout

**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 7 hours and 29 minutes



RELEXNOW Slushie Machine No Ice Needed, 88 oz
Slushy Machine for Home, Professional 6 in 1
Frozen Drink Maker with Self-Cleaning for
Margaritas, Frappés, Milkshake and More

**13% off**  Limited time deal

**$199.99**

✓prime & FREE Returns ⌄

Ships from and sold by Amazon.com

🗑 1 +

Add gift options

● **Fastest** Sunday, Nov 16    FREE
○ **Amazon Day** Monday, Nov 17    FREE
  🌱 Lower carbon delivery

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $199.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $14.00 |
| **Order total:** | **$213.99** |

**Place your order**

**Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

 English   United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



**Secure checkout**

### Delivering to Bob Smith
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

### Paying with Discover 4323
Select a payment plan
Use a gift card, voucher, or promo code

Change

### Arriving Nov 17, 2025
If you order in the next 7 hours and 28 minutes

RELEXNOW Slushie Machine for Home – 6 Preset Programs, Soft Serve Frappés, Milkshakes, Margaritas & Frozen Drinks, No Ice Needed, Auto-Clean, LED Display, Quiet Operation, 88oz Capacity

**17% off** Limited time deal

$189.99

✓prime & FREE Returns ⌄

Ships from and sold by Amazon.com

Monday, Nov 17          FREE

1

Add gift options
Choose 3 monthly payments of $63.33

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $189.99
Shipping & handling:                       $0.00
Estimated tax to be collected:            $13.30
**Order total:**                         **$203.29**

**Place your order**          **Order total: $203.29**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned until January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

English          United States          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates

Free shipping, arrives by Thu, Nov 20

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information

Add

**Items details**                                     Hide details

**Arrives by Thu, Nov 20**                            1 item

Sold and shipped by BIZAURA
Free shipping

BIZAURA Slushie Machine                               **$289.99**

Remove              —   1   +

**Payment method**

💲 **Walmart Cash: $4.40**                             Apply

Ending in 3676                                        $310.29

+ Add new payment                    Change payment

**OnePay**                                            🔵

**OnePay** Card   Earn unlimited 3% cash back at Walmart and 1.5% back on all other   Learn more
                  purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later   As low as **$27/mo.** ⓘ No credit impact to apply   Apply Now
Powered by Klarna

Walmart ⚡ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**   $49
T&C apply.
Claim offer now

**Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

---

**Place order for $310.29**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                    $289.99
Shipping                                             Free
**Estimated taxes**                                  $20.30

☐ Want to support Operation Homefront and
military families with a $0.71 donation?        ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ
$1.00    $2.00    $5.00

**Estimated total**                                  **$310.29**

Have a promo code?                                   ⌄



Free shipping, arrives by Thu, Nov 20

**Place order for $213.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $199.99 |
| Shipping | Free |
| Estimated taxes | $14.00 |

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

Want to support Operation Homefront and military families with a $0.01 donation?
Donate a whole dollar to Operation Homefront

**Delivery instructions**

Gate codes or other useful information

Add

Donate a whole dollar to Operation Homefront

$1.00    $2.00    $5.00

**Items details**

Hide details

**Estimated total    $213.99**

Arrives by Thu, Nov 20

1 item

Have a promo code?

Sold and shipped by XLENS TECH
Free shipping

Slushie Machine, 70 oz Slushy Machine for Home with 5 Preset Programs, Auto Cleaning, No Ice Needed, 24H Delay Start&Freshness,... $199.99

Remove    − 1 +

## Payment method

Walmart Cash: $4.40    Apply

Ending in 3676    $213.99

+ Add new payment    **Change payment**

## OnePay

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later    Powered by Klarna    As low as $35/mo. ⓘ No credit impact to apply    Apply Now

Walmart+ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now

$49 per year

## Text updates for this order

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Free shipping, arrives between Mon, Nov 24—Fri, Nov 28

**Place order for $299.59**

By placing this order, you agree to our [Privacy Policy](#) and [Terms of Use](#)

| | |
|---|---|
| Subtotal (1 item) | $279.99 |
| Shipping | Free |
| **Estimated taxes** | $19.60 |

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

☐ Want to support Operation Homefront and military families with a $0.41 donation? ⓘ
Donate a whole dollar to Operation Homefront

**Delivery instructions**

Gate codes or other useful information    Add

Donate a whole dollar to Operation Homefront ⓘ

| $1.00 | $2.00 | $5.00 |

**Items details**    Hide details

**Estimated total**    $299.59

Arrives between Mon, Nov 24 — Fri, Nov 28    1 item

Have a promo code?    ⌄

Sold and shipped by JIANYUAN STORE
Free shipping

Slushie Machine,Slushy Machine for Home,6 Preset Programs,Auto Cleaning,No Ice Needed, Frozen Drink Maker for Milk...    **$279.99**

Remove    ⊖  1  ⊕

## 🗋 Payment method

🪙 **Walmart Cash: $4.40**    Apply

Ending in 3676    $299.59

+ Add new payment    **Change payment**

**OnePay**    🔵

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later    Powered by Klarna    As low as $26/mo. ⓘ No credit impact to apply    Apply Now

Walmart+  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now    $49 per year

## 📱 Text updates for this order

☑ **Send to (xxx) xxx-4611**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Wed, Nov 26—Mon, Dec 1

Bob Smith                                                    Edit
401 Biscayne Blvd, Miami, FL 33132

**Delivery instructions**

Gate codes or other useful information                      Add

**Items details**                                          Hide details

**Arrives between Wed, Nov 26 — Mon, Dec 1**                1 item

Sold and shipped by Roromall.
Free shipping

Roromall 68oz Slushy Machine, Slushy Maker with LED Display & Auto-    $193.20
Clean, No Ice Needed & One-Touch Reservation, 6 Preset Programs fo...
Actual Color: Black

                                        Remove    [−  1  +]



Place order for $206.72

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                           $193.20
Shipping                                                    Free
**Estimated taxes**                                         $13.52

☐  Want to support Operation Homefront and          ⓘ
    military families with a $0.28 donation?
    Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ
[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                         **$206.72**

Have a promo code?                                          ⌄



**Payment method**

Walmart Cash: $4.40                                        Apply

Ending in 3676                                             $206.72

+ Add new payment                          [ Change payment ]

**OnePay**                                                    ⑤

OnePay Card   Earn unlimited 3% cash back at Walmart and 1.5% back on all other   [ Learn more ]
              purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

OnePay Later   As low as $34/mo. ⓘ No credit impact to apply   [ Apply Now ]
Powered by Klarna

Walmart  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.                                                          $49
Claim offer now

**Text updates for this order**

☑  Send to (xxx) xxx-4611
    Send to a different phone number

If you uncheck the box above, you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives by Thu, Nov 20

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

---

**Delivery instructions**

Gate codes or other useful information

Add

**Items details**

Hide details

**Arrives by Thu, Nov 20**

1 item

Sold and shipped by WizAura-sport
Free shipping

Slushie Machine & Slushy Maker Bundle, Slushy Machine for Home No Ice Need, Professional Frozen Drink Maker, 6 Presets for Milkshakes,...
Actual Color: Gray

$159.99

Remove    −  1  +



**Place order for $171.19**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)    $159.99
Shipping    Free
**Estimated taxes**    $11.20

☐ Want to support Operation Homefront and military families with a $0.81 donation?    ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront  ⓘ

$1.00    $2.00    $5.00

**Estimated total**    **$171.19**

Have a promo code?    ⌄

---



**Payment method**

💲 **Walmart Cash: $4.40**    Apply

Ending in 3676    $171.19

+ Add new payment    Change payment

**OnePay**

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**
Powered by Klarna    As low as $28/mo. ⓘ  No credit impact to apply    Apply Now

---

Walmart  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now

$49 one year

---

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-4611**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

amazon prime

Secure checkout ⌄

Cart

**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

**Paying with Discover 4323**

Select a payment plan

Use a gift card, voucher, or promo code

Change

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $369.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$129.50 |
| Estimated tax to be collected: | $16.83 |
| **Order total:** | **$257.32** |

**Arriving Nov 18, 2025**
If you order in the next 7 hours and 13 minutes



Ecoviva Slushie Machine 88 oz Color-Screen Slushy Machine, Professional Frozen Drink Maker, Flashfreezing Technology, No Ice Needed, 5 Preset Settings, Margarita, Cocktails, Milk Shake, Frappé, Black
**$240.49**
✓prime & FREE Returns ⌄
$129.50 discount applied ⌄
Ships from Amazon.com
Sold by Ecoviva Direct

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ▾

○ **Standard** Tuesday, Nov 18    FREE

○ Pick your day Thursday, Nov 20    $1.99
   Great for travel, gifts, valuables ⌄

**Place your order**    **Order total: $257.32**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

amazon

English ⇅    United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# amazon prime

🛒 Cart

**Delivering to Bob Smith**                                                    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**                                                  Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 7 hours and 12 minutes



Slushie Machine for Home – No Ice Needed Slushy
Maker, Fast 5-Min Freeze, Auto-Clean, 6 Preset
Modes | Frozen Margaritas, Cocktails, Smoothies,
Frappés, Ice Cream
$189.99
✓prime & FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by DURHAM SHOP

🗑 1 +

Add gift options

○ **Fastest** Sunday, Nov 16                                                    FREE
○ **Amazon Day** Monday, Nov 17                                                 FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $189.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

**Place your order**    **Order total: $203.29**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

## amazon

🌐 English ⇕     🇺🇸 United States     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996-2025, Amazon.com, Inc. or its affiliates

# amazon prime

## Secure checkout ⌄

🛒 Cart

**Delivering to Bob Smith**    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**    Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**
If you order in the next 7 hours and 12 minutes



Slushie Machine No Ice Needed, Slushy Machine for Home, Frozen Drink Maker with 6 Preset Programs for Margaritas, Frappés, Milk Shake and More, LED Display, Auto Clean, Black, 1 Pack·6 Modes

**34% off**  Limited time deal
**$174.79**
✓prime & FREE Returns ⌄
$15.20 discount applied ⌄
Ships from Amazon.com
Sold by SW US Shop

🗑 [ 1 ] +
Add gift options

○ **Fastest** Monday, Nov 17         FREE
○ **Amazon Day** Thursday, Nov 20    FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                              $189.99
Shipping & handling:                  $0.00
Promotion Applied:                  -$15.20
Estimated tax to be collected:       $12.24
**Order total:**                   **$187.03**

**Place your order**    **Order total: $187.03**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

amazon

🌐 English ⇅     🇺🇸 United States     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗
© 1996-2025, Amazon.com, Inc. or its affiliates



 Cart

**Delivering to Bob Smith**                                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 26, 2025**



| | | |
|---|---|---|
| | ● Wednesday, Nov 26 | FREE |

Slushie Machine, No Ice Needed, 88 oz INOVIVA
Slushy Machine for Home with Self-Cleaning
Function, Professional Frozen Drink Maker, 5 Preset
Programs, Frozen Margaritas, Frappés, Milkshake,
and More
**$199.99**
& FREE Returns ⌄

Ships from and sold by Amazon.com

🗑  1  +

Add gift options

---

**Place your order**        **Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                           $199.99
Shipping & handling:                              $0.00
Estimated tax to be collected:                   $14.00
**Order total:**                               **$213.99**

