AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SHARKNINJA OPERATING LLC, and SHARKNINJA SALES COMPANY,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>*Defendant(s)* | Civil Action No. 25-cv-25323-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ALL DEFENDANTS IDENTIFIED IN SCHEDULE A OF THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kevin C. Kaplan, Esq., Florida Bar No. 933848, COFFEY BURLINGTON, P.L.,
2601 South Bayshore Drive, PH-1, Miami, Florida 33133, Tel: 305-858-2900
kkaplan@coffeyburlington.com; service@coffeyburlington.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/24/2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts