UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25323-RAR

**SHARKNINJA OPERATING LLC**, *et al.*,

    Plaintiffs,

  v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

    Defendants.
_____/

### ORDER SETTING HEARING ON MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Entry of Preliminary Injunction ("Motion"), [ECF No. 37].[1]  On November 21, 2025, the Court entered an Order Granting Plaintiffs' Expedited Motion and *Ex Parte* Application for Entry of Temporary Restraining Order ("Temporary Restraining Order"), [ECF No. 26].  In accordance with the Temporary Restraining Order, Plaintiffs properly served each Defendant with a copy of the Amended Complaint, the Application for Temporary Restraining Order, the Court's Temporary Restraining Order, and all other documents filed in this action.  *See* Certificate of Service, [ECF No. 36].  Plaintiffs also indicated they would serve each Defendant with a copy of the Motion for Entry of Preliminary Injunction.  *See* Mot. at 7–8.  Plaintiff now moves the Court to convert the Temporary Restraining Order into a Preliminary Injunction.  *See generally id.*

---

[1] This Court will address Plaintiff's request for the entry of a preliminary injunction and order restraining transfer of assets in a separate order following the hearing set herein.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A telephonic hearing is set before this Court on **December 5, 2025, at 1:30 P.M.**, to allow Defendants and/or any other affected persons to challenge the appropriateness of the Temporary Restraining Order and move to dissolve the same—and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. **The parties are instructed to call (833) 568-8864 by no later than 1:25 P.M. on December 5, 2025**. The phone conference ID is **160 623 6605 and the Passcode is 304850. The Court requires that the parties appear via a landline (i.e., not a cellular phone or a speaker phone), if possible, for clarity.**

2. Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel **forty-eight (48) hours** prior to the hearing. Plaintiff shall file any Reply Memorandum **twenty-four (24) hours** prior to the hearing. The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 35 U.S.C. § 283, 15 U.S.C. § 1116(d), Fed. R. Civ. P. 65, the All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.

3. Plaintiff is instructed to serve a copy of this Order on Defendants through the means specified in Paragraph 11 of the Temporary Restraining Order, [ECF No. 26], and file a Certificate of Service with the Court.

**DONE AND ORDERED** in Miami, Florida, this 1st day of December, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**