# DOCKET CORRECTION

# NOTICE OF REMOVING IMAGE

# THIS IMAGE HAS BEEN REMOVED FROM CM/ECF/PACER AND UPLOADED IN THE CORRECT CASE:
# CASE NO: <u>1:25-CV-25613-RAR</u>

Save As   Reset Form