(19)  Europäisches Patentamt / European Patent Office / Office européen des brevets

(11) **EP 3 305 090 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention of the grant of the patent:
**08.04.2020 Bulletin 2020/15**

(51) Int Cl.:
*A23G 9/04* (2006.01)  *A23G 9/18* (2006.01)
*A23G 9/22* (2006.01)  *A23G 9/28* (2006.01)

(21) Application number: **17194589.2**

(22) Date of filing: **03.10.2017**

(54) **MACHINE FOR MAKING LIQUID OR SEMI-LIQUID PRODUCTS**

MASCHINE ZUR HERSTELLUNG VON FLÜSSIGEN ODER HALBFLÜSSIGEN PRODUKTEN

MACHINE DE FABRICATION DE PRODUITS LIQUIDES OU SEMI-LIQUIDES

(84) Designated Contracting States:
**AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO PL PT RO RS SE SI SK SM TR**

(30) Priority: **07.10.2016 IT 201600100948**

(43) Date of publication of application:
**11.04.2018 Bulletin 2018/15**

(73) Proprietor: **ALI GROUP S.r.l. - CARPIGIANI**
**20063 Cernusco Sul Naviglio (MI) (IT)**

(72) Inventors:
- **COCCHI, Andrea**
  **40012 CALDERARA DI RENO (Bologna) (IT)**
- **LAZZARINI, Roberto**
  **42100 REGGIO EMILIA (IT)**

(74) Representative: **Milli, Simone**
Bugnion S.p.A.
Via di Corticella, 87
40128 Bologna (IT)

(56) References cited:
EP-A1- 2 478 774   EP-A1- 2 805 620
EP-A1- 2 932 855   EP-A1- 3 028 581
EP-A1- 3 045 048   EP-A2- 2 277 386
US-A- 5 201 861    US-A1- 2012 055 189

Note: Within nine months of the publication of the mention of the grant of the European patent in the European Patent Bulletin, any person may give notice to the European Patent Office of opposition to that patent, in accordance with the Implementing Regulations. Notice of opposition shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

**Description**

**[0001]** This invention relates to a machine for making liquid or semi-liquid products.

**[0002]** A strongly felt need in the trade concerned is that of being able to make machines for making liquid and/or semi-liquid food products which can make a wide range of different products (for example, soft or traditional ice cream).

**[0003]** Generally speaking, in the traditional ice cream trade, machines for making liquid or semi-liquid products allow making an extremely limited range of ice cream types.

**[0004]** Document EP3028581 shows a machine for making and dispensing iced food products such as granitas, slush drinks and the like which comprises: a closed and sealed chamber for containing and processing the product to be dispensed; a corresponding tank for feeding the basic ingredients needed for obtaining the product to be dispensed; a connecting pipe between an outlet of the tank and an inlet of the chamber; and a flow meter positioned along said pipe.

**[0005]** Document EP2478774 shows a machine for the production of products such as ice cream, frozen beverages or granita which comprises a product-containing tank which is provided with a tap for dispensing the product. Inside the tank there projects from a rear wall a cylinder which forms the evaporator of a refrigerating circuit of the machine for cooling the product in the tank. A mixer element is present around the cylinder and rotates.

**[0006]** Document US5201861 discloses an apparatus for the preparation of ice cream, milkshakes, sorbets, frozen desserts and the like, which comprises a storage container for the starting mixture and a cooling or freezing cylinder arranged below said container with which it communicates via a supply conduit, in which cylinder a stirring and scraping mechanism is arranged.

**[0007]** Document US2012055189 discloses a beverage dispenser for partially frozen beverages including a bowl for storing a beverage product, with a freezing cylinder positioned in the bowl and housing evaporator coils. The beverage dispenser further includes a cooling system for supplying a cooling medium through the evaporator coils to cool the beverage product when stored in the bowl. The beverage dispenser further includes a dispenser assembly for dispensing the beverage product from the bowl. Finally, the beverage dispenser includes an auger which rotates about the freezing cylinder.

**[0008]** Document EP2277386 shows a machine for making and dispensing iced food products such as granitas, slush drinks and the like which comprises a tank for containing and processing the product to be dispensed, a dispensing tap located on the front of the machine near the bottom of the tank, an evaporator of a refrigerating circuit and a stirring element both located inside the tank, and a drive unit for driving the stirring element.

