UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25323-RAR

**SHARKNINJA OPERATING LLC**, *et al.*,

    Plaintiffs,

  v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

    Defendants.
_____/

## ORDER SETTING CASE MANAGEMENT CONFERENCE

**THIS CAUSE** comes before the Court *sua sponte*. On November 28, 2025, Plaintiffs filed a Motion for Entry of Preliminary Injunction. [ECF No. 37]. The Court set a telephonic hearing on Plaintiffs' Motion for December 5, 2025, at 1:30 P.M. [ECF No. 39]. The Court's Order states that "[a]ny response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel forty-eight (48) hours prior to the hearing. Plaintiff shall file any Reply Memorandum twenty-four (24) hours prior to the hearing." *Id*. at 2.

On December 1, 2025, a subset of Defendants, as well as some Third-Party Respondents, ("First Subset")[1] filed an Expedited Motion to Dissolve Temporary Restraining Order. [ECF No.

---

[1] The Defendants are Ningbo Shangyou E-Commerce Co., Ltd., d/b/a Wizaura; Hubei Zhihuigu Technology Co., Ltd., d/b/a Wizaura; Ningbo Linglingqi Cross-Border E-Commerce Co., Ltd., d/b/a Wizaura; Dongdong Century (Hangzhou) Technology Co., Ltd., d/b/a Syintao; Ningbo Qichui Machinery Co., Ltd., d/b/a Roaaee; Changsha Shuohang E-Commerce Co., Ltd., d/b/a Chivalz; Anqing Xi'a Trading Co., Ltd., d/b/a Chivalz; Zhongshan Jiameng Office Supplies Co., Ltd., d/b/a Chivalz; Yantai Renqian E-Commerce Co., Ltd., d/b/a Roromall; Yantai Haiga Trading Co., Ltd., d/b/a Towallmark; and Yantai Kongqueju E-Commerce Co., Ltd., d/b/a ExploreHorizon. The Third-Party Respondents are Hangzhou Shuzhi Interactive Technology Co., Ltd., d/b/a WALKLINK; Yantai Zhirun E-Commerce Co., Ltd., d/b/a, Garvee; and Fuzhou Mijia Electric Appliance Co., Ltd., d/b/a REVOTIO. *See* [ECF No. 38].

43]. Another subset of Defendants and Third-Party Respondents ("Second Subset")[2] appeared on December 2, 2025.

On December 2, 2025, the Court entered a paperless order requiring that Plaintiffs and the First Subset of Defendants conduct an informal settlement conference before <u>12:00 P.M. EST on December 5, 2025</u>. [ECF No. 48]. Another subset of Defendants ("Third Subset")[3] subsequently appeared in this case. Then, the First Subset of Defendants filed an Expedited Motion for Evidentiary Hearing and to Continue the Briefing Schedule, [ECF No. 58], requesting that the Court extend Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Injunction; continue the hearing on the Motion for Preliminary Injunction; and conduct a hearing on Defendants' Expedited Motion to Dissolve the Temporary Restraining Order on December 5, 2025.

On December 3, 2025, the Second Subset of Defendants filed an Expedited Motion to Dissolve Temporary Restraining Order and Deny Preliminary Injunction. [ECF No. 60]. Another subset of Defendants ("Fourth Subset")[4] subsequently appeared. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Court will no longer hold a hearing on Plaintiff's Motion for Entry of Preliminary Injunction, [ECF No. 37], on December 5, 2025. Instead, on **December 5, 2025 at 1:30 P.M. EST**, the Court will conduct a **Case Management Conference over Zoom**. At the Case Management Conference, the Court will address briefing schedules for Plaintiff's Motion for

---

[2] The Defendants are IceSwirls; Tefoqu; Wongic; Dutepa; Auriswell (on Amazon); Auriswell (on Walmart); and Kelteroom. The Third-Party Respondents are Grano Chef; oplace; POFABIK; BLIZZEE; NLNYA; and Nyzgax. See [ECF No. 44].

[3] The Defendants are Gasbye; Fohere; VNN; PAMBEE; and WIE. See [ECF No. 50].

[4] The Defendants are Velieta Direct and Lingmou. See [ECF No. 61].

Entry of Preliminary Injunction, [ECF No. 37], and Defendants' three Expedited Motions, [ECF Nos. 43, 58, 60].

2. The 48- and 24-hour deadlines for opposing the Motion for Preliminary Injunction, as set forth in [ECF No. 39], are hereby **CANCELED**, as the Court will set a new briefing schedule at the Case Management Conference.

3. Plaintiffs and the First Subset of Defendants remain required to engage in an informal settlement conference by 12:00 P.M. EST on December 5, 2025, in accordance with [ECF No. 48]. The Court will address ordering separate informal settlement conferences between Plaintiffs and all remaining Defendants at the Case Management Conference.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of December, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**