EXHIBIT 2



'817 App FIG. 5A (annotated)



'817 App FIG. 5B (annotated)



'817 App FIG. 5C (tray inserted, annotated)



'817 App FIG. 5D (tray removed)