



'236 Design Patent, Fig. 3