

Ex. 1, Figure 4

[0044] Specifically, as shown in fig. 1,2 and 4, a sliding inlet 41 for inserting and sliding the **water receiving box 5** is correspondingly formed in the rear end wall of the ice receiving inner container 4, **a guide rail for placing and sliding the water receiving box 5** is correspondingly arranged in the ice receiving inner container 4, **the water receiving box 5 slides into the ice receiving inner container 4 from the sliding inlet 41 at the rear end of the ice receiving inner container 4 to be placed below the ice making module 2**, the water receiving **box 5 can be conveniently pulled out** by disassembling the upper cover 121 so as to avoid cleaning the water receiving box 5, and meanwhile, a hand or a cleaning part can conveniently extend into the installation cavity through the sliding inlet 41 by ensuring the caliber of the sliding inlet 41 so as to clean the ice receiving inner container 4, the ice making module 2 and the ice discharging module 3 in the ice receiving inner container.