EXHIBIT
6



Ex. 2, Figure 4

[0022] The ice making machine 100 further includes **a water receiving part 140** for receiving ice making water splashed from the ice making tray 120 . The water receiving member 140 is fixedly connected with the ice making tray 120 and can rotate together with the ice making tray 120 . The water receiving part 140 has a semi-closed casing, the opening direction of which is the same as that of the ice making tray 121, and the ice making tray 120 is at least partially accommodated in the casing. **The housing includes a water blocking side wall 141 located outside the ice making tray 120 and a bottom wall 142 extending downward along the water blocking side wall 141**. The top of the water blocking side wall 141 is higher than the edge of the ice making tray 120, and the water blocking side A gap is left between the wall 141 and the edge of the ice-making tray 120 to form a water passage 143, and a water-accommodating space is provided on the bottom wall 142. The water channel 143 flows into the water-accommodating space on the bottom wall 142.