AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

*Attorney's signature*

*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*FAX number*

**Exhibit A**

Below clients are on Schedule A.
(1) Hewcham,
(2) Eastplus,
(3) Teendow
(4) VEVOR (Bestbuy),
(5) VEVOR (Walmart),
(6) VEVOR (Amazon)
(7) HCY Wholesale (Walmart),
(8) Amaxxo,

Below clients are foreign entities and not on Schedule A.
(9) VEVOR Store Simplego,
(10) Eastplus-US
(11) Kitchen-Store USA,
(12) BloomMap,
(13) Vischic Direct,
(14) LINZHIKEJI,
(15) ZABINS,
(16) TATAANTY,
(17) TOKXTIK,
(18) LIAPOTT,
(19) CULVANI,
(20) Acaspresso,

Below client is a TX entity and not on Schedule A.
(21) ZDINGQIN LLC