IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
------------------------------X

SharkNinja Operating LLC et al  :
      Plaintiff,  :
                                                              :  Case No. 1:25-cv-25323-RAR

    -against-  :
                                                             :

THE INDIVIDUALS, CORPORATIONS,  :
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A  :

                                                             :
      Defendants.  :
------------------------------X

## MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lance Y. Liu of 15 Minuteman Circle, Southbury, CT 06488, Phone: (203)706-9536, for purposes of appearance as co-counsel on behalf of Entities listed in Exhibit A, in the above-identified action only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lance Y. Liu to receive electronic filings in this case, and in support thereof states as follows:

1.    Lance Y. Liu is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New York, and United States District Courts for the District of New Jersey, Southern District of New York, and Northern District of Illinois.

2.    Movant, Shanshan Liang, Esquire, of the Liang + Mooney PLLC, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to

be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures as required by Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Lance Y. Liu has made payment to this Court the $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Lance Y. Liu, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lance Y. Liu at email address: lanceliu2000@gmail.com.

WHEREFORE, Shanshan Liang, moves this Court to enter an Order for Lance Y. Liu, to appear before this Court on behalf of Entities listed in Exhibit A, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lance Y. Liu.

Date: December 3, 2025                                          Respectfully submitted,

/s/ Shanshan Liang
Shanshan Liang, Esq.
Attorney for Entities Listed in Exhibit A
Bar No. 112991
2104 Delta Way, Suite 1
Tallahassee, FL 32303
Email: sliang@customscourt.com
Phone: (850)893-0670

**Exhibit A**

Below clients are on Schedule A.
(1) Hewcham,
(2) Eastplus,
(3) Teendow
(4) VEVOR (Bestbuy),
(5) VEVOR (Walmart),
(6) VEVOR (Amazon)
(7) HCY Wholesale (Walmart),
(8) Amaxxo,

Below clients are foreign entities and not on Schedule A.
(9) VEVOR Store Simplego,
(10) Eastplus-US
(11) Kitchen-Store USA,
(12) BloomMap,
(13) Vischic Direct,
(14) LINZHIKEJI,
(15) ZABINS,
(16) TATAANTY,
(17) TOKXTIK,
(18) LIAPOTT,
(19) CULVANI,
(20) Acaspresso,

Below client is a TX entity and not on Schedule A.
(21) ZDINGQIN LLC