IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

------------------------------X

SharkNinja Operating LLC et al  :
      Plaintiff,  :
        :  Case No. 1:25-cv-25323-RAR
  -against-  :
      :
THE INDIVIDUALS, CORPORATIONS,  :
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

      Defendants.  :
------------------------------X

<u>CERTIFICATION OF LANCE Y. LIU, ESQ.</u>

Pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, Lance Y. Liu hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a Member in good standing of State Bars of New York (Bar No. 3002946) and New Jersey (Bar No. 001331999), and United States District Courts for the District of New Jersey, Southern Districts of New York and Northern District of Illinois; and

(3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Dated: December 3, 2025

                                            /s/ Lance Liu
                                            New York Bar No. 3002946
                                            15 Minuteman Circle
                                            Southbury, CT 06488
                                            (203)706-9536
                                            Lanceliu2000@gmail.com