IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

------------------------------X

| | |
|---|---|
| SharkNinja Operating LLC et al : | |
| Plaintiff, : | |
| : | Case No. 1:25-cv-25323-RAR |
| -against- : | |
| : | |
| THE INDIVIDUALS, CORPORATIONS, : | |
| LIMITED LIABILITY COMPANIES, | |
| PARTNERSHIPS, AND UNINCORPORATED | |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE A : | |
| | |
| Defendants. : | |

------------------------------X

### ORDER GRANTING MOTION FOR LANCE LIU TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Lance Y. Liu, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ("the Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby ORDERED that:

The Motion is GRANTED and Lance Y. Liu, may appear and participate in this action on behalf of Entities listed in Exhibit A. The Clerk shall provide electronic notification of all electronic filings to Lance Y. Liu, at lanceliu2000@gmail.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____day of_____, 2025.

_____
United States District Judge

Copies furnished to: all counsel of record