(19)中华人民共和国国家知识产权局





(12)发明专利申请

(10)申请公布号 CN 109497252 A
(43)申请公布日 2019.03.22

(21)申请号 201811505979.2

(22)申请日 2018.12.10

(71)申请人 上海巨昂实业有限公司
地址 201600 上海市松江区叶榭镇叶昌路200号3幢

(72)发明人 周祺

(74)专利代理机构 上海百一领御专利代理事务所(普通合伙) 31243
代理人 王奎宇  甘章乖

(51)Int.Cl.
  *A23G 9/22*(2006.01)
  *A23G 9/04*(2006.01)

权利要求书2页  说明书9页  附图7页

(54)发明名称
用于冷饮加工设备的搅拌机构、搅拌装置及冰淇淋机

(57)摘要
本申请的目的是提供一种用于冷饮加工设备的搅拌机构、搅拌装置及冰淇淋机,该搅拌机构,主要是由带有中空结构的搅拌轴、设置于中空结构中且中空的搅拌输出轴等构成。搅拌轴主要是由第一连接端、第二连接端、设置于第一连接端和第二连接端之间的搅拌叶片等构成。其中,第一连接端和第二连接端之间形成中空结构。搅拌输出轴的进口端与第一连接端转动连接,搅拌输出轴的出口端与第二连接端之间预留有空间,用于向中空结构内输送冰淇淋原浆。与现有技术相比,本发明可使得搅拌更为均匀,提升搅拌效率。



CN 109497252 A

1.一种用于冷饮加工设备的搅拌机构,包括:带有中空结构的搅拌轴;所述搅拌轴包括:第一连接端、第二连接端、设置于所述第一连接端和所述第二连接端之间的搅拌叶片;其中,所述第一连接端和所述第二连接端之间形成所述中空结构,其特征在于,还包括:

中空的搅拌输出轴,设置于所述中空结构内;

所述搅拌输出轴的进口端与所述第一连接端转动连接,所述搅拌输出轴的出口端与所述第二连接端之间预留有空间。

2.根据权利要求1所述的搅拌机构,其特征在于,所述搅拌机构还包括:至少两根支杆,沿所述搅拌输出轴的轴向平行设置并与所述搅拌输出轴的外壁相连。

3.根据权利要求1所述的搅拌机构,其特征在于,所述支杆沿其轴向开设有多个通孔。

4.根据权利要求3所述的搅拌机构,其特征在于,各通孔沿所述支杆等距设置。

5.根据权利要求2所述的搅拌机构,其特征在于,所述支杆的截面形状为多边形。

6.根据权利要求2所述的搅拌机构,其特征在于,所述搅拌输出轴的主轴的直径与所述支杆的宽度比值为1~3;所述搅拌输出轴的主轴的直径与各支撑杆之间的距离为6~16㎜。

7.根据权利要求1所述的搅拌机构,其特征在于,所述搅拌机构还包括:至少为两根用于连接所述第一连接端和所述第二连接端的支撑杆;所述搅拌叶片至少为两个,且均呈螺旋式分布在对应的支撑杆上;各叶片以所述搅拌轴的中心为对称轴呈旋转对称设置;所述搅拌轴还包括:与所述搅拌叶片可拆卸连接的刮片。

8.根据权利要求1至7中任一项所述的搅拌机构,其特征在于,所述第一连接端包括:开设有转接孔的第一连接圆盘;

所述第二连接端包括:第二连接圆盘、与所述第二连接圆盘相连的转动支轴;所述搅拌输出轴的进口端通过轴承套设置于所述转接孔中与所述第一连接端转动连接,且所述出口端与所述第二连接圆盘留有预设的距离;其中,所述预设的距离为30~40㎜。

9.根据权利要求8所述的搅拌轴,其特征在于,所述叶片至少有部分与所述支撑杆相嵌连接。

10.一种搅拌装置,其特征在于,包括:权利要求1至9中任一项所述的搅拌机构;

所述搅拌装置还包括:搅拌缸体,用于容纳并设置所述搅拌机构;

所述搅拌装置还包括:驱动机构,用于驱动所述搅拌机构的运转;

所述搅拌缸体的尾端开设有连接孔,用于使所述第二连接端与所述驱动机构转动连接;

所述搅拌装置还包括:封闭所述搅拌缸体的头端的盖体,且所述盖体转动连接所述第一连接端;

所述盖体开设有与所述搅拌缸体相连通的出料口,以及与所述进口端和外部相连通的进料通道。

11.根据权利要求10所述的搅拌装置,其特征在于,所述盖体包括:本体、设置在所述本体上且开设有所述进料通道的凸起部;

所述搅拌装置还包括:两端分别配合插入所述凸起部和所述进口端的连接套,以使所述进料通道与所述进口端相连通,并与所述连接套的外部隔离。

12.根据权利要求11所述的搅拌装置,其特征在于,所述搅拌装置还包括:与所述盖体相连并用于控制所述出料口封闭的封闭机构;所述搅拌装置还包括:与盖体相配合的密封

件,用于盖合所述搅拌缸体的头端,且开设有转动连接所述第一连接端的转动孔;所述本体上开设有用于容纳所述密封件的内凹槽,以在容纳所述密封件时,使所述凸起部插入所述连接套中。

