US009302233B1

# (12) United States Patent
## Lowell

(10) Patent No.: **US 9,302,233 B1**
(45) Date of Patent: **Apr. 5, 2016**

(54) **REMOVABLE BAFFLES FOR MIXING VESSEL**

(71) Applicant: **Mark Lowell**, Goucester, VA (US)

(72) Inventor: **Mark Lowell**, Goucester, VA (US)

(73) Assignee: **The United States of America as Represented by the Secretary of the Navy**, Washington, DC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/987,410**

(22) Filed: **Jul. 23, 2013**

(51) **Int. Cl.**
  *B01F 7/00* (2006.01)
  *B01F 13/00* (2006.01)
  *B01F 7/16* (2006.01)

(52) **U.S. Cl.**
  CPC ............... *B01F 13/00* (2013.01); *B01F 7/1645* (2013.01); *B01F 7/1675* (2013.01)

(58) **Field of Classification Search**
  CPC ..... A47J 43/046; B01F 7/1675; B01F 7/1645
  USPC ...................................... 366/266.1, 306, 307
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 28,219 A * | 5/1860 | Vleck | ............................ | 366/306 |
| 975,380 A | 11/1910 | Berntson | | |
| 1,020,814 A | 3/1912 | Fay | | |
| 2,064,861 A | 12/1936 | Stroud | | |
| 2,070,545 A * | 2/1937 | Gilbert | ........................... | 366/306 |
| 4,244,531 A | 1/1981 | Szegvari | | |
| 4,298,576 A | 11/1981 | Thyret et al. | | |
| 4,747,696 A | 5/1988 | McCrory et al. | | |
| 4,951,262 A | 8/1990 | Phillippi et al. | | |
| 5,800,058 A * | 9/1998 | Cook | ............................ | 366/306 |
| 6,769,800 B1 | 8/2004 | Young | | |
| 2003/0227817 A1 | 12/2003 | Martel et al. | | |
| 2005/0007875 A1 | 1/2005 | Reinemuth | | |
| 2007/0081419 A1 | 4/2007 | Mou | | |
| 2012/0045561 A1* | 2/2012 | Zimmerman | ................... | 99/348 |

* cited by examiner

*Primary Examiner* — Tony G Soohoo
*Assistant Examiner* — Anshu Bhatia
(74) *Attorney, Agent, or Firm* — Fredric J. Zimmerman

(57) **ABSTRACT**

A mixing vessel may include a container having a bottom with a removable plate fixed to the bottom. The removable plate may include one or more slots for inserting baffles therein. A flexible baffle insert may include a retaining band having inner and outer opposing surfaces. A plurality of baffles may extend inwardly from the inner surface of the retaining band.

9 Claims, 9 Drawing Sheets






FIG-1



FIG-2



FIG-3A



FIG-3B



FIG-4




FIG-5A　　　FIG-5B




FIG-6A　　　FIG-6B



FIG-7A



FIG-7B



FIG-7C



FIG-8



FIG-9



FIG-10



FIG-11B



FIG-11A



FIG-12

FIG-13



FIG-14



FIG-15B



FIG-15A

US 9,302,233 B1

# REMOVABLE BAFFLES FOR MIXING VESSEL

## STATEMENT OF GOVERNMENT INTEREST

The invention described herein may be manufactured and used by or for the Government of the United States of America for Governmental purposes without the payment of any royalties thereon or therefor.

## FIELD OF THE INVENTION

The invention relates, in general, to mixing vessels, and, in particular, to mixing vessels with easily interchangeable baffles.

## BACKGROUND OF THE INVENTION

Mixing vessels may be used in a variety of commercial and industrial processes. A variety of materials may be mixed in a mixing vessel. Different materials and different processes may require different amounts of shear and flow patterns to properly mix the ingredients, maintain the ingredients in suspension, and circulate the ingredients within the vessel. The size, shape, location, orientation, and rotational speed of the mixing vessel impeller may be factors in producing specific flow patterns tailored for a particular product.

