UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25323-RAR

SHARKNINJA OPERATING LLC, and
SHARKNINJA SALES COMPANY

      Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENTS**

Defendants Gasbye, Fohere, VNN, PAMBEE, and WIE, by counsel, certify pursuant to Federal Rule of Civil Procedure 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case:

**Defendants:**

Gasbye is the d/b/a name of Shenzhen Dianzilai Technology Co. Ltd. (深圳电自来技术有限公司) on Amazon under the storefront Gasbye USA, Seller ID AAB1XI689GIKR. Gasbye is a private company and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Fohere is the d/b/a name of Shenzhen Fuduosi Trade Co. Ltd. (深圳福多斯商贸有限公司) on Amazon under the storefront Fuduosii, Seller ID A3E8JHL4FR2V7M. Fohere is a private company and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

VNN is the d/b/a name of Shanghai Dayou Technology Co., Ltd. (上海大呦科技有限公

1

on Amazon under the storefront VNNAUTO, Seller ID A10XA223SJ6O83. VNN is a private company and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

PAMBEE is the d/b/a name of Shenzhen Jikejiyuan Innovative Technology Co., Ltd. (深圳极客纪元创新技术有限公司) on Amazon under the storefront PAMBEE DIRECT, Seller ID A3K0GB2VE3AC9F. PAMBEE is a private company and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

WIE is the d/b/a name of Ovan (Hong Kong) Technology Limited on Amazon under the storefront OVAN-GLOBAL, Seller ID A34V34RP3ISBTL. WIE is a private company and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

.

[SIGNATURE PAGE FOLLOWS]

December 4, 2025                                    Respectfully submitted.

By: /s/ Adrienne C. Love
Adrienne C. Love (Fla. Bar No. 85956)
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (850) 329-4847
E-mail:  alove@stearnsweaver.com

J. Benjamin Bai (*pro hac vice*)
Texas Bar No. 24001675
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York NY 10110
Telephone: (212) 319-4755
E-mail: benjamin.bai@cn.kwm.com

Haolu Feng (*pro hac vice)*
D.C. Bar No. 90001026
**King & Wood Mallesons**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Telephone: (206) 499-2956
Email: harry.feng@cn.kwm.com

Yang Guo (*pro hac vice*)
New York Bar No. 5897251
**King & Wood Mallesons**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Telephone: (628) 999-0922
Email: guoyang5@cn.kwm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 4, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

                     By: /s/ Adrienne C. Love
                          Adrienne Love