| Gasbye | Amazon | B0F54QXHGX | https://www.amazon.com/Gasbye-Slushie-Machine-Capacity-Milkshakes/dp/B0F54QXHGX | China | |
|---|---|---|---|---|---|
| Wie | Amazon | B0FFGR6DG9 | https://www.amazon.com/WIE-Self-Cleaning-Smoothie-Margaritas-Cocktails/dp/B0FFGR6DG9 | China | |
| Pambee | Amazon | B0F3CMMQP3 | https://www.amazon.com/PAMBEE-Self-Cleaning-Settings-Margarita-Milkshakes/dp/B0F3CMMQP3 | China | |
| Vnn | Amazon | B0F8TYD6L6 | https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TYD6L6 | China | |

| Fohere | Amazon | B0F1CX9BDK | https://www.amazon.com/15-Minute-Professional-Reservation-Self-Clean-Margaritas/dp/B0F1CX9BDK | China | |
|---|---|---|---|---|---|
| Fohere | Amazon | B0F1CXXM1G | https://www.amazon.com/Slushie-Margarita-Auto-Clean-Freshness-Slushies/dp/B0F1CXXM1G | China |  |