EXHIBIT
3



'817 App FIG. 1 (annotated)



Figure 3: SharkNinja SLUSHi



| Compl., ¶ 22 | Compl., ¶ 37 |