EXHIBIT

7

exhibitsticker.com

# Ice making machine convenient to care

# Patent No.: CN 114017963 B

# Date of Grant: 2025-04-01

Applicants: NINGBO HICON INT INDUSTRY CO LTD

Inventors: CHEN YUEPENG; WANG ZHENGCONG; LIU XIAOFEI

Classifications:

IPC: F25C1/24; F25D19/00; F25D31/00;

CPC: F25C1/24 (CN); F25D19/00 (CN); F25D31/005 (CN); Y02P60/85 (EP);

Priorities: CN202111417658A·2021-11-26

Application：CN202111417658A·2021-11-26

Publication: CN114017963B·2025-04-01

Published as: CN114017963A;CN114017963B

## Abstract

The invention discloses an ice making machine convenient to care. The ice making machine comprises a machine shell, an ice making module, an ice discharging module, an ice receiving inner container, a water receiving box and a water storage tank. The machine shell comprises a main body frame and a rear cover convenient to disassemble. An ice outlet is formed in the front end of the main body frame. A slide-in opening is formed in the rear end wall, corresponding to the lower portion of the ice making module, of the ice receiving inner container, and the water receiving box is installed in the slide-in opening and provided with a first connector. The water storage tank is installed at the rear end of the machine shell and located below the ice receiving inner container. The ice making machine is simple and reasonable in structure, the water receiving box can conveniently slide out of the slide-in opening to clean the water receiving box by detaching the rear cover convenient to disassemble, and meanwhile, a hand or a cleaning part can extend into the ice receiving inner container through the slide-in opening to clean the ice receiving inner container, the ice making module and the ice discharging module, so that care of the ice making machine is effectively simplified.

**Claims:**

1. An ice maker that is easy to maintain, characterized in that it comprises a housing, an ice making module, an ice dispensing module, an ice receiving liner, a water receiving box and a water storage tank;

The casing is a hollow thin shell structure, which includes a frame body with a rear end opening, and a detachable rear cover detachably mounted at the rear end of the frame body to cover the rear end opening of the frame body, and an ice outlet is provided at the front end of the frame body;

The ice-making module is installed in the casing and is used for preparing ice cubes;

The ice receiving liner is fixedly installed in the casing and located below the ice making module, and is used to receive ice cubes prepared by the ice making module;

The ice receiving tank has a sliding opening on the rear end wall below the ice making module and sliding rails are provided on the two side walls inside the ice receiving tank. The water receiving box is slidably installed in the sliding opening of the ice receiving tank. The water receiving box is used to receive ice water dropped during the ice making process of the ice making module.

The ice discharging module is used to transport ice cubes in the ice receiving inner container to the ice discharging port;

The water storage tank is installed at the rear end of the casing and is located below the ice receiving inner tank. The water storage tank is used to provide the ice making module with water required for ice making.

2. The easy-to-maintain ice maker according to claim 1, characterized in that a first interface is provided on the bottom of the water receiving box corresponding to the outside of the sliding entrance;

The water tank includes a front cover body and a rear cover body for cooperating to seal the upper end opening of the water tank, the front cover body is fixedly connected to the front of the water tank, the rear cover body is detachably connected to the rear of the water tank and a second interface is provided on the rear cover body, and the first interface and the second interface are connected by a hose or a bellows.

3. The easy-to-maintain ice maker according to claim 2, characterized in that the front cover is fixedly connected to the water storage tank by screws;

The front end of the rear cover body is connected to the rear end of the front cover body through a fold structure, or is connected through plug-in fitting or hinge fitting, and the rear end of the rear cover body is connected to the water tank through snap fitting.

4. An easy-to-maintain ice maker according to claim 1, 2 or 3, characterized in that the bottom of the ice receiving inner container is a conical structure, and a water drop hole is provided at the bottom of the ice receiving inner container;

The front cover of the water storage tank is provided with a through hole for the bottom of the ice receiving inner container to pass through.

5. An easy-to-maintain ice maker according to claim 1 or 2, characterized in that the detachable rear cover comprises a lower cover body and an upper cover body for cooperating to cover the rear end opening of the frame body;

The lower cover body is fixedly connected to the lower part of the frame body by screws, the lower end of the upper cover body is integrally connected to the upper end of the lower cover body by a fold structure or is connected by plug-in fit or by hinge fit, and the upper end of the upper cover body is connected to the frame body by snap fit.

6. An easy-to-maintain ice maker according to claim 1, characterized in that the ice-making module comprises an ice-making box rotatably mounted between two side walls of an ice receiving inner tank, a first driving motor for driving the ice-making box to rotate, a bullet-shaped evaporator fixedly mounted above the ice-making box, and an ice guide plate mounted at the front end of the ice-making box, the water storage tank and the ice-making box are connected by a water supply pipe and an ice-making water supply pump is provided on the water supply pipe.

7. The easy-to-maintain ice maker according to claim 1, characterized in that an ice outlet slide is formed between the bottom of the ice receiving inner container and the ice outlet of the casing;

The ice discharging module comprises a spiral ice discharging rod arranged along the ice discharging slide, and a second driving motor for driving the spiral ice discharging rod to rotate.

8. The easy-to-maintain ice maker according to claim 1, characterized in that the ice maker further comprises a water bladder, the water bladder is a thin shell structure with an upper opening, the upper opening of the water bladder is butted against the top wall of the casing to cooperate to form a closed water storage cavity, the top wall of the casing is provided with a water replenishment port connected to the water storage cavity, and a water replenishment cover for covering the water replenishment port;

3

The water bladder is connected to the water storage tank through a first water supply pipe, and a water discharge solenoid valve is arranged on the first water supply pipe.

9. An easy-to-maintain ice-making machine according to claim 1 or 8, characterized in that a cold water outlet is provided at the front end of the frame body, the water storage tank is connected to the cold water outlet through a cold water pipe and a cold water supply pump is provided on the cold water pipe, and a refrigeration evaporator connected in series with the refrigeration pipeline of the ice-making module is provided in the water storage tank.

