EXHIBIT 8

# Ice maker and refrigerator using same

# Patent No.: CN111854249B

# Date of Grant: 2022-04-29

Applicants: QINGDAO HAIER REFRIGERATOR CO LTD; QINGDAO HAIER CO LTD

Inventors: XUE JIANJUN; ZHU XIAOBING; ZHANG YANQING; ZHAO ZHENYU

Classifications

IPC: F25C1/04; F25D21/14;

CPC: F25C1/04 (CN); F25D21/14 (CN);

Priorities: CN201910292793A·2019-04-12

Application: CN201910292793A·2019-04-12

Publication: CN111854249A·2020-10-30

Published as: CN111854249A; CN111854249B

**Abstract:**

The invention provides an ice maker. The ice maker comprises a rack, an ice making tray and a driving assembly; the ice making tray is provided with ice cube trays, the ice cube trays are provided with openings for receiving ice making water, and the ice making tray is rotationally connected with the rack; the driving assembly is fixedly connected with the rack and is used for driving the ice making tray to rotate; the ice maker further comprises a water receiving part, and the water receiving part is fixedly connected with the ice making tray; the water receiving part is provided with a semi-closed shell, at least part of the ice making tray is contained in the shell, the shell comprises a water retaining side wall located on the outer side of the ice making tray and a bottom wall extending downwards along the water retaining side wall, a gap is reserved between the water retaining side wall and the edge of the ice making tray to form a water passing channel, a water containing spaceis formed in the bottom wall, and the ice making water splashed out of the ice making tray flows into the water containing space through the water passing channel. The invention further provides a refrigerator using the ice maker.

**Claims:**

1.An ice maker comprising:

frame;

an ice making tray, which has an ice making tray, the ice making tray has an opening for receiving ice making water, the ice making tray is rotatably connected with the frame, and the ice making machine is a twist-type ice making machine;

a driving assembly, which is mounted on the frame and is used for driving the ice making tray to rotate;

It is characterized in that, it further comprises a water receiving part, the water receiving part is fixedly connected with the ice making tray, and when the ice is removed, the driving component drives the ice making tray and the water receiving part to rotate to torsional deformation; The water receiving part has a semi-closed casing, the ice making tray is at least partially accommodated in the casing, and the casing includes a water blocking side wall located outside the ice making tray and a water blocking side wall along the water blocking side wall. Bottom wall extending downward, the top of the water blocking side wall is higher than the upper edge of the ice making tray, a gap is left between the water blocking side wall and the edge of the ice making tray to form a water passage, the bottom A water-accommodating space is provided on the wall, and ice-making water splashed from the ice-making tray flows into the water-accommodating space through the water passage.

2.The ice maker according to claim 1, wherein the water blocking side wall comprises a first side wall and a second side wall respectively located on both sides of the ice making tray, the first side wall and the second side wall are respectively located on both sides of the ice making tray. Both side walls are connected to the bottom wall.

3.The ice making machine of claim 2, wherein the cross section of the housing comprises an arc surface, and the axis of the arc surface is coaxial with the rotation axis of the ice making tray.

4.The ice maker according to claim 2, wherein the ice maker further comprises anti-overflow ribs disposed on both sides of the ice-making tray, and the anti-overflow ribs protrude upward along the upper edge of the ice-making tray extending, and a gap is left between the anti-overflow rib and the first side wall and the second side wall.

5.The ice maker according to claim 4, wherein the overflow prevention rib is stepped, comprising a first overflow prevention rib and a second overflow prevention rib, and the

first overflow prevention rib is higher than the second overflow prevention rib. A water overflow prevention rib; the casing is provided with a clamping claw, and the clamping claw cooperates with the first overflow prevention rib to limit the relative movement of the ice making tray and the casing.

6. The ice maker according to claim 5, wherein a support rib is provided on the casing, the casing is connected to the ice-making tray through the support rib, and the support rib comprises a vertical parallel arrangement. two rib plates, a part of the ice making tray is stuck between the two rib plates.

7. The ice maker according to claim 6, wherein at least two ice guide ribs are provided on the inner surface of the water blocking side wall, and an ice guide channel is formed between the at least two ice guide ribs.

