# EXHIBIT 1

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Tefoqu**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Wongic**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " |  |
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Amaxxo**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Bizaura**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: CyberChill**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." |  |
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Syintao**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendants: Roaaee, Chivalz, and Shakku**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Roromall**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant(s): Towallmark and ExploreHorizon**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Oylus**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |
| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant #: Haysky**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Flamemore**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |
|---|---|

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: RellyTech**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " |  |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Only**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: UJR**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Miraston**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Fohere**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." |  |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Auriswell**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Kelteroom**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: IceSwirls**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Danrelax**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Gasbye**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Wie**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Hewcham/Airpher**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: XianFeng**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Teendow**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: EastPlus**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Domem**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Dutepa**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Wizaura**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . . " |  |
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . . " | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendants: Inoviva and Relexnow**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



| | |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit 1: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

