# EXHIBIT 2

**Exhibit 2: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**

**Defendants:  Bizaura, Roromall, Wizaura, Shakku, Chivalz, UJR, Syintao, Roaaee, Miraston, RellyTech, Auriswell, Oylus, Kelteroom, Danrelax, ExploreHorizon, Flamemore, Towallmark, Haysky, Domem, EZBasics**

| U.S. Pat. No. D1,091,236 | Exemplary Infringement Evidence |
|---|---|
|  | |

**Exhibit 2: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**



**Exhibit 2: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**

**Defendants: Relexnow, Inoviva, CyberChill, Fohere, Wie, Vevor, Aobosi, Greenever, HCY**



**Exhibit 2: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**



**Exhibit 2: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**

**Defendants: Amaxxo, Only, Hewcham/Airpher, Teendow**



**Exhibit 2: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**

