**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 25-cv-25323-RAR-LOUIS**

SHARKNINJA OPERATING LLC, and
SHARKNINJA SALES COMPANY,

      Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT AS TO SUNVIVI

Plaintiffs, SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY, by and through undersigned counsel, hereby file this Agreed Motion for Entry of Consent Judgment and in support state as follows:

1.     On November 14, 2025, Plaintiffs SHARKNINJA OPERATING LLC, and SHARKNINJA SALES COMPANY, initiated litigation by filing a two count Complaint for Utility Patent Infringement (35 U.S.C. § 271) and Design Patent Infringement (35 U.S.C. § 271) (the "Action").

2.     Sunvivi is a defendant to the Action. *See* Schedule A [ECF No. 21-2].

3.     Plaintiffs and counsel for Sunvivi have engaged in settlement conferences and have resolved this matter as to Sunvivi. Plaintiffs and Sunvivi respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit A. The Sunvivi Consent Judgment finally

disposes of this matter on the terms set forth therein as to Sunvivi. Entry of the Sunvivi Consent

Judgment is a condition of Plaintiffs' resolution of this matter as to Sunvivi.

WHEREFORE, Plaintiffs, with the agreement of counsel for Sunvivi, respectfully request

entry of the Sunvivi Consent Judgment attached hereto as Exhibit A.

Respectfully submitted,

By:     /s/ *Kevin C. Kaplan*

**Kevin C. Kaplan, Esq.**
Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
**Christopher E. Cheek, Esq.**
Florida Bar No. 91363
ccheek@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261

*OF COUNSEL*:

**Brian Rosenthal** (admitted *pro hac vice*)
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York NY 10166-0193
Telephone:  (212) 351-4000

**Brian Buroker, Esq.** (admitted *pro hac vice*)
bburoker@gibsondunn.com
**Shuo Josh Zhang, Esq.** (admitted *pro hac vice*)
szhang@gibsondunn.com
**David Brzozowski, Esq.** (admitted *pro hac vice*)
dbrzozowski@gibsondunn.com
**Yun Lin, Esq.** (admitted *pro hac vice*)
rlin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  (202) 955-8500

2

**David Glandorf, Esq.** (admitted *pro hac vice*)
dglandorf@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Telephone:  (303) 298-5700

*Counsel for Plaintiffs SharkNinja Operating LLC
and SharkNinja Sales Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2025, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will provide notice by email to all counsel of record on the Service List below. I further certify that a true and correct copy of the foregoing will be posted to a designated website (https://s20251114sdfla.info/) where copies of the relevant available documents filed in this action may be found.

_/s/ Kevin C. Kaplan_
Kevin C. Kaplan

| **SERVICE LIST**<br>*SharkNinja Operating LLC, et al. v. The Individuals, Corporations, etc.*<br>**Case No. 25-CV-25323-RAR** | |
|---|---|
| **Ziqi Yu, Esq.**<br>procollider@pm.me<br>chiyu@114514.esq<br>5794 Bird Road, Unit 554<br>Miami, Florida 33155<br>Telephone: (415) 519-5274<br><br>*OF COUNSEL*:<br><br>**Weilian Song, Esq.** (admitted *pro hac vice*)<br>will@xyziplaw.com<br>XYZ LAW FIRM, LLP<br>2131 9th Street NW, Unit 1-565<br>Washington, D.C. 20001<br>Telephone:  (857) 869-1626<br><br>**Chengchen Xu, Esq.** (admitted *pro hac vice*)<br>cc.xu.iplaw@hotmail.com<br>418 Broadway #8555<br>Albany, New York 12207<br>Telephone:  (858) 280-5570<br><br>*Counsel for Defendants,*<br>*IceSwirls, Tefoqu, Wongic, Dutepa, Auriswell*<br>*(on Amazon), Auriswell (on Walmart),*<br>*Kelteroom*<br>*-and-*<br>*Third Party Respondents,*<br>*Grano Chef, oplace, POFABIK, BLIZZEE,*<br>*NLNYA, Nyzgax* | **Jianyin Liu, Esq.**<br>jamesliulaw@gmail.com<br>jianyin.cdc@gmail.com<br>THE LAW OFFICES OF JAMES LIU PLLC<br>15750 SW 92nd Avenue, Unit 20C<br>Palmetto Bay, Florida 33157<br>Telephone: (305) 209-6188<br><br>*Counsel for Defendants,*<br>*Velieta Direct (Seller ID:A2F6L2SBP8S37C)*<br>*and Lingmou (Seller ID:A1I3QAV9AFU29B),*<br>*DIGINAVI E-LINK (HONG KONG) LIMITED,*<br>*DEAPRULL, and SOZT-US*<br>*Bluebow*<br><br>*OF COUNSEL*:<br><br>**Richard Liu, Esq.** (admitted *pro hac vice*)<br>richard.liu@consultils.com<br>**Jared Xu, Esq.** (admitted *pro hac vice*)<br>jared.xu@consultils.com<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone:  (626) 628-8894<br><br>*Counsel for Defendant,*<br>*DIGINAVI E-LINK (HONG KONG) LIMITED* |

