# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25323-RAR

SHARKNINJA OPERATING LLC, *et al.*,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## CONSENT JUDGMENT

This Agreement is by and among:

SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja"); and Ningbo Huaxin Dianzi Shangwu Youxian Gongsi (Ningbo Huaxin E-Commerce Co., Ltd.)) d/b/a Sunvivi ("Sunvivi"). SharkNinja and Sunvivi are referred to collectively as the "Parties."

WHEREAS, SharkNinja is the owner of U.S. Patent Nos. 12,285,028 (the "'028 Patent" or the "Utility Patent") and D1,091,236 (the "'236 Design Patent" or the "Design Patent") (collectively, the "SharkNinja Patents") relating to frozen drink makers; and

WHEREAS, Sunvivi has been selling frozen drink maker products ("Sunvivi Products") online to consumers in the United States; the Sunvivi Products include the frozen drink maker products sold at the following listings, as well as any similar Sunvivi frozen drink machines that have only insubstantial differences with respect to the features claimed in the SharkNinja Patents:

1

- https://www.amazon.com/Sunvivi-Slushie-Machine-Home-Self-Cleaning/dp/B0F32Q55T6 (ASIN: B0F32Q55T6).

WHEREAS, SharkNinja and Sunvivi are involved in litigation in the United States District Court for the Southern District of Florida, Civil Action No. 2:25-cv-25323 (the "Action"), concerning, *inter alia*, the infringement by Sunvivi of the SharkNinja Patents through its sale, offers for sale, and importation of the Sunvivi Products into the United States, including the Southern District of Florida;

WHEREAS, in the Action, SharkNinja has asserted claims against Sunvivi for infringement of the SharkNinja Patents through its sale, offers for sale, and importation of the Sunvivi Products into the United States, including the Southern District of Florida; and

WHEREAS, the Parties now seek to resolve the Action without further litigation.

NOW, THEREFORE, for good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties intending to be legally bound do hereby agree as follows:

1. The Parties agree that the Sunvivi Products infringe at least the '236 Design Patent, that the SharkNinja Patents are valid, and that this Court has jurisdiction over the parties and subject matter.

2. Sunvivi agrees that Sunvivi will no longer manufacture, offer for sale, sell, or import into the United States any of the Sunvivi Products that may potentially infringe upon the '028 Patent and the '236 Design Patent the until the expiration of both SharkNinja Patents. As part of this agreement, Sunvivi agrees that it will not directly perform any such actions, nor will it indirectly cause any such actions, such as through the facilitation or encouragement of the manufacturing, offer for sale, sale, or importation of the Sunvivi Products through third parties or

intermediaries. For the sake of clarity, this agreement applies regardless of the sale method, including, but not limited to, sales through online marketplaces such as Amazon, direct internet sales, and in-store sales.

3. Sunvivi agrees that any remaining inventory of Sunvivi Products will be disposed of outside of the United States, as long as doing so does not infringe any non-US SharkNinja intellectual property.

4. SharkNinja agrees to forego any claim or right to monetary damages for infringement of the SharkNinja Patents from Sunvivi in this Action. For the sake of clarity, SharkNinja waives the right to any monetary damages from the manufacturing, offer for sale, sell, or importation into the United States any of the Sunvivi Product that has infringed the '028 Patent and the '236 Design Patent before the date of this agreement.

5. The Court retains jurisdiction to enforce this Judgment.

_____
RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Order:

SharkNinja

By: _____

Name: Tim Johnston

Title: SVP, Sr. Associate General Counsel

Date: 12/12/25

Sunvivi

By: _chuanchuan Tao_

Name: Chuanchuan Tao

Title: Sales manager

Date: 2025.12.12

4