UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-25323-RAR/LFL

SHARKNINJA OPERATING LLC, *et al.*,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.
_____/

**SCHEDULING ORDER REGARDING**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**THIS CAUSE**[1] is before the Court on the Plaintiffs' Motion for Entry of Preliminary Injunction Briefing and Hearing Schedule (ECF No. 104), to which certain Defendants' filed Responses in opposition, (ECF Nos. 104, 107, 108), and Plaintiffs filed a Reply, (ECF No. 119). The Court conducted a Scheduling Conference on December 12, 2025. As stated in Open Court, the Parties shall comply with the following schedule.

The Court will conduct two evidentiary hearings on Plaintiffs' Motion for Preliminary Injunction, (ECF No. 37).

---

[1] This case has been referred to the undersigned United States Magistrate Judge by the Honorable Rodolfo A. Ruiz, II, United States District Judge, to take all action as required by law. (ECF No. 101).

**I.      AN EVIDENTIARY HEARING IS SET FOR DECEMBER 19, 2025.**

At the Scheduling Conference, certain Parties sought immediate hearing and agreed to an evidentiary hearing to be held on **Friday, December 19, 2025 at 9:00 A.M**. This hearing will be conducted as to the following Defendants and Third-Party Respondents:[2]

A. Defendants and/or Third-Party Respondents represented at the Scheduling Conference by Attorney Joseph A. Farco (the "Farco Defendants") and named in Mr. Farco's Motion to Appear *Pro Hac Vice*, (ECF No. 90).

B. Defendants and/or Third-Party Respondents represented at the Scheduling Conference by Attorney Donald R. McPhail (the "McPhail Defendants") and named in Mr. McPhail's Motion to Appear *Pro Hac Vice*, (ECF No. 89).

C. Defendants and/or Third-Party Respondents represented at the Scheduling Conference by Attorney Jianyin Liu (the "Liu Defendants") and on whose behalf Mr. Liu filed an Opposition to Plaintiffs' Motion for Entry of Preliminary Injunction Briefing and Hearing Schedule, (ECF No. 105).

D. Defendants and/or Third-Party Respondents represented at the Scheduling Conference by Attorney Chengchen Xu (the "Xu Defendants") and named in Mr. Xu's Motion to Appear *Pro Hac Vice*, (ECF No. 102).

E. Defendants and/or Third-Party Respondents represented at the Scheduling Conference by Attorney Adrienne Love (the "Love Defendants") and on whose behalf Ms. Love filed a Second Amended Response in Opposition to Plaintiffs' Motion for Preliminary Injunction, (ECF No. 109).

With the exception of the Love Defendants (who have already responded to Plaintiffs' Motion), all Defendants due to appear at the first evidentiary hearing shall file their Responses in Opposition to Plaintiffs' Motion for Preliminary Injunction by **5:00 P.M., Wednesday, December 17, 2025**. Plaintiffs' Reply in support of their Motion shall be due by **5:00 P.M., Thursday, December 18, 2025**.

All exhibits for the evidentiary hearing shall be pre-marked for the hearing and served (<u>not filed</u>) on opposing counsel by no later than **December 17, 2025**. Also by **December 17, 2025**, the

---

[2] If the Court has erred in any respect in identifying which Defendants have agreed to appear at the December 19, hearing, Counsel must notice their objection by no later than December 17, 2025.

Parties shall confer regarding their exhibits to identify the exhibits to which they will stipulate to entry into evidence and to narrow their anticipated objections.

## II.     AN EVIDENTIARY HEARING IS SET FOR JANUARY 21, 2026.

Based upon the agreement of counsel, a second evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction is set for **Wednesday, January 21, 2026, at 9:00 A.M.** as to the following Defendants and Third-Party Respondents:

A. Defendants and/or Third-Party Respondents represented at the Scheduling Conference by Attorney Kevin J. O'Connor (the "Glacier Defendants") and on whose behalf Mr. O'Connor filed Defendants' Motion for Severance, (ECF No. 80). Also included among the Glacier Defendants are the entities listed in the Notice of Appearance filed by Attorney Mitchell Abood, (ECF No. 126).

The Glacier Defendants shall propound discovery requests on Plaintiffs on or before December 15, 2025. Plaintiffs shall respond to the Glacier Defendants' written discovery requests by December 29, 2025. Any deposition of Plaintiffs' Declarant shall be conducted the week of January 5, 2026. Plaintiffs' production of documents shall be completed by January 13, 2026.

The Glacier Defendants' Response to Plaintiffs' Motion for Preliminary Injunction shall be due on or before **January 13, 2026**. Plaintiffs' Reply thereto shall be due on or before **January 20, 2026**.

All exhibits for the evidentiary hearing shall be pre-marked for the hearing and served (<u>not filed</u>) on opposing counsel by no later than **January 17, 2026**. Also by **January 17, 2026**, the Parties shall confer regarding their exhibits to identify the exhibits to which they will stipulate to entry into evidence and to narrow their anticipated objections.

**DONE AND ORDERED** in open court in Miami, Florida, this 12th day of December, 2025.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE