**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 25-cv-25323-RAR**

SHARKNINJA OPERATING LLC, and
SHARKNINJA SALES COMPANY,

      Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.
_____/

**[PROPOSED] ORDER ON PLAINTIFFS' AND GLACIER DEFENDANTS'**
**STIPULATED MOTION TO MODIFY DEADLINES**

THIS CAUSE having come before the Court upon agreement of the parties and the Stipulated Motion to Modify Deadlines [ECF No. 142], and the Court having considered the Motion and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED**:

1. The Stipulated Motion to Modify Deadlines [ECF No. 142] is GRANTED.

2. Plaintiffs shall have through and until January 2, 2026 to respond to the Motion for Severance [ECF No. 80].

3. The Glacier Defendants shall have through and until January 7, 2026 to respond to the Complaint [ECF No. 1].

**DONE AND ORDERED** in Miami, Florida, on December, _____, 2025.

_____
**JUDGE LAUREN F. LOUIS**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to: All Counsel of Record