UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25323-RAR

SHARKNINJA OPERATING LLC, and
SHARKNINJA SALES COMPANY

      Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR
REMOTELY AT DECEMBER 19, 2025 HEARING**

THIS CAUSE having come before the Court on Defendants Gasbye, Fohere, VNN, PAMBEE and WIE's Unopposed Motion for Leave to Appear Remotely at December 19, 2025 Hearing. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Benjamin Bai, Haolu Feng and Yang Guo may appear and participate remotely at the December 19, 2025 hearing in this action on behalf of Defendants Gasbye, Fohere, VNN, PAMBEE and WIE.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of December 2025.

_____
**HONORABLE LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
All counsel of record