IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-25323-RAR

SHARKNINJA OPERATING LLC, and
SHARKNINJA SALES COMPANY,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,
    Defendants.

## DECLARATION OF CHEN JINGGE

I, Chen Jingge, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I make this declaration in support of Hong Kong Huayun Economic & Trade Co., Ltd.'s ("Huayun") Motion to dissolve ex parte TRO and opposition to SharkNinja Operating LLC and SharkNinja Sales Company's ("SharkNinja") Motion for Entry of a Temporary Restraining Order.

3. I am Design Department Manager and am knowledgeable about or have access to business records concerning key aspects of Huayun's product design, patents and other intellectual property, sales, online sales, advertising, marketing, and associated international operations. I make this declaration from matters within my own knowledge unless stated otherwise.

4. Huayun is operating under the seller identity "Inoviva" on e-commerce marketplaces.

5. I learned that Guangdong Weili Electrical Appliance Co., LTD. ("Weili") was a supplier/manufacturer for SharkNinja since approximately 2023.

6. I learned that SharkNinja entrusted Weili in approximately July 2023 to develop a new slushie machine.

7. I learned that by September 11, 2023, Weili's team had created a slushie machine design which covers some, if not all, significant parts of the subject matter claimed in both U.S. Patent Nos.12,285,028 (the "'028 Patent") and D1,091,236 (the "'236 Design Patent" or the "'236 Patent").

8. I learned that Weili disclosed this slushie machine to SharkNinja prior to January 18, 2024.

9. I learned that on January 20, 2025, Weili applied to Nanyue Notary Office, Guangzhou City, Guangdong Province, China, for notarization of preservation of evidence.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on December 3, 2025 in China.

DATED: December 3, 2025            Signed By:

*cheng Jingge*
Chen Jingge
Design Department Manager