# EXHIBIT 3

**From:** ashley@weili.com.cn <ashley@weili.com.cn>
**Sent:** Thursday, May 15, 2025 3:00 AM
**To:** Golob, Barry <BGolob@cozen.com>
**Cc:** Liddle, Bradley <BLiddle@cozen.com>; Pomeroy, Michael <MPomeroy@cozen.com>; 邓婉姬 <apple@weili.com.cn>
**Subject:** Re: Re:re.: Slush Ice Contract

**\*\*EXTERNAL SENDER\*\***

This email shows that Welly sent Ninjia our slushie and our quality standard.

[Embedded email screenshot: From liaorongkai@weili.com.cn to Richard Toledo, Larry Liu, Robbie, Cindy, RJ Ruenata, Jimmy Weng, 邓婉姬; dated 2023-05-26 15:01; attachment documents.zip (3 MB). Body: "Dear Richard & Larry, Enclosed please find the documents for Weili's (slushi machine) quality documents. Thank you and best regards, Barry Liao"]

**Ashley Zhang /Senior Sales Manager**

Tel/ Wechat/:  +86-13580487842

**Guangdong Welly Electrical Appliance Co.,Ltd**

Address: Fusha Industrial Park, Fusha Town, Zhongshan, Guangdong, China.

---

**From:** ashley@weili.com.cn
**Date:** 2025-05-15 14:57
**To:** BGolob
**CC:** BLiddle; MPomeroy; 邓婉姬
**Subject:** Re: Re:re.: Slush Ice Contract

This email shows that during the development, Ninjia rely on Welly to provide technical proposal.

[Embedded email screenshot: From liaorongkai@weili.com.cn, Sent: Wednesday, July 12, 2023 6:47 PM; To: Fredrick Ko, 吴祥安, 邓婉姬, 麦林军; Cindy, 吴倩仪, 张要伟, 卢锡清, 杨志强; Cc: Leo Lee, Andrew Deng, 李浩繁, 谢锦洪, 杨志强, Tony Li, Ryan Chen, Smith Shi, Scott Ho, Evan Gao, Robin Yin, Kevin Pei, Qi Chen, John Zeng, Abe Zhao, Rebecca Ye, barry, Barry Jia, William Xiong, Otto Sun, Benny Tan, Tranphy Quan, Roy Allen Cagaoan, Kin Li. Subject: P0 CAD design collaborating. Body: "Dear Fredrick, According to today's meeting, Weili and NPD team will be collaborating on P0 CAD. Attached are the three components that Weili would like assistance with in the design process."]



**Ashley Zhang /Senior Sales Manager**

Tel/ Wechat/:  +86-13580487842

**Guangdong Welly Electrical Appliance Co.,Ltd**

Address: Fusha Industrial Park, Fusha Town, Zhongshan, Guangdong, China.

**From:** ashley@weili.com.cn
**Date:** 2025-05-15 14:56
**To:** BGolob
**CC:** BLiddle; MPomeroy; 邓婉姬
**Subject:** Re: Re:re.: Slush Ice Contract

This email shows that Ninja kick off the slushie project with Welly on 4, July, 2023



**Ashley Zhang** /Senior Sales Manager
Tel/ Wechat/:  +86-13580487842
**Guangdong Welly Electrical Appliance Co.,Ltd**
Address: Fusha Industrial Park, Fusha Town, Zhongshan, Guangdong, China.

**From:** ashley@weili.com.cn
**Date:** 2025-05-15 14:53
**To:** BGolob
**CC:** BLiddle; MPomeroy; 邓婉姬
**Subject:** Re: Re:re.: Slush Ice Contract

This is the email that Ninja ask Welly to assign the patent to them.



**Ashley Zhang** /**Senior Sales Manager**

Tel/ Wechat/:　+86-13580487842

**Guangdong Welly Electrical Appliance Co.,Ltd**

Address: Fusha Industrial Park, Fusha Town, Zhongshan, Guangdong, China.

**From:** ashley@weili.com.cn
**Date:** 2025-05-15 14:51
**To:** BGolob
**CC:** BLiddle; MPomeroy; 邓婉姬
**Subject:** Re: Fw:re.: Slush Ice Contract

This the email that we sent the test report of our slushie maker to Europe customer on year 2021.



**Ashley Zhang** /**Senior Sales Manager**

Tel/ Wechat/:　+86-13580487842

**Guangdong Welly Electrical Appliance Co.,Ltd**

Address: Fusha Industrial Park, Fusha Town, Zhongshan, Guangdong, China.

**From:** ashley@weili.com.cn
**Date:** 2025-05-15 14:49
**To:** BGolob
**CC:** BLiddle; MPomeroy; 邓婉姬
**Subject:** Fw: Fw:re.: Slush Ice Contract

Dear Barry,

Below email shows that Welly signed exclusive agreement that Euro customer in 2022.

**Ashley Zhang** /Senior Sales Manager

Tel/ Wechat/:  +86-13580487842

**Guangdong Welly Electrical Appliance Co.,Ltd**

Address: Fusha Industrial Park, Fusha Town, Zhongshan, Guangdong, China.

Forwarded message:

- From：Rasmus Østergaard<ros@epiq.dk>
- Date：2022-08-11 19:03:52(中国 (GMT+08:00))
- To：詹雪芹<amy@weili.com.cn>
- Cc：
- Subject：re.: Slush Ice Contract

```
Hi Amy,
Enclosed please find the signed contract.
I believe this product will be a very big success for both of us __
Best regards
Epiq Aps
Rasmus H. Østergaard
E-mail: ros@epiq.dk


D. 11.08.2022 12.54 skrev "Epiq" <scan@dokscan.dk>:
    ==============================================================
    Please Open the attached document.
    This document was sent to you using ES8473 MFP
    Resolution: 200 dpi
    Color Mode: Auto
    Document Size: A4LEF
    Sent by: OKI-ES8473MFP-31D357<ES8473 MFP>
    Attachment File Format: Adobe PDF
    To view this document, you need to use the Adobe Reader.
    To get a free copy of the Adobe Reader, please visit:
     http://www.adobe.com/
```

**Notice:** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*