# EXHIBIT A

**Exhibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**

**Defendants:  Bizaura, Roromall, Wizaura, Shakku, Chivalz, UJR, Syintao, Roaaee, Miraston, RellyTech, Auriswell, Oylus, Kelteroom, Danrelax, ExploreHorizon, Flamemore, Towallmark, Haysky, Domen, EZBasics**

| U.S. Pat. No. D1,091,236 | Exemplary Infringement Evidence |
|---|---|



FIG. 1



Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence

FIG. 2

FIG. 3

2

Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence

Defendants: Relexnow, Inoviva, CyberChill, Fohere

| U.S. Pat. No. D1,091,236 | Infringement Evidence |
|---|---|
| <br>FIG. 1 | |
| <br>FIG. 2 | |

3

**Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**



FIG. 3

4



Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence



FIG. 3

6

Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence

Defendants: Bluebow, Deaprull, Sozt, Casidea

| U.S. Pat. No. D1,091,236 | Infringement Evidence |
|---|---|
| FIG. 1 | |
| FIG. 2 | |

7

Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence



FIG. 3

8



**Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**

**Defendants: Wongic, Tefoqu, Dutepa, IceSwirls, XianFeng**

| U.S. Pat. No. D1,091,236 | Infringement Evidence |
|---|---|
| FIG. 1 | |
| FIG. 2 | |

9

**Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**



FIG. 3

10

Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence

Defendants: Velieta, Sozt, Rapsuar, Hooure



11

**Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence**



FIG. 3

12

Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence

Defendants: Wie, VNN, Pambee

| U.S. Pat. No. D1,091,236 | Infringement Evidence |
|---|---|
| FIG. 1 | |
| FIG. 2 | |

13

Exewibit A: U.S. Pat. No. D1,091,236 Patent Infringement Evidence



FIG. 3