# EXHIBIT B

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Tefoqu**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

2

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Wongic**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



| | |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |
| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

4

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Amaxxo**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit B:** U.S. Pat. No. 12,285,028 Patent Infringement Evidence

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

6

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Bizaura**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: CyberChill**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

9

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ."

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."

10

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Syintao**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

12

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . . " |  |

13

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendants: Roaaee, Chivalz, and Shakku**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

14

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

15

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Roromall**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

16

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant(s): Towallmark and ExploreHorizon**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

18

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

19

Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence

Defendant: Oylus

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

20

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

21

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant #: Haysky**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

22

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Flamemore**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: "... the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom ..." | |
| Cl. 1[a]: "... the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, ..." | |

24

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



25

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: RellyTech**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

26

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." |  |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Only**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

29

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

30

**Defendant: UJR**

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

31

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



Asymmetric Wall Portion

Side Baffle

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Miraston**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

33

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

34

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Fohere**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

35

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ."

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Auriswell**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

37

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Kelteroom**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

39

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: IceSwirls**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

41


**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Danrelax**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

43

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

44

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Gasbye**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

45

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



**Defendant: Wie**

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

47

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



48

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Hewcham/Airpher**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

49

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



50

**Defendant: XianFeng**

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

51

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: " . . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . . " |  |

52

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Teendow**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

53

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



54

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: EastPlus**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

55

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."



Asymmetric Wall Portion

Side Baffle

56

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Domem**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: " . . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  |

**Defendant: Dutepa**

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |
| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |

59

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

| | |
|---|---|
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." |  Asymmetric Wall Portion — Side Baffle |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendant: Wizaura**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: ". . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



| Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ." | |
| Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ." | |

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

**Defendants: Inoviva and Relexnow**

| U.S. Pat. No. 12,285,028 (Exemplary Limitations) | Infringement Evidence |
|---|---|
| Cl. 1[a]: " . . . the vessel chamber comprising a front, a rear, a right side, a left side, a top, and a bottom . . ." | |

63

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



Cl. 1[a]: ". . . the vessel chamber comprising at least one asymmetric wall portion proximate to at least one of the front or the top of the vessel chamber, . . ."

64

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**



Cl. 1[b]: ". . . wherein the at least one asymmetric wall portion comprises a side baffle configured to extend laterally along the left side or the right side of the vessel chamber, . . ."

65

**Exhibit B: U.S. Pat. No. 12,285,028 Patent Infringement Evidence**