---

Back to top

 amazon

🌐 English  ⇕      United States      Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates





**Delivering to Bob Smith**   Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**   Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 7 hours and 9 minutes



INOVIVA Slushie Machine for Home, No Ice Needed, 68oz Professional Drink & Slushy Machine with FlashChill Technology, Quiet Operation, LED Display, Frozen Margaritas, Frappés, Milkshake, and More

**$189.99**

✓prime & FREE Returns ⌄

Exclusive Prime price

Ships from Amazon.com

Sold by KB Official

🗑 1 +

Add gift options

○ **Fastest** Sunday, Nov 16   FREE

○ **Amazon Day** Monday, Nov 17   FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $189.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

**Place your order**   **Order total: $203.29**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

🌐 English ⇅   🇺🇸 United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 7 hours and 8 minutes



Slushie Machine: No Ice Needed All-in-One Slushy
Maker for Home, Real-Time Temp Display, Auto-
Clean, 6 Preset | Frozen Margaritas, Cocktails,
Frappés, Ice Cream, Smoothies, Milkshakes,Summer
Parties
**$199.99**
✔prime & FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by UJR Outlets

⊖ Fastest Sunday, Nov 16                          FREE

⊙ Amazon Day Monday, Nov 17                       FREE
   🌱Lower carbon delivery ⌄

[ 🗑 | 1 | + ]

Add gift options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $199.99
Shipping & handling:                        $0.00
Estimated tax to be collected:             $14.00
**Order total:**                         **$213.99**

**Place your order**   **Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchases: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

   

English        🇺🇸 United States        Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**Secure checkout** ⌄

amazon prime

🛒 Cart

**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

**Paying with Discover 4323**
Select a payment plan
Use a gift card, voucher, or promo code

Change

**Arriving Nov 16, 2025**
If you order in the next 7 hours and 7 minutes



Slushie Machine – No Ice Needed, 88oz Frozen Drink & Soft Serve Ice Cream Machine. Slushy Machine For Home with LED Display, One-Touch Reservation & 6 Pre-set Programs for Frozen Margaritas, Frappés
**$179.99**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by SyinTao. US

🗑 | 1 | +

Add gift options

○ **Fastest** Sunday, Nov 16          FREE
○ **Amazon Day** Monday, Nov 17     FREE
   🌿 Lower carbon delivery ⌄

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $179.99
Shipping & handling:                       $0.00
Estimated tax to be collected:            $12.60
**Order total:**                        **$192.59**

**Place your order**      **Order total: $192.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

🌐 English ⇕      🇺🇸 United States ⇕          Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

Cart

**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                  Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 7 hours and 6 minutes



Slushie Machine, No Ice Needed, INOVIVA 68 oz
Frozen Drink Maker for Home with Self-Cleaning, 5
Preset Programs, Frozen Margaritas, Frappés,
Milkshake, and More
$199.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by INOVIVA-Official

🗑 | 1 | ＋

Add gift options

○ **Fastest** Sunday, Nov 16                     FREE
○ **Amazon Day** Monday, Nov 17                   FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $199.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $14.00 |
| **Order total:** | **$213.99** |

**Place your order**   **Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

 English ⇅    United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates







Cart

**Delivering to Bob Smith**   Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**   Change

Select a payment plan

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $192.49 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.47 |
| **Order total:** | **$205.96** |

**Arriving Nov 19, 2025**

If you order in the next 7 hours and 5 minutes



Roaaee Slushie Machine, Slushy Machine for Home,Frozen Drink Maker & Ice Cream Maker – 88 oz with 6 Preset Programs, LED Display for Margaritas, Frappés, Milkshakes, Smoothies & Ice Cream

**$192.49**

& FREE Returns ⌄

Ships from Amazon.com

Sold by FTOP Home Innovations

🗑 1 +

Add gift options

● Wednesday, Nov 19   FREE

**Place your order**

**Order total: $205.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

amazon

  

English   🇺🇸 United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



**Secure checkout** ⌄



🛒 0 Cart

**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 18, 2025**

If you order in the next 7 hours and 4 minutes

○ **Tuesday, Nov 18**    FREE



Slushie Machine, No Ice Needed, 51.2 INOVIVA
Slushy Machine for Home with Self-Cleaning
Function, Professional Frozen Drink Maker, 5 Preset
Programs, Frozen Margaritas, Frappés, Milkshake,
and More
**$170.99**
✓prime & FREE Returns ⌄
$9.00 discount applied ⌄
Ships from Amazon.com
Sold by INOVIVA-Official

🗑 [ 1 ] +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals
what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ▾

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $179.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$9.00 |
| Estimated tax to be collected: | $11.97 |
| **Order total:** | **$182.96** |

**Place your order**    **Order total: $182.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to
purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items
purchased between November 1 and December 31, 2025, can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December
31, 2025, can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart



🌐 English ⌄    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑
© 1996-2025, Amazon.com, Inc. or its affiliates



## Secure checkout

**Delivering to Bob Smith**                                          Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**                                        Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**
If you order in the next 7 hours and 4 minutes



Slushie Machine, 88 oz INOVIVA Slushy Machine for Home with Self-Cleaning Function, No Ice Needed, Professional Frozen Drink Maker, 5 Preset Programs, Frozen Margaritas, Frappés, Milkshake, and More
**$209.99**
✔prime & FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by INOVIVA-Official

⬤ Monday, Nov 17                                                     FREE

🗑 1 +

Add gift options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                          $209.99
Shipping & handling:             $0.00
Estimated tax to be collected:   $14.70
**Order total:                  $224.69**

**Place your order**     **Order total: $224.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

 English    United States   Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates





**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**

U-Taste Frozen Drink Slushie Machine: 88 oz Rapid-Cool Margarita Slushy Maker, 12-Hours Runnig, Self-Cleaning, 5 Preset Programs: Slushie, Frappe, Milk Shake, Cocktail, Wine-Mold for Home Party - Black

$169.99

✓prime & FREE Returns ⌄

Exclusive Prime price

Ships from Amazon.com

Sold by U-Kichen

🗑 1 +

Add gift options

⦿ **Fastest** Monday, Nov 17                    FREE

○ **Amazon Day** Tuesday, Nov 18              FREE
   🌱 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                  $169.99
Shipping & handling:                     $0.00
Estimated tax to be collected:          $11.90
**Order total:**                       **$181.89**

**Place your order**

**Order total: $181.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top



Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates



 Cart

**Delivering to Bob Smith**                                          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                       Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 18, 2025**

If you order in the next 7 hours and 3 minutes



CyberChill Slushie Machine,24-Hour Delay Start&Cold Retention, 68 oz Slushy Machine with Self-Cleaning Function, Frozen Drink Maker with 5 Preset Programs,Frozen Margaritas, Frappés, and More

$149.99

✓prime & FREE Returns ⌄

Ships from Amazon.com

Sold by CyberChill Direct

🗑 1 +

Add gift options

◉ Tuesday, Nov 18                                        FREE

**Place your order**

**Order total: $160.49**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                        $149.99
Shipping & handling:                           $0.00
Estimated tax to be collected:                $10.50
**Order total:**                             **$160.49**

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

Back to top

 amazon

 English     United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates





Secure checkout ⌄

Cart

**Delivering to Bob Smith**                                      Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                    Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 7 hours and 2 minutes

MIRASTON Slushie Machine for Home No Ice Needed, 88 oz Frozen Drink Maker with 6 Preset Programs for Margaritas, Frappés, Milk Shake and More, Auto-Clean & Quiet Operation
$179.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by MIRASTON

● **Fastest** Sunday, Nov 16                 FREE

○ **Amazon Day** Monday, Nov 17              FREE
  🌱 Lower carbon delivery ⌄

🗑 1 +

Add gift options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $179.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $12.60 |
| **Order total:** | **$192.59** |

**Place your order**    **Order total: $192.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

 English ⇅     United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices  
© 1996-2025, Amazon.com, Inc. or its affiliates


Cart



**Delivering to Bob Smith**   Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**   Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 7 hours and 1 minute



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Soft Serve Ice Cream Maker & Margarita Machine, Auto-Cleaning, 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Blue, 1 Insulated Cup

$159.99

✓prime & FREE Returns ⌄

Exclusive Prime price

Ships from Amazon.com

Sold by WIZAURA

○ **Fastest** Sunday, Nov 16   FREE

○ **Amazon Day** Monday, Nov 17   FREE
   🌱 Lower carbon delivery ⌄

 1 +

Add gift options

**Place your order**   **Order total: $171.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $159.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $11.20 |
| **Order total:** | **$171.19** |

---

Back to top

amazon

🌐 English    🇺🇸 United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



# Secure checkout

 Cart

**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $139.99 |
| Shipping & handling: | $19.99 |
| Estimated tax to be collected:* | $9.80 |
| **Order total:** | **$169.78** |

**Arriving Nov 26, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Professional Frozen Drink Maker & Margarita Machine, 6 Presets for Milkshakes, Frappés, Slush, Ice Cream, Large Capacity, Blue
**$139.99**
Ships from WIZAURA
Sold by WIZAURA

- ○ Thursday, Nov 20 - Monday, Nov 24     $29.99
- ● Wednesday, Nov 26                      $19.99

1

Add gift options

**Place your order**     **Order total: $169.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

Back to top



English     United States     Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



 Cart

**Delivering to Bob Smith**                                                        Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                                      Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 26, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Soft Serve Ice Cream Maker & Margarita Machine, Auto-Cleaning, 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Blue, 1 Insulated Cup

**$169.99**

Exclusive Prime price

Ships from WIZAURA

Sold by WIZAURA

🗑 1 +

Gift options not available

○ Thursday, Nov 20 - Monday, Nov 24     $29.99

● Wednesday, Nov 26                      FREE

---

**Place your order**

**Order total: $181.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $169.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $11.90 |
| **Order total:** | **$181.89** |

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

 

English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✕

© 1996-2025, Amazon.com, Inc. or its affiliates







**Delivering to Bob Smith**

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

**Paying with Discover 4323**

Select a payment plan

Use a gift card, voucher, or promo code

Change

**Arriving Nov 18, 2025**

If you order in the next 6 hours and 59 minutes



Rellytech Slushy Machine for Home - Slushie
Machine No Ice Needed with 6 Preset Programs, Ice
Cream, Margaritas, Frappes, Smoothie, Professional
Frozen Drink Maker, Self-Cleaning

$189.99

✓prime & FREE Returns ⌄

Ships from Amazon.com

Sold by Rellytech Direct

🗑 1 +

Add gift options

○ **Tuesday, Nov 18**   FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $189.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

**Place your order**   **Order total: $203.29**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top



 English    United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates


Cart

**Delivering to Bob Smith**    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**    Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 26, 2025**



Slushie Machine, WIZAURA Slushy for Home No Ice Need, Professional Ice Cream Maker & Margarita Machine, Auto-Cleaning. 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Black, 1 Insulated Cup
**$209.99**
Ships from WIZAURA
Sold by WIZAURA

🗑 1 +

Gift options not available

○ Thursday, Nov 20 - Monday, Nov 24    $29.99
● Wednesday, Nov 26    FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $209.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $14.70 |
| **Order total:** | **$224.69** |

**Place your order**    **Order total: $224.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

   

English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**amazon** prime

🛒 Cart

**Delivering to Bob Smith**                                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $139.99
Shipping & handling:                       $19.99
Estimated tax to be collected:*             $9.80
**Order total:**                          **$169.78**