**[0009]** Document EP2932855 shows a machine actuating a method for making liquid and semi-liquid fermented milk products, having a container, and a stirrer.

**[0010]** Document EP3045048 shows a machine for making liquid and semi-liquid products which comprises: a first container for processing basic liquid and semi-liquid products; a first mixer operating inside said first processing container; a second container for processing the basic liquid and semi-liquid products, for converting said basic liquid and semi-liquid products into a desired liquid or semi-liquid product; a second mixer operating inside said second processing container; a thermal system comprising at least a first heat exchanger and a second heat exchanger, which are operatively associated respectively with the first container and with the second processing container for exchanging heat with the basic product or with the desired product in the first container or the second container.

**[0011]** Document EP2805620 shows a machine for producing food mixtures in general, in particular soft ice-cream, which provides a container for preparing and conserving a liquid or semi-liquid mixture from which the ice-cream is obtainable, a cylinder for processing the ice-cream and dispensing the ice-cream in preset doses, a stirrer for moving the product inside the cylinder, a refrigerating circuit, associated with the cylinder, in which a refrigerating fluid flows that performs a heat exchange with the cylinder between an inlet and outlet for cooling the cylinder, a pump for transferring the liquid or semi-liquid mixture from the first to the second container; to avoid freezing of the product on the walls of the cylinder.

**[0012]** The aim of this invention is to provide a machine for making a liquid or semi-liquid product, specifically ice cream, and which allows the above mentioned need to be met.

**[0013]** Another aim of this invention is to provide a machine for making a liquid or semi-liquid product and whose operation is particularly simple and effective.

**[0014]** According to the invention, this aim is achieved by a machine for making liquid or semi-liquid products and comprising the technical features set out in one or more of the appended claims.

**[0015]** The technical features of the invention, with reference to the above aims, are clearly described in the annexed claims and its advantages are more apparent from the detailed description which follows, with reference to the accompanying drawings which illustrate a preferred, non-limiting embodiment of the invention and in which:

- Figure 1 is a schematic view of a first embodiment of a machine according to this invention;
- Figures 2 and 3 are respective schematic views of a detail of the machine of Figure 1, forming the object of this invention;
- Figures 4 to 8 are respective schematic views of a detail of the machine of Figure 1, forming the object of this invention;
- Figure 9 shows a detail of a machine forming the object of this invention as shown in Figure 1, accord-

ing to a first embodiment;
- Figure 10 shows a detail of a machine forming the object of this invention as shown in Figure 1, according to a second embodiment.

**[0016]** With reference to the accompanying drawings, the numeral 1 denotes a machine forming the object of this invention, for making liquid or semi-liquid products.

**[0017]** The machine is preferably adapted to make ice cream (artisan gelato or soft ice cream) or products for the ice cream trade (granitas, sorbets, etc.).

**[0018]** In the context of the invention, the term "ice cream" is used to mean a food preparation which is based on milk or milk-derived products and to which fruit, aromatics or other ingredients are added to obtain different flavours.

**[0019]** The machine 1 for making liquid or semi-liquid products comprises:

- a first processing container 2 for processing a basic liquid or semi-liquid product and defining a processing chamber 3 (or batch freezing chamber 3);
- a cooling cylinder 20 mounted inside the first container 2;
- a rotary stirrer 5 mounted inside the chamber 3 (that is, inside the first processing container 2) and outside the cooling cylinder 20;
- a thermal treatment system 22 provided with at least a first exchanger associated with the cooling cylinder 20 (mounted inside

**[0020]** the cooling cylinder 20 to cool and/or heat an outside surface of the cooling cylinder 20);

- a second processing container 21;
- a connecting duct 52 designed to connect the second processing container 21 to the first processing container 2 to transfer the basic liquid or semi-liquid product from the second processing container 21 to the first processing container 2;
- a dispensing device 23 associated with the first processing container 2 to deliver the (suitably processed) liquid or semi-liquid product to the outside (of the machine), wherein the machine comprises a shutoff valve 26 configured to close the connecting duct 52 between the first container 2 and the second container 21, and wherein the shutoff valve 26 is defined by a further duct 34 provided with an internal longitudinal through cavity, the further duct 34 being movable vertically between a closed position where the connecting duct 52 is closed and an open position where the connecting duct 52 is open.