13.根据权利要求11所述的搅拌装置,其特征在于,所述进料通道包括:开设在所述本体内的第一进料管道和第二进料管道、开设在所述凸起部内的第三进料管道;

所述第一进料管道垂直于所述第三进料管道,且其一端与所述第三进料管道相连通,而另一端与所述第一进料管道相连通;

所述第一进料管道平行于所述第三进料管道。

14.根据权利要求10所述的搅拌装置,其特征在于,所述驱动机构包括:驱动电机、与所述驱动电机的驱动轴相连并用于配合连接所述第二连接端的轴套、用于对所述轴套和所述第二连接端锁紧连接的锁止件。

15.一种冰淇淋机,其特征在于,包括箱体,所述箱体内固定有权利要求8至14中任一项所述的搅拌装置。

16.根据权利要求15所述的冰淇淋机,其特征在于,所述冰淇淋机还包括:与所述进料通道和所述冰淇淋机的供料装置可拆卸连接的输料管组件;设置在所述箱体内部并用于套设所述搅拌缸体的冷凝缸体、与所述冷凝缸体相连的冷凝组件。

17.根据权利要求16所述的冰淇淋机,其特征在于,所述供料装置包括:设置于所述箱体上的供料盒、设置于所述供料盒上的冰淇淋原浆包;

所述供料盒里设有增压泵;

所述输料管组件包括:与所述冰淇淋原浆包和所述增压泵相连的供料管、与所述增压泵和所述进料通道相连的输料管。

18.根据权利要求16所述的冰淇淋机,其特征在于,所述冰淇淋机还包括:设置于所述箱体内的第一排液管,其一端与所述供料盒相连,而另一端暴露在所述箱体外部。

19.根据权利要求16所述的冰淇淋机,其特征在于,所述冰淇淋机还包括:设置于所述箱体内的第二排液管,其一端与设置在所述驱动机构和所述冷凝缸体之间且容纳所述轴套的罩体相连,而另一端暴露在所述箱体外部。

20.根据权利要求16至19中任一项所述的冰淇淋机,其特征在于:所述箱体还设有窗口;所述冰淇淋机还包括:设置于所述窗口内并带有柜门的控制柜,且所述控制柜排列设置有多个电子控制元件,分别用于控制所述冷凝组件和所述驱动机构的运转。

# 用于冷饮加工设备的搅拌机构、搅拌装置及冰淇淋机

技术领域

[0001]　　本发明涉及一种冷饮加工设备，尤其涉及一种用于冷饮加工设备的搅拌机构、搅拌装置及冰淇淋机。

背景技术

[0002]　　在现有的冷饮加工设备，尤其是冰淇淋机中，其通常采用搅拌轴对搅拌缸体内的冰淇淋进行搅拌的方式，使得搅拌缸体内的冰淇淋的浆体在搅拌混合的过程中，从搅拌缸体内的后端输送至前端，从而使得冰淇淋机的喷口中喷出的冰淇淋的口感较佳。

[0003]　　然而，现有的搅拌轴由于大多采用实心轴，因此，使得冰淇淋的浆体在缸体内的流动是单向循环流动的，会使得部分冰淇淋的浆体长时间处于冷冻状态，从而破坏其口感和质地。此外，为了防止缸体出现冻缸的现象，实心搅拌轴的叶片在转动时，与缸体的内壁之间的缝隙极小，会导致内壁上冷却的浆料不能及时被刮下来，严重影响缸体的冷却效率，并产生不良的影响。并且一旦出现长时间的冻缸现象时，搅拌轴极有可能因变形损坏而报废。

[0004]　　因此，如公开号为CN202536032U的发明专利就披露了一种搅拌轴，并通过将实心轴替换成由多根平行的支撑柱构成的中空轴，并在中空轴的外表面设置多根螺旋带叶片方式，从而借助使得冰淇淋在搅拌的过程中可以在往回流动，以实现循环流动，提高搅拌轴的搅拌效率。

[0005]　　然而，该搅拌轴在使用过程中，仍存在以下缺陷：在中空轴内部流动的冰淇淋难以被充分搅拌，仅使得位于中空轴与搅拌缸体内壁之间的浆体才能够充分搅拌均匀，因此造成部分冰淇淋浆体未经搅拌均匀即从喷口喷出，影响了其口感和质地。此外，由于冰淇淋是从后端输送至前端的，极易造成缸体后端的部分冰淇淋长期附着在搅拌缸体内壁，造成冻缸的现象。

发明内容

[0006]　　针对上述现有技术的缺点或不足，本发明要解决的技术问题是提供一种用于冷饮加工设备的搅拌机构，使得搅拌更为均匀，提高搅拌效率，以提升生产的冷饮的口感。