A mixing vessel without baffles may not produce enough shear or turbulence to mix the ingredients. Therefore, many mixing vessels may include fixed baffles that may influence the mixing action and flow patterns. The number, size, location and geometry of baffles may vary widely, generating both localized high shear between the baffle and impeller blades, and generating circulating currents that may promote the homogeneity and suspension of ingredients. A configuration of impeller and baffles that may be optimized to produce one product may be unsuitable for a different product.

The flow patterns and circulating currents may also be influenced by the shape of the vessel itself. Typically, a vessel having a concave bottom may produce better vertical dispersion because the liquid may be slung out radially from the impeller and may be gently turned upward when the liquid moves toward the vessel wall. Flat-bottomed mixing vessels may not do this function nearly as well, and may have very poor flow patterns. Acceptable flow patterns and methods of mixing a material may be discovered by adding and experimenting with various types of baffles.

In the past, new mixing vessels with optimized geometry were constructed for, and exclusively dedicated to, a specific process or product. As an alternative, existing plain mixing vessels that were, at first, completely unsuitable for a particular process, were retrofitted by adding permanently welded baffles. In such mixing vessels, it may be relatively easy and common practice to make small variations in the mixing action and fine tune it to slightly different processes by changing the impeller or its rotational speed. Changing the baffling may have a much larger effect, but it may be costly to construct a new mixing vessel each time one wishes to alter a baffle arrangement. It may also be costly to remove welded baffles and reweld new baffles in a mixing vessel.

In a manufacturing scenario where more than one product is made, for instance, the manufacturer may set up a single production line, and simply switch baffles in the mixing vessels. In a research and development scenario, the effect that each element of geometry has on the mixing process itself, or the effect that each element of geometry has on the quality of the product being produced, may be explored using many physical variations. Baffles that are easily removed and replaced in a mixing vessel may save time, money, and storage space (for multiple variations of mixing vessels), and simplify cleaning and repair of baffles. Thus, a need exists for mixing vessels having easily interchangeable baffles.

In some cases, such as laboratory bench top and glassware size vessels, a mixing vessel having the desired baffle arrangement may not be available commercially. Formulations and mixing procedures for products may be developed and tested in both small and medium scale laboratory mixers before transitioning to high rate production in full size mixing vessels. A manufacturing plant that uses 3000 gallon baffled mixers may have a laboratory where procedures are developed in quart or gallon sized mixers. Thus, there is a need to be able to adapt standard laboratory glassware mixing vessels, for instance, into scale models of larger mixing vessels, by adding baffle kits.

## SUMMARY OF THE INVENTION

An aspect of the invention may be a mixing vessel including a container having a bottom. The bottom may include a removable plate fixed thereto. The removable plate may include at least one slot formed therein. A baffle may be inserted in at least one slot.

Another aspect of the invention may be a flexible baffle insert including a retaining band having inner and outer opposing surfaces, and a plurality of baffles extending inwardly from the inner surface of the retaining band. Each baffle may include first and second edges proximate the inner surface of the retaining band. The first proximate edge may form a support joint with the inner surface of the retaining band and the second proximate edge may be displaced inwardly from the first proximate edge.

A further aspect of the invention may be a mixing vessel including a container having a bottom and a generally circular side wall, and a flexible baffle insert disposed in the container.

Another aspect of the invention may be a method of making a flexible baffle insert. The method may include providing a thin, flexible material having a retaining band and a plurality of baffles, where the retaining band and the baffles are substantially coplanar. The related method may include bending the baffles along an edge such that the baffles are angled with respect to the retaining band.

The invention will be better understood, and further objects, features, and advantages thereof will become more apparent from the following description of the exemplary embodiments, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, which are not necessarily to scale, like or corresponding parts are denoted by like or corresponding reference numerals.

FIG. **1** is a side view of a mixing vessel without baffles.

FIG. **2** is a top view of FIG. **1**.

FIGS. **3**A and **3**B are top and side views, respectively, of a removable plate.

FIG. **4** is a top view of the mixing vessel of FIG. **2** with the removable plate removed.

FIGS. **5**A and **5**B are side and end views, respectively, of an embodiment of a baffle.

FIGS. **6**A and **6**B are side and end views, respectively, of another embodiment of a baffle.

FIGS. **7**A, **7**B, and **7**C are perspective views, respectively, of an embodiment of an independent baffle, an embodiment

of a baffle spacer, washer, and fastener, and an embodiment of an independent baffle assembly, prior to disposition in a mixing vessel.