10. The easy-to-maintain ice maker according to claim 8, characterized in that the ice maker further comprises a hot tank, a heating component is arranged in the hot tank, and the hot tank is connected to the water tank through a second water supply pipe;

A hot water outlet is arranged at the front end of the frame body, and the hot water outlet is connected to the hot water tank through a hot water pipe, and a hot water outlet solenoid valve is arranged on the hot water pipe.

**Specification:**

Technical Field

The invention relates to the technical field of ice making equipment, and in particular to an ice making machine which is easy to maintain.

Background Art

An ice maker (English name: ice maker or ice machine) is a refrigeration mechanical device that generates ice by cooling water through an evaporator by a refrigerant in a refrigeration system. Existing ice makers, especially ice makers with an ice discharging module, include a casing, an ice making module, a water storage tank, an ice receiving component and an ice discharging module installed in the casing. The ice making module is used to prepare ice cubes. The water storage tank is used to provide the required water to the ice making module. The ice receiving component is used to receive the ice cubes prepared by the ice making module. The ice discharging module is used to transport the ice cubes in the ice receiving component to an ice outlet at the front end of the casing for discharge. In order to ensure the ice making effect, the casing of such ice makers with an automatic ice discharging module is generally a relatively closed stable matching structure, which is troublesome to disassemble. However, the water flow components of the casing (ice making module, ice receiving module, water storage tank and ice discharging module, etc.) will inevitably breed mosses and other living mosses under the long-term action of water flow, thereby affecting the ice making effect of the ice maker. It is necessary to clean the components in the casing, and there is room for improvement.

Summary of the invention

The present invention aims to overcome the defects in the above-mentioned prior art and provides an ice maker which is easy to maintain. By removing the detachable rear cover, the water receiving box can be easily slid out of the sliding opening for cleaning the water receiving box. At the same time, the hand or cleaning component can be easily inserted into the ice receiving tank through the sliding opening for cleaning the ice receiving tank, the ice making module and the ice discharging module, which greatly simplifies the maintenance of the ice maker.

To achieve the above-mentioned object, the present invention provides an ice maker that is easy to maintain, comprising a casing, an ice making module, an ice dispensing module, an ice receiving liner, a water receiving box and a water storage tank;

The casing is a hollow thin shell structure, which includes a main frame with an opening at the rear end, and a detachable rear cover detachably mounted at the rear end of the main frame to cover the opening at the rear end of the main frame, and an ice outlet is arranged at the front end of the main frame;

The ice-making module is installed in the casing and is used for preparing ice cubes;

The ice receiving liner is fixedly installed in the casing and located below the ice making module, and is used to receive ice cubes prepared by the ice making module;

The ice receiving tank is provided with a sliding opening on the rear end wall below the ice making module and sliding rails are provided on the two side walls inside the ice receiving tank. The water receiving box is slidably installed in the sliding opening of the ice receiving tank. The water receiving box is used to receive ice water dropped during the ice making process of the ice making module.

The ice discharging module is used to transport ice cubes in the ice receiving inner container to the ice discharging port;

The water storage tank is installed at the rear end of the casing and is located below the ice receiving inner tank. The water storage tank is used to provide the ice making module with water required for ice making.

It is further configured that: a first interface is provided on the bottom of the water receiving box corresponding to the outside of the sliding entrance;

The water tank includes a front cover body and a rear cover body for cooperating to seal the upper end opening of the water tank, the front cover body is fixedly connected to the front of the water tank, the rear cover body is detachably connected to the rear of the water tank and a second interface is provided on the rear cover body, and the first interface and the second interface are connected by a hose or a bellows.

It is further configured that: the front cover is fixedly connected to the water tank by screws;

The front end of the rear cover body is connected to the rear end of the front cover body through a fold structure, or is connected through plug-in fitting or hinge fitting, and the rear end of the rear cover body is connected to the water tank through snap fitting.

It is further configured that: the bottom of the ice receiving inner container is a conical structure, and the ice receiving inner container is provided with a water drop hole corresponding to the bottom thereof;

6

The front cover of the water storage tank is provided with a through hole for the bottom of the ice receiving inner container to pass through.

It is further configured that: the detachable rear cover includes a lower cover body and an upper cover body for cooperating to cover the rear end opening of the frame body;

The lower cover body is fixedly connected to the lower part of the frame body by screws, the lower end of the upper cover body is integrally connected to the upper end of the lower cover body by a fold structure or is connected by plug-in fit or by hinge fit, and the upper end of the upper cover body is connected to the frame body by snap fit.

The ice-making module is further configured as follows: the ice-making module includes an ice-making box rotatably installed between the two side walls of the ice receiving liner, a first driving motor for driving the ice-making box to rotate, a bullet-shaped evaporator fixedly installed above the ice-making box, and an ice guide plate installed at the front end of the ice-making box; the water storage tank and the ice-making box are connected by a water supply pipe and an ice-making water supply pump is arranged on the water supply pipe.

It is further configured that: an ice outlet slide is formed between the bottom of the ice receiving inner container and the ice outlet of the casing;

The ice discharging module comprises a spiral ice discharging rod arranged along the ice discharging slide, and a second driving motor for driving the spiral ice discharging rod to rotate.

The ice maker is further configured to include a water bladder, the water bladder being a thin shell structure with an upper opening, the upper opening of the water bladder being butted against the top wall of the casing to match the closed water storage cavity, the top wall of the casing being provided with a water replenishment port connected to the water storage cavity, and a water replenishment cover for sealing the water replenishment port;

The water bladder is connected to the water storage tank through a first water supply pipe, and a water discharge solenoid valve is arranged on the first water supply pipe.

It is further configured as follows: a cold water outlet is provided at the front end of the frame body, the water storage tank is connected to the cold water outlet through a cold water pipe and a cold water supply pump is provided on the cold water pipe, and a refrigeration evaporator is provided in the water storage tank and is connected in series with the refrigeration pipeline of the ice making module.

It is further configured that: the ice maker also includes a hot tank, a heating component is arranged in the hot tank, and the hot tank is connected to the water tank through a second water supply pipe;

A hot water outlet is arranged at the front end of the frame body, and the hot water outlet is connected to the hot tank through a hot water pipe, and a water outlet hot solenoid valve is arranged on the hot water pipe.