8. The ice making machine according to claim 7, wherein the ice guiding channel corresponds to the position of the ice making tray.

9. The ice maker according to claim 1, wherein the frame includes a limiter, the ice making tray rotates to a limit position relative to the frame, and the water receiving member is connected to the limiter. Piece contact.

10. A refrigerator, comprising a box body and a door body, the box body defines a storage space, the door body is used to open/close the box body, and it is characterized in that it also includes any one of claims 1-9 The ice maker is installed on the box body or the door body.

**Specification:**

technical field

The present invention relates to household appliances, in particular to an ice maker and a refrigerator using the ice maker.

Background technique

At present, in order to meet the diverse needs of users, an ice maker is installed in the refrigerator for ice making. The ice maker has an ice tray for receiving ice water and making ice. When water is supplied to the ice tray in the ice maker or the door of the refrigerator is opened/closed, the ice tray may be vibrated and the water in the ice tray may splash out. The splashed ice-making water falls into the ice storage box below the ice-making tray, which may easily cause the scattered ice cubes stored in the ice storage box to stick together.

The existing ice making machine is usually equipped with a water splash guard on the edge of the ice making tray, the edge of the water splash guard is in close contact with the edge of the ice making tray, and the water splashed from the ice making tray falls to the inner surface of the splash guard. Drop back into the ice tray along the splash guard. This type of splash-proof structure requires high contact tightness between the splash-proof part and the edge of the ice-making tray, but the relative movement between the splash-proof part and the ice-making tray will cause the contact part between the ice-making tray and the splash-proof part. The wear and tear of the ice tray leads to a poor contact between the ice making tray and the splash-proof part, which affects the splash-proof effect.

SUMMARY OF THE INVENTION

An object of the present invention is to provide an ice maker, the ice maker has a water receiving part for receiving water splashed from the ice making tray, so as to prevent the ice making water from splashing into the ice storage box and causing the ice cubes to stick, The ice maker has the advantages of simple structure, small wear and long service life.

The present invention provides an ice making machine, comprising a frame; an ice making tray having an ice making tray, the ice making tray having an opening for receiving ice making water, the ice making tray being rotatably connected with the frame ; a driving assembly, which is installed on the frame and used to drive the ice making tray to rotate; also includes a water receiving part, which is fixedly connected to the ice making tray; the water receiving part is fixedly connected to the ice making tray;

4

The component has a semi-enclosed housing in which the ice making tray is at least partially housed, the housing including a water blocking side wall on the outside of the ice making tray and extending downwardly along the water blocking side wall There is a gap between the water blocking side wall and the edge of the ice-making tray to form a water passage, and the bottom wall is provided with a water-accommodating space, and the ice-making water splashed from the ice-making tray passes through the bottom wall. The water-passing channel flows into the water-accommodating space.

Preferably, the water blocking side wall includes a first side wall and a second side wall respectively located on both sides of the ice making tray, and both the first side wall and the second side wall are connected to the bottom wall.

Preferably, the cross section of the housing includes an arc surface, and the axis of the arc surface is coaxial with the rotation axis of the ice making tray.

Preferably, the ice maker further includes anti-overflow ribs disposed on both sides of the ice-making tray, the anti-overflow ribs protrude upward along the upper edge of the ice-making tray, and the anti-overflow ribs are connected to the first A gap is left between the side wall and the second side wall.

Preferably, the overflow prevention rib is stepped, and includes a first overflow prevention rib and a second overflow prevention rib, and the first overflow prevention rib is higher than the second overflow prevention rib; The claw cooperates with the first anti-overflow rib to limit the relative movement of the ice making tray and the housing.

Preferably, the shell is provided with a support rib, the shell is connected to the ice making tray through the support rib, the support rib includes two rib plates arranged in parallel up and down, the ice making tray is A part is caught between the two ribs.

Preferably, at least two ice guide ribs are provided on the inner surface of the water blocking side wall, and an ice guide channel is formed between the at least two ice guide ribs.

Preferably, the ice guiding channel corresponds to the position of the ice making tray.

Preferably, the rack includes a limiter, the rack includes a limiter, and when the ice making tray rotates to a limit position relative to the rack, the water receiving member abuts against the limiter catch. .