| | |
|---|---|
| **Adrienne C. Love, Esq.**<br>alove@stearnsweaver.com<br>aruddock@stearnsweaver.com<br>vliethen@stearnsweaver.com<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>106 East College Avenue, Suite 700<br>Tallahassee, Florida 32301<br>Telephone:   (850) 580-7200<br><br>*OF COUNSEL*:<br><br>**Benjamin Bai, Esq.** (admitted *pro hac vice*)<br>benjamin.bai@cn.kwm.com<br>KING & WOOD MALLESONS, LLP<br>50th Floor, 500 Fifth Avenue<br>New York, New York 10110<br>Telephone(s): (212) 319-4755<br>          (+86) 21-2412-6097<br><br>**Haolu Feng, Esq.** (admitted *pro hac vice*)<br>harry.feng@cn.kwm.com<br>**Yang Guo, Esq.** (admitted *pro hac vice*)<br>guoyang5@cn.kwm.com<br>KING & WOOD MALLESONS, LLP<br>17F, One ICC, 999 Middle Huai Hai Road<br>Shanghai 200031 China<br>Telephone(s): (206) 499-2956<br>          (+86) 21-2412-6097<br><br>*Counsel for Defendants,*<br>*Gasbye, Fohere, VNN, PAMBEE and WIE* | **Mitchell Abood, Esq.**<br>mabood@pecklaw.com<br>CSemper@pecklaw.com<br>sbateman@pecklaw.com<br>KOConnor@pecklaw.com<br>Tao.Liu@glacier.law<br>wei.wang@glacierlaw.com<br>PECKAR & ABRAMSON, P.C.<br>One Southeast Third Avenue, Suite 2000<br>Miami, Florida 33131<br>Telephone: (305) 358-2600<br>Facsimile:  (305) 375-0328<br><br>*Counsel for Defendants,*<br>*Ningbo Shangyou E-Commerce Co., Ltd., d/b/a Wizaura, Hubei Zhihuigu Technology Co., Ltd., d/b/a Wizaura, Ningbo Linglingqi Cross-Border E-Commerce Co., Ltd., d/b/a Wizaura, Dongdong Century (Hangzhou) Technology Co., Ltd.,d/b/a Syintao, Dongguan Shuhang Yilian (Hong Kong) Co., Ltd.., d/b/a Haysky, Ningbo Qichui Machinery Co., Ltd., d/b/a Roaaee, Changsha Shuohang E-Commerce Co., Ltd., d/b/a Chivalz, Anqing Xi'a Trading Co., Ltd., d/b/a Chivalz, Zhongshan Jiameng Office Supplies Co., Ltd., ., d/b/a Chivalz, Yantai Renqian E-Commerce Co., Ltd., d/b/a Roromall, Yantai Haiga Trading Co., Ltd., d/b/a Towallmark*<br>*and Third-Party Respondent Shenzhen Manyangda Trading Co., Ltd., d/b/a Lavilys*<br><br>*OF COUNSEL*:<br><br>**Kevin J. O'Connor, Esq.** (*pro hac vice* pending)<br>koconnor@pecklaw.com<br>PECKAR & ABRAMSON, P.C.<br>70 Grand Avenue<br>River Edge, New Jersey 07661<br>Telephone:  (201) 343-3434 |