---

**Arriving Nov 26, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Professional Frozen Drink Maker & Margarita Machine, 6 Presets for Milkshakes, Frappés, Ice Cream,Slush. Large Capacity.(Blue)
**$139.99**
Ships from WIZAURA
Sold by WIZAURA

🗑 1 +

Gift options not available

○ Thursday, Nov 20 - Monday, Nov 24          $29.99
● Wednesday, Nov 26                           $19.99

---

**Place your order**   **Order total: $169.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

Back to top

amazon   🌐 English ⇅   🇺🇸 United States ⇅   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 23, 2025**



Slushie Machine, 15-Minute Professional Slushy Machine for Home, Frozen Drink Maker No Ice Needed, LED Display, One-Touch Reservation, Self-Clean, 5 Presets for Frozen Margaritas Frappés and More
**$189.99**
Ships from Fuduosii
Sold by Fuduosii

1

Gift options not available

⦿ Sunday, Nov 23    FREE

---

**Place your order**    **Order total: $203.29**

By placing your order, you agree to Amazon's privacy notice or conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:    $189.99
Shipping & handling:    $0.00
Estimated tax to be collected:*    $13.30
**Order total:    $203.29**

---

Back to top

amazon    English    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**Delivering to Bob Smith**

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

**Paying with Discover 4323**

Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**

If you order in the next 6 hours and 55 minutes



AURISWELL Slushie Machine for Home - 88oz No Ice Needed Frozen Drink & Slushy Maker with Auto-Clean, 6 Preset Programs (Margaritas, Frappés and More) & LED One-Touch 12h Reservation for Summer Party

$199.99

prime & FREE Returns ⌄

Ships from Amazon.com

Sold by Auriswell Direct

1

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

○ Monday, Nov 17          FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $199.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $14.00 |
| **Order total:** | **$213.99** |

**Place your order**   Order total: $213.99

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned until January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top



**Secure checkout**

**Delivering to Bob Smith**                                                          Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**                                                        Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 18, 2025**
If you order in the next 6 hours and 54 minutes



Oylus No-Ice-Needed Slushie Machine for Home -
70 oz Self-Cleaning Frozen Drink Maker with One-
Touch Reservation & 6 Preset Programs, for Frozen
Margaritas, Milkshakes, Frappés, Slushies & Parties
$179.99
✓prime & FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by Oylus Direct

● **Tuesday, Nov 18**                           FREE

  1

Add gift options

**Place your order**

**Order total: $192.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. For exceptions see Amazon.com's Returns Policy
Back to cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                      $179.99
Shipping & handling:                          $0.00
Estimated tax to be collected:               $12.60
**Order total:**                           **$192.59**

Back to top

 English    United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



**Secure checkout** ⌄



Cart

**Delivering to Bob Smith**
Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**
Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 6 hours and 53 minutes



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Soft Serve Ice Cream Maker & Margarita Machine, Auto-Cleaning, 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Black, 1 Insulated Cup

$142.49

✓prime & **FREE Returns** ⌄

Exclusive Prime price

Ships from Amazon.com

Sold by WIZAURA

○ **Fastest** Sunday, Nov 16          FREE

○ **Amazon Day** Monday, Nov 17     FREE
  🍃 Lower carbon delivery ⌄

 🗑 1 +

Add gift options

**Place your order**

**Order total: $152.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $142.49 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $9.97 |
| **Order total:** | **$152.46** |

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

**Back to top**

 amazon

🌐 English ⌄     🇺🇸 United States     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



## Secure checkout

**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

**Add delivery instructions**

---

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 23, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Large Capacity Professional Frozen Drink Maker & Margarita Machine, 6 Presets for Milkshakes, Frappés, Slush, Ice Cream. Black
**$149.99**
Ships from WIZAURA
Sold by WIZAURA

1

Gift options not available

○ Sunday, Nov 23    $19.99

---

**Place your order**    **Order total: $180.48**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $149.99 |
| Shipping & handling: | $19.99 |
| Estimated tax to be collected:* | $10.50 |
| **Order total:** | **$180.48** |

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

---

Back to top



English    United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

🛒 Cart

**Delivering to Bob Smith**    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**    Change
Select a payment plan
Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $189.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

**Arriving Nov 16, 2025**
If you order in the next 6 hours and 52 minutes



Slushie Machine, No Ice Needed, INOVIVA 72 oz Frozen Drink Maker for Home with Self-Cleaning, 5 Preset Programs, Frozen Margaritas, Frappés, Milkshake, and More, (2025 Version)
$189.99
✓prime & FREE Returns ⌄
Ships from and sold by Amazon.com

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

Choose 3 monthly payments of $63.33

○ **Fastest** Sunday, Nov 16    FREE

○ **Amazon Day** Monday, Nov 17    FREE
🌱 Lower carbon delivery ⌄

**Place your order**    Order total: $203.29
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

amazon

🌐 English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



**Secure checkout** ⌄

## Delivering to Bob Smith
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

Change

## Paying with Discover 4323
Select a payment plan
Use a gift card, voucher, or promo code

Change

### Arriving Nov 18, 2025
If you order in the next 6 hours and 52 minutes



KELTEROOM Slushie Machine for Home with LED Display - One-Touch Reservation & 6 Pre-set Programs,No Ice Needed Slushy Machine 88oz Frozen Drink Machine for Frozen Margaritas,Frappés& Ice Cream Slushie
$199.99
✔prime & FREE Returns ⌄
Ships from Amazon.com
Sold by KELTEROOM

🗑 1 +

Add gift options

● Tuesday, Nov 18    FREE

---

**Place your order**

Order total: $213.99
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $199.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $14.00 |
| **Order total:** | **$213.99** |

---

Back to top

amazon

🌐 English ⇕    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**                                                      Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                                   Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 23, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Professional Frozen Drink Maker & Margarita Machine, 6 Presets for Milkshakes, Frappés, Slush, Ice Cream, Large Capacity. Black
**$164.99**
Ships from WIZAURA
Sold by WIZAURA

○ Sunday, Nov 23                                                   $19.99

🗑 1 ⊕

Gift options not available

---

**Place your order**     **Order total: $196.53**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied?   See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $164.99 |
| Shipping & handling: | $19.99 |
| Estimated tax to be collected:* | $11.55 |
| **Order total:** | **$196.53** |

---

Back to top

 English  United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



amazon prime

Cart

**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**

If you order in the next 6 hours and 50 minutes



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Soft Serve Ice Cream Maker & Margarita Machine, Auto-Cleaning, 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Black, 1 Insulated Cup

$142.49

✓prime & FREE Returns ⌄

Exclusive Prime price
Ships from Amazon.com
Sold by WIZAURA

🗑 [ - ] 1 [ + ]

Add gift options

○ **Fastest** Sunday, Nov 16                                   FREE

○ **Amazon Day** Monday, Nov 17                                FREE
  🍃 Lower carbon delivery ⌄

---

**Place your order**

**Order total: $152.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchases: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $142.49 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $9.97 |
| **Order total:** | **$152.46** |

Back to top

amazon

🌐 English ⌄      🇺🇸 United States      Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices   

© 1996-2025, Amazon.com, Inc. or its affiliates

# Secure checkout



Cart

**Delivering to Bob Smith**                                      Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                   Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 18, 2025**

If you order in the next 6 hours and 49 minutes



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Professional Frozen Drink Maker & Margarita Machine, 6 Presets for Milkshakes, Frappés, Slush, Ice Cream, Large Capacity, Black

**$134.55**

✔prime & FREE Returns ⌄

Ships from Amazon.com

Sold by Amazon Resale

🗑 1 +

Add gift options

● Tuesday, Nov 18                          FREE

---

**Place your order**   **Order total: $143.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $134.55 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $9.42 |
| **Order total:** | **$143.97** |

---

Back to top

 amazon

English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔🔲
© 1996-2025, Amazon.com, Inc. or its affiliates



# Secure checkout





**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                  Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 18, 2025**

If you order in the next 6 hours and 49 minutes

Slushie Machine, Margarita Machine with 5 Presets
+ Custom Option, Auto-Clean Slushy Machine for
Home, No Ice Needed, 12 Hours Freshness, Frozen
Drink Maker for Spiked Slushies Frappés and More
(68oz)
$159.99
✔prime
Exclusive Prime price
Ships from Amazon.com
Sold by Fuduosii

🗑 1 +

○ Tuesday, Nov 18                FREE

Add gift options

**Place your order**

**Order total: $171.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $159.99
Shipping & handling:                       $0.00
Estimated tax to be collected:            $11.20
**Order total:**                       **$171.19**

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers:  Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

Back to top



English ‹›          🇺🇸 United States          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✕
© 1996-2025, Amazon.com, Inc. or its affiliates



# Secure checkout

Cart

**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

Change

**Paying with Discover 4323**
Select a payment plan
Use a gift card, voucher, or promo code

Change

**Arriving Nov 18, 2025**
If you order in the next 6 hours and 41 minutes



IceSwirls Slushie Machine,No Ice Needed,8 Preset Programs,88 oz Slushy Machine for Home with Auto-Clean,Professional Frozen Drink Maker for Slush,Milk Shakes,Frappe,Margarita and More
$159.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by MT CoolHaven

● **Tuesday, Nov 18**   FREE

🗑 | 1 | +

Add gift options

---

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $159.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $11.20 |
| **Order total:** | **$171.19** |

**Place your order**   **Order total: $171.19**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

Back to top

amazon

English ⇅   🇺🇸 United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✗
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

🛒 Cart

**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**

If you order in the next 4 hours and 9 minutes



Rellytech Slushie Machine for Home – 70oz Frozen Drink Maker with 6 Presets, No Ice Needed, 360° Mixing, One-Touch Self-Cleaning, Ice Cream & Smoothie Machine for Margaritas, Frappés, Cocktails & More

$179.99

✔prime & FREE Returns ⌄

Ships from Amazon.com

Sold by Rellytech Direct

🗑 1 +

Add gift options

◉ Monday, Nov 17    FREE

**Place your order**

**Order total: $192.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:    $179.99
Shipping & handling:    $0.00
Estimated tax to be collected:    $12.60
**Order total:    $192.59**

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

Back to top

amazon

English    United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

Secure checkout ⌄

🛒 Cart

**Delivering to Bob Smith**     Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**     Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 18, 2025**
If you order in the next 6 hours and 37 minutes



Oylus No-Ice-Needed Slushie Machine for Home - 70 oz Self-Cleaning Frozen Drink Maker with One-Touch Reservation & 6 Preset Programs, for Frozen Margaritas, Milkshakes, Frappés, Slushies & Parties
**$209.00**
✓prime & FREE Returns ⌄
Ships from and sold by Amazon.com

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

Choose 5 monthly payments of $41.80

○ Tuesday, Nov 18     FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                               $209.00
Shipping & handling:                   $0.00
Estimated tax to be collected:        $14.63
**Order total:**                    **$223.63**

**Place your order**     Order total: $223.63
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

amazon

🌐 English ⇕     🇺🇸 United States     Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**                                            Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                         Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 16, 2025**

If you order in the next 6 hours and 33 minutes



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Soft Serve Ice Cream Maker & Margarita Machine, Auto-Cleaning, 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Black, 1 Insulated Cup