**[0021]** According to another aspect, the first processing container 2 for processing a basic liquid or semi-liquid product comprises a radially protruding longitudinal portion 2A defining a zone (between the front section and the rear section of the machine) for recirculating the basic liquid or semi-liquid product when the rotary stirrer 5 is set in rotation.

**[0022]** In other words, the portion 2A defines, along the main direction of extension of the processing container 2, a radial protrusion which also extends radially and along the main direction of extension of the processing container 2.

**[0023]** It should be noted that the radially protruding longitudinal portion 2A allows the food product inside the first container 2 to be recirculated by pushing it axially, that is, longitudinally, by effect of the rotational motion of the rotary stirrer 5 (thanks to at least one helical portion of the rotary stirrer 5).

**[0024]** In effect, the longitudinal portion 2A defines a compartment within which the product can move (longitudinally, that is, along the axis of the rotary stirrer 5, from the front section to the rear section) under the pushing action of the rotary stirrer 5.

**[0025]** This recirculating action allows optimum, uniform processing of the product, preventing the product from accumulating in the front zone (which would result in non-uniform temperature).

**[0026]** It should be noted that the heat exchanger 22A is mounted inside the cooling cylinder 20.

**[0027]** Preferably, the cooling cylinder 20 is made of metallic material.

**[0028]** According to another aspect, the first processing container 2 has, in transverse cross section, a first portion 2B which is substantially circular and a second portion 2A, connected thereto, which is irregular in shape (that is, the aforementioned radially protruding, longitudinal portion 2A) and which defines an external extension of the first portion 2B.

**[0029]** According to another aspect, the rotary stirrer 5 has a helically extending portion 5A.

**[0030]** The stirrer 5 preferably also comprises a pair of stiffening elements 5B, 5B' extending longitudinally and coupled to the helical portion 5A in order to stiffen the helical portion 5A.

**[0031]** According to another aspect, the second container 21 is a tub-like container.

**[0032]** Preferably, the second container 21 is openable at the top.

**[0033]** It should be noted that the second container 21, too, has a stirrer 100 mounted in it to stir the liquid or semi-liquid product present in the second container 21.

**[0034]** According to yet another aspect, the machine 1 comprises a second heat exchanger 22B associated with the second container 21.

**[0035]** Also, according to the invention, the machine 1 comprises a shutoff valve 26 which can close the connecting duct 52 for connecting the second processing container 21 to the first container 2 and which thus allows or prevents the basic liquid or semi-liquid product to move from the second container 21 to the first container 2.

**[0036]** Described below is the shutoff valve 26 according to the embodiment illustrated in the accompanying drawings (see Figures 1 and 2 in particular).

**[0037]** The machine 1 comprises a transfer device 30 for transferring the basic liquid or semi-liquid product from the second container 21 to the first container 2.

**[0038]** The transfer device 30 comprises the duct 52 connecting the second container 21 to the first container 2.

**[0039]** The first container 2 has a first opening 32 made in it (the first opening 32 being preferably, but not necessarily, made in the radially protruding, longitudinal portion 2A).

**[0040]** The second container 21 has a second opening 33 made in it (the second opening 33 being preferably, but not necessarily, made on the bottom F of the second container 21).

**[0041]** The connecting duct 52 connects the first opening 32 to the second opening 33.

**[0042]** It should be noted that there is a further duct 34 located inside the second container 21.

**[0043]** The further duct 34 is internally hollow, that is to say, it has an internal cavity passing longitudinally through it.

**[0044]** The further duct 34 is movable vertically between a shutoff position, where it closes the connection between the second container 21 and the first container 2 (stopping on the bottom F of the second container 21 to close the second opening 33), and an open position, where the connection between the second container 21 and the first container 2 is open.

**[0045]** It should also be noted that the further duct 34 has, at the bottom of it, a radially external sealing zone (this sealing zone being preferably defined by a gasket 37).

**[0046]** It should be noted that the gasket 37 is preferably internally hollow so that it can establish fluid communication, through its internal cavity, with the internal cavity of the duct 34.

**[0047]** It should be noted that the duct 34 is movable and defines the aforementioned shutoff valve 26 (the gasket 37, together with the duct 34, inhibits or establishes the connection between the second container 21 and the first container 2).