[0007]　　解决上述技术问题，本发明提供了一种搅拌机构，包括：带有中空结构的搅拌轴；所述搅拌轴包括：第一连接端、第二连接端、设置于所述第一连接端和所述第二连接端之间的搅拌叶片；其中，所述第一连接端和所述第二连接端之间形成所述中空结构；

[0008]　　中空的搅拌输出轴，设置于所述中空结构内；

[0009]　　所述搅拌输出轴的进口端与所述第一连接端转动连接，所述搅拌输出轴的出口端位于所述中空结构内，并与所述第二连接端之间预留有空间。

[0010]　　进一步作为优选地，所述搅拌机构还包括：至少两根支杆，沿所述搅拌输出轴的轴向平行设置并与所述搅拌输出轴的外壁相连。

[0011]　　进一步作为优选地，所述支杆沿其轴向开设有多个通孔。

[0012]　　进一步作为优选地，各通孔沿所述支杆等距设置。

[0013]　　进一步作为优选地,所述支杆的截面形状为正多边形。

[0014]　　进一步作为优选地,所述搅拌输出轴的主轴的直径与所述支杆的宽度比值为1～3；所述搅拌输出轴的主轴的直径与各支撑杆之间的距离比值为6～16mm。

[0015]　　进一步作为优选地,所述搅拌机构还包括：至少为两根用于连接所述第一连接端和所述第二连接端的支撑杆；所述搅拌叶片至少为两个,且均呈螺旋式分布在对应的支撑杆上；各叶片以所述搅拌轴的中心为对称轴呈旋转对称设置；所述搅拌轴还包括：与所述搅拌叶片可拆卸连接的刮片。

[0016]　　进一步作为优选地,所述第一连接端包括：开设有转接孔的第一连接圆盘；所述第二连接端包括：第二连接圆盘、与所述第二连接圆盘相连的转动支轴；所述搅拌输出轴的进口端通过轴承套设置于所述连接孔中与所述第一连接端转动连接,且所述出口端与所述第二连接圆盘留有预设的距离为30～40mm。

[0017]　　此外,所述搅拌轴还包括：套设在转动支轴上且一体成型连接的转接盘,以配合搅拌轴在搅拌缸体内的转动,防止冰淇淋原浆从搅拌缸体的连接孔中泄露出来。

[0018]　　进一步作为优选地,所述叶片至少有部分与所述支撑杆相嵌连接。

[0019]　　本发明还要解决的技术问题是提供一种搅拌装置,可避免搅拌后的冷饮原料在搅拌缸体内出现冻缸的现象。

[0020]　　为此,本发明还提供了一种搅拌装置,包括：上述搅拌机构；

[0021]　　所述搅拌装置还包括：搅拌缸体,用于容纳并设置所述搅拌机构；

[0022]　　所述搅拌装置还包括：驱动机构,用于驱动所述搅拌机构的运转；

[0023]　　所述搅拌缸体的尾端开设有连接孔,用于使所述第二连接端与所述驱动机构转动连接；

[0024]　　所述搅拌装置还包括：封闭所述搅拌缸体的头端的盖体,且所述盖体转动连接所述第一连接端；

[0025]　　所述盖体开设有与所述搅拌缸体相连通的出料口,以及与所述进口端和外部相连通的进料通道。

[0026]　　进一步作为优选地,所述盖体包括：与所述冰淇淋机固定连接的本体、设置在所述本体上且开设有所述进料通道的凸起部；所述搅拌装置还包括：两端分别配合插入所述凸起部和所述进口端的连接套,以使所述进料通道与所述进口端相连通,并与所述连接套的外部隔离。

[0027]　　进一步作为优选地,所述搅拌装置还包括：与所述盖体相连并用于控制所述出料口封闭的封闭机构。所述搅拌装置还包括：与盖体相配合的密封件,用于盖合所述搅拌缸体的头端,且开设有转动连接所述第一连接端的转动孔；所述本体上开设有用于容纳所述密封件的内凹槽,以在容纳所述密封件时,使所述凸起部插入所述连接套中。

[0028]　　进一步作为优选地,所述进料通道包括：开设在所述本体内的第一进料管道和第二进料管道、开设在所述凸起部内的第三进料管道；所述第一进料管道垂直于所述第三进料管道,且其一端与所述第三进料管道相连通,而另一端与所述第一进料管道相连通；所述第一进料管道平行于所述第三进料管道。

[0029]　　进一步作为优选地,所述驱动机构包括：固定在所述冰淇淋机中的驱动电机、与所述驱动电机的驱动轴相连并用于配合连接所述第二连接端的轴套、用于对所述轴套和所述

第二连接端锁紧连接的锁止件。

[0030]　　本发明还要解决的技术问题是提供一种冰淇淋机,可避免搅拌后的冰淇淋原料在对应的搅拌缸体内出现冻缸的现象,并使得搅拌后的冰淇淋更为均匀,提高搅拌效率,以提升生产的冰淇淋的口感。

[0031]　　为此,本发明提供了一种冰淇淋机,包括箱体,所述箱体内固定有上述搅拌装置.