FIG. **8** is a perspective view of a removable plate with baffles as shown in FIGS. **5**A and **5**B, disposed on the bottom of a mixing vessel.

FIG. **9** is a perspective view of a removable plate with baffles as shown in FIGS. **6**A and **6**B, disposed on the bottom of a mixing vessel.

FIG. **10** is a perspective view of independent baffles as shown in FIG. **7**C, disposed on the bottom of a mixing vessel.

FIGS. **11**A and **11**B are side and top views, respectively, of a mixing vessel with an embodiment of a removable baffle assembly disposed therein.

FIG. **12** is a top view of an embodiment of a flexible baffle insert, prior to disposition in a mixing vessel.

FIG. **13** is a view along the line **13**-**13** of FIG. **12**.

FIG. **14** is a side view of a baffle insert, prior to forming.

FIGS. **15**A and **15**B are side and top views, respectively, of a mixing vessel with an embodiment of a flexible baffle insert disposed therein.

DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a side view of a mixing vessel **10** and FIG. **2** is a top view of the mixing vessel **10** shown in FIG. **1**. Mixing vessel **10** may be one piece or it may be an assembly including, for example, a container **12** having a bottom **14**, side walls **18**, and a generally open interior **16**. The bottom of the mixing vessel may have any contour or it may be flat as shown in FIG. **1**. The shape and location of the impeller **15** may be varied to suit a particular process.

FIGS. **3**A and **3**B are top and side views, respectively, of one exemplary embodiment of a removable plate **20**. Plate **20** may include at least one fastener opening **26** formed therein. Plate **20** may include at least one slot **22** formed therein for receiving a baffle. A periphery of plate **20** may include a beveled edge **42**. The shape of the plate **20** and the location of the fastener openings **26** may be varied to suit a particular process.

FIG. **4** is a top view of the mixing vessel **10** of FIG. **2** showing fastener openings **28** that may be formed in bottom **14**. Fastener openings **26** in plate **20** may correspond to fastener openings **28** in bottom **14**.

FIGS. **5**A and **5**B are side and end views, respectively, of an embodiment of a baffle **30**. Baffles **30** may have any shape that is needed for a particular process. Baffle **30** may include a tab portion **32** and a body portion **34**. Tab portion **32** may be inserted into slot **22** in plate **20**. Tab portion **32** and slot **22** may form, for example, a press fit, and may be permanently joined by welding, brazing, or any other joining process. Tab portion **32** and body portion **34** may be substantially planar.

FIGS. **6**A and **6**B are side and end views, respectively, of another exemplary embodiment of a baffle **36**. Baffle **36** may include a tab portion **40** and a body portion **38**. Tab portion **40** may be inserted into slot **22** in plate **20**. Tab portion **40** and slot **22** may form, for example, a press fit, and may be permanently joined by welding, brazing, or any other joining process. Body portion **38** may be angled with respect to tab portion **40** by angle A. Angle A may be any angle that is needed for a particular process. In the embodiment of FIG. **6**B, angle A is about 15 degrees.

FIG. **7**A is an embodiment of an independent baffle **42**. Baffle **42** may include a tab portion **43** and a body portion **44**. Tab portion **43** may include a fastener opening **46** that corresponds to fastener openings **28** on bottom **14** of the mixing vessel of FIG. **4**. Baffles **42** may have any shape that is needed for a particular process.

FIG. **7**B shows perspective views of a fastener **24**, a washer **47**, and a spacer **48** of thickness **49**. The washer **47** and the spacer **48** may include fastener openings similar to the fastener opening **46** in tab **43** of baffle **42**.

FIG. **7**C is a perspective view of a baffle assembly **45** including a spacer **48**, a baffle **44**, a washer **47** and a fastener **24**, prior to disposition on bottom **14** of the mixing vessel of FIG. **4**.

For clarity, in FIGS. **8**, **9**, and **10**, the side walls **18** of container **12** are not shown. FIG. **8** is a perspective view of a container bottom **14** having a removable plate **20** with baffles **30** as shown in FIGS. **5**A and **5**B. FIG. **9** is a perspective view of a container bottom **14** having a removable plate **20** with baffles **36** as shown in FIGS. **6**A and **6**B. Removable plate **20** may be fixed to bottom **14** with fasteners **24**.