Compared with the prior art, the present invention has the following advantages:

1. Able to prepare cold water, hot water and ice cubes at the same time to meet the needs of different users;

2. The water tank is filled with water and the spiral electric control is used to discharge ice, which can effectively prevent foreign matter from entering the ice maker and ensure the hygiene and safety of the prepared ice cubes;

3. The bullet-shaped evaporator and refrigeration evaporator arranged in series can use the residual cooling capacity to pre-cool the ice-making water during the ice-making process, which can effectively improve the ice-making efficiency and reduce the energy consumption of ice-making;

4. The internal water flow parts of the ice maker are easy to maintain and clean. By opening the upper cover, the water receiving box can be easily pulled out from the sliding entrance for cleaning. At the same time, hands or cleaning parts can be inserted into the ice receiving tank through the sliding entrance to clean the inside of the ice receiving tank;

By opening the rear cover, hands or cleaning components can be passed through the corresponding openings to clean the inside of the water storage tank.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG1 is a vertical cross-sectional schematic diagram of an ice maker that is easy to maintain according to the present invention;

FIG2 is a schematic diagram of the structure of the ice maker after the detachable rear cover is separated;

FIG3 is a schematic diagram of the structure of the ice maker after the casing is partially hidden;

FIG4 is a schematic diagram of the separation structure of the internal components of the ice maker;

FIG5 is a schematic diagram of the structure of a detachable rear cover;

FIG. 6 is a schematic diagram of the flow path of water in the ice maker.

The following reference numerals are marked on the drawings in conjunction with the drawings:

1. Casing; 11. Frame body; 111. Ice outlet; 112. Cold water outlet; 113. Hot water outlet; 114. Water inlet; 115. Water inlet cover; 12. Removable rear cover; 121. Upper cover; 122. Lower cover; 123. Folding structure; 2. Ice making module; 21. Ice receiving box; 22. First drive motor; 23. Bullet evaporator; 24. Ice guide plate; 3. Ice outlet module; 31. Spiral outlet Ice rod; 32, second drive motor; 4, ice receiving liner; 41, sliding entrance; 42, ice discharge chute; 43, water drop hole; 5, water receiving box; 6, water storage tank; 61, front cover; 611, through hole; 62, rear cover; 63, ice making water supply pump; 64, cold water supply pump; 65, refrigeration evaporator; 7, water liner; 71, water discharge solenoid valve; 8, hot tank; 81, heating component; 82, hot water discharge solenoid valve; 9, hose.

DETAILED DESCRIPTION

A specific implementation of the present invention is described in detail below in conjunction with the accompanying drawings, but it should be understood that the protection scope of the present invention is not limited by the specific implementation.

An ice maker that is easy to maintain according to the present invention is shown in FIGS. 1 to 6 and includes a casing 1, an ice making module 2, an ice dispensing module 3, an ice receiving liner 4, a water receiving box 5, a water storage tank 6, an liner and a hot tank 8; the casing 1 is a hollow thin shell structure, and an ice outlet 111, a cold water outlet 112 and a hot water outlet 113 are provided at the front end of the casing 1, and a water replenishment port 114 and a water replenishment cover 115 for covering the water replenishment port 114 are provided on the top wall of the casing 1; the water liner 7 is a thin shell structure with an upper end opening, and the upper end opening thereof is docked on the top wall of the casing 1 so as to cover the water replenishment port 114 to form a relatively closed water storage cavity with the water replenishment port 114, so that water can be added to the water liner 7 by replenishing water, and the water replenishment port 114 is provided on the top wall of the casing 1. 4 can be equipped with a smart seat as needed, so that the water tank 7 can be automatically replenished with water through a water bucket, and the water tank 7 can also be

connected to an external water source through a water inlet solenoid valve to achieve water replenishment; the ice-receiving inner tank 4 is a thin shell structure with an upper opening, and the ice-receiving inner tank 4 extends longitudinally from the front end to the rear end of the casing 1, and the upper end opening of the ice-receiving inner tank 4 cooperates with the top wall and/or side wall of the casing 1 to form a relatively closed installation cavity, and the installation cavity covers the water tank 7, and the front wall of the ice-receiving inner tank 4 corresponds to the bottom thereof and the ice outlet 111 of the casing 1 to form an ice outlet slide 42; the ice-making module 2 is installed at the rear end of the installation cavity for preparing ice, and the ice-receiving inner tank 4 is used to receive ice cubes prepared by the ice-making module 2; the water receiving box 5 is installed in the installation cavity The rear end of the chamber is located below the ice-making module 2 and is used to receive the ice water dropped during the ice-making process of the ice-making module 2; the ice-discharging module 3 is installed at the front end of the chamber and is used to transport the ice cubes at the bottom of the ice-receiving inner tank 4 to the ice outlet 111 for discharge; the hot tank 8 is installed at the front end of the casing 1 and is located below the water-receiving inner tank, and a heating component 81 is provided in the hot tank 8 to heat the water in the hot tank 8. The hot tank 8 is connected to the water tank 7 through a second water replenishment pipe to achieve automatic water replenishment through a height difference. The hot tank 8 is connected to the hot water outlet 113 through a hot water pipe and a hot water outlet solenoid valve 82 is provided on the hot water pipe; the water storage tank is installed at the rear end of the casing 1 and is located below the ice-receiving inner tank 4. The water storage tank 6 is provided with a There is a refrigeration evaporator 65 connected to the refrigeration pipeline of the ice-making module 2 for cooling the water in the water tank 6. The water tank 6 is connected to the water tank 7 through a first water supply pipe and a water discharge solenoid valve 71 is provided on the first water supply pipe. The water tank 6 is connected to the ice-making module 2 through a water supply pipe and an ice-making water supply pump 63 is provided on the water supply pipe so that the water tank 6 supplies the ice-making module 2 with the water required for ice making. A cold water pipe is provided between the water tank 6 and the cold water outlet 112 and a cold water supply pump 64 is provided on the cold water pipe. In this way, by selecting the mode on the operation panel, the control circuit board of the ice-making machine can control the various components to work in an orderly manner to prepare hot water, cold water and ice cubes to meet people's different needs.