The present invention also provides a refrigerator, comprising a box body and a door body, the box body defines a storage space, the door body is used to open/close the box

5

body, and is characterized in that it also includes the above-mentioned ice maker , the ice maker is installed on the box body or the door body.

The ice making machine provided by the invention can prevent the ice making water from splashing by fixing the water receiving component on the ice making tray to receive the ice making water splashed from the ice making tray, and has a simple structure and little wear.

Description of drawings

FIG. 1 is a perspective schematic diagram of an ice maker according to a preferred embodiment of the present invention;

FIG. 2 is a schematic perspective view of the ice maker according to another preferred embodiment of the present invention;

3 is a perspective view of an ice making tray of the ice maker in FIG. 1;

FIG. 4 is a perspective view of a water receiving part of the ice maker in FIG. 1 .

Detailed ways

The technical solutions in the embodiments of the present invention will be clearly and completely described below with reference to the accompanying drawings in the embodiments of the present invention. Obviously, the described embodiments are only a part of the embodiments of the present invention, rather than all the embodiments. Based on the embodiments of the present invention, all other embodiments obtained by those of ordinary skill in the art without creative efforts shall fall within the protection scope of the present invention.

Referring to FIGS. 1 to 3 , the ice making machine 100 includes a rack 110 and an ice making tray 120 , the ice making tray 120 is rotatably installed on the rack 110 , the ice making tray 120 has a plurality of ice making trays 121 , and the ice making tray 121 It is used to receive ice-making water and freeze the water in the ice-making tray into ice under the action of the refrigeration system of the refrigerator. Specifically, the ice-making trays 121 are arranged in an array, and two adjacent ice-making trays 121 communicate with each other; The ice making machine 100 further includes a driving assembly 130 mounted on the frame 110 for driving the ice making tray 120 to rotate. Specifically, the driving assembly 130 is a motor, which is installed on the frame 110 and used to drive the ice making tray 120 to rotate.

The ice making machine 100 further includes a water receiving part 140 for receiving ice making water splashed from the ice making tray 120 . The water receiving member 140 is fixedly connected with the ice making tray 120 and can rotate together with the ice making tray 120 . The water receiving part 140 has a semi-closed casing, the opening direction of which is the same as that of the ice making tray 121 , and the ice making tray 120 is at least partially accommodated in the casing. The housing includes a water blocking side wall 141 located outside the ice making tray 120 and a bottom wall 142 extending downward along the water blocking side wall 141. The top of the water blocking side wall 141 is higher than the edge of the ice making tray 120, and the water blocking side A gap is left between the wall 141 and the edge of the ice-making tray 120 to form a water passage 143 , and a water-accommodating space is provided on the bottom wall 142 . The water channel 143 flows into the water-accommodating space on the bottom wall 142 .

The water receiving member 140 is used for receiving the water splashed from the ice making tray 120, and the gap between the water blocking side wall 141 and the edge of the ice making tray 120 will not cause wear and tear, and therefore will not affect the ice making tray 120 or the ice making tray 120. The service life of the water receiving component 140; even if there is an installation error when installing the water receiving component 140 or a slight displacement occurs between the water receiving component 140 and the ice making tray 120 when the ice maker 100 is used, the water receiving effect will not be affected.

Further, a semi-closed casing is fixedly connected to the ice making tray 120, and the water blocking side wall 141 includes a first side wall and a second side wall respectively located on both sides of the ice making tray 120, the first side wall and the second side wall. The walls are all connected with the bottom wall 142, and the bottom wall 142 is provided with a water-accommodating space. In other embodiments, the ice making tray 120 may also be provided with two independent semi-closed casings that are respectively fixedly connected to the ice making tray 120 . However, in this embodiment, a semi-closed casing is provided to make installation and manufacture more convenient.