| | **Wei Wang, Esq.** (*pro hac vice* pending)<br>wei.wang@glacier.law<br>**Tao Liu, Esq.** (*pro hac vice* pending)<br>tao.liu@glacier.law<br>GLACIER LAW LLP<br>41 Madison Avenue, Suite 2529<br>New York, New York 10010<br>Telephone: (212) 729-5073<br><br>*Counsel for Defendants,*<br>*Ningbo Shangyou E-Commerce Co., Ltd., d/b/a*<br>*Wizaura, Hubei Zhihuigu Technology Co., Ltd.,*<br>*d/b/a Wizaura, Ningbo Linglingqi Cross-Border*<br>*E-Commerce Co., Ltd., d/b/a Wizaura,*<br>*Dongdong Century (Hangzhou) Technology Co.,*<br>*Ltd.,d/b/a Syintao, Ningbo Qichui Machinery*<br>*Co., Ltd., d/b/a Roaaee, Changsha Shuohang E-*<br>*Commerce Co., Ltd., d/b/a Chivalz, Anqing Xi'a*<br>*Trading Co., Ltd., d/b/a Chivalz, Zhongshan*<br>*Jiameng Office Supplies Co., Ltd., ., d/b/a*<br>*Chivalz, Yantai Renqian E-Commerce Co., Ltd.,*<br>*d/b/a Roromall, Yantai Haiga Trading Co., Ltd.,*<br>*d/b/a Towallmark*<br>*and Yantai Kongqueju E-Commerce Co., Ltd.,*<br>*d/b/a ExploreHorizon,*<br>*Ningbo Mengshu Furniture Co., Ltd., d/b/a*<br>*Oylus, Ningbo Petbobi Pet Products Co., Ltd.*<br>*d/b/a Rellytech, and Ningbo Gaotong Business*<br>*Service Co., Ltd., d/b/a FlameMore,*<br>*Dongguan Shenzhaodao Trading Co., Ltd., d/b/a*<br>*Ezbasics*<br>*-and -*<br>*Third-Party Respondents,*<br>*Hangzhou Shuzhi Interactive Technology Co.,*<br>*Ltd., d/b/a WALKLINK, Yantai Zhirun E-*<br>*Commerce Co., Ltd., d/b/a, Garvee and Fuzhou*<br>*Mijia Electric Appliance Co., Ltd., d/b/a*<br>*REVOTIO* |
|---|---|
| **Shanshan Liang, Esq.**<br>sliang@customscourt.com<br>lcosta@customscourt.com<br>LIANG + MOONEY, PLLC<br>2104 Delta Way, Suite 1<br>Tallahassee, Florida 32303<br>Telephone: (850) 893-0670 | **Emily M. Heim, Esq.**<br>emilymarieheim540@gmail.com<br>emily@bayramoglu-legal.com<br>733 5th Avenue N., #3<br>St. Petersburg, Florida 33701<br>Telephone: (771) 777-8280 |

| | |
|---|---|
| *OF COUNSEL*: | *OF COUNSEL:* |
| **Lance Y. Liu, Esq.** (admitted *pro hac vice*)<br>lanceliu2000@gmail.com<br>15 Minuteman Circle<br>Southbury, Connecticut 06488<br>Telephone:  (203) 706-9536 | **Ude Lu, Esq.** (admitted *pro hac vice*)<br>ulu@pvipus.com<br>PV IP<br>6701 Democracy Boulevard, Suite 300<br>Bethesda, Maryland 20817<br>Telephone:  (301) 709-7703 |
| **Joseph A. Farco, Esq.** (admitted *pro hac vice*)<br>jfarco@bochner.law<br>BOCHNER PLLC<br>1040 Avenue of the Americas, 15th Floor<br>New York, New York 10018<br>Telephone:  (646) 971-0685 | **Donald R. McPhail, Esq.**<br>(admitted *pro hac vice*)<br>dmcphail@vcip.us<br>VANGUARD CREST P.C.<br>1500 K Street NW, Suite 228<br>Washington, D.C.<br>Telephone:  (771) 777-8280 |
| *Counsel for Defendants,*<br>*(1) Hewcham,*<br>*(2) Eastplus,*<br>*(3) Teendow*<br>*(4) VEVOR (Bestbuy),*<br>*(5) VEVOR (Walmart),*<br>*(6) VEVOR (Amazon)*<br>*(7) HCY Wholesale (Walmart),*<br>*(8) Amaxxo,* | *Counsel for Defendants,*<br>*Shenzhen Fengkai Ecommerce Co., Ltd. and*<br>*Hong Kong Huayun Economic & Trade Co., Ltd.* |
| *Third-Party Respondents,*<br>*(9) VEVOR Store Simplego,*<br>*(10) Eastplus-US*<br>*(11) Kitchen-Store USA,*<br>*(12) BloomMap,*<br>*(13) Vischic Direct,*<br>*(14) LINZHIKEJI,*<br>*(15) ZABINS,*<br>*(16) TATAANTY,*<br>*(17) TOKXTIK,*<br>*(18) LIAPOTT,*<br>*(19) CULVANI,*<br>*(20) Acaspresso,* | |
| *Third-Party Respondent,*<br>*a TX entity and not on Schedule A.*<br>*(21) ZDINGQIN LLC* | |

7

| | |
|---|---|
| **Ricardo A. Ampudia, Esq.**<br>ricardo.ampudia@rimonlaw.com<br>eric.cohen@rimonlaw.com<br>mengmeng.luo@rimonlaw.com<br>RIMON, P.C.<br>333 SE 2nd Avenue, Suite 2000<br>Miami, Florida 33131<br>Telephone:  (202) 991-1516<br><br>*Counsel for Defendant, Sunvivi* | |