$142.49

✓prime & FREE Returns ⌄

Exclusive Prime price
Ships from Amazon.com
Sold by WIZAURA

🔘 **Fastest** Sunday, Nov 16                                          FREE

⚪ **Amazon Day** Monday, Nov 17                                       FREE
   🍃 Lower carbon delivery ⌄

 🗑 1 +

Add gift options

---

**Place your order**        **Order total: $152.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $142.49
Shipping & handling:                        $0.00
Estimated tax to be collected:              $9.97
**Order total:**                         **$152.46**

---

Back to top

amazon

🌐 English         🇺🇸 United States         Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



🛒 Cart

**Delivering to Bob Smith**                                        Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                      Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**

If you order in the next 6 hours and 32 minutes



Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rinse, Frozen Margaritas, Frappés, Milkshake, and More
$164.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Mount Walker

🗑 | 1 | +

Add gift options

⦿ Monday, Nov 17                    FREE

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $164.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $11.55 |
| **Order total:** | **$176.54** |

---

**Place your order**   **Order total: $176.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

Back to top

amazon

🌐 English ⇅     🇺🇸 United States          Help





amazon prime

🛒 Cart

**Delivering to Bob Smith**                                    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

---

**Paying with Discover 4323**                                 Change
Select a payment plan
Use a gift card, voucher, or promo code

---

**Arriving Nov 18, 2025**
If you order in the next 6 hours and 32 minutes



● **Tuesday, Nov 18**                                          FREE

Danrelax Slushie Machine, 88 Oz Slushy for Home,
LED Display, Auto-Clean, No Ice Needed, 6 Preset
Programs, Frozen Drink Maker for Margaritas,
Smoothies, Frappés, Milkshakes & Juices, Quiet
Operation
**$169.99**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Danrelax

🗑 1 +

Add gift options

---

**Place your order**

**Order total: $181.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                                        $169.99
Shipping & handling:                                          $0.00
Estimated tax to be collected:                                $11.90
**Order total:**                                              **$181.89**

---

Back to top

amazon

🌐 English ⇅    🇺🇸 United States        Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



**amazon** prime

🛒 Cart

**Delivering to Bob Smith**    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**    Change
Select a payment plan
Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $164.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $11.55 |
| **Order total:** | **$176.54** |

**Arriving Nov 16, 2025**
If you order in the next 6 hours and 31 minutes



Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rinse, Frozen Margaritas, Frappés, Milkshake, and More
$164.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Mount Walker

🗑 1 +

Add gift options

⦿ **Fastest** Sunday, Nov 16    FREE
○ **Amazon Day** Monday, Nov 17    FREE
   🍃 Lower carbon delivery ⌄

**Place your order**    **Order total: $176.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

🌐 English    🇺🇸 United States    Help





**Delivering to Bob Smith**                                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**

If you order in the next 6 hours and 28 minutes



Roaaee Slushie Machine, Frozen Drink Maker & Ice          ◉ Monday, Nov 17        FREE
Cream Maker – 88 oz Slushy Machine for Home with
6 Preset Programs, Time Temp Display for
Margaritas, Frappés, Milkshakes, Smoothies & Ice
Cream
**$169.98**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by FTOP Home Innovations

🗑 1 +

Add gift options

| | |
|---|---|
| Place your order | **Order total: $181.88** |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                          $169.98
Shipping & handling:              $0.00
Estimated tax to be collected:   $11.90
**Order total:                 $181.88**

---

Back to top

 amazon

🌐 English ⇕        United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 24, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Large Capacity Professional Frozen Drink Maker & Margarita Machine, 6 Presets for Milkshakes, Frappés, Slush, Ice Cream. BLUE
**$139.99**
Ships from WIZAURA
Sold by WIZAURA

🗑 1 +

Add gift options

● Monday, Nov 24    $19.99

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $139.99 |
| Shipping & handling: | $19.99 |
| Estimated tax to be collected:* | $9.80 |
| **Order total:** | **$169.78** |

---

**Place your order**    **Order total: $169.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

   

🌐 English    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates





Cart

**Delivering to Bob Smith**          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**          Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 20, 2025**

If you order in the next 6 hours and 25 minutes



Gasbye Slushie Machine No Ice Needed, 88-OZ Large Capacity, Rapid Cool, LED Display, Frozen Drink Maker Perfect for Slush, Milkshakes, Frappes and More, Black
**$199.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by Gasbye USA

◉ **Thursday, Nov 20**          FREE

🗑 | 1 | +

Add gift options

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $199.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $14.00 |
| **Order total:** | **$213.99** |

---

**Place your order**          **Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

Back to top



English      United States     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



Secure checkout ⌄

**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

**Paying with Discover 4323**
Select a payment plan
Use a gift card, voucher, or promo code

Change

Choose No-Rush delivery to get **$1.00 digital reward**

**Arriving Nov 17, 2025**
If you order in the next 6 hours and 25 minutes



WIE Slushie Machine for Home, 88oz Slushy Machine No Ice Needed with 5 Presets, Shaved Ice Machine Self-Cleaning, Frozen Drink & Smoothie Maker Machine for Margaritas, Frappés, Cocktails & More
$269.99
prime & FREE Returns ⌄
Ships from Amazon.com
Sold by OVAN-GLOBAL

1

Add gift options

◉ **Fastest** Monday, Nov 17          FREE

○ **No-Rush** Saturday, Nov 22          FREE
Get a $1 reward for select digital purchases. One reward per purchase. Terms

**Place your order**

**Order total: $288.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $269.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $18.90 |
| **Order total:** | **$288.89** |

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

  

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



## Secure checkout ⌄

 Cart

**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 6 hours and 21 minutes



WIZAURA Slushie Machine, Slushy for Home No Ice
Need, Soft Serve Ice Cream Maker & Margarita
Machine, Auto-Cleaning, 6 Presets for Milkshakes,
Frappés, Frozen Drink and More, Blue, 1 Insulated
Cup
**$189.99**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by WIZAURA

🗑 1 +

Add gift options

● **Fastest** Sunday, Nov 16                FREE
○ **Amazon Day** Monday, Nov 17             FREE
  🍃 Lower carbon delivery ⌄

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $189.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

### Place your order

**Order total: $203.29**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

Back to top

 English     United States   Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



## Secure checkout

**Delivering to Bob Smith**                                         Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                      Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 26, 2025**



WIZAURA Slushie Machine, Slushy for Home No Ice Need, Soft Serve Ice Cream Maker & Margarita Machine, Auto-Cleaning, 6 Presets for Milkshakes, Frappés, Frozen Drink and More, Black, 1 Insulated Cup

**$169.99**
Exclusive Prime price
Ships from WIZAURA
Sold by WIZAURA

| | |
|---|---|
| ○ Thursday, Nov 20 - Monday, Nov 24 | $29.99 |
| ● Wednesday, Nov 26 | FREE |

🗑 1 +

Gift options not available

**Place your order**

**Order total: $181.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $169.99
Shipping & handling:                        $0.00
Estimated tax to be collected:*            $11.90
**Order total:                          $181.89**

🛒 Cart

Back to top






English          United States          Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates


prime

**Secure checkout** ⌄

 Cart

**Delivering to Bob Smith**                                          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                       Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 20, 2025 - Nov 24, 2025**



Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rinse, Frozen Margaritas, Frappés, Milkshake, and More
**$249.99**

Ships from Mount Walker
Sold by Mount Walker

🗑 1 +

Gift options not available

○ Tuesday, Nov 18                          $36.24
○ Wednesday, Nov 19 - Thursday, Nov 20     $34.24
● Thursday, Nov 20 - Monday, Nov 24        FREE

---

**Place your order**

**Order total: $267.49**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                              $249.99
Shipping & handling:                  $0.00
Estimated tax to be collected:*      $17.50
**Order total:                     $267.49**

---

Back to top

 amazon

🌐 English ⇅     🇺🇸 United States ⇅     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**                                          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

---

**Paying with Discover 4323**                                       Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Arriving Nov 20, 2025 - Nov 24, 2025**



Slushie Machine 68oz, All-in-One Slushy Maker for Home with LED Display & Auto-Clean, No Ice Needed & One-Touch Reservation, 6 Preset Programs for Frozen Margaritas, Ice Cream & Frappés
**$179.99**
Ships from Kongqueju
Sold by Kongqueju

🗑 1 +

Gift options not available

○ Thursday, Nov 20 - Monday, Nov 24                                 FREE

---

**Place your order**     **Order total: $192.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

---

🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $179.99
Shipping & handling:                        $0.00
Estimated tax to be collected:*            $12.60
**Order total:**                          **$192.59**

---

Back to top

 amazon

[ 🌐 English ⇅ ]   [ 🇺🇸 United States ⇅ ]        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates



Free shipping, arrives by Mon, Nov 17

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                           Add

**Items details**                                              Hide details

Arrives by Mon, Nov 17                                          1 item

Sold by Inoviva Official
**Fulfilled by Walmart**
Free shipping

**Black Friday Deal**

Slushie Machine, No Ice Needed, INOVIVA 68 oz Frozen Drink Maker for     **$189.99**
Home with Self-Cleaning, 5 Preset Programs, Frozen Margaritas,...         $349.00

$159.01 from savings

Remove       −  1  +



**Place order for $203.29**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                          $349.00
Savings                                    -$159.01
                                           $189.99

Shipping                                   Free
Estimated taxes                            $13.30

☐ Want to support Operation Homefront and
military families with a $0.71 donation?
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

$1.00    $2.00    $5.00

**Estimated total**                        **$203.29**

Have a promo code?                         ⌄



**Payment method**

Walmart Cash: $4.40                                       Apply

Ending in 3676                                            $203.29

+ Add new payment                          Change payment

**OnePay**

**OnePay Card**   Earn unlimited 3% cash back at Walmart and 1.5% back on all other    Learn more
                 purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**   As low as $33/mo. ⓘ No credit impact to apply    Apply Now
Powered by Klarna



Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now                                          $49



**Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives by Mon, Nov 17

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                    Add

**Items details**                                                    Hide details

**Arrives by Mon, Nov 17**                                              1 item

Sold by Inoviva Official
**Fulfilled by Walmart**
Free shipping

Slushie Machine, No Ice Needed, 88 oz INOVIVA Slushy Machine for Home with Self-Cleaning Function, Professional Frozen Drink Maker, 5...                    **$199.99**

Remove            —   1   +

**Place order for $213.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                        $199.99
Shipping                                                       Free
**Estimated taxes**                                           $14.00

☐ Want to support Operation Homefront and military families with a $0.01 donation? ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

$1.00      $2.00      $5.00

**Estimated total**                                          **$213.99**

Have a promo code?                                              ⌄

---



🗀 **Payment method**

Walmart Cash: $4.40                                          Apply

Ending in 3676                                              $213.99

+ Add new payment                          Change payment

**OnePay**                                                    ⑤

**OnePay Card**   Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases                    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**   As low as **$35/mo.** ⓘ No credit impact to apply            Apply Now
Powered by Klarna

---

Walmart+ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.                                                    $49
Claim offer now

---

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-4611**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives by Wed, Nov 19

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                    Add

**Items details**                                        Hide details

**Arrives by Wed, Nov 19**                               1 item

Sold by Hewcham
**Fulfilled by Walmart**
Free shipping

Hewcham Frozen Drink Maker, 68oz Slushie Machine for Home, Fast-Freezing with Self-Cleaning                    **$226.96**  ~~$329.96~~