**[0048]** It should be noted that air is made to pass through the internal cavity of the duct 34.

**[0049]** In effect, at the top of it, the duct 34 has an opening 38 which allows air into the cavity of the duct 34 itself.

**[0050]** The machine 1 also comprises an actuator 48 adapted to open and close the shutoff valve 26.

**[0051]** More specifically, in the embodiment illustrated in the accompanying drawings, the actuator 48 operates on the further duct 34 to allow movement (vertical) between the shutoff position for closing the passage of the basic liquid from the second container 21 to the first container 2 (through the connecting duct 52) and the open position for opening the passage of the basic liquid from the second container 21 to the first container 2 (through the connecting duct 52).

**[0052]** More precisely, the actuator 48 comprises a motor.

**[0053]** It should be noted that the actuator 48 also comprises a guide 39, more preferably, a pair of guides 39, and a slide 40 movably coupled to the guide 39.

**[0054]** It should be noted that the further duct 34 is connected (integrally) to the slide 40.

**[0055]** The guides 39 (or the guide 39 if there is only one) extend vertically. The guides 39 are preferably connected integrally to the frame of the machine 1.

**[0056]** The motor is kinematically connected to the slide 40 to allow it to move relative to the guides 39.

**[0057]** According to another aspect, the dispensing device 23 comprises an outlet duct 24 and a shutter 42, mounted movably in the outlet duct 24 to close it or leave it open.

**[0058]** It should be noted that the shutter 42 can be actuated manually or automatically.

**[0059]** In order to dispense the product, the shutter 42 is moved to the open position and, preferably, the rotary stirrer 5 is set in rotation.

**[0060]** It should be noted that according to another aspect, the processing container 2 comprises a front portion 25 which is removable to allow the container 2 to be cleaned.

**[0061]** According to this aspect, the container 2 comprises a longitudinal portion 42, to the front of which the removable portion 25 is coupled. The front portion 25 is therefore uncoupled from the longitudinal portion 42 only to allow the inside of the container 2 to be cleaned when the container 2 is empty.

**[0062]** During normal use, the liquid or semi-liquid product is dispensed through the outlet duct 24.

**[0063]** Figure 9 shows a first embodiment of the front portion 25 (door) which is removable to allow cleaning the processing container 2.

**[0064]** It should be noted that according to this embodiment, the front portion 25 (door) has a cavity made in it whose shape, in cross section, is substantially mirror symmetrical to that of the container 2, in cross section.

**[0065]** In other words, the cavity comprises a circular edge portion having a radially protruding region.

**[0066]** Figure 10 shows a second embodiment of the front portion 25 (door) which is removable to allow cleaning the processing container 2.

**[0067]** It should be noted that according to this embodiment, the front portion 25 (door) has a first cavity 25A made in it whose shape, in cross section, is circular. Also, the front portion 25 (door) comprises a second cavity 25B, less deep than, and separate from, the first cavity 25A. The second cavity 25B is separated from the first cavity 25A by a pair of walls P1, P2.

**[0068]** Advantageously provided according to the invention is a machine 1 which is particularly versatile and capable of producing a plurality of products.

**[0069]** It should be noted that the structure of the machine 1 is particularly innovative in that it is a combination of parts of traditional machines of the type used to make crushed ice drinks and parts of other traditional machines

of the type used to make soft ice cream.

**[0070]** Advantageously, this type of machine is capable of making ice cream products (traditional and/or soft ice cream) as well as frozen products for the ice cream trade (e.g. granitas).

**Claims**

1. A machine for making liquid or semi-liquid products, **characterized in that** it comprises:

    - a first processing container (2) for processing a basic liquid or semi-liquid product and defining a processing chamber (3);
    - a cooling cylinder (20) mounted inside the first container (2);
    - a rotary stirrer (5) mounted inside the first container (2) and outside the cooling cylinder (20);
    - a second processing container (21) provided with a stirrer (100) mounted in it, configured to stir the liquid or semi-liquid product inside the second container (21);
    - a thermal treatment system (22) provided with at least a first exchanger (22A) associated with the cooling cylinder (20) and provided with a second heat exchanger (22B) associated with the second processing container (21);
    - a connecting duct (52) designed to connect the second processing container (21) to the first processing container (2) to transfer the basic liquid or semi-liquid product from the second processing container (21) to the first processing container (2);
    - a dispensing device (23) associated with the first processing container (2) to deliver the liquid or semi-liquid product to the outside, wherein the machine comprises a shutoff valve (26) configured to close the connecting duct (52) between the first container (2) and the second container (21), and wherein the shutoff valve (26) is defined by a further duct (34) provided with an internal longitudinal through cavity, the further duct (34) being movable vertically between a closed position where the connecting duct (52) is closed and an open position where the connecting duct (52) is open.