[0032]　　进一步作为优选地,所述冰淇淋机还包括:与所述进料通道和所述冰淇淋机的供料装置可拆卸连接的输料管组件;设置在所述箱体内部并用于套设所述搅拌缸体的冷凝缸体、与所述冷凝缸体相连的冷凝组件。

[0033]　　进一步作为优选地,所述供料装置包括:设置于所述箱体上的供料盒、设置于所述供料盒上的冰淇淋原浆包;所述供料盒里设有增压泵;所述输料管组件包括:与所述冰淇淋原浆包和所述增压泵相连的供料管、与所述增压泵和所述进料通道相连的输料管;

[0034]　　进一步作为优选地,所述冰淇淋机还包括:设置于所述箱体内的第一排液管,其一端与所述供料盒相连,而另一端暴露在所述箱体外部;设置于所述箱体内的第二排液管,其一端与设置在所述驱动机构和所述冷凝缸体之间且容纳所述轴套的罩体相连,而另一端暴露在所述箱体外部。

[0035]　　进一步作为优选地,所述箱体还设有窗口;所述冰淇淋机还包括:设置于所述窗口内并带有柜门的控制柜,且所述控制柜排列设置有多个电子控制元件,分别用于控制所述冷凝组件和所述驱动机构的运转。

[0036]　　与现有技术相比,本申请采用了带有中空结构的搅拌轴,并且搅拌输出轴设置于该中空结构内,同时由于搅拌输出轴的进口端与搅拌轴的第一连接端转动连接,同时搅拌输出轴的出口端与第二连接端之间预留有空间,因此,搅拌输出轴可在不影响搅拌轴转动的情况下,通过其进口端将冷饮原料,尤其是冰淇淋原浆从搅拌轴的前端引入,并经搅拌输出轴的出口端流出至上述预留的空间内,因此使得从出口端流出的冰淇淋原浆在搅拌轴的转动作用下,可以较好的从后往前流动并被搅拌,即从出口端朝向进口端流动,并且,由于搅拌轴相对搅拌输出轴是转动的,因此搅拌输出轴可对搅拌轴搅拌带动的流体产生反向的切割和搅拌作用,有利于中空结构中的冰淇淋原浆的均匀搅拌,使得搅拌更为均匀,提高了搅拌效率,提升了其制造的冷饮,尤其是冰淇淋的口感。

附图说明

[0037]　　通过阅读参照以下附图所作的对非限制性实施例所作的详细描述,本申请的其它特征、目的和优点将会变得更明显:

[0038]　　图1:本发明第一实施例中搅拌机构的结构示意图;

[0039]　　图2:本发明第一实施例中搅拌机构的爆炸示意图;

[0040]　　图3:本发明第二实施例中搅拌机构与轴套固定时的结构示意图;

[0041]　　图4:本发明第二实施例中搅拌装置安装在冰淇淋机内部时的装配示意图;

[0042]　　图5:本发明第二实施例中搅拌装置的剖面示意图;

[0043]　　图6:本发明第二实施例中密封件与搅拌缸体结合时的结构示意图;

[0044]　　图7:本发明第二实施例中盖体的结构示意图;

[0045]　　图8:本发明第二实施例中盖体的剖面示意图;

[0046] 图9：本发明第三实施例中冰淇淋机内部的结构示意图；
[0047] 图10：本发明第三实施例中冰淇淋机内部冷凝组件的结构示意图；
[0048] 图11：本发明第三实施例中冰淇淋机内部输料管组件的结构示意图；
[0049] 图12：本发明第三实施例中冰淇淋机内部的剖面示意图；
[0050] 图13：本发明第三实施例中冰淇淋机外部的结构示意图；
[0051] 附图标记说明：
[0052] 搅拌轴-1；第一连接端-11；第二连接端-12；搅拌叶片-13；支撑杆-14；转动支轴-15；转接盘-16；轴承套-17；搅拌输出轴-2；进口端-21；出口端-22；
[0053] 支杆-23；通孔-231；
[0054] 搅拌缸体-3；
[0055] 驱动机构-4；驱动电机-41；轴套-42；锁止件-43；
[0056] 盖体-5；本体-51；凸起部-52；进料通道-53；出料口-54；封闭通道-55；第一进料通道-531；第二进料通道-532；第三进料通道-533；内凹槽-511；
[0057] 连接套-6；
[0058] 密封件-7；转动孔-71；
[0059] 箱体-8；
[0060] 供料装置-9；供料盒-91；冰淇淋原浆包-92；增压泵-93；
[0061] 输料管组件-10；供料管-101；输料管-102；
[0062] 冷凝缸体-202；冷凝腔体2021；冷凝组件-203；压缩机2031；冷凝器2032；节流阀2033、回流管2034；第一排液管-204；第二排液管-205；控制柜-206；罩体-207；柜体-208。