FIG. **10** is a perspective view of a container bottom **14** having baffle assemblies **45**, as shown in FIG. **7**C, disposed therein. The baffle assemblies **45** may not require a removable plate **20**, and may be disposed anywhere inside the mixing vessel where suitable fastener openings **28** are located. Baffles assemblies **45** may be rotated to any angle about the axes of fasteners **24** as needed to suit a particular process. The spacer thickness **49** may create a gap between the bottom of the assembly **45** and the surface having the fastener opening **28**, which may be varied as needed to suit a particular process. The washer **47** and spacer **48** shown in FIG. **7**C may form a seal for the fastener openings **28** in bottom **14**, shown in FIG. **4**.

Any number of baffles may be used as needed for a particular process. In FIGS. **8**, **9**, and **10**, eight baffles are shown.

FIGS. **11**A and **11**B are side and top views, respectively, of the mixing vessel **10** of FIG. **2** including one exemplary embodiment of a removable baffle assembly **19**. Assembly **19** includes removable plate **20** and baffles **30**, retained by fasteners **24**.

FIG. **12** is a top view of a portion of a flexible baffle insert **52**. Insert **52** may include a retaining band **56** having inner and outer opposing surfaces **60**, **62**, respectively. A plurality of baffles **58** may extend inwardly from the inner surface **60** of the retaining band **56**. Baffles **58** optionally may be spaced substantially equally on the retaining band **56**. The total number of baffles **58** and their shape may be varied as needed for a particular process. A pair of tabs **68** may be disposed on opposite ends of the retaining band **56** and angled inwardly.

As best seen in FIGS. **12**, **15**A, and **15**B, each baffle **58** may include a first edge **64** proximate the inner surface **60** of the retaining band **56** and a second edge **66** proximate the inner surface **60** of the retaining band **56**. First edge **64** may be more proximate inner surface **60** than second edge **66**. First (proximate) edge **64** may form a support joint with the inner surface **60** of the retaining band **56**. Second (proximate) edge **66** may be displaced inwardly from the first (proximate) edge **64**. The displacement of the second (proximate) edge **66** away from the first (proximate) edge **64** may provide a gap or open area **80** between a portion of baffle **58** and the side wall **76** of container **74**. Gap **80** may be helpful in some mixing processes.

Each baffle **58** may include an upper edge **70** that forms an angle B (FIG. **12**) with respect to the inner surface **60** of the retaining band **56**. In FIG. **12**, the angle B is about 90 degrees, for example. However, angle B may be other than ninety degrees. Each baffle **58** may include a lower edge **72** (see FIG. **14**, also) that forms an angle D between the lower edge **72** of

the baffle **58** and the inner surface **60** of the retaining band **56**. When angles B and D are the same, the baffle **58** will be vertically oriented.

In the exemplary embodiment shown in FIGS. **12**, **15**A, and **15**B, angle D is larger than angle B, such that baffle **58** is "slanted." In the Figures, in an exemplary embodiment, angle B is about 90 degrees and angle D is about 110 degrees. Other exemplary values for angles B and D may be used. FIG. **13** is a view along the line **13-13** of FIG. **12** showing the slant of baffle **58** in a different perspective. Angle C in FIG. **13** is about 80 degrees, for example. Other exemplary values for angle C may be used.

FIG. **14** is a side view of a flexible baffle insert **52**, prior to preforming. In FIG. **14**, baffles **58** are substantially coplanar with retaining band **56**. Baffles **58** and retaining band **56** may be formed from a single sheet of material such as, for example, spring-temper brass shim stock. The shim stock may be, for example, about 0.015 inches thick. After stamping the shim stock to produce the configuration shown in FIG. **14**, baffles **58** may be bent along edges **64** such that the baffles **58** are angled with respect to the retaining band **56**. As noted above, baffles **58** may be bent so that upper edge **70** forms an angle B with retaining band **56**. In FIG. **12**, angle B is about 90 degrees, but other angles may be used. After bending baffles **58**, each baffle **58** includes an edge **66** proximate the retaining band **56**, but displaced away from the retaining band **56**, that is, edge **64** is more proximate the retaining band **56** than edge **66**.