Specifically, as shown in FIGS. 2 and 5 , the housing 1 includes a frame body 11 with a rear end opening, and a removable rear cover 12 detachably mounted at the rear end of the frame body 11 to cover the rear end opening of the frame body 11, and the removable rear cover 12 can be easily disassembled to achieve full or partial opening of the rear end opening; preferably, the removable rear cover 12 includes an upper cover

body 121 and a lower cover body 122 for cooperating to cover the rear end opening of the frame body 11, the upper cover body 121 is used to cover the upper part of the rear end opening, and the lower cover body 122 is used to cover the lower part of the rear end opening; the lower cover body 122 The sealed part is generally not opened, and preferably the lower cover body 122 is connected to the frame body 11 by screws; the sealed part of the upper cover body 121 needs to be opened frequently, and therefore a disassembly structure is adopted between the upper cover body 121 and the frame body 11, and the lower end of the upper cover body 121 and the upper end of the lower cover body 122 are integrally connected by a fold structure 123 or connected by plug-in fit or by hinge fit, and the upper end of the upper cover body 121 is connected to the frame body 11 by snap fit, so that the upper cover body 121 can be easily disassembled to open the corresponding opening.

Specifically, as shown in Figures 1, 2 and 4, a sliding entrance 41 for the water receiving box 5 to be inserted and slid into is correspondingly provided on the rear end wall of the ice receiving inner tank 4, and a guide rail for the water receiving box 5 to be placed and slid is correspondingly provided inside the ice receiving inner tank 4; the water receiving box 5 slides into the ice receiving inner tank 4 through the sliding entrance 41 at the rear end of the ice receiving inner tank 4 to be placed under the ice making module 2; in this way, the water receiving box 5 can be easily pulled out by disassembling the upper cover body 121 to avoid cleaning the water receiving box 5, and at the same time, by ensuring the caliber of the sliding entrance 41, the hand or cleaning component can be easily extended into the installation cavity through the sliding entrance 41 to clean the ice receiving inner tank 4, the ice making module 2 and the ice discharging module 3 therein.

Specifically, as shown in Figures 1, 2, 3 and 4, the water storage tank 6 is installed below the ice receiving inner container 4 and is arranged at the rear end of the casing 1. The water storage tank 6 includes a front cover body 61 and a rear cover body 62 for cooperating to cover the upper end opening of the water storage tank 6 as a whole; the front cover body 61 is used to cover the front part of the upper end opening of the water storage tank 6, which is generally not opened, so the front cover body 61 is preferably fixedly connected to the water storage tank 6 by screws, and at the same time, it is preferred that a through hole 611 is opened on the front cover body 61 for the bottom of the ice receiving inner container 4 to pass through, and the bottom of the ice receiving inner container 4 is preferably a conical structure and a water drop hole 43 is provided on the conical bottom, so that the water in the ice receiving inner container 4 can fall into the water storage tank 6 through the water drop hole 43, while the ice cubes cannot pass through the water drop hole 43; the rear cover body 62 is used to seal The rear part of the opening at the upper end of the cover water tank 6 needs to be opened frequently to

facilitate the insertion of hands or cleaning parts to clean the interior. Preferably, the front end of the rear cover body 62 is integrally connected to the rear end of the front cover body 61 through a fold structure 123 or is connected by plug-in fitting or by hinged fitting, and the rear end of the rear cover body 62 is connected to the water tank 6 through a snap fit, so that the disassembly of the rear cover body 62 can be convenient to achieve the opening of the corresponding opening; preferably, a second interface is provided on the rear cover body 62, and a first interface is provided on the bottom of the water receiving box 5 corresponding to the outside of the sliding entrance 41, and the first interface is connected to the second interface through a hose 9 or a bellows, so that the ice water in the water receiving box 5 can flow into the water tank 6 through the hose 9 or the bellows.

In the above scheme, the area of the rear end opening sealed by the upper cover body 121 of the detachable rear cover 12 needs to be convenient for disassembly of the water receiving box 5 and the rear cover body 62, and at the same time convenient for hands or cleaning parts to extend into the sliding entrance 41 and the opening of the water storage tank 6, so as to avoid cleaning the interior of the ice liner 4 and the interior of the water storage tank 6.

Specifically, as shown in Figures 1, 2 and 4, the ice-making module 2 includes an ice-making box 21 rotatably installed between the two side walls of the ice-receiving inner tank 4, a first driving motor 22 fixedly installed on one side wall of the ice-receiving inner tank 4 and used to drive the ice-making box 21 to rotate, a bullet-shaped evaporator 23 fixedly installed above the ice-making box 21, and an ice guide plate 24 installed at the front end of the ice-making box 21, the bullet head of the bullet-shaped evaporator 23 is placed in the ice-making box 21, and the water storage tank 6 is connected to the ice-making box 21 through a water supply pipe to realize water supply to the ice-making box 21; when the first driving motor 22 drives the opening of the ice-making box 21 to face upward horizontally, the water in the water storage tank 6 is pumped to the ice-making box 21 through the ice-making water supply pump 63, and the bullet head of the bullet-shaped evaporator 23 is immersed in the ice-making box 21. The bullet-shaped evaporator 23 of the ice-making module 2 and the refrigeration evaporator 65 in the water storage tank 6 are both part of the refrigeration system of the ice-making machine. The bullet-shaped evaporator 23 is connected in series with the refrigeration evaporator 65. The refrigerant of the refrigeration system passes through the compressor, the bullet-shaped evaporator 23, the refrigeration evaporator 65 and the condenser in sequence. In this way, during the ice-making process, the refrigeration evaporator 65 can use the residual cold capacity after the bullet-shaped evaporator 23 is refrigerated to refrigerate the water in the water storage tank 6 to achieve pre-cooling of the ice-making water, which can effectively improve the ice-making effect and reduce energy consumption.

Specifically, as shown in Figures 1, 3 and 4, the ice discharging module 3 includes a spiral ice discharging rod 31 arranged along the ice discharging chute 42 of the ice receiving liner 4, and a second driving motor 32 for driving the spiral ice discharging rod 31 to rotate. The spiral ice discharging rod 31 is driven to rotate by the second driving motor 32, so that the ice cubes at the bottom of the ice receiving liner 4 can be spirally transported along the ice discharging chute 42 to the ice discharging port 111 for discharging.