Further, the cross section of the housing includes an arc surface, and the axis of the arc surface is coaxial with the rotation axis of the ice making tray 120 , so as to improve the stability of the water receiving member 140 when it rotates together with the ice making tray 120 . Specifically, the cross section of the casing is circular, the top of the water blocking side wall 141 is higher than the upper edge of the ice making tray 121 , and the top of the water blocking side wall 141 extends toward the center of the ice making tray 120 to enhance the water blocking effect. The housing also includes two end plates 144, which are respectively disposed on the bottom wall 142 to connect the bottom wall 142

and the water blocking side walls 141, and the space between the bottom wall and the two end plates 144 forms a water storage space.

Further, referring to FIGS. 3 and 4 , the ice maker 100 further includes anti-overflow ribs 150 disposed on both sides of the ice-making tray 120 , and the anti-overflow ribs 150 protrude upward along the edge of the ice-making tray 121 to prevent the ice-making tray 121 The water in the overflow. Specifically, the anti-overflow ribs 150 are disposed on both long sides of the ice making tray 120 , and the anti-overflow ribs 150 may be integrally formed with the ice making tray 120 or may be separately manufactured and then fixedly connected to the ice making tray 120 . The overflow prevention rib 150 is stepped, and includes a first overflow prevention rib 151 and a second overflow prevention rib 152 , wherein the first overflow prevention rib 151 is higher than the second overflow prevention rib 152 . A clamping claw 160 protruding toward the center of the ice making tray 120 is disposed on the inner surface of the casing corresponding to the first anti-overflow rib 151 . The claw 160 cooperates with the first anti-overflowing rib 151 to limit the relative movement of the ice making tray 120 and the casing. , using the second anti-overflow rib 152 to cooperate with the casing, the structure is simple, the occupied volume is small, and the relative fixing of the two is more reliable.

Further, the housing is provided with a support rib 170, the support rib 170 is connected with the ice making tray 120, the support rib 170 includes at least two rib plates arranged in parallel up and down, and a part of the ice making tray 120 is clamped between the two rib plates . Specifically, four pairs of support ribs 170 are provided on the inner surface of the casing, and the end of the ice making tray 120 is clamped between each pair of ribs to ensure the reliability of the support. The rib plate is used to support the ice making tray 120, the structure is simple, and the disassembly and installation are convenient.

Further, ice guide ribs 180 are also provided on the water blocking side wall 141 . Specifically, the ice guide ribs 180 extend in a direction perpendicular to the rotation axis of the ice making tray 120 , and ice guide ribs 180 are formed between two adjacent ice guide ribs 180 . The width of the ice guiding channel is less than or equal to the width of the ice making tray, and the ice guiding channel corresponds to the ice making tray 121, that is, the ice guiding channel is arranged on one side of the ice making tray 121 and the position corresponding to the ice making tray 122, from the ice making tray 122. The ice detached from the ice tray 121 can fall into the corresponding ice guide channel. When the ice making tray 120 is detached from the ice, the ice cubes can slide along the ice guide rib 180 to prevent the water receiving member 140 from getting ice.

Further, the ice making machine 100 is a twist-type ice making machine 100, and the rack 110 includes a limiting member 111. When the ice making tray 120 makes ice and

8

removes ice, the ice making tray 120 and the water receiving part 140 rotate. When the ice making tray 140 is in contact with the limiting member 111, the driving assembly 130 continues to drive the ice making tray 120 to rotate, the ice making tray 120 and the water receiving part 140 are both twisted and deformed, the ice making tray 120 is de-iced, and after the de-icing is completed, the ice-making tray 120 is removed. 120 and the water receiving part 140 are restored to their original shape. During de-icing, the water receiving member 140 abuts against the limiting member 111 and is twisted and deformed, which can prevent only the ice making tray 120 from being twisted and deformed, thereby preventing relative movement between the ice making tray 120 and the water receiving member 140, thereby reducing the The wear between the small ice making tray 120 and the water receiving part 140 increases the lifespan of the ice making tray 120 and the water receiving part 140 and improves the reliability of splashing water. The ice making tray 120 and the water receiving member 140 are both made of soft materials.

The present invention also provides a refrigerator (not shown in the figure), the refrigerator includes a box body and a door body, the box body defines a storage space, the door body is used to open/close the box body, and the refrigerator door body or the box body is also installed with a storage space. The ice maker 100 described above.