$103.00 from savings

Remove    − 1 +



**Place order for $242.85**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                ~~$329.96~~
**Savings**                          **-$103.00**
                                     $226.96
Shipping                             Free
**Estimated taxes**                  $15.89

☐ Want to support Operation Homefront and military families with a $0.15 donation? ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

$1.00    $2.00    $5.00

**Estimated total**                  **$242.85**

Have a promo code?                   ⌄

**Payment method**



💲 **Walmart Cash: $4.40**                        Apply

Ending in 3676                                    $242.85

+ Add new payment                    Change payment

**OnePay**

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases        Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  As low as $21/mo. ⓘ  No credit impact to apply        Apply Now
Powered by Klarna



Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now

**Text updates for this order**



☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Mon, Nov 24—Fri, Nov 28

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                    Add

**Items details**                                                    Hide details

**Arrives between Mon, Nov 24 — Fri, Nov 28**                            1 item

Sold and shipped by YANYANG  ✓ Pro Seller ⓘ
Free shipping

5-in-1 Slushie Machine, No Ice Needed, 15 Min Slushy Machine for Home     $179.99
with Self-Cleaning, Professional Frozen Drink Maker, 5 Preset Program...  $799.99

$620.00 from savings

Remove      −   1   +

**Place order for $192.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $799.99
Savings                                                          -$620.00
                                                                  $179.99
Shipping                                                            Free
**Estimated taxes**                                                $12.60

☐  Want to support Operation Homefront and             ⓘ
   military families with a $0.41 donation?
   Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                                $192.59

Have a promo code?                                                    ⌄

**Payment method**

$  **Walmart Cash: $4.40**                                          Apply

[mc]  Ending in 3676                                                $192.59

+ Add new payment                              [ Change payment ]

**OnePay**                                                          ⓢ

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other   [ Learn more ]
purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  As low as **$32/mo.** ⓘ  No credit impact to apply   [ Apply Now ]
Powered by Klarna

Walmart+  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now                                                     $49

**Text updates for this order**

☑  Send to (xxx) xxx-4611
   Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Wed, Nov 26—Mon, Dec 1

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                Add

**Items details**                                                   Hide details

**Arrives between Wed, Nov 26 — Mon, Dec 1**                        1 item

Sold and shipped by FOHERE Official
Free shipping

Professional Frozen Drink Maker with Quickfreeze Technology, Frozen      **$189.99**
Drink & Slushie Machine, 5 Preset Programs, Frozen Margaritas,...         $539.98

$349.99 from savings

Remove       [ − ]  1  [ + ]

---

📇 **Payment method**

$ Walmart Cash: $4.40                                                     Apply

Ending in 3676                                                           $203.29

+ Add new payment                                    [ Change payment ]

**OnePay**                                                                 Ⓢ

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other      [ Learn more ]
purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  As low as **$33/mo.** ⓘ No credit impact to apply      [ Apply Now ]
Powered by Klarna

---

Walmart+  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**     $49
T&C apply.
Claim offer now

---

📱 **Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



[ Place order for $203.29 ]

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                        $539.98

Savings                                     -$349.99

                                             $189.99

Shipping                                        Free

**Estimated taxes**                          $13.30

☐ Want to support Operation Homefront and      ⓘ
military families with a $0.71 donation?
Donate a whole dollar to Operation Homefront

**Donate a whole dollar to Operation Homefront** ⓘ

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                         **$203.29**

Have a promo code?                              ⌄



Free shipping, arrives by Mon, Nov 17

**Bob Smith**
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                    Add

**Items details**                                                         Hide details

**Arrives by Mon, Nov 17**                                                1 item

Sold by GoodTend  |  ✓ Pro Seller  ⓘ

Fulfilled by Walmart
Free shipping

Flamemore Slushie Machine for Home with Self-Cleaning, No Ice      **$195.99**
Needed, 6 Preset Settings Frozen Drink Maker, 12h Delay Start, 200w     $289.99

$94.00 from savings

Remove      —  1  +



**Place order for $209.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $289.99
Savings                                                            **-$94.00**
                                                                   $195.99

Shipping                                                           Free
**Estimated taxes**                                                $13.72

☐ Want to support Operation Homefront and
  military families with a $0.29 donation?  ⓘ
  Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront  ⓘ

$1.00     $2.00     $5.00

**Estimated total**                                                **$209.71**

Have a promo code?                                                  ⌄

---

💳 **Payment method**

🪙  **Walmart Cash: $4.40**                                         Apply

💳  Ending in 3676                                                  $209.71

+ Add new payment                          Change payment



**OnePay**

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other    Learn more
                 purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**   As low as $35/mo. ⓘ No credit impact to apply    Apply Now
Powered by Klarna



Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now                                                    $49



📱 **Text updates for this order**

☑ **Send to (xxx) xxx-4611**
  Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Wed, Nov 26—Mon, Dec 1

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                    Add

**Items details**                                                      Hide details

**Arrives between Wed, Nov 26 — Mon, Dec 1**                          1 item

Sold and shipped by XY-Store
Free shipping

Slushie Machine for Home - 70oz Professional No Ice Needed Frozen Drink with Auto-Clean, 6 Preset Programs (Frozen Margaritas,...    $158.98    ~~$189.98~~

Shape: slushie machine

$31.00 from savings

Remove          —   1   +



**Place order for $170.11**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                              ~~$189.98~~
Savings                                                          -$31.00
                                                                $158.98

Shipping                                                           Free
Estimated taxes                                                  $11.13

☐ Want to support Operation Homefront and military families with a $0.89 donation?  ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront  ⓘ

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

Estimated total                                                 $170.11

Have a promo code?                                                  ⌄

---



**Payment method**

Walmart Cash: $4.40                                              Apply

Ending in 3676                                                  $170.11

+ Add new payment                          [ Change payment ]

**OnePay**

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases          [ Learn more ]

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  Powered by Klarna          As low as $28/mo. ⓘ  No credit impact to apply          [ Apply Now ]



Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now                                                    $49



**Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Mon, Nov 24—Fri, Nov 28

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                    Add

**Items details**                                                    Hide details

**Arrives between Mon, Nov 24 — Fri, Nov 28**                        1 item

Sold and shipped by Halitagee
Free shipping

Towallmark Slushie Machine 68oz, All-in-One Slushy Maker for Home     $179.99
with LED Display & Auto-Clean, No Ice Needed & One-Touch...

Remove       −    1    +

**Place order for $192.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          $179.99
Shipping                                                     Free
**Estimated taxes**                                         $12.60

☐ Want to support Operation Homefront and
military families with a $0.41 donation?
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

  $1.00      $2.00      $5.00

**Estimated total**                                        **$192.59**

Have a promo code?                                            ⌄

## Payment method

Walmart Cash: $4.40                                         Apply

Ending in 3676                                            $192.59

+ Add new payment                                    Change payment

**OnePay**                                                    S

OnePay Card  Earn unlimited 3% cash back at Walmart and 1.5% back on all other   Learn more
purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

OnePay Later  As low as $32/mo. ⓘ No credit impact to apply   Apply Now
Powered by Klarna



Walmart+ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.                                                        $49
Claim offer now



## Text updates for this order

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated messages may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



Shipping, arrives between Fri, Nov 21—Mon, Nov 24

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                    Add

**Items details**                                        Hide details

**Arrives between Fri, Nov 21 — Mon, Nov 24**            1 item

Sold and shipped by DIGNAVLE-LINK (HK) LTD
$49.99 seller shipping fee

Black Friday Deal

Slushie Machine for Home, 88 oz Frozen Drink Maker - No Ice Needed, 6    $149.36
Presets, Margaritas, Frappés, Dishwasher Safe & Self-Cleaning, Blue      $199.99
Actual Color: Blue

$50.63 from savings

Remove          —  1  +

---



**Place order for $213.30**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                $199.99
Savings                                          -$50.63
                                                 $149.36

Seller shipping                                  $49.99
Estimated taxes                                  $13.95

☐ Want to support Operation Homefront and ⓘ
military families with a $0.70 donation?
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

$1.00   $2.00   $5.00

**Estimated total**                              **$213.30**

Have a promo code?                               ⌄

---



💳 **Payment method**

$ Walmart Cash: $4.40                            Apply

Ending in 3676                                   $213.30

+ Add new payment                     Change payment

**OnePay**

**OnePay Card**   Earn unlimited 3% cash back at Walmart and 1.5% back on all other    Learn more
purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later   As low as $26/mo. ⓘ No credit impact to apply    Apply Now
Powered by Klarna

---



Walmart+ Limited time only!
Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!
T&C apply.
Claim offer now                                  $49

---



📱 **Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated messages may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



**Place order for $224.90**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $210.19 |
| Shipping | Free |
| **Estimated taxes** | $14.71 |

☐ Want to support Operation Homefront and military families with a $0.10 donation? ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total** **$224.90**

Have a promo code? ⌄

Free shipping, arrives between Wed, Nov 26—Tue, Dec 2

Bob Smith
401 Biscayne Blvd, Miami, FL 33132                    Edit

**Delivery instructions**

Gate codes or other useful information                    Add

**Items details**                                        Hide details

**Arrives between Wed, Nov 26 — Tue, Dec 2**              1 item

Sold and shipped by GXbin22-JH
Free shipping



Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rins...                    **$210.19**

Remove                    − 1 +

## Payment method

💲 Walmart Cash: $4.40                    Apply

Ending in 3676                    $224.90

+ Add new payment                    Change payment

**OnePay**



**OnePay Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases                    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later** Powered by Klarna    As low as **$19/mo.** ⓘ No credit impact to apply                    Apply Now



Walmart+ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now                    $49

## 📱 Text updates for this order

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

# Checkout



## Cart
$213.99 total • 1 item

Edit

Arriving by Fri, Nov 21

## Shipping address

Edit

Bob Smith
401 Biscayne Blvd
Miami, FL, 33132
832-248-4611

Default address

## Gift message

ⓘ

**Order includes a gift**
Send an optional gift message

## Gift cards
Pay with a Target GiftCard

Add

## Payment

Edit

Mastercard *8278

**New!** Now you can check out with Cash App Pay



## Order summary

**Promo code**                    Add

Subtotal (1 item)                $199.99
Shipping                              Free
Estimated taxes                   $14.00
   Based on 33132

**Total**                            **$213.99**

$213.99
Mastercard *8278

By ordering, you accept Target's terms and privacy policy

**Place your order**

Order confirmation and updates will be emailed to
lwomack@gibsondunn.com

Shop safely at Target     Cart # 102003029780982

*See offer details. Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com



Expect More. Pay Less.

Terms    CA Supply Chain    Privacy Policy    CA Privacy Rights    Your Privacy Choices    Interest Based Ads    Health Privacy Policy    TM & © 2025 Target Brands, Inc.



# Cart

## Shipping

Teendow Slushie Machine, 68 oz Slushy Machine for Home,Frozen Drink Maker with 6 Presets, LED Display, Self-Cleaning for Parties

Sold & shipped by MAMNV

Qty 1    Save for later

● Shipping
Arriving by Fri, Nov 21

○ Order Pickup not available
at Cityplace Market  Change store

**$199.99**
reg $292.29
Sale

2 Year Electronics Protection Plan
($175-$199.99) - Allstate
$30.00 ⓘ

**Saved for later**    Favorites



### Save your items for later

If you aren't ready to buy, select Save for later. We'll keep the item safe here.