2. The machine according to the preceding claim, wherein the first processing container (2) for processing a basic liquid or semi-liquid product comprises a radially protruding longitudinal portion (2A) defining, inside the processing chamber (3), a zone for recirculating the basic liquid and semi-liquid product when the rotary stirrer (5) is set in rotation.

3. The machine according to the preceding claim, wherein the first processing container (2), in transverse cross section, has a first portion (2B), which is circular, and a second portion, connected thereto and projecting outwards, which has an irregular shape matching the radially protruding longitudinal portion (2A).

4. The machine according to any one of the preceding claims, wherein the rotary stirrer (5) comprises a vane portion (5A) and at least one stiffening element (5B, 5B') extending longitudinally and connected to the vane portion (5A) to stiffen the vane portion (5A).

5. The machine according to any one of the preceding claims, wherein the dispensing device (23) comprises an outlet duct (24) for feeding the liquid and semi-liquid product out of the first container (2) and a shutter (50), movably mounted in the outlet duct (24) in order to close it to prevent the liquid and semi-liquid product from being fed out of the first container (2) or to leave the outlet duct (24) open to allow the liquid and semi-liquid product to be fed out of the first container (2) to the outside.

6. The machine according to any one of the preceding claims, wherein the processing container (2) comprises a front portion (25) which is removable to allow cleaning the processing container (2).

7. The machine according any of to the preceding claims, comprising a gasket (37) fitted to the bottom of the further duct (34) and provided with an internal through cavity in fluid connection with the internal cavity of the further duct (34), the gasket (37) being sized to come into abutment with a bottom (F) of the second container (21) when the further duct (34) is in the closed position and to prevent the passage of the liquid and semi-liquid product from the second container (21) to the first container (2).

8. The machine according to any of to the preceding claims, wherein the further duct (34) is provided with an air inlet opening (38) in fluid communication with its internal cavity.

**Patentansprüche**

1. Maschine zur Herstellung von flüssigen und halbflüssigen Produkten, **dadurch gekennzeichnet, dass** sie umfasst:

    - einen ersten Verarbeitungsbehälter (2) zum Verarbeiten eines flüssigen oder halbflüssigen Basisprodukts und definierend eine Verarbeitungskammer (3);
    - einen Kühlungszylinder (20), der im ersten Behälter (2) montiert ist;
    - ein rotatorisches Rührwerk (5), das im ersten

Verarbeitungsbehälter (2) und außerhalb des Kühlungszylinders (20) montiert ist;
- einen zweiten Verarbeitungsbehälter (21), der mit einem darin montierten Rührwerk (100) ausgestattet ist, ausgelegt, um das flüssige oder halbflüssige Produkt im zweiten Behälter (21) zu verrühren;
- ein thermisches Behandlungssystem (22), das mit mindestens einem ersten Wärmetauscher (22A) ausgestattet ist, der mit dem Kühlungszylinder (20) assoziiert ist, und versehen mit einem zweiten Wärmetauscher (22B), der mit dem zweiten Verarbeitungsbehälter (21) assoziiert ist;
- eine Verbindungsleitung (52), die ausgestaltet ist, um den zweiten Verarbeitungsbehälter (21) mit dem ersten Verarbeitungsbehälter (2) zu verbinden, um das flüssige oder halbflüssige Basisprodukt vom zweiten Verarbeitungsbehälter (21) in den ersten Verarbeitungsbehälter (2) zu transferieren;
- eine Ausgabevorrichtung (23), die mit dem ersten Verarbeitungsbehälter (2) assoziiert ist, um das flüssige oder halbflüssige Produkt nach außen auszugeben, wobei die Maschine ein Absperrventil (26) umfasst, das ausgelegt ist, um die Verbindungsleitung (52) zwischen dem ersten Behälter (2) und dem zweiten Behälter (21) zu schließen, wobei das Absperrventil (26) durch eine weitere Leitung (34) definiert ist, die mit einem innenseitigen Längsdurchführungshohlraum versehen ist, wobei die weitere Leitung (34) zwischen einer geschlossenen Position, in der die Verbindungsleitung (52) geschlossen ist, und einer offenen Position, in der die Verbindungsleitung (52) offen ist, vertikal bewegbar ist.