**具体实施方式**

[0063] 以下将结合附图对本发明的构思、具体结构及产生的技术效果作进一步说明，以充分地了解本发明的目的、特征和效果。
[0064] 本发明的第一实施例提供了一种用于冷饮加工设备的搅拌机构，如图1和图2所示，该搅拌机构主要是由带有中空结构的搅拌轴1、设置于中空结构内的搅拌输出轴2等构成。
[0065] 如图1和图2所示，本实施例中的搅拌轴1主要是由第一连接端11、第二连接端12、设置于第一连接端11和第二连接端12之间的搅拌叶片13等构成。其中，第一连接端11和第二连接端12之间形成中空结构。搅拌输出轴2的进口端21与第一连接端11转动连接，搅拌输出轴2的出口端22与第二连接端12之间预留有空间，用于向中空结构内输送冷饮原料。
[0066] 通过上述内容可知，由于本申请采用了带有中空结构的搅拌轴1，并且搅拌输出轴2设置于该中空结构内，同时由于搅拌输出轴2的进口端21与搅拌轴1的第一连接端11转动连接，同时搅拌输出轴2的出口端22与第二连接端12之间预留有空间，因此，搅拌输出轴2可在不影响搅拌轴1转动的情况下，通过其进口端21将冷饮原料，尤其是冰淇淋原浆从搅拌轴1的前端引入，并经搅拌输出轴2的出口端22流出至上述预留的空间内，因此使得从出口端22流出的冰淇淋原浆在搅拌轴1的转动作用下，可以较好的从后往前流动并被搅拌，即从出口端22朝向进口端21流动，并且，由于搅拌轴1相对搅拌输出轴2是转动的，因此搅拌输出轴2可对搅拌轴1搅拌带动的流体产生反向的切割和搅拌作用，有利于中空结构中的冰淇淋原

浆的均匀搅拌，使得搅拌更为均匀，提高了搅拌效率，提升了其制造的冷饮，尤其是冰淇淋的口感。

[0067] 在此，需要说明的是，本实施例中的冷饮原料不限于冰淇淋原浆，还可以为其他食品的冷饮原料，如果浆、冰沙等其它的可用于制作冷饮的食品原料，在此就一一列举说明了。

[0068] 进一步作为优选地，本实施例中的搅拌机构还包括：至少两根支杆23，沿搅拌输出轴2的轴向平行设置并与搅拌输出轴2的外壁相连。以在保证搅拌输出轴2不影响冷饮原料在中空结构中占据的体积的情况下，通过支杆23自身增强对中空结构中的冷饮原料的反向切割和搅拌作用。

[0069] 进一步作为优选地，支杆23沿其轴向开设有多个通孔231，以在降低支杆23的体积而减少搅拌输出轴所受的阻力的同时，通过多个通孔231增强对中空结构中的冷饮原料的反向分割。

[0070] 进一步作为优选地，各通孔231沿支杆23等距设置，以利于支杆23对中空结构中的冷饮原料的均匀切割，提升冰淇淋口感。

[0071] 进一步作为优选地，支杆23的截面形状为正多边形，以提升支杆23在搅拌轴1每转动一周时，对冷饮原料的切割次数，提高搅拌效率。本实施例中的支杆23的截面仅以矩形为例作说明，其在实际应用中还可以为正方形、六边形、八边形等其他多边形的。

[0072] 进一步作为优选地，搅拌输出轴2的主轴的直径与支杆23的宽度比值为1～3，以通过将搅拌输出轴2的主轴和支杆23之间的宽度比值转换成冷饮原料的流量和反向分割搅拌量的比值，从而通过合理设置搅拌输出轴2的主轴的直径与支杆23的宽度比值，可提高搅拌效率。并且，由于支杆23的宽度小于搅拌输出轴2的主轴的直径，因此在起到反向分割的同时，不影响搅拌输出轴2的主轴的转动。

[0073] 较佳地，本实施例中的搅拌输出轴2的主轴的直径与支杆23的宽度比值优选为2，并仅以此为例说明，以获得较为理想的搅拌效率，并起到节能的作用。

[0074] 另外，搅拌输出轴2的主轴的直径与各支撑杆14之间的距离为6～16mm。以使得搅拌轴的支撑杆14和搅拌输出轴2的主轴之间的空间可以满足冷饮原料流动需求的情况下，使得冷饮原料在该空间内可以被支撑杆14和支杆23充分搅拌，提高了搅拌效率，使得冷饮原料能够被搅拌的更加均匀，并且较好地避免了冷饮原料在这一空间内出现搅拌不均匀的现象。

[0075] 较佳地，本实施例中的搅拌输出轴2的主轴的直径与各支撑杆14之间的距离优选为11mm，并仅以此为例，以将搅拌效率提升到较为理想的水平，并使得冷饮原料在充分搅拌后，可以获得极佳的均匀度和细腻的口感。