If one desires a baffle insert **52** with baffles **58** that are not vertical, then one may further bend the baffles **58**. One may further bend baffle **58** such that upper edge **70** of the baffle **58** forms an angle B with respect to the retaining band **56** that is different than an angle D of a lower edge **72** of the baffle **58** with respect to the retaining band **56**. FIGS. **12**, **13**, **15**A, and **15**B show an embodiment where angle D is larger than angle B.

The retaining band may be bent into a curve approximately as shown in FIG. **12**. This curve may have a radius that is larger than the radius of the interior of the mixing vessel **50**. The retaining band **56** may be flexed into a circular shape by squeezing together the pair of tabs **68** disposed on opposite ends of the retaining band **56**. Insert **52** may be inserted into a mixing vessel **50**, and the pair of tabs **68** released. As the retaining band **56** expands, it grips the side wall **76** as shown in FIGS. **15**A and **15**B. In an iterative process, the insert **52** may be removed, its curvature may be adjusted, and it may be reinserted into vessel **50**, until no gaps are visible between the retaining band **56** and the side wall **76**.

FIGS. **15**A and **15**B are side and top views, respectively, of a mixing vessel **50** with a flexible baffle insert **52** disposed therein. Mixing vessel **50** may include a container **74** having a bottom **78** and a generally circular side wall **76**. Mixing vessel **50** may have an impeller **54** disposed therein. Container **74** may be any type of container. FIGS. **15**A and **15**B show a standard, plain Groen jacketed container, by way of example, with a flexible baffle insert **52** therein.

Finally, any numerical parameters set forth in the specification and attached claims are approximations (for example, by using the term "about") that may vary depending upon the desired properties sought to be obtained by the present invention. At the very least, and not as an attempt to limit the application of the doctrine of equivalents to the scope of the claims, each numerical parameter should at least be construed in light of the number of significant digits and by applying ordinary rounding.

What is claimed is:

1. A mixing vessel, comprising:
   a container having a bottom,
      the bottom includes a removable plate fixed to the bottom, and
      the removable plate includes a plurality of slots and a plurality of first fastener openings both formed therein;
   a plurality of baffles, each baffle being inserted in respective slots of said plurality of slots; and
   an impeller including an axis,
      wherein a portion of the bottom of the container, which is beneath the removable plate, includes a corresponding plurality of second openings therein, and
      wherein said plurality of baffles are inserted in the removable plate to be situated concentric about the axis of the impeller.

2. The mixing vessel of claim **1**, wherein the removable plate includes a beveled edge.

3. The mixing vessel of claim **1**, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots.

4. The mixing vessel of claim **1**, wherein said plurality of baffles is comprised of eight baffles.

5. The mixing vessel of claim **1**, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots, and wherein the tab portion and said at least one slot form a press fit.

6. The mixing vessel of claim **1**, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots, and wherein each of said plurality of baffles includes a body portion.

7. The mixing vessel of claim **1**, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots, wherein each of said plurality of baffles includes a body portion, and wherein the body portion of each of said plurality of baffles is substantially planar with the tab portion of each of said plurality of baffles.

8. The mixing vessel of claim **1**, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots, wherein each of said plurality of baffles includes a tab portion for insertion in one of the plurality of slots, wherein each of said plurality of baffles includes a body portion, and wherein the body portion of each of said plurality of baffles is angled with respect to the tab portion of each of said plurality of baffles.

9. A mixing vessel, comprising:
   a container having a bottom,
      the bottom includes a removable plate fixed to the bottom, and
      the removable plate includes a plurality of slots and a plurality of first fastener openings both formed therein;
   a plurality of baffles, each baffle being connected to respective said plurality of first fastener openings;
   an impeller including an axis; and
   a plurality of fasteners,
      wherein a portion of the bottom of the container, which is beneath the removable plate, includes a corresponding plurality of second openings therein,
      wherein said plurality of fasteners are disposed in the plurality of first fastener openings in the removable plate and the corresponding plurality of second openings in the portion of the bottom of the container to thereby secure the removable plate to the bottom of the container.

* * * * *