Compared with the prior art, the present invention has the following advantages:

1. Able to prepare cold water, hot water and ice cubes at the same time to meet the needs of different users;

2. The water tank is filled with water and the spiral electric control is used to discharge ice, which can effectively prevent foreign matter from entering the ice maker and ensure the hygiene and safety of the prepared ice cubes;

3. The bullet-shaped evaporator and refrigeration evaporator arranged in series can use the residual cooling capacity to pre-cool the ice-making water during the ice-making process, which can effectively improve the ice-making efficiency and reduce the energy consumption of ice-making;

4. The internal water flow parts of the ice maker are easy to maintain and clean. By opening the upper cover, the water receiving box can be easily pulled out from the sliding entrance for cleaning. At the same time, hands or cleaning parts can be inserted into the ice receiving tank through the sliding entrance to clean the inside of the ice receiving tank;

By opening the rear cover, hands or cleaning components can be passed through the corresponding openings to clean the inside of the water storage tank.

The above disclosure is only an embodiment of the present invention, but the present invention is not limited thereto, and any changes that can be conceived by those skilled in the art should fall within the protection scope of the present invention.



图1



图2

说　明　书　附　图



图3



图4



图5

图6

(19) 国家知识产权局





(12) 发明专利

(10) 授权公告号 CN 114017963 B

(45) 授权公告日 2025.04.01

(21) 申请号 202111417658.9

(22) 申请日 2021.11.26

(65) 同一申请的已公布的文献号

申请公布号 CN 114017963 A

(43) 申请公布日 2022.02.08

(73) 专利权人 宁波惠康工业科技股份有限公司

地址 315336 浙江省宁波市前湾新区滨海
四路55号

(72) 发明人 陈越鹏　王峥聪　刘小飞

(74) 专利代理机构 宁波瑞元智产专利代理事务
所(特殊普通合伙) 33351

专利代理师 伊灵聪

(51) Int.Cl.

F25C 1/24 (2018.01)

F25D 19/00 (2006.01)

F25D 31/00 (2006.01)

(56) 对比文件

CN 216448431 U,2022.05.06

CN 212930581 U,2021.04.09

KR 20140106331 A,2014.09.03

审查员 卓祖斌

权利要求书2页 说明书5页 附图6页

(54) 发明名称

一种便于打理的制冰机

(57) 摘要

本发明公开了一种便于打理的制冰机,包括
机壳、制冰模块、出冰模块、接冰内胆、接水盒和
储水箱;机壳包括主体框架和便拆式后盖,主体
框架的前端设置有出冰口;接冰内胆对应制冰模
块下方的后端壁上开设有滑入口,接水盒安装在
滑口内,接水盒设置有第一接口;储水箱安装在
机壳的后端且位于接冰内胆的下方。本发明结构
简单、合理,通过将便拆式后盖拆卸,方便的将接
水盒滑出滑入口以对接水盒进行清理,同时通过
滑入口能够将手或清洁部件伸入接冰内胆以
对接冰内胆、制冰模块和出冰模块进行清理,如
此有效简化了制冰机的打理。



CN 114017963 B

1.一种便于打理的制冰机,其特征在于,包括机壳、制冰模块、出冰模块、接冰内胆、接水盒和储水箱;

所述机壳为中空的薄壳体结构,其包括后端开口的框架主体、以及可拆卸地安装在框架主体的后端以用于封盖框架主体后端开口的便拆式后盖,所述框架主体的前端设置有出冰口;

所述制冰模块安装在机壳内,其用于冰块的制备;

所述接冰内胆固定安装在机壳内且位于制冰模块的下方,用于承接制冰模块制备的冰块;

所述接冰内胆对应制冰模块下方的后端壁上开设有滑入口且其内部的两侧壁上对应设置有滑轨,所述接水盒可滑移地安装在接冰内胆的滑口内,所述接水盒用于承接制冰模块制冰过程中落下的冰水;

所述出冰模块用于将接冰内胆的冰块输送至出冰口;

所述储水箱安装在机壳的后端且位于接冰内胆的下方,所述储水箱用于给制冰模块提供制冰所需的水。

2.根据权利要求1所述的一种便于打理的制冰机,其特征在于,所述接水盒对应置于滑入口外的底部上设置有第一接口;

所述储水箱包括用于配合将储水箱的上端开口封盖的前部盖体和后部盖体,所述前部盖体与储水箱的前部固定相连,所述后部盖体与储水箱的后部可拆卸相连且所述后部盖体上设置有第二接口,所述第一接口与第二接口之间通过软管或者波纹管相连。

3.根据权利要求2所述的一种便于打理的制冰机,其特征在于,所述前部盖体通过螺钉与储水箱固定相连;

所述后部盖体的前端与前部盖体的后端之间通过折痕结构一体相连或者通过插接配合相连或者通过铰接配合相连,所述后部盖体的后端与储水箱之间通过卡扣配合相连。

4.根据权利要求1或2或3所述的一种便于打理的制冰机,其特征在于,所述接冰内胆的底部为锥形结构,所述接冰内胆对应其底部设置有落水孔;

所述储水箱的前部盖体上开设有供接冰内胆的底部穿过的过孔。

5.根据权利要求1或2所述的一种便于打理的制冰机,其特征在于,所述便拆式后盖包括用于配合将框架主体的后端开口封盖的下部盖体和上部盖体;

所述下部盖体与框架主体的下部之间通过螺钉固定相连,所述上部盖体的下端与下部盖体的上端之间通过折痕结构一体相连或者通过插接配合相连或者通过铰接配合相连,所述上部盖体的上端与框架主体之间通过卡扣配合相连。

6.根据权利要求1所述的一种便于打理的制冰机,其特征在于,所述制冰模块包括可转动地安装在接冰内胆的两侧壁之间的制冰盒、用于驱动制冰盒转动的第一驱动电机、固定安装在制冰盒上方的子弹头式蒸发器、以及安装在制冰盒前端的导冰板,所述储水箱与制冰盒之间通过供水管相连且该供水管上设置有制冰供水泵。