Although this specification is described in terms of embodiments, not every embodiment only includes an independent technical solution. This description in the specification is only for the sake of clarity. Those skilled in the art should take the specification as a whole. The technical solutions can also be appropriately combined to form other embodiments that can be understood by those skilled in the art.

The series of detailed descriptions listed above are only specific descriptions for the feasible embodiments of the present invention, and they are not used to limit the protection scope of the present invention. Changes should all be included within the protection scope of the present invention.



图1



图2



图3



图4

(19) 中华人民共和国国家知识产权局



(12) 发明专利



(10) 授权公告号 CN 111854249 B
(45) 授权公告日 2022.04.29

(21) 申请号 201910292793.1

(22) 申请日 2019.04.12

(65) 同一申请的已公布的文献号
    申请公布号 CN 111854249 A

(43) 申请公布日 2020.10.30

(73) 专利权人 青岛海尔电冰箱有限公司
    地址 266101 山东省青岛市崂山区海尔路1号海尔工业园
    专利权人 海尔智家股份有限公司

(72) 发明人 薛建军  朱小兵  张延庆  赵振雨

(74) 专利代理机构 苏州威世朋知识产权代理事务所(普通合伙) 32235
    代理人 杨林洁

(51) Int.Cl.
    F25C 1/04 (2018.01)

F25D 21/14 (2006.01)

(56) 对比文件
CN 102494450 A, 2012.06.13
US 2010/0043459 A1, 2010.02.25
CN 102242998 A, 2011.11.16
CN 1212356 A, 1999.03.31
EP 1844278 A1, 2007.10.17

审查员 任薀佳

权利要求书1页  说明书4页  附图2页

(54) 发明名称
制冰机以及使用该制冰机的冰箱

(57) 摘要
本发明提供了一种制冰机,包括:机架;制冰盘,具有制冰格,所述制冰格具有用于接收制冰水的开口,所述制冰盘与所述机架旋转连接;驱动组件,所述驱动组件与所述机架固定连接,用于驱动所述制冰盘旋转;还包括接水部件,所述接水部件与所述制冰盘固定连接;所述接水部件具有半封闭的壳体,所述制冰盘至少部分容置于所述壳体内,所述壳体包括位于所述制冰盘外侧的挡水侧壁以及沿着挡水侧壁向下延伸的底壁,挡水侧壁与所述制冰盘边缘之间留有间隙形成过水通道,所述底壁上设有容水空间,从所述制冰盘中溅出的制冰水经所述过水通道流入所述容水空间中。本发明还提供了一种使用该制冰机冰箱。



CN 111854249 B

1.一种制冰机,包括:

机架;

制冰盘,具有制冰格,所述制冰格具有用于接收制冰水的开口,所述制冰盘与所述机架旋转连接,所述制冰机为扭转式制冰机;

驱动组件,所述驱动组件安装于所述机架上,用于驱动所述制冰盘旋转;

其特征在于,还包括接水部件,所述接水部件与所述制冰盘固定连接,脱冰时,所述驱动组件驱动所述制冰盘和所述接水部件旋转至扭转变形;所述接水部件具有半封闭的壳体,所述制冰盘至少部分容置于所述壳体内,所述壳体包括位于所述制冰盘外侧的挡水侧壁以及沿着挡水侧壁向下延伸的底壁,所述挡水侧壁的顶部高于所述制冰格的上边缘,挡水侧壁与所述制冰盘边缘之间留有间隙形成过水通道,所述底壁上设有容水空间,从所述制冰盘中溅出的制冰水经所述过水通道流入所述容水空间中。

2.如权利要求1所述的制冰机,其特征在于,所述挡水侧壁包括分别位于所述制冰盘两侧的第一侧壁和第二侧壁,所述第一侧壁和第二侧壁均连接所述底壁。

3.如权利要求2所述的制冰机,其特征在于,所述壳体的横截面包括弧面,所述弧面的轴线与所述制冰盘的旋转轴线同轴。

4.如权利要求2所述的制冰机,其特征在于,所述制冰机还包括设置在制冰盘两侧的防溢水肋,所述防溢水肋沿所述制冰格的上边缘向上凸伸,所述防溢水肋与所述第一侧壁和所述第二侧壁之间均留有间隙。