### Recently viewed items

**Etust Slushie Machine for...**
$229.99
reg $303.00 Sale
Add to cart

**Kismile Slushie Machine No Ice...**
$239.98
reg $399.98 Sale
Add to cart

**Luma Frozen Slushie Drink...**
$199.99
reg $304.99 Sale
Add to cart

---

$199.99 subtotal • 1 item

**Check out**    **⊲ Pay**

### Potential savings

Promo code    Add

### Order summary

**$213.99 total**
1 item

✓ **Free shipping**
with $35 orders* (exclusions apply) ⓘ

**Pay as low as $20/mo**
With Affirm ⓘ

Email a gift message

**Get $50 in ⊙circle Rewards***
when you are approved & make a qualifying purchase with your ⊙circle credit card.

**Learn more**

*Terms apply. Credit offer redeemable through Target Circle. See Target.com/Unlocked for details.

---



Shop safely at Target    Cart # 102003029780982

**Get top deals, latest trends, and more.**    Email address    **Sign up**    Privacy policy ↗

*See offer details. Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com.

### About Us
About Target
Careers
News & Blog
Target Brands
Bullseye Shop
Sustainability & Governance
Press Center
Advertise with Us
Investors
Affiliates & Partners
Suppliers
TargetPlus

### Help
Target Help
Returns
Track Orders
Recalls
Contact Us
Feedback
Accessibility
Security & Fraud
Team Member Services
Legal & Privacy

### Stores
Find a Store
Clinic
Pharmacy
Target Optical
More In-Store Services

### Services
Target Circle™
Target Circle™ Card
Target Circle 360™
Target App
Registry
Same Day Delivery
Order Pickup
Drive Up
Free 2-Day Shipping
Shipping & Delivery
More Services

**Expect More. Pay Less.**



Terms    CA Supply Chain    Privacy Policy    CA Privacy Rights    Your Privacy Choices    Interest Based Ads    Health Privacy Policy    TM & © 2025 Target Brands, Inc.

Return to Cart

# Getting your order

## Shipping Details

 CyberChill - 88oz Slushie Machine with LED Display, 7 Presets, No Ice Needed, 24H Delay & Keep Fresh, Control Lock for Children - Gray
Sold & shipped by Resplendence Trading Inc.

| Friday, November 21 | FREE |
|---|---|

### Shipping Address

Bob Smith
401 Biscayne Blvd
Miami, FL 33132

Add a new address    Edit this address

## Contact Information

**Email Address**

lwomack@gibsondunn.com

**Phone Number**

214 698 3213

You agree that Best Buy or its authorized service partners may call or text you at the phone number above to fulfill your order, or with information about your purchase, including delivery and scheduling. Calls may be live or pre-recorded and may be automated. Message/data rates may apply.

**Opt-In For Text Updates**

☐ My orders, services and appointments

**Continue to Payment Information**

## Order Summary

**Shipping**
401 BISCAYNE BLVD
MIAMI, FL 33132

Get it by Fri, Nov 21.

 CyberChill - 88oz Slushie Machine with LED Display, 7 | **$273.99** Qty 1 Remove

| Item Subtotal | $273.99 |
|---|---|
| Shipping | FREE |
| Estimated Sales Tax | $19.18 |

Apply a Best Buy Tax Exempt Account Number ⌄

**You're saving $126 on your order today!**

**Total** **$293.17**

Terms and Conditions | Privacy | Interest-Based Ads | Returns & Exchanges

**Give Feedback**    Mobile Site

Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.



Checkout  Return to Cart

# Getting your order

## Shipping Details

 CyberChill - Slushie Machine 68 oz, No Ice Needed Frozen Drink Maker with Control Lock, Delay Start, and 5 Presets - Gray
Sold & shipped by Resplendence Trading Inc.

| Friday, November 21 | FREE |
| --- | --- |

### Shipping Address

Bob Smith
401 BISCAYNE BLVD
MIAMI, FL 33132

Add a new address    Edit this address

## Contact Information

**Email Address**

lwomack@gibsondunn.com

**Phone Number**

214 698 3213

You agree that Best Buy or its authorized service partners may call or text you at the phone number above to fulfill your order, or with information about your purchase, including delivery and scheduling. Calls may be live or pre-recorded and may be automated. Message/data rates may apply.

**Opt-In For Text Updates**

☐ My orders, services and appointments

**Continue to Payment Information**

## Order Summary

**Shipping**
401 BISCAYNE BLVD
MIAMI, FL 33132

Get it by Fri, Nov 21.

| | | |
| --- | --- | --- |
| | CyberChill - Slushie Machine 68 oz, No Ice Needed Frozen | **$195.99** Qty 1 Remove |

| | |
| --- | --- |
| Item Subtotal | $195.99 |
| Shipping | FREE |
| Estimated Sales Tax | $13.72 |
| Apply a Best Buy Tax Exempt Account Number | ⌄ |

**You're saving $154 on your order today!**

**Total**　　　**$209.71**

---

Terms and Conditions | Privacy | Interest-Based Ads | Returns & Exchanges

Give Feedback | Mobile Site

Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.





 Cart

**Delivering to Bob Smith**                                                Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                              Change

Select a payment plan

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $189.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

**Arriving Nov 18, 2025**

If you order in the next 5 hours and 45 minutes



Slushie Machine, EASTPUS 68oz No Ice Needed, Frozen Drink & Soft Serve Maker, Rapid Freeze, 6 Presets, Self-Cleaning – For Slushies, Margaritas, Smoothies, Milkshakes, Frappés & More (2025 Version)
$189.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Eastplus

○ **Tuesday, Nov 18**          FREE

🗑 1 ＋

Add gift options

**Place your order**    **Order total: $203.29**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

amazon

🌐 English ⇅     🇺🇸 United States ⇅          Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates

**amazon** prime

Secure checkout ⌄

🛒 Cart

## Delivering to Bob Smith

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

## Paying with Discover 4323

Select a payment plan

Use a gift card, voucher, or promo code

Change

### Arriving Nov 17, 2025

If you order in the next 5 hours and 44 minutes



Slushie Machine 1.6L,Slushy Machine for Home with Touchscreen,6 Preset Programs,No Ice Needed,Frozen Drink Maker for Milkshakes,Frozen Margaritas,Frappés, Ice Cream, Smoothies,Slush,Auto Cleaning
**$164.99**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by DOMEM PRODUCT INC

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

○ **Fastest** Monday, Nov 17 — FREE

○ **Amazon Day** Tuesday, Nov 18 — FREE
🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $164.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $11.55 |
| **Order total:** | **$176.54** |

**Place your order**

**Order total: $176.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned until January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

🌐 English

🇺🇸 United States

Help

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

Cart

**Delivering to Bob Smith**                                                        Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**                                                      Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**
If you order in the next 3 hours and 14 minutes



8-in-1 Slushie Machine for Home - 68 fl oz, No Ice            ● Monday, Nov 17            FREE
Needed, LED Display, Self-Cleaning Frozen Drink
Maker - Ideal for Slushies, Milkshakes, Margarita
Smoothie, Frappés, & More
$199.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Dutepa Home-US

🗑  1  +
Add gift options

**Place your order**          **Order total: $213.99**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.
Back to cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                        $199.99
Shipping & handling:            $0.00
Estimated tax to be collected: $14.00
**Order total:**             **$213.99**

Back to top



amazon

English ⇅         United States        Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates





**Delivering to Bob Smith**                                          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                        Change

Select a payment plan

Use Discover Cashback Bonus points ⌄
$47.49 (47.49 points) available
Use a gift card, voucher, or promo code

**Arriving Nov 20, 2025**

If you order in the next 8 hours and 6 minutes



Slushie Machine for Home, 88 oz Frozen Drink
Maker with Timer & Auto-Fresh Keep, Smart
Display, Self-Cleaning, Quiet Operation, No Ice
Needed, Perfect for Margaritas, Frappés, Milkshakes
& More
**$208.23**
✔prime & FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by HKV SHOP

🗑 1 +

Add gift options

○ **Fastest** Thursday, Nov 20          FREE

○ **Amazon Day** Friday, Nov 21         FREE
🍃 Lower carbon delivery ⌄

Item often ships in manufacturer's container to reduce packaging and reveals
what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

**Place your order**    **Order total: $222.81**
By placing your order, you agree to Amazon's privacy notice and conditions of use

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                        $208.23
Shipping & handling:          $0.00
Estimated tax to be collected: $14.58
**Order total:**              **$222.81**

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to
purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items
purchased between November 1 and December 31, 2025, can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December
31, 2025, can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy.

Back to cart

amazon

English ◇    🇺🇸 United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ◁▷
© 1996-2025, Amazon.com, Inc. or its affiliates



 Cart

Secure checkout ⌄



 amazon prime



   





 Cart

**Delivering to Bob Smith**          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**          Change

Select a payment plan

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $189.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $13.30 |
| **Order total:** | **$203.29** |

**Arriving Nov 21, 2025**



VEVOR Slushie Machine, 2L/68oz No Ice Needed Slushy Machine for Home, Frozen Drink Maker with 6 Preset Programs, Margarita Machine with Self-Cleaning, Frozen Margaritas, Frappés, Milkshake, and More

$189.99

& FREE Returns ⌄

Ships from and sold by Amazon.com

🔘 **Friday, Nov 21**          FREE

🗑 1 +

Add gift options

Choose 3 monthly payments of $63.33

**Place your order**          **Order total: $203.29**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned until January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

 English ⇅           United States          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  

© 1996-2025, Amazon.com, Inc. or its affiliates




**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

Change

**Paying with Discover 4323**
Select a payment plan
Use a gift card, voucher, or promo code

Change

**Arriving Nov 18, 2025**
If you order in the next 5 hours and 15 minutes



Richday Slushie Machine for Home – 88oz Frozen Drink Maker with 6 Preset Modes, No Ice Needed, Self-Cleaning, BPA-Free, Dishwasher Safe, Ideal for Slush, Frappe, Milkshake, Margarita, Cold Drinks
$175.49
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Ouwancheng

🔘 Tuesday, Nov 18                                FREE

🗑 1 +

Add gift options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $175.49 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $12.28 |
| **Order total:** | **$187.77** |

**Place your order**   **Order total: $187.77**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

 English    United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

Secure checkout

Cart

**Secure checkout**

Delivering to Bob Smith

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

Change

Paying with Discover 4323

Change

Select a payment plan

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $239.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $16.80 |
| **Order total:** | **$256.79** |

**Arriving Nov 16, 2025**

If you order in the next 5 hours and 14 minutes



Slushie Machine,Frozen Drink & Slushy Machine for Home,Frozen Drink Mix Maker Machine with Motion-Wake Tech, Auto Energy Saver,Auto Clean Function,No Ice Needed, Milkshake,Cold Drink,Snowmelt,Custom

$239.99

✓prime & FREE Returns

Ships from Amazon.com

Sold by sincare

⊙ Fastest Sunday, Nov 16          FREE

○ Amazon Day Monday, Nov 17     FREE
   🍃Lower carbon delivery

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container

**Place your order**   **Order total: $256.79**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned until January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

amazon

🌐 English     🇺🇸 United States     Help



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



# amazon prime

Cart

**Delivering to Bob Smith**                                                                    Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                                                  Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 5 hours and 13 minutes