2. Maschine nach dem vorhergehenden Anspruch, wobei der erste Verarbeitungsbehälter (2) zum Verarbeiten eines flüssigen oder halbflüssigen Basisprodukts einen radial hervorstehenden Längsabschnitt (2A) umfasst, der in der Verarbeitungskammer (3) eine Zone für die Umwälzung des flüssigen und halbflüssigen Basisprodukts definiert, wenn das rotatorische Rührwerk (5) in Drehung versetzt wird.

3. Maschine nach dem vorhergehenden Anspruch, wobei der erste Verarbeitungsbehälter (2) im Querschnitt einen ersten Abschnitt (2B) aufweist, der kreisförmig ist, und einen zweiten Abschnitt, der mit diesem verbunden ist und nach außen hervorsteht, der eine unregelmäßige Form aufweist, die passend zum radial hervorstehenden Längsabschnitt (2A) ausgebildet ist.

4. Maschine nach einem der vorhergehenden Ansprüche, wobei das rotatorische Rührwerk (5) einen Schaufelabschnitt (5A) und mindestens ein Versteifungselement (5B, 5B') umfasst, das sich längsseitig erstreckt und mit dem Schaufelabschnitt (5A) verbunden ist, um den Schaufelabschnitt (5A) zu versteifen.

5. Maschine nach einem der vorhergehenden Ansprüche, wobei die Ausgabevorrichtung (23) eine Auslassleitung (24) umfasst, um das flüssige und halbflüssige Produkt aus dem ersten Behälter (2) zu leiten, und einen Verschluss (50), der bewegbar in der Auslassleitung (24) montiert ist, um diese zu verschließen und zu verhindern, dass das flüssige und halbflüssige Produkt aus dem ersten Behälter (2) ausläuft, oder um die Auslassleitung (24) offen zu lassen, um zu erlauben, dass das flüssige und halbflüssige Produkt aus dem ersten Behälter (2) nach außen geleitet wird.

6. Maschine nach einem der vorhergehenden Ansprüche, wobei der Verarbeitungsbehälter (2) einen frontseitigen Abschnitt (25) umfasst, der entfernbar ist, um den Verarbeitungsbehälter (2) zu reinigen.

7. Maschine nach einem der vorhergehenden Ansprüche, umfassend eine Dichtung (37), die an der Unterseite der weiteren Leitung (34) angebracht und mit einem innenseitigen Durchführungshohlraum in Fluidverbindung mit dem innenseitigen Hohlraum der weiteren Leitung (34) versehen ist, wobei die Dichtung (37) in der Größe so bemessen ist, dass sie mit einem Boden (F) des zweiten Behälters (21) in den Anschlag kommt, wenn sich die weitere Leitung (34) in der geschlossenen Position befindet, und um das Durchströmen des flüssigen und halbflüssigen Produkts aus dem zweiten Behälter (21) in den ersten Behälter (2) zu verhindern.

8. Maschine nach einem der vorhergehenden Ansprüche, wobei die weitere Leitung (34) mit einer Lufteinlassöffnung (38) in Fluidkommunikation mit ihrem innenseitigen Hohlraum versehen ist.

**Revendications**

1. Machine de fabrication de produits liquides ou semi-liquides, **caractérisée en ce qu'**elle comprend :

    - un premier récipient de traitement (2), servant à traiter un produit liquide ou semi-liquide de base, et définissant une chambre de traitement (3) ;
    - un cylindre de refroidissement (20) monté à l'intérieur du premier récipient (2) ;
    - un agitateur rotatif (5) monté à l'intérieur du premier récipient (2) et à l'extérieur du cylindre de refroidissement (20) ;