[0076] 如图1和图2所示，搅拌机构还包括：至少为两根用于连接第一连接端11和第二连接端12的支撑杆14；搅拌叶片13至少为两个，且均呈螺旋式分布在对应的支撑杆14上；各叶片以搅拌轴1的中心为对称轴呈旋转对称设置；搅拌轴1还包括：与搅拌叶片13可拆卸连接的刮片。在此，值得一提的是，本实施例中仅以两个支撑杆14为例作说明。

[0077] 进一步作为优选地，如图2所示，第一连接端11包括：开设有转接孔的第一连接圆盘；第二连接端12包括：第二连接圆盘、与第二连接圆盘相连的转动支轴15；搅拌输出轴的进口端21通过轴承套17设置于转接孔中与第一连接端11转动连接，且出口端22与第二连接

圆盘留有预设的距离。以方便搅拌轴1和搅拌输出轴之间的装配和拆卸，并利于搅拌轴1与后续驱动机构4连接的装配。

[0078]　　其中，作为优选的方式，本实施例中预设的距离为30～40mm。其中，该预设的距离可以在不影响冰淇淋原料释放的情况下，较好的避免冷饮原料在出口端22与第二连接圆盘之间的预留空间内长时间堆积。

[0079]　　较佳地，本实施例中预设的距离优选为35mm，并仅以此为例，以使得该预留空间不易造成搅拌输出轴2的出口端22的堵塞，并使得该预留空间能够得到充分的利用，从而可以有效降低搅拌主轴及搅拌机构的整体长度，乃至可以降低装配有该搅拌机构的搅拌缸体的长度，从而节省了大量的占地空间。

[0080]　　此外，上述搅拌轴还包括：套设在转动支轴15上且一体成型连接的转接盘16，以配合搅拌轴在搅拌缸体内的转动，防止冷饮原料从搅拌缸体202的连接孔中泄露出来。

[0081]　　进一步作为优选地，上述搅拌机构中的叶片13至少有部分与支撑杆14相嵌连接。以提升叶片13和支撑杆14之间的固定牢度。并且，本实施例中，仅以两片叶片13为例作说明。

[0082]　　本发明的第二实施例还提供了一种搅拌装置，用于设置于冷饮加工设备中，如图1至图8所示，该搅拌装置包括：上述实施例中的搅拌机构。

[0083]　　并且，在本实施例中，该搅拌装置还包括：用于容纳并设置搅拌机构的搅拌缸体3、用于驱动搅拌机构运转的驱动机构4等构成。

[0084]　　其中，如图3至图9所示，本实施例中搅拌缸体3的尾端开设有连接孔，用于使第二连接端12与驱动机构4转动连接。

[0085]　　搅拌装置还包括：封闭所述搅拌缸体3的头端的盖体5，且盖体5转动连接第一连接端11；

[0086]　　所述盖体5开设有与搅拌缸体3相连通的出料口54，以及与进口端21和外部相连通的进料通道53。

[0087]　　由于上述内容可知，由于本实施例中的搅拌装置采用了上述实施例中的搅拌机构，而该搅拌机构采用了带有中空结构的搅拌轴1，并且搅拌输出轴2设置于该中空结构内，同时由于搅拌输出轴2的进口端21与搅拌轴1的第一端转动连接，同时搅拌输出轴2的出口端22与第二连接端12之间预留有空间，因此当搅拌轴1在驱动机构4的驱动作用下开始旋转时，搅拌输出轴2可在不影响搅拌轴1转动的情况下，通过其进口端21从搅拌缸体3的前端连接对应的输料管102，以将冷饮原料从搅拌缸体3的前端引入，并经搅拌输出轴2的出口端22流出，从而无须在搅拌缸体3后端单独开孔以引入冷饮原料，不仅利于搅拌缸体3后端的驱动机构4对搅拌轴1的驱动，同时可较好的使得从出口端22流出的冷饮原料在搅拌轴1的转动作用下，从后往前流动并被搅拌，以较好的避免搅拌缸体3后端的部分冷饮原料，如冰淇淋原浆等长期附着在搅拌缸体3内壁而造成冻缸的现象。

[0088]　　此外，由于搅拌轴1相对搅拌输出轴是转动的，因此搅拌输出轴可对搅拌轴1在带动的流体产生反向的切割和搅拌作用，因此利于中空结构中的冷饮原料的均匀搅拌，以提升其制造的冷饮的口感。

[0089]　　如图6和图7所示，并且，搅拌装置还包括：与盖体5相连并用于控制出料口54封闭的封闭机构。

[0090]　　本实施例中搅拌装置的工作原理如下所示,当封闭机构封闭盖体5的出料口后,由于盖体5可在封闭搅拌缸体3的头端的同时,使得搅拌轴1与盖体5形成转动连接,并且通过搅拌缸体3的尾端开设的连接孔,实现第二连接端12与驱动机构4的转动连接,方便了搅拌缸体3的安装和拆卸,因此,通过盖体5的进料通道53将冰淇淋原浆从搅拌缸体3的头端引入,并经搅拌输出轴的出口端22流入到上述预留空间后,即搅拌缸体3的后端区域时,通过搅拌轴1的搅拌,使得冰淇淋原浆可以从搅拌缸体3的后端向前端流动并搅拌均匀,最后当冰淇淋原浆搅拌均匀后,通过封闭机构打开出料口,使得冰淇淋原浆搅拌均匀后,可以从盖体5的出料口54,即搅拌缸体3前端流出。