7.根据权利要求1所述的一种便于打理的制冰机,其特征在于,所述接冰内胆对应其底部与机壳的出冰口之间构造形成有出冰滑道;

所述出冰模块包括沿着出冰滑道布置的螺旋出冰杆、以及用于驱动螺旋出冰杆转动的第二驱动电机。

8.根据权利要求1所述的一种便于打理的制冰机,其特征在于,制冰机还包括水胆,所述水胆为上端开口的薄壳体结构,所述水胆的上端开口对接在机壳的顶壁上以配合形成封闭的储水腔体,所述机壳的顶壁上设置有与储水腔体相连通的补水口、以及用于封盖补水口的补水盖;

所述水胆与储水箱之间通过第一补水管相连通且该第一补水管上设置有下水电磁阀。

9.根据权利要求1或8所述的一种便于打理的制冰机,其特征在于,所述框架主体的前端设置有冷水出口,所述储水箱与冷水出口之间通过冷水管相连且该冷水管上设置有冷水供应泵,所述储水箱内设置有与制冰模块的制冷管路相串接的制冷蒸发器。

10.根据权利要求8所述的一种便于打理的制冰机,其特征在于,制冰机还包括热罐,该热罐内设置有加热组件,所述热罐与水胆之间通过第二补水管相连;

所述框架主体的前端设置有热水出口,所述热水出口与热罐之间通过热水管相连且该热水管上设置有出热水电磁阀。

# 一种便于打理的制冰机

## 技术领域

[0001]　本发明涉及制冰设备技术领域,特别涉及一种便于打理的制冰机。

## 背景技术

[0002]　制冰机(英文名:ice maker或ice machine)是一种将水通过蒸发器由制冷系统制冷剂冷却后生成冰的制冷机械设备;现有的制冰机,特别是带具有出冰模块的制冰机,包括机壳、以及安装在机壳内的制冰模块、储水箱、接冰部件和出冰模块,制冰模块用于冰块的制备,储水箱用于向制冰模块提供所需的水,接冰部件用于承接制冰模块制备的冰块,出冰模块用于将接冰部件内的冰块输送至机壳前端的出冰口排出;这类具有自动出冰模块的制冰机为保证制冰效果,其机壳一般为相对封闭的稳定配合结构,拆卸比较麻烦;然而机壳的流水部件(制冰模块、接冰模块、储水箱和出冰模块等)在水流的长时间作用下不可避免的会滋生青苔等生活藓类植物,从而影响制冰机的制冰效果,需要对机壳内的部件进行清理,具有改进的空间。

## 发明内容

[0003]　本发明是为了克服上述现有技术中缺陷,提供一种便于打理的制冰机,通过拆卸便拆式后盖,接水盒能够方便的滑出滑入口以便于接水盒的清理,同时通过滑入口能够方便的将手或者清洁部件伸入接冰内胆以便于对接冰内胆、制冰模块和出冰模块进行清理,如此大大简化了制冰机的打理。

[0004]　为实现上述目的,本发明提供一种便于打理的制冰机,包括机壳、制冰模块、出冰模块、接冰内胆、接水盒和储水箱;

[0005]　所述机壳为中空的薄壳体结构,其包括后端开口的主体框架、以及可拆卸的安装在主体框架的后端用于封盖主体框架后端开口的便拆式后盖,所述主体框架的前端设置有出冰口;

[0006]　所述制冰模块安装在机壳内,其用于冰块的制备;

[0007]　所述接冰内胆固定安装在机壳内且位于制冰模块的下方,用于承接制冰模块制备的冰块;

[0008]　所述接冰内胆对应制冰模块下方的后端壁上开设有滑入口且其内部的两侧壁上对应设置有滑轨,所述接水盒可滑移的安装在接冰内胆的滑口内,所述接水盒用于承接制冰模块制冰过程中落下的冰水;

[0009]　所述出冰模块用于将接冰内胆的冰块输送至出冰口;

[0010]　所述储水箱安装在机壳的后端且位于接冰内胆的下方,所述储水箱用于给制冰模块提供制冰所需的水。

[0011]　进一步设置为:所述接水盒对应置于滑入口外的底部上设置有第一接口;

[0012]　所述储水箱包括用于配合将储水箱的上端开口封盖的前部盖体和后部盖体,所述前部盖体与储水箱的前部固定相连,所述后部盖体与储水箱的后部可拆卸相连且所述后部

盖体上设置有第二接口,所述第一接口与第二接口之间通过软管或者波纹管相连。

[0013]　进一步设置为:所述前部盖体通过螺钉与储水箱固定相连;

[0014]　所述后部盖体的前端与前部盖体的后端之间通过折痕结构一体相连或者通过插接配合相连或者通过铰接配合相连,所述后部盖体的后端与储水箱之间通过卡扣配合相连。

[0015]　进一步设置为:所述接冰内胆的底部为锥形结构,所述接冰内胆对应其底部设置有落水孔;

[0016]　所述储水箱的前部盖体上开设有供接冰内胆的底部穿过的过孔。

[0017]　进一步设置为:所述便拆式后盖包括用于配合将框架主体的后端开口封盖的下部盖体和上部盖体;

[0018]　所述下部盖体与框架主体的下部之间螺钉固定相连,所述上部盖体的下端与下部盖体的上端之间通过折痕结构一体相连或者通过插接配合相连或者通过铰接配合相连,所述上部盖体的上端与框架主体之间通过卡扣配合相连。

[0019]　进一步设置为:所述制冰模块包括可转动的安装在接冰内胆的两侧壁之间的制冰盒、用于驱动制冰盒转动的第一驱动电机、固定安装在制冰盒上方的子弹头式蒸发器、以及安装在制冰盒前端的导冰板,所述储水箱与制冰盒之间通过供水管相连且该供水管上设置有制冰供水泵。

[0020]　进一步设置为:所述接冰内胆对应其底部与机壳的出冰口之间构造形成有出冰滑道;