5.如权利要求4所述的制冰机,其特征在于,所述防溢水肋呈阶梯状,包括第一防溢水肋和第二防溢水肋,所述第一防溢水肋高于所述第二防溢水肋;所述壳体上设置有卡爪,所述卡爪与所述第一防溢水肋配合以限制所述制冰盘和壳体的相对移动。

6.如权利要求5所述的制冰机,其特征在于,所述壳体上设置有支撑筋,所述壳体通过所述支撑筋与所述制冰盘连接,所述支撑筋包括上下平行设置的两个筋板,所述制冰盘的一部分卡在所述两个筋板之间。

7.如权利要求6所述的制冰机,其特征在于,所述挡水侧壁内表面设置有至少两个导冰肋,所述至少两个导冰肋之间形成导冰通道。

8.如权利要求7所述的制冰机,其特征在于,所述导冰通道与所述制冰格的位置对应。

9.如权利要求1所述的制冰机,其特征在于,所述机架包括限位件,所述制冰盘相对于所述机架旋转到极限位置,所述接水部件与所述限位件抵接。

10.一种冰箱,包括箱体以及门体,所述箱体内限定有储物空间,所述门体用于打开/关闭所述箱体,其特征在于,还包括如权利要求1-9任一项所述制冰机,所述制冰机安装在所述箱体或所述门体上。

# 制冰机以及使用该制冰机的冰箱

**技术领域**

[0001]　　本发明涉及家用电器,尤其涉及一种制冰机以及使用该制冰机的冰箱。

**背景技术**

[0002]　　目前,为了满足用户的多样化需求,冰箱内会安装制冰机用于制冰。制冰机具有制冰盘用于接收制冰水并制冰。当向制冰机内制冰盘供水或者打开/关闭冰箱门时,制冰盘可能受到振动导致制冰盘中的水溅出。溅出的制冰水落到制冰盘下方的储冰盒中,易导致储冰盒中存储的分散的冰块粘结。

[0003]　　现有的制冰机通常在制冰盘边缘安装防溅水件,防溅水件的边缘与制冰盘的边缘紧密接触,制冰盘中溅出的水落到防溅水件的内表面后沿着防溅水件回落到制冰盘中。此类防溅水结构对防溅水件和制冰盘边缘的接触紧密性要求较高,但防溅水件与制冰盘之间的相对移动会导致制冰盘与防溅水件接触部位的磨损导致制冰盘与防溅水件之间接触不紧密,影响防溅水效果。

**发明内容**

[0004]　　本发明的一个目的在于提供一种制冰机,该制冰机具有接水部件用于接收从制冰盘中溅出的水,防止制冰水溅落到储冰盒中导致冰块粘结,该制冰机结构简单、磨损小、寿命长。

[0005]　　本发明提供了一种制冰机,包括机架;制冰盘,具有制冰格,所述制冰格具有用于接收制冰水的开口,所述制冰盘与所述机架旋转连接;驱动组件,所述驱动组件安装于所述机架上,用于驱动所述制冰盘旋转;还包括接水部件,所述接水部件与所述制冰盘固定连接;所述接水部件具有半封闭的壳体,所述制冰盘至少部分容置于所述壳体内,所述壳体包括位于所述制冰盘外侧的挡水侧壁以及沿着挡水侧壁向下延伸的底壁,挡水侧壁与所述制冰盘边缘之间留有间隙形成过水通道,所述底壁上设有容水空间,从所述制冰盘中溅出的制冰水经所述过水通道流入所述容水空间中。

[0006]　　优选的,所述挡水侧壁包括分别位于所述制冰盘两侧的第一侧壁和第二侧壁,所述第一侧壁和第二侧壁均连接所述底壁。

[0007]　　优选的,所述壳体的横截面包括弧面,所述弧面的轴线与所述制冰盘的旋转轴线同轴。

[0008]　　优选的,所述制冰机还包括设置在制冰盘两侧的防溢水肋,所述防溢水肋沿所述制冰格的上边缘向上凸伸,所述防溢水肋与所述第一侧壁和所述第二侧壁之间均留有间隙。