Slushie Machine with Self-Cleaning, 3 Preset
Programs Slushie Maker, 88oz Professional Slushy
Machine for Home, No Ice Needed Frozen Drink
Maker for Frappés, Margaritas & Milkshakes
Smoothie, and more
**$158.99**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by YZFREEDOM

🗑 1 +

Add gift options

○ **Fastest** Sunday, Nov 16                                                              FREE
○ **Amazon Day** Monday, Nov 17                                                            FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                              $158.99
Shipping & handling:                                  $0.00
Estimated tax to be collected:                       $11.13
**Order total:**                                    **$170.12**

**Place your order**   **Order total: $170.12**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

amazon

⊕ English ⌄          🇺🇸 United States ⌄          Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**amazon** prime

Secure checkout ⌄

🛒 Cart

Delivering to Bob Smith

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Change

Add delivery instructions

Paying with Discover 4323

Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 17, 2025**

If you order in the next 5 hours and 13 minutes



AABOSI Slushie Machine for Home, Frozen Drink Machine with Cookbook, Margarita Machine with 6 Presets Programs, No Ice Needed, Auto Cleaning, Slushy Maker for Frozen Margaritas, Cocktails, Frappés

$179.99

✓prime & FREE Returns ⌄

Ships from Amazon.com

Sold by BloomMap

🗑 1 ＋

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

● Monday, Nov 17          FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $179.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $12.60 |
| **Order total:** | **$192.59** |

**Place your order**          **Order total: $192.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned until January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top



AMAZON

🌐 English ⌄     🇺🇸 United States ⌄          Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑
© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                 Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 18, 2025**
If you order in the next 5 hours and 11 minutes

● Tuesday, Nov 18                                            FREE

PAMBEE 88oz Slushie Machine, No Ice Needed
Frozen Drink Maker for Home, Self-Cleaning, 5
Preset Menus & 5 Temp Settings Slushy Machine for
Margarita, Frappés, Milkshakes and More
$179.99
✓prime & FREE Returns ⌄
Exclusive Prime price
Ships from Amazon.com
Sold by PAMBEE DIRECT

🗑 1 +

Add gift options

**Place your order**

**Order total: $192.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $179.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $12.60 |
| **Order total:** | **$192.59** |

---

Back to top

amazon

🌐 English ⇅      🇺🇸 United States        Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices 
© 1996-2025, Amazon.com, Inc. or its affiliates

Case 1:25-cv-25323-RAR    Document 22-4    Entered on FLSD Docket 11/20/2025    Page 85 of 103


Cart

**Delivering to Bob Smith**

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Change

Add delivery instructions

**Paying with Discover 4323**

Change

Select a payment plan

Use a gift card, voucher, or promo code

## Arriving Nov 25, 2025



Slushy Maker, Home slush Machine,Premium Slushie Maker | Versatile All-in-One Machine with 5 Pre-Set Programs | Innovative Ice-Free Technology & Silent Auto-Clean
$249.99
Ships from SOZT-US
Sold by SOZT-US

1

Gift options not available

⦿ Tuesday, Nov 25          FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $249.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $17.50 |
| **Order total:** | **$267.49** |

**Place your order**    **Order total: $267.49**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied?    See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top



🌐 English          🇺🇸 United States          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon prime

🛒 Cart

**Delivering to Bob Smith**   Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**   Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 5 hours and 10 minutes



VNN Slushie Machine - 92 oz Slushy Machine for Home No Ice Needed, Frozen Drink & Slushie Machine, 5 Preset Programs, Auto-Clean, Suitable for Margaritas, Smoothies, Milkshakes, Black
$219.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by VNNAUTO

🗑 1 ＋

Add gift options

● **Fastest** Sunday, Nov 16   FREE
○ **Amazon Day** Monday, Nov 17   FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                               $219.99
Shipping & handling:                   $0.00
Estimated tax to be collected:        $15.40
**Order total:**                     **$235.39**

**Place your order**   **Order total: $235.39**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

amazon

🌐 English ⇅   🇺🇸 United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✗
© 1996-2025, Amazon.com, Inc. or its affiliates




**Delivering to Bob Smith**
Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**
Change
Select a payment plan
Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $219.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $15.40 |
| **Order total:** | **$235.39** |

**Arriving Nov 16, 2025**
If you order in the next 5 hours and 10 minutes



Sunvivi Slushie Machine for Home: 87 oz Slushy Machine with Self-Cleaning Function, Professional Frozen Drink Maker with Frozen Juice, Slush & Milkshake, Snow Cone Machine with Hardness Control, Black
$219.99
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by sunvivi

◉ **Fastest** Sunday, Nov 16    FREE
○ **Amazon Day** Monday, Nov 17    FREE
🌱 Lower carbon delivery ⌄

🗑 1 +

Add gift options

**Place your order**

**Order total: $235.39**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.
Back to cart

Back to top

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



amazon prime

🛒 Cart

**Delivering to Bob Smith**    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**    Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 24, 2025**



Slushie Machine for Home, 88oz No Ice Needed Slushy Machine, Frozen Drink Maker with 6 Preset Programs, Margarita Machine with Self-Cleaning, Frozen Margaritas, Frappés, Milkshake, Family Gift
**$199.99**
Ships from DEAPRULL Official Store
Sold by DEAPRULL Official Store

🗑 1 +

Gift options not available

⦿ Monday, Nov 24                      FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $199.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $14.00 |
| **Order total:** | **$213.99** |

**Place your order**    **Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon's Returns Policy

Back to cart

 amazon

🌐 English ⇅      🇺🇸 United States ⇅      Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑

© 1996-2025, Amazon.com, Inc. or its affiliates





# amazon prime

🛒 Cart

**Delivering to Bob Smith**   Change
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Add delivery instructions

**Paying with Discover 4323**   Change
Select a payment plan
Use a gift card, voucher, or promo code

**Arriving Nov 16, 2025**
If you order in the next 5 hours and 8 minutes

CASIDEA 6 in 1 Slushie Machine for Home, No Ice Needed Slushy Machine 88oz Frozen Drink Maker, Bigger Tank, Auto Clean, Easy to Make Slush, Juice, Frappe, Milk Shake, Cold Drink and Cocktail
$189.99
✔prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Casidea US

🗑 1 ＋
Add gift options

○ **Fastest** Sunday, Nov 16   FREE
○ **Amazon Day** Monday, Nov 17   FREE
  🍃 Lower carbon delivery ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:   $189.99
Shipping & handling:   $0.00
Estimated tax to be collected:   $13.30
**Order total:**   **$203.29**

**Place your order**   **Order total: $203.29**
By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State
Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

amazon

🌐 English ⇅    🇺🇸 United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✖
© 1996-2025, Amazon.com, Inc. or its affiliates




Cart

**Delivering to Bob Smith**
401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States
Change

Add delivery instructions

**Paying with Discover 4323**
Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 24, 2025**



Slushie Machine 88oz - All-in-One Home Slush Maker Frozen Drink Machine | No Ice Needed | 5 Pre-Set Programs | Quiet Operation | Auto-Cleaning | Perfect for Milkshake, Margarita, Smoothie, Frappé
**$199.99**
Ships from SOZT DIRECT
Sold by SOZT DIRECT

🗑 1 +

Gift options not available

◉ Monday, Nov 24          FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $199.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $14.00 |
| **Order total:** | **$213.99** |

**Place your order**          **Order total: $213.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

   
English          United States          Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates





 Cart

**Delivering to Bob Smith**                                          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                       Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 21, 2025 - Dec 1, 2025**



Slushy Machine for Home, Slushie Machine 88 oz, 5 Preset Programs, Quiet Operation, LED Display, Auto-Clean, No Ice Needed, Perfect for Milkshakes, Margarita Smoothie, Frappes and More,Grey
**$219.99**
Ships from Lingmou
Sold by Lingmou

○ Friday, Nov 21 - Monday, Dec 1     FREE

🗑 1 +

Gift options not available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $219.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $15.40 |
| **Order total:** | **$235.39** |

**Place your order**

**Order total: $235.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

   

Back to top

amazon

🌐 English ⇕     🇺🇸 United States ⇕          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑

© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**                                          Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                        Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 19, 2025**
If you order in the next 5 hours and 7 minutes

Slushie Machine for Home: 15-60 Minutes Frozen
Drink Maker with 7 Preset Programs, 4-Hour
Freshness, Auto-Clean, Make Slush, Milkshakes,
Margaritas, Frappés and More, No Ice Needed
**$279.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by GreenEver Direct

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals
what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ⌄

| | |
|---|---|
| ⦿ **Standard** Wednesday, Nov 19 | FREE |
| ○ **Pick your day** Friday, Nov 21 | $1.99 |
| Great for travel, gifts, valuables ⌄ | |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Items:                                        $279.99
Shipping & handling:                            $0.00
Estimated tax to be collected:                 $19.60
**Order total:**                             **$299.59**

**Place your order**      Order total: $299.59

By placing your order, you agree to Amazon's privacy notice and conditions of use

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to
purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items
purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December
31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

Back to top

    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



 Cart

**Delivering to Bob Smith**                                                    Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**                                                  Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 21, 2025 - Dec 1, 2025**



● Friday, Nov 21 - Monday, Dec 1                                    FREE

88 oz Slushie Maker Machine, No Ice Needed Frozen Drink Machine for Home 5 Smart Presets Low Noise Self-Cleaning Ideal for Smoothies, Frappés, Milkshakes, Margaritas, Cocktails, Black-Grey

$219.99

Ships from Lingmou

Sold by Lingmou

1

Gift options not available

**Place your order**                    **Order total: $235.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $219.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $15.40 |
| **Order total:** | **$235.39** |

---

Back to top

 amazon

🌐 English      🇺🇸 United States                        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates



**Delivering to Bob Smith**   Change

401 BISCAYNE BLVD, MIAMI, FL, 33132-1924, United States

Add delivery instructions

**Paying with Discover 4323**   Change

Select a payment plan

Use a gift card, voucher, or promo code

**Arriving Nov 24, 2025**



Commercial Slushy Machine, 88 oz. Slushy Maker Machine for Home, No Ice Needed, Slushie Machine with Adjustable Smoothie Thickness, Frozen Drink Machine for Smoothies, Frappés, Milkshakes, Cocktails

**$259.99**

Ships from Velieta Direct

Sold by Velieta Direct

🗑 1 +

Gift options not available

● Monday, Nov 24   FREE

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $259.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $18.20 |
| **Order total:** | **$278.19** |

**Place your order**   **Order total: $278.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart

---

    English     United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Free shipping, arrives by Mon, Nov 17

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information

Add

**Items details**

Hide details

Arrives by Mon, Nov 17

1 item

Sold by Bluebow
Fulfilled by Walmart
Free shipping

**Black Friday Deal**

Bluebow Slushie Machine for Home, 88oz Vessel Slush Maker with 6 Presets, No Ice Needed, Frozen Drink Maker for Smoothie, Frappe,...