11 EP 3 305 090 B1 12

- un second récipient de traitement (21) pourvu d'un agitateur (100), monté en son sein, configuré pour agiter le produit liquide ou semi-liquide à l'intérieur du second récipient (21) ;
- un système de traitement thermique (22) pourvu d'au moins un premier échangeur (22A) associé au cylindre de refroidissement (20) et pourvu d'un second échangeur de chaleur (22B) associé au second récipient de traitement (21) ;
- un conduit de raccordement (52) conçu pour raccorder le second récipient de traitement (21) au premier récipient de traitement (2) pour transférer le produit liquide ou semi-liquide de base du second récipient de traitement (21) vers le premier récipient de traitement (2) ;
- un dispositif de distribution (23) associé au premier récipient de traitement (2) pour délivrer le produit liquide ou semi-liquide à l'extérieur, dans laquelle la machine comprend une soupape d'arrêt (26) configurée pour fermer le conduit de raccordement (52) entre le premier récipient (2) et le deuxième récipient (21), et dans laquelle la soupape d'arrêt (26) est définie par un autre conduit (34) pourvu d'une cavité longitudinale interne traversante, l'autre conduit (34) étant mobile verticalement entre une position de fermeture où le conduit de raccordement (52) est fermé et une position d'ouverture où le conduit de raccordement (52) est ouvert.

2. Machine selon la revendication précédente, dans laquelle le premier récipient de traitement (2) pour traiter un produit liquide ou semi-liquide de base comprend une partie longitudinale (2A) en saillie radialement et définissant, à l'intérieur de la chambre de traitement (3), une zone pour la recirculation du produit liquide et semi-liquide de base lorsque l'agitateur rotatif (5) est mis en rotation.

3. Machine selon la revendication précédente, dans laquelle le premier récipient de traitement (2), en section transversale, comporte une première partie (2B), étant circulaire, et une deuxième partie, lui étant reliée et en saillie vers l'extérieur, ayant une forme irrégulière correspondant à la partie longitudinale (2A) faisant saillie radialement.

4. Machine selon l'une quelconque des revendications précédentes, dans laquelle l'agitateur rotatif (5) comprend une partie d'aube (5A) et au moins un élément de raidissement (5B, 5B') s'étendant longitudinalement et relié à la partie d'aube (5A) pour raidir la partie d'aube (5A).

5. Machine selon l'une quelconque des revendications précédentes, dans laquelle le dispositif de distribution (23) comprend un conduit de sortie (24) pour alimenter le produit liquide et semi-liquide hors du premier récipient (2) et un obturateur (50), monté de façon mobile dans le conduit de sortie (24) afin de le fermer pour empêcher l'alimentation du produit liquide et semi-liquide hors du premier récipient (2) ou de laisser le conduit de sortie (24) ouvert pour permettre au produit liquide et semi-liquide d'être alimenté hors du premier récipient (2) vers l'extérieur.

6. Machine selon l'une quelconque des revendications précédentes, dans laquelle le récipient de traitement (2) comprend une partie antérieure (25) étant amovible pour permettre le nettoyage du récipient de traitement (2).

7. Machine selon l'une quelconque des revendications précédentes, comprenant un joint d'étanchéité (37) monté sur le fond du conduit supplémentaire (34) et pourvu d'une cavité interne traversante en connexion fluidique avec la cavité interne du conduit supplémentaire (34), le joint d'étanchéité (37) étant dimensionné pour venir se mettre en butée avec un fond (F) du second récipient (21) lorsque le conduit supplémentaire (34) est en position de fermeture et pour empêcher le passage du produit liquide et semi-liquide du second récipient (21) vers le premier récipient (2).

8. Machine selon l'une quelconque des revendications précédentes, dans laquelle le conduit supplémentaire (34) est pourvu d'une ouverture (38) d'entrée d'air en communication fluidique avec sa cavité interne.

FIG. 1





EP 3 305 090 B1



**EP 3 305 090 B1**



**EP 3 305 090 B1**



FIG. 9



FIG. 10

12

EP 3 305 090 B1

REFERENCES CITED IN THE DESCRIPTION

*This list of references cited by the applicant is for the reader's convenience only. It does not form part of the European patent document. Even though great care has been taken in compiling the references, errors or omissions cannot be excluded and the EPO disclaims all liability in this regard.*

**Patent documents cited in the description**

- EP 3028581 A **[0004]**
- EP 2478774 A **[0005]**
- US 5201861 A **[0006]**
- US 2012055189 A **[0007]**
- EP 2277386 A **[0008]**
- EP 2932855 A **[0009]**
- EP 3045048 A **[0010]**
- EP 2805620 A **[0011]**