[0091]　　此外,值得一提的是,本实施例中的盖体5开设有与出料口54连通的封闭通道55。封闭机构包括:插入封闭通道55内的封闭轴(图中未标示)、驱动封闭轴封闭和打开出料口的启闭电机(图中未标示)。

[0092]　　进一步作为优选地,如图7所示,上述盖体5主要是由本体51、设置在本体51上且开设有进料通道53的凸起部52等构成。搅拌装置还包括:两端分别配合插入凸起部52和进口端21的连接套6,以使进料通道53与进口端21相连通,并与连接套6的外部隔离,以确保在不影响搅拌轴1输出轴转动的情况下,使得从盖体5的进料通道53流入的冰淇淋原浆由搅拌输出轴的进口端21流入,避免出现冰淇淋原浆从进口端21直接泄露到搅拌缸体3内部。如图2,连接套6的一端用于插入轴承套17,以连接搅拌输出轴2的进口端21,而另一端用于插入凸起部52,以连接盖体5。

[0093]　　进一步作为优选地,如图6所示,本实施例中的搅拌装置还包括:与盖体5相配合的密封件7,用于盖合搅拌缸体3的头端,且开设有转动连接第一连接端11的转动孔71;本体51上开设有用于容纳密封件7的内凹槽511,以在容纳密封件7时,使凸起部52插入连接套6中。

[0094]　　进一步作为优选地,如图7和图8所示,为了便于进料通道53在盖体5上的开设,且不影响封闭机构对出料口进行封闭的情况下,本实施例中的进料通道53主要由开设在本体51内的第一进料管道531和第二进料管道532、开设在凸起部52内的第三进料管道533等构成。其中,第一进料管道531垂直于第三进料管道533,且其一端与第三进料管道533相连通,而另一端与第一进料管道531相连通;第一进料管道531平行于第三进料管道533。

[0095]　　此外,值得一提的是,第二进料管道532的一端用于连接外部的一端可通过螺栓等封闭件封闭,以使得第一进料管通道流入的外部冰淇淋原浆能够依次沿第二进料管道532和第三进料管道533流入搅拌输出轴的进口端21内,避免出现冰淇淋原浆泄露的现象。

[0096]　　进一步作为优选地,如图3所示,驱动机构4包括:固定在冰淇淋机中的驱动电机41、与驱动电机41的驱动轴相连并用于配合连接第二连接端12的轴套42、用于对轴套42和第二连接端12锁紧连接的锁止件43。以便于搅拌轴1与驱动机构4之间的拆卸和安装,提高组装效率。

[0097]　　本发明的第三实施例提供了一种冰淇淋机,如图1至图13所示,包括箱体8、固定在箱体8内的上述实施例中的搅拌装置。

[0098]　　参考上述实施例可知,由于本实施例中的冰淇淋采用了上述实施例中的搅拌机构,而该搅拌机构采用了带有中空结构的搅拌轴1,并且搅拌输出轴2设置于该中空结构内,同时由于搅拌输出轴2的进口端21与搅拌轴1的第一端转动连接,同时搅拌输出轴2的出口端22与第二连接端12之间预留有空间,因此当搅拌轴1安装于冰淇淋机的搅拌缸体3内,并

在驱动机构4的驱动作用下开始旋转时,搅拌输出轴可在不影响搅拌轴1转动的情况下,通过其进口端21从搅拌缸体3的前端连接输料管102,以将冰淇淋原浆从搅拌缸体3的前端引入,并经搅拌输出轴的出口端22流出,从而可无须在搅拌缸体3后端单独开孔而引入冰淇淋原浆的情况下,不仅有利于搅拌缸体3后端的驱动机构4对搅拌轴1的驱动,同时可较好的使得从出口端22流出的冰淇淋原浆在搅拌轴1的转动作用下,较好的从后往前流动并被搅拌,较好的避免搅拌缸体3后端的部分冰淇淋长期附着在缸体内壁,造成冻缸的现象。此外,由于搅拌轴1相对搅拌输出轴是转动的,因此搅拌输出轴2可对搅拌轴1在带动的流体产生反向的切割和搅拌作用,因此利于中空结构中的冰淇淋原浆的均匀搅拌,以提升其制造的冰淇淋的口感。

[0099]　　具体地,如图9至图13所示,本实施例中的冰淇淋机还包括:与进料通道53和冰淇淋机的供料装置9可拆卸连接的输料管组件10、设置在箱体8内部并用于套设搅拌缸体3的冷凝缸体202、与冷凝缸体202相连的冷凝组件203等。