[0021]　所述出冰模块包括沿着出冰滑道布置的螺旋出冰杆、以及用于驱动螺旋出冰杆转动的第二驱动电机。

[0022]　进一步设置为:制冰机还包括水胆,所述水胆为上端开口的薄壳体结构,所述水胆的上端开口对接在机壳的顶壁上以配合封闭的储水腔体,所述机壳的顶壁上设置有与储水腔体相连通的补水口、以及用于封盖补水口的补水盖;

[0023]　所述水胆与储水箱之间通过第一补水管相连通且该第一补水管上设置有下水电磁阀。

[0024]　进一步设置为:所述框架主体的前端设置有冷水出口,所述储水箱与冷水出口之间通过冷水管相连且该冷水管上设置有冷水供应泵,所述储水箱内设置有与制冰模块的制冷管路相串接的制冷蒸发器。

[0025]　进一步设置为:制冰机还包括热罐,该热罐内设置有加热组件,所述热罐与水胆之间通过第二补水管相连;

[0026]　所述框架主体的前端设置有热水出口,所述热水出口与热罐之间通过热水管相连且该热水管上设置有出水热电磁阀。

[0027]　与现有技术相比,本发明具有以下优点:

[0028]　1、能够同时制备冷水、热水和冰块以满足不同用户需求;

[0029]　2、通过水胆补水,采用螺旋电控出冰,能够有效避免异物进入制冰机内,保证了制备的冰块的卫生安全;

[0030]　3、串接布置的子弹头式蒸发器和制冷蒸发器,在制冰过程中能够利用剩余冷量实现制冰水的预冷,能够有效提高制冰效率,降低制冰能耗;

[0031] 　4、制冰机内部流水部件打理、清洁方便,通过上部盖体打开,能够方便的将接水盒从滑入口抽出进行清理,同时手或者清洁部件能够通过滑入口伸入接冰内胆内以对接冰内胆内部进行清洁;

[0032] 　通过将后部盖体打开,手或者清洁部件通过对应的开口以对储水箱内部进行清洁。

**附图说明**

[0033] 　图1是本发明一种便于打理的制冰机的竖向剖面示意图;

[0034] 　图2是制冰机的便拆式后盖分离后的结构示意图;

[0035] 　图3是制冰机的机壳部分隐藏后的结构示意图;

[0036] 　图4是制冰机的内部部件分离结构示意图;

[0037] 　图5是便拆式后盖的结构示意图;

[0038] 　图6是制冰机内水的流路示意图。

[0039] 　结合附图在其上标记以下附图标记:

[0040] 　1、机壳;11、框架主体;111、出冰口;112、冷水出口;113、热水出口;114、补水口;115、补水盖;12、便拆式后盖;121、上部盖体;122、下部盖体;123、折痕结构;2、制冰模块;21、接冰盒;22、第一驱动电机;23、子弹头式蒸发器;24、导冰板;3、出冰模块;31、螺旋出冰杆;32、第二驱动电机;4、接冰内胆;41、滑入口;42、出冰滑道;43、落水孔;5、接水盒;6、储水箱;61、前部盖体;611、过孔;62、后部盖体;63、制冰供水泵;64、冷水供应泵;65、制冷蒸发器;7、水胆;71、下水电磁阀;8、热罐;81、加热组件;82、出热水电磁阀;9、软管。

**具体实施方式**

[0041] 　下面结合附图,对本发明的一个具体实施方式进行详细描述,但应当理解本发明的保护范围并不受具体实施方式的限制。

[0042] 　本发明一种便于打理的制冰机如图1至图6所示,包括机壳1、制冰模块2、出冰模块3、接冰内胆4、接水盒5、储水箱6、内胆和热罐8;机壳1为中空的薄壳体结构,该机壳1的前端设置有出冰口111、冷水出口112和热水出口113,该机壳1的顶壁上设置有补水口114、以及用于封盖补水口114的补水盖115;水胆7为上端开口的薄壳体结构且其上端开口对接在机壳1的顶壁上以将补水口114罩设以配合形成相对封闭且具有补水口114的储水腔体,如此可通过补水向水胆7加水,该补水口114内可根据需要加装聪明座,如此可通过水桶自动向水胆7进行补水,该水胆7也可以通过进水电磁阀与外部水源相连以实现补水;接冰内胆4为上端开口的薄壳体结构,该接冰内胆4呈纵向由机壳1的前端向后端延伸且接冰内胆4的上端开口与机壳1的顶壁和/或侧壁配合形成相对封闭的安装腔,该安装腔将水胆7罩设,接冰内胆4的前璧对应其底部与机壳1的出冰口111之间构造形成有出冰滑道42;制冰模块2安装在安装腔的后端,用于制冰的制备,接冰内胆4用于承接制冰模块2制备的冰块;接水盒5安装在安装腔的后端且位于制冰模块2的下方,用于承接制冰模块2制冰过程中落下的冰水;出冰模块3安装在安装腔的前端,用于将接冰内胆4底部的冰块输送至出冰口111排出;热罐8安装在机壳1的前端且位于接水内胆的下方,热罐8内设置有加热组件81以用于对热罐8内的水进行加热,该热罐8与水胆7之间通过第二补水管相连以通过高度差实现自动补水,该

热罐8与热水出口113之间通过热水管相连且该热水管上设置有出热水电磁阀82；储水罐安装在机壳1的后端且位于接冰内胆4的下方，该储水箱6内设置有与制冷模块2的制冷管路相连的制冷蒸发器65以用于冷却储水箱6内的水，该储水箱6与水罐7之间通过第一补水管相连且该第一补水管上设置有下水电磁阀71，该储水箱6与制冰模块2之间通过供水管相连且该供水管上设置有制冰供水泵63以实现储水箱6向制冰模块2供应制冰所需的水，该储水箱6与冷水出口112之间设置有冷水管且该冷水管上设置有冷水供应泵64；如此通过操作面板选择模式，制冰机的控制电路板能够控制各部件有序工作以实现热水制备、冷水制备和冰块制备，以满足人们的不同需求。