[0009]　　优选的,所述防溢水肋呈阶梯状,包括第一防溢水肋和第二防溢水肋,所述第一防溢水肋高于所述第二防溢水肋;所述壳体上设置有卡爪,所述卡爪与所述第一防溢水肋配合以限制所述制冰盘和壳体的相对移动。

[0010]　　优选的,所述壳体上设置有支撑筋,所述壳体通过所述支撑筋与所述制冰盘连接,

所述支撑筋包括上下平行设置的两个筋板,所述制冰盘的一部分卡在所述两个筋板之间。

[0011]　　优选的,所述挡水侧壁内表面设置有至少两个的导冰肋,所述至少两个导冰肋之间形成导冰通道。

[0012]　　优选的,所述导冰通道与所述制冰格的位置对应。

[0013]　　优选的,所述机架包括限位件,所述机架包括限位件,所述制冰盘相对于所述机架旋转到极限位置时,所述接水部件与所述限位件抵接。。

[0014]　　本发明还提供一种冰箱,包括箱体以及门体,所述箱体内限定有储物空间,所述门体用于打开/关闭所述箱体,其特征在于,还包括上述的制冰机,所述制冰机安装在所述箱体或所述门体上。

[0015]　　本发明提供的制冰机通过在制冰盘上固定安装接水部件以接收从制冰盘中溅出的制冰水,能够防止制冰水溅出,且结构简单,磨损小。

附图说明

[0016]　　图1为本发明优选的实施例制冰机的一个视角的立体示意图;

[0017]　　图2为本发明优选的实施例制冰机的另一视角的立体示意图;

[0018]　　图3为图1中的制冰机的制冰盘的立体示意图;

[0019]　　图4为图1中的制冰机的接水部件的立体示意图。

具体实施方式

[0020]　　下面将结合本发明实施例中的附图,对本发明实施例中的技术方案进行清楚、完整地描述,显然,所描述的实施例仅仅是本发明一部分实施例,而不是全部的实施例。基于本发明中的实施例,本领域普通技术人员在没有做出创造性劳动前提下所获得的所有其他实施例,都属于本发明保护的范围。

[0021]　　参见图1到图3,制冰机100包括机架110和制冰盘120,制冰盘120可旋转的安装在机架110上,制冰盘120具有若干制冰格121,制冰格121用于接收制冰水,在冰箱制冷系统的作用下将制冰格中的水冷冻成冰。具体的,制冰格121呈阵列排布,相邻的两个制冰格121之间连通,向任一制冰格121注入制冰水,制冰水均可流入到其他制冰格中。制冰机100还包括驱动组件130,驱动组件130安装在机架110上,用于驱动制冰盘120旋转。具体的,驱动组件130为电机,安装于机架110上用于驱动制冰盘120旋转。

[0022]　　制冰机100还包括接水部件140,用于接收从制冰盘120中飞溅出的制冰水。接水部件140与制冰盘120固定连接可随制冰盘120一起旋转。接水部件140具有半封闭的壳体,其开口方向与制冰格121的开口方向相同,制冰盘120至少部分容置于壳体内。壳体包括位于制冰盘120外侧的挡水侧壁141以及沿着挡水侧壁141向下延伸的底壁142,挡水侧壁141的顶部高于制冰盘120的边缘,挡水侧壁141与制冰盘120的边缘之间留有间隙,形成过水通道143,底壁142上设置有容水空间,从制冰盘120中溅出的水落到挡水侧壁141上后经过水通道143流入底壁142上的容水空间。

[0023]　　接水部件140用于接收从制冰盘120中溅出的水,其挡水侧壁141与制冰盘120的边缘之间留有间隙不会产生磨损,因此不会影响制冰盘120或接水部件140的使用寿命;即使安装接水部件140时出现安装误差或者使用制冰机100时接水部件140与制冰盘120之间发

生微小位移，也不会影响接水效果。

[0024]　　进一步的，制冰盘120上固定连接一个半封闭的壳体，挡水侧壁141包括分别位于制冰盘120两侧的第一侧壁和第二侧壁，第一侧壁和第二侧壁均与底壁142连接，底壁142上设置容水空间。在其它实施方式中，也可以是制冰盘120上设置两个分别与制冰盘120固定连接的独立的半封闭的壳体。而本实施方式中设置一个半封闭的壳体使得安装和制造更加方便。