$189.99
$482.99

$293.00 from savings

Remove      −  1  +



**Place order for $203.29**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                    $482.99

Savings                             -$293.00

                                     $189.99

Shipping                                Free

Estimated taxes                       $13.30

☐ Want to support Operation Homefront and military families with a $0.71 donation?
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront

$1.00    $2.00    $5.00

**Estimated total**          **$203.29**

Have a promo code?                        ⌄



**Payment method**

Ⓢ  Walmart Cash: $4.40                              Apply

🔲  Ending in 3676                                 $203.29

+ Add new payment              Change payment

**OnePay**

**OnePay** Card  Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases       Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later  As low as $33/mo. ⓘ No credit impact to apply       Apply Now
Powered by Klarna



**Walmart** Limited time only!
Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!
T&C apply.
Claim offer now

$49
per year



📱  **Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Mon, Nov 24—Fri, Nov 28

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information                                    Add

**Items details**                                                  Hide details

**Arrives between Mon, Nov 24 — Fri, Nov 28**                          1 item

Sold and shipped by Auseo    ✓ Pro Seller ⓘ
Free shipping

Auseo Slushie Maker for Home with 3 Preset Modes, Frozen Drink Machine for Milkshake, Slush, Alcoholic Beverages — 64oz Large...    **$189.99**

Remove          − 1 +



Place order for $203.29

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $189.99
Shipping                                        Free
**Estimated taxes**                            $13.30

☐ Want to support Operation Homefront and military families with a $0.71 donation? ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront ⓘ

$1.00    $2.00    $5.00

**Estimated total**                          $203.29

Have a promo code?                               ⌄

## Payment method

Walmart Cash: $4.40                             Apply

Ending in 3676                                 $203.29

+ Add new payment                         Change payment



**OnePay**

OnePay Card   Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

OnePay Later   As low as $33/mo. ⓘ No credit impact to apply    Apply Now
Powered by Klarna



Walmart+  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now

$49



## Text updates for this order

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives between Fri, Nov 21—Tue, Nov 25

**Place order for $234.32**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $218.99 |
| Shipping | Free |
| **Estimated taxes** | $15.33 |

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

☐ Want to support Operation Homefront and military families with a $0.68 donation? ⓘ
Donate a whole dollar to Operation Homefront

**Delivery instructions**

Gate codes or other useful information                      Add

Donate a whole dollar to Operation Homefront ⓘ

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Items details**                                          Hide details

**Estimated total**                        **$234.32**

**Arrives between Fri, Nov 21 — Tue, Nov 25**          1 item

Have a promo code?                            ⌄

Sold and shipped by HCY Wholesale
Free shipping

2L Frozen Drink Maker Slushy Machine with 6 Preset Programs, No Ice Needed, Rapid Cooling, Self-Cleaning, Ideal for Home Milkshakes,...          **$218.99**

Remove          −   1   +

## 🖽 Payment method



Walmart Cash: $4.40                                    Apply

Ending in 3676                                        $234.32

+ Add new payment                          **Change payment**

**OnePay**                                              Ⓢ

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases          **Learn more**

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  As low as **$20/mo.** ⓘ  No credit impact to apply          **Apply Now**
Powered by Klarna



Walmart+  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now                                        $49



## 📱 Text updates for this order

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated messages may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Free shipping, arrives by Thu, Nov 20

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

**Delivery instructions**

Gate codes or other useful information

Add

**Items details**

Hide details

**Arrives by Thu, Nov 20**                                    1 item

Sold and shipped by XLENS TECH

Free shipping

Slushie Machine, 70 oz Slushy Machine for Home with LED Display, No Ice Needed Frozen Drink Maker, Self-Cleaning, 5 Preset Programs, for...                          **$239.99**

Remove          −    1    +



**Place order for $256.79**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                              $239.99
Shipping                                                          Free
**Estimated taxes**                                            $16.80

☐ Want to support Operation Homefront and military families with a $0.21 donation?         ⓘ
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront  ⓘ

$1.00      $2.00      $5.00

**Estimated total**                                          **$256.79**

Have a promo code?                                                ⌄

## Payment method



Walmart Cash: $4.40                                              Apply

Ending in 3676                                                 $256.79

+ Add new payment                                     Change payment

**OnePay**



**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases                          Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  As low as **$22/mo.** ⓘ  No credit impact to apply     Apply Now
Powered by Klarna



**Walmart+**  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now
$49

## 📱 Text updates for this order

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



🚚 Free shipping, arrives by Mon, Nov 24

Bob Smith
401 Biscayne Blvd, Miami, FL 33132                                    Edit

**Delivery instructions**

Gate codes or other useful information                                 Add

**Items details**                                                  Hide details

**Arrives by Mon, Nov 24**                                           1 item

Sold and shipped by VEVOR Distribution Store
Free shipping

VEVOR Slushie Machine, 2L/68oz No Ice Needed Slushy Machine
for Home, Frozen Drink Maker with 6 Preset Programs, Margarita...
**$189.99**

Remove          —  1  +



**Place order for $203.29**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                              $189.99
Shipping                                                          Free
Estimated taxes                                                 $13.30

☐ Want to support Operation Homefront and       ⓘ
military families with a $0.71 donation?
Donate a whole dollar to Operation Homefront

Donate a whole dollar to Operation Homefront  ⓘ
$1.00      $2.00      $5.00

**Estimated total**                                          **$203.29**

Have a promo code?                                                 ⌄



🖥 **Payment method**

💲 **Walmart Cash: $4.40**                                        Apply

[mastercard] Ending in 3676                                     $203.29

+ Add new payment                                         Change payment

**OnePay**                                                        Ⓢ

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other   Learn more
                  purchases

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later   As low as **$33/mo.** ⓘ No credit impact to apply   Apply Now
Powered by Klarna



Walmart+ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now



📱 **Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you
agree to our Mobile Alert Terms.

Free shipping, arrives by Fri, Nov 21

**Place order for $203.29**

By placing this order, you agree to our Privacy Policy and Terms of Use

Bob Smith
401 Biscayne Blvd, Miami, FL 33132

Edit

| Subtotal (1 item) | $189.99 |
|---|---|
| Shipping | Free |
| Estimated taxes | $13.30 |

**Delivery instructions**

Gate codes or other useful information

Add

☐ Want to support Operation Homefront and military families with a $0.71 donation?
Donate a whole dollar to Operation Homefront

**Items details**

Hide details

**Donate a whole dollar to Operation Homefront** ⓘ

| $1.00 | $2.00 | $5.00 |

**Arrives by Fri, Nov 21**

1 item

**Estimated total** $203.29

Sold and shipped by VEVOR Distribution Store

Free shipping

Have a promo code? ⌄

VEVOR Slushie Machine, 2L/68oz No Ice Needed Slushy Machine for Home, Frozen Drink Maker with 6 Preset Programs, Margarita Machine...    **$189.99**

Remove    −  1  +

**Payment method**

Walmart Cash: $4.40                                                    Apply

Ending in 3676                                              $203.29

+ Add new payment                                    **Change payment**

**OnePay**

**OnePay Card**  Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    **Learn more**

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay Later**  Powered by Klarna    As low as **$33/mo.** ⓘ  No credit impact to apply    **Apply Now**

**Walmart+**  Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now

$49

**Text updates for this order**

☑ Send to (xxx) xxx-4611
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Checkout                                                                    Return to Cart

# Getting your order

## Shipping Details

 CyberChill - Slushie Machine, 68 oz. Frozen Drink Maker with 24-Hour Delay Start, Cold Retention and 5 Presets - Dark Gray
Sold & shipped by Resplendence Trading Inc.

| Tuesday, November 25 | FREE |
|---|---|

### Shipping Address

Bob Smith
401 BISCAYNE BLVD
MIAMI, FL 33132

Add a new address   Edit this address

## Contact Information

**Email Address**

lwomack@gibsondunn.com

**Phone Number**

214 698 3213

You agree that Best Buy or its authorized service partners may call or text you at the phone number above to fulfill your order, or with information about your purchase, including delivery and scheduling. Calls may be live or pre-recorded and may be automated. Message/data rates may apply.

**Opt-In For Text Updates**

☐ My orders, services and appointments

**Continue to Payment Information**

## Order Summary

**Shipping**
401 BISCAYNE BLVD
MIAMI, FL 33132

Get it by Tue, Nov 25.

 CyberChill - Slushie Machine, 68 oz. Frozen Drink Maker

**$223.99**
Qty 1
Remove

| Item Subtotal | $223.99 |
|---|---|
| Shipping | FREE |
| Estimated Sales Tax | $15.68 |

Apply a Best Buy Tax Exempt Account Number    ⌄

**You're saving $176 on your order today!**

**Total**                              **$239.67**

Terms and Conditions | Privacy | Interest-Based Ads | Returns & Exchanges

**Give Feedback** | Mobile Site

Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.



Checkout

# Getting your order

## Shipping Details

 VEVOR - Slushie Machine, 2L/68oz No Ice Needed Slushy Machine for Home, Frozen Drink Maker with 6 Preset Programs - Gray
Sold & shipped by VEVOR Distribution Store

| Friday, November 21 | FREE |
|---|---|

### Shipping Address

Bob Smith
401 BISCAYNE BLVD
MIAMI, FL 33132

Add a new address    Edit this address

## Contact Information

**Email Address**

lwomack@gibsondunn.com

**Phone Number**

214 698 3213

You agree that Best Buy or its authorized service partners may call or text you at the phone number above to fulfill your order, or with information about your purchase, including delivery and scheduling. Calls may be live or pre-recorded and may be automated. Message/data rates may apply.

**Opt-In For Text Updates**

☐ My orders, services and appointments

**Continue to Payment Information**

## Order Summary

**Shipping**
401 BISCAYNE BLVD
MIAMI, FL 33132

Get it by Fri, Nov 21.

 VEVOR - Slushie Machine, 2L/68oz No Ice Needed    **$213.99**
Qty 1
Remove

| Item Subtotal | $213.99 |
|---|---|
| Shipping | FREE |
| Estimated Sales Tax | $14.98 |

Apply a Best Buy Tax Exempt Account Number ⌄

**You're saving $22 on your order today!**

**Total**    **$228.97**

Terms and Conditions | Privacy | Interest-Based Ads | Returns & Exchanges

**Give Feedback**    Mobile Site

Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.



Checkout Return to Cart

# Getting your order

## Shipping Details

 HOOURE - 88 oz. Slushie Snow Cone Machine with Self-Cleaning Function Technology, 5 Smart Modes, No Ice Needed - Black
Sold & shipped by Coomo Inc

| Tuesday, November 25 | FREE |
|---|---|

### Shipping Address

Bob Smith
401 BISCAYNE BLVD
MIAMI, FL 33132

Add a new address    Edit this address

## Contact Information

**Email Address**

lwomack@gibsondunn.com

**Phone Number**

214 698 3213

You agree that Best Buy or its authorized service partners may call or text you at the phone number above to fulfill your order, or with information about your purchase, including delivery and scheduling. Calls may be live or pre-recorded and may be automated. Message/data rates may apply.

**Opt-In For Text Updates**

☐ My orders, services and appointments

**Continue to Payment Information**

## Order Summary

**Shipping**
401 BISCAYNE BLVD
MIAMI, FL 33132

Get it by Tue, Nov 25.

 HOOURE - 88 oz. Slushie Snow Cone Machine with Self- | **$303.41** Qty 1 Remove

| Item Subtotal | $303.41 |
|---|---|
| Shipping | FREE |
| Estimated Sales Tax | $21.24 |

Apply a Best Buy Tax Exempt Account Number ⌄

### Total    **$324.65**

Terms and Conditions | Privacy | Interest-Based Ads | Returns & Exchanges

**Give Feedback**    Mobile Site

Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.