[0100]　　由上可知,由于本申请中的冰淇淋机采用了可拆卸的输料管组件10,并且采用了搅拌缸体3和冷凝缸体202可拆卸连接的方式,使得输料管组件10和搅拌缸体3可单独拆卸下来进行清洗或更换,有利于保证冰淇淋机生产的冰淇淋的卫生。

[0101]　　此外,为了便于冷凝缸体202的拆卸和安装,本申请中的冰淇淋机还包括设置在冷凝缸体202上的柜体208,且柜体208的两端分别与箱体8和罩体207固定连接。

[0102]　　另外,值得一提的是,本实施例中冷凝腔体为缠绕在冷凝缸体202的搅拌缸体3的外壁上沿轴向呈螺纹结构分布的空心管道2021,以使得制冷剂可以沿搅拌缸体3的外壁周向向内均匀冷却渗透,保证冷凝缸体202内的各区域的冷却效果一致,并防止冷凝缸体202的后端区域出现过冷而易产生冻缸或出现冰淇淋原浆长期冷冻而不能被搅拌均匀的现象。

[0103]　　作为优选的一种方式,空心管道2021在搅拌缸体3的外壁上呈等距螺旋分布。

[0104]　　进一步作为优选地,如图11所示,供料装置9包括:设置于箱体8上的供料盒91、设置于供料盒91上的冰淇淋原浆包92;供料盒91里设有增压泵93;输料管组件10包括:与冰淇淋原浆包92和增压泵93相连的供料管101、与增压泵93和进料通道53相连的输料管102。以通过冰淇淋原浆包92代替固定料槽以及采用可拆卸的供料管101和输料管102与增加泵安装的方式,无需采用定期清理,仅通过更换冰淇淋原浆包92即可实现,节约了清洗时间,便于无人售货机的管理和操作,且最大限度地保证了供应的冰淇淋原浆能够符合相应的卫生标准。

[0105]　　进一步作为优选地,如图11所示,冰淇淋机还包括:设置于箱体8内的第一排液管204,其一端与供料盒91相连,而另一端暴露在箱体8外部;设置于箱体8内的第二排液管205,其一端与驱动机构4相连,而另一端暴露在箱体8外部。以在增压泵93从冰淇淋原浆包92中吸取冰淇淋或者拆卸更换增压泵93出现少量的冰淇淋原浆泄露到供料盒91中时,通过第一排液管204将泄露的冰淇淋从供料盒91中排泄到外部,避免其造成污染内部环境的现象。

[0106]　　进一步作为优选地,冰淇淋机还包括:设置于箱体8内的第二排液管205,其一端与设置在驱动机构4和冷凝缸体202之间且容纳轴套42的罩体207相连,而另一端暴露在箱体8外部。以在驱动机构4驱动搅拌轴1转动或拆装搅拌轴1的过程中,出现少量的冰淇淋原浆泄露到箱体8内时,可通过第二排液管205将泄露的冰淇淋排泄到箱体8外部,避免其造成污染

内部环境的现象。

[0107]　　进一步作为优选地,箱体8还设有窗口;冰淇淋机还包括:设置于窗口内并带有柜门的控制柜206,且控制柜206排列设置有多个电子控制元件,分别用于控制冷凝组件203和驱动机构4的运转。以通过控制柜206,使得冷凝组件203和驱动机构4的电子控制元件与箱体8内的低温环境隔离,防止其在长时间使用时出现冻伤的现象,并方便其维修和更换。

[0108]　　为了简要说明本申请的冰淇淋机的工作原理,如下作简要说明:

[0109]　　如图9至图13所示,冰淇淋机在启动时,冷凝组件203中的压缩机2031将制冷剂压缩,并通过相应的管道经过节流阀2033后,进行冷凝缸体202的冷凝腔体2021中,以对搅拌缸体3进行冷却,并通过回流管2034回流至压缩机2031中,然后输送至设置于箱体8外部的冷凝器2032中,散发热量,然后沿闭合的回路经节流阀2033后,流入冷凝缸体202中,以实现对搅拌缸体的制冷。

[0110]　　当盖体5上出料口54被封闭机构打开时,冰淇淋原浆包中冰淇淋原浆在增加泵93的作用下,通过供料管101和输料管102,从搅拌缸体3的前端进入搅拌输出轴2的进口端21,并从搅拌输出轴2的出口端22输出到搅拌缸体的内部,当搅拌缸体3内部在搅拌轴1的作用下进行搅拌均匀,从而当自动冰淇淋机自动售货时,通过打开封闭机构打开盖体上的出料口,即可释放对应的搅拌后的冰淇淋。

[0111]　　以上实施例仅用以说明本发明的技术方案而非限定,仅仅参照较佳实施例对本发明进行了详细说明。本领域的普通技术人员应当理解,可以对本发明的技术方案进行修改或等同替换,而不脱离本发明技术方案的精神和范围,均应涵盖在本发明的权利要求范围。

CN 109497252 A  说　明　书　附　图  1/7 页



图1



图2



图3

CN 109497252 A  说　明　书　附　图  2/7 页



图4



图5

14



图6



图7



图8



图9



图10



图11



图12



图13