[0043]　　具体的，如图2和图5所示，机壳1包括后端开口的框架主体11、以及可拆卸的安装在框架主体11的后端以封盖框架主体11后端开口的便拆式后盖12，该便拆式后盖12能够方便的拆卸以实现后端开口的完全打开或者部分打开；优选的，该便拆式后盖12包括用于配合将框架主体11的后端开口封盖的上部盖体121和下部盖体122，该上部盖体121用于封盖后端开口的上部，下部盖体122用于封盖后端开口的下部；该下部盖体122封盖的部分一般不打开，优选下部盖体122与框架主体11之间通过螺钉相连；该上部盖体121封盖的部分需要经常打开，因此上部盖体121与框架主体11之间采用便拆卸结构，该上部盖体121的下端与下部盖体122的上端体之间通过折痕结构123一体相连或者通过插接配合相连或者通过铰接配合相连，该上部盖体121的上端与框架主体11之间通过卡扣配合相连，如此能够方便的实现上部盖体121的拆卸以实现对应开口的开启。

[0044]　　具体的，如图1、图2和图4所示，接冰内胆4的后端壁上对应开设有供接水盒5插滑入的滑入口41，接冰内胆4的内部对应设置有供接水盒5搁置滑移的导轨；接水盒5由接冰内胆4后端的滑入口41滑入接冰内胆4内以置于制冰模块2的下方；如此通过拆卸上部盖体121能够方便的将接水盒5拉出，以避免于接水盒5的清理，同时通过确保滑入口41的口径，能够方便的通过滑入口41将手或者清洁部件伸入安装腔内，以对其内的接冰内胆4、制冰模块2和出冰模块3进行清理。

[0045]　　具体的，如图1、图2、图3和图4所示，储水箱6安装在接冰内胆4的下方且布置于机壳1的后端，该储水箱6包括用于配合将储水箱6的上端开口整体封盖的前部盖体61和后部盖体62；该前部盖体61用于封盖储水箱6上端开口的前部，一般为不开启，因此前部盖体61优选与储水箱6通过螺钉固定相连，同时优选前部盖体61上开设有供接冰内胆4的底部穿过的过孔611，该接冰内胆4的底部优选为锥形结构且该锥形底部上设置有落水孔43，如此接冰内胆4内的水能够通过落水孔43落入储水箱6内，而冰块则不能通过落水孔43；该后部盖体62用于封盖储水箱6上端开口的后部，需要经常打开以便于手或者清洁部件伸入以对其内部进行清洁，优选，该后部盖体62的前端与前部盖体61的后端之间通过折痕结构123一体相连或者通过插接配合相连或者通过铰接配合相连，该后部盖体62的后端与储水箱6之间通过卡扣配合相连，如此能够方便后部盖体62的拆卸以实现对应开口的打开；优选的，该后部盖体62上设置有第二接口，接水盒5对应位于滑入口41外部的底部上设置有第一接口，该第一接口与第二接口之间通过软管9或者波纹管相连，如此接水盒5内的冰块能够通过软管9或者波纹管流入储水箱6内。

[0046]　　在上述方案中，便拆式后盖12的上部盖体121封盖的后端开口的面积需要便于接水盒5和后部盖体62的拆卸，同时便于手或者清洁部件伸入滑入口41和储水箱6的开口，以

避免对接冰内胆4内部和储水箱6内部进行清洁。

[0047]　　具体的,如图1、图2和图4所示,制冰模块2包括可转动的安装在接冰内胆4两侧壁之间的制冰盒21、固定安装在接冰内胆4一侧壁上且用于驱动制冰盒21转动的第一驱动电机22、固定安装在制冰盒21上方的子弹头式蒸发器23、以及安装在制冰盒21前端的导冰板24,该子弹头式蒸发器23的子弹头部置于制冰盒21内,储水箱6通过供水管与制冰盒21相连以实现对制冰盒21的供水;如此当第一驱动电机22驱动制冰盒21的开口水平朝上时,储水箱6内的水通过制冰供水泵63泵送给制冰盒21,子弹头式蒸发器23的子弹头部浸没在制冰盒21的水内并工作制冷以凝结成冰,然后通过第一驱动电机22驱动制冰盒21翻转以使得冰块沿着导冰板24滑入接冰内胆4内,制冰盒21内的冰水进入接水盒5内;其中制冰模块2的子弹头式蒸发器23和储水箱6内的制冷蒸发器65均为制冰机制冷系统的一部分,子弹头式蒸发器23与制冷蒸发器65串接相连,制冷系统的制冷剂依次通过压缩机、子弹头式蒸发器23、制冷蒸发器65和冷凝器,如此在制冰过程中,制冷蒸发器65能够利用子弹头式蒸发器23制冷后的剩余冷量对储水箱6内的水进行制冷以实现制冰水的预冷,如此能够有效提高制冰效果,降低能耗。

[0048]　　具体的,如图1、图3和图4所示,出冰模块3包括沿着接冰内胆4的出冰滑道42布置的螺旋出冰杆31、以及用于驱动螺旋出冰杆31转动的第二驱动电机32,通过第二驱动电机32驱动螺旋出冰杆31转动能够将接冰内胆4底部的冰块沿着出冰滑道42螺旋输送至出冰口111进行出冰。

[0049]　　与现有技术相比,本发明具有以下优点:

[0050]　　1、能够同时制备冷水、热水和冰块以满足不同用户需求;

[0051]　　2、通过水胆补水,采用螺旋电控出冰,能够有效避免异物进入制冰机内,保证了制备的冰块的卫生安全;

[0052]　　3、串接布置的子弹头式蒸发器和制冷蒸发器,在制冰过程中能够利用剩余冷量实现制冰水的预冷,能够有效提高制冰效率,降低制冰能耗;

[0053]　　4、制冰机内部流水部件打理、清洁方便,通过上部盖体打开,能够方便的将接水盒从滑入口抽出进行清理,同时手或者清洁部件能够通过滑入口伸入接冰内胆内以对接冰内胆内部进行清洁;

[0054]　　通过将后部盖体打开,手或者清洁部件通过对应的开口以对储水箱内部进行清洁。

[0055]　　以上公开的仅为本发明的实施例,但是,本发明并非局限于此,任何本领域的技术人员能思之的变化都应落入本发明的保护范围。