[0025]　　进一步的，壳体的横截面包括弧面，弧面的轴线与制冰盘120的旋转轴线同轴，以提高接水部件140同制冰盘120一起旋转时的稳定性。具体的，壳体的横截面呈圆形，挡水侧壁141的顶部高于制冰格121的上边缘，且挡水侧壁141的顶部朝向制冰盘120中心延伸以增强挡水效果。壳体还包括两端板144，分别设置在底壁142两端连接底壁142和挡水侧壁141，底壁和两端板144之间的空间形成容水空间。

[0026]　　进一步的，参见图3、图4，制冰机100还包括设置在制冰盘120两侧防溢水肋150，防溢水肋150沿着制冰格121的边缘向上凸伸以防止制冰格121中的水溢出。具体的，防溢水肋150设置在制冰盘120两长边上，防溢水肋150可以与制冰盘120一体成型也可以单独制造后固定连接在制冰盘120上。防溢水肋150呈阶梯状，包括第一防溢水肋151和第二防溢水肋152，其中第一防溢水肋151高于第二防溢水肋152。壳体内表面与第一防溢水肋151对应位置设置有向制冰盘120中心凸伸的卡爪160，卡爪160与第一防溢水肋151配合能够限制制冰盘120与壳体的相对移动，利用第二防溢水肋152与壳体配合，结构简单，占用体积小，并且两者的相对固定更加可靠。

[0027]　　进一步的，壳体上设置有支撑筋170，支撑筋170与制冰盘120连接，支撑筋170包括上下平行设置的至少两个筋板，制冰盘120的一部分卡在两个筋板之间。具体的，壳体的内表面设置有四对支撑筋170，制冰盘120的端部卡在每对筋板之间，以保证支撑的可靠性。使用筋板支撑制冰盘120，结构简单，且便于拆卸与安装。

[0028]　　进一步的，挡水侧壁141上还设置有导冰肋180，具体的，导冰肋180沿垂直于制冰盘120旋转轴线方向延伸，两个相邻的导冰肋180之间形成导冰通道，导冰通道的宽度小于或者等于制冰格宽度，导冰通道与制冰格121相对应，即导冰通道设置于制冰格121的一侧与制冰格122对应的位置，从制冰格121中脱离的冰能够落入对应的导冰通道，制冰盘120脱冰时，冰块能够沿着导冰肋180滑动，防止接水部件140卡冰。

[0029]　　进一步的，制冰机100为扭转式制冰机100，机架110包括限位件111，当制冰盘120制冰脱冰时，制冰盘120以及接水部件140旋转，当接水部件140与限位件111抵接时，驱动组件130继续驱动制冰盘120旋转，制冰盘120以及接水部件140均发生扭转变形，制冰盘120脱冰，脱冰结束后，制冰盘120以及接水部件140恢复原形。在脱冰时，接水部件140与限位件111抵接发生扭转变形，能够防止仅制冰盘120发生扭转变形，从而防止制冰盘120与接水部件140之间发生相对移动，进而减小制冰盘120与接水部件140之间的磨损，增强制冰盘120和接水部件140的寿命同时提高防溅水可靠性。其中，制冰盘120与接水部件140均由软性材料制成。

[0030]　　本发明还提供了一种冰箱（图未示），冰箱包括箱体以及门体，箱体内限定有储物空间，门体用于打开/关闭箱体，冰箱门体或箱体上还安装有上述制冰机100。

[0031]　　虽然本说明书按照实施方式加以描述，但并非每个实施方式仅包含一个独立的技

术方案,说明书的这种叙述方式仅仅是为清楚起见,本领域技术人员应当将说明书作为一个整体,各实施方式中的技术方案也可以经适当组合,形成本领域技术人员可以理解的其他实施方式。

[0032]　　上文所列出的一系列的详细说明仅仅是针对本发明的可行性实施方式的具体说明,它们并非用以限制本发明的保护范围,凡未脱离本发明技艺精神所作的等效实施方式或变更均应包含在本发明的保护范围之内。