# EXHIBIT C

合同编号：HW-2023-127
日  期：2023-05-11
上海部门：

# SharkNinja Product Procurement Supplier Agreement

## 尚科宁家产品采购供应商合同

This Product Procurement Supplier Agreement (this "Agreement"), dated as of April 21, 2023 (the "**Effective Date**"), is entered into by and between Zhongshan Donlim Weili Electrical Appliances Co., Ltd., having its principal place of business at Fusha Industrial Park Fusha Town, Zhongshan City, Guangdong Province, China ("Supplier"), and SHARKNINJA (HONG KONG) COMPANY LIMITED, with its principal place of business at 21/F, 238 DES Voeux Road Central, Sheung Wan, Hong Kong ("SharkNinja"). Supplier and SharkNinja are each sometimes referenced herein as a "**Party**" or collectively as the "**Parties**."

本产品采购供应商合同（"合同"）由以下两方于 2023 年 4 月 21 日（"生效日"）签订：中山东菱威力电器有限公司，其主营业地为广东省中山市阜沙镇阜沙工业园 （"供应商"）：和尚科宁家（香港）股份有限公司，其主营业地为香港上环德辅道中 238 号 21 楼（"尚科宁家"）。供应商和尚科宁家在本合同中不时单称为"一方"，合称为 "双方"。

WHEREAS, **Supplier** is in the business of manufacturing and selling Washing machine, microwave ovenrefrigeration products;

鉴于，供应商从事[洗衣机，微波炉和制冷产品]制造、销售业务；

WHEREAS, **SharkNinja** wishes to purchase from **Supplier** certain **Goods** (as defined below), either directly or indirectly through an original equipment manufacturer authorized in writing by **SharkNinja** to purchase **Goods** from **Supplier**; and

鉴于，尚科宁家希望向供应商采购特定货物（定义见下文），既可以是直接采购，也可以通过经尚科宁家书面授权的原始设备制造商间接从供应商处采购货物；以及

WHEREAS, **Supplier** desires to manufacture and sell the **Goods** to SharkNinja.

鉴于，供应商希望制造并向尚科宁家销售货物。

NOW, THEREFORE, in consideration of the mutual covenants, terms and conditions set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the **Parties** agree as follows:

鉴此，基于本合同中所载的相互承诺、条款和条件以及在此确认业已收讫的其他充分、有效且有价值的对价，双方达成约定如下：

1.      **Definitions**. The bold terms have the meanings set forth in this **Agreement** or referred to in this Section:

1.      **定义**。以粗体显示的术语具有本合同或本节规定的含义：

        1.1      "**Affiliate**" of a Person means any other Person that directly or indirectly, through one or more intermediaries, **Controls**, is **Controlled** by, or is under common **Control** with, such **Person**.

"关联方"，就任何人而言，是指直接或通过一个或多个中间人间接控制该人、受该人控制、或与该人共同受控制的任何其他人。

1.2　"Authorized OEM" means an original equipment manufacturer authorized in writing by SharkNinja to purchase Goods from Supplier.

"授权原始设备制造商"是指经尚科宁家书面授权向供应商采购货物的原始设备制造商。

1.3　"Background Intellectual Property Rights" means SharkNinja's Intellectual Property Rights or Supplier's Intellectual Property Rights, as applicable, that is owned by either Party as of the Effective Date.

"背景知识产权"是指任何一方自生效日起拥有的相关尚科宁家知识产权或相关供应商知识产权。

1.4　"Bailed Property" has the meaning set forth in Section 17.1.

"托管财产"具有第 17.1 条规定的含义。

1.5　"BOM" has the meaning set forth in Section 5.1.

"物料清单" 具有第 5.1 条规定的含义。

1.6　"Confidential Information" has the meaning set forth in Section 16.1.

"保密信息" 具有第 16.1 条规定的含义。

1.7　"Confirmation" has the meaning set forth in Section 3.2.

"确认书" 具有第 3.2 条规定的含义。

1.8　"Control" (and with correlative meanings, the terms "Controlled by" and "under common Control with") means, with respect to any Person, the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of another Person, whether through the ownership or voting securities, by contract, or otherwise.

"控制"（以及其相关含义、"受控制"和"共同受控制"两词），就任何人而言，是指直接或间接拥有指挥或促使他人指挥其他人的管理或政策的权力，无论是通过所有权、有表决权证券、合同还是其他方式。

1.9　"Defective" means not conforming to the product warranty set forth in Section 10 of this Agreement.

"缺陷"是指不符合本合同第 10 条规定的产品保证。

1.10　"Goods" means Goods shipped by Supplier to SharkNinja or an Authorized OEM pursuant to this Agreement, including the goods identified on Schedule A and described in the Specifications.

"货物"是指供应商根据本合同发运给尚科宁家或授权原始设备制造商的货物，包括附表 A 中所确定的、规格中所描述的货物。

1.11　"Development Information" has the meaning set forth in Section 14.1.

"开发信息" 具有第 14.1 条规定的含义。

1.12   **"Development Phase(s)"** has the meaning set forth in Section 14.1.
"开发阶段" 具有第 14.1 条规定的含义。

1.13   **"Delivery Date"** means the delivery date for the **Goods** specified in the applicable **Purchase Order**.
"交货日期"是指相关采购订单中规定的货物的交货日期。

1.14   **"Delivery Location"** means the delivery locations for the **Goods** specified in the applicable **Purchase Order**.
"交货地点"是指相关采购订单中规定的货物的交货地点。

1.15   **"Disclosing Party"** has the meaning set forth in Section 16.1.
"披露方" 具有第 16.1 条规定的含义。

1.16   **"Documentation"** means any and all manuals, instructions, specifications and other documents and materials in any form or medium that **Supplier** generally makes available to **SharkNinja** and that describe the **Supplier Products'** operation, use, support, maintenance or other features.
"文档"是指供应商通常提供给尚科宁家的、描述供应商产品操作、使用、支持、维护或其他功能的任何形式或媒介的任何及所有手册、说明、规格以及其他文件和材料。

1.17   **"ECN"** has the meaning set forth in Section 7.3.
"工程变更通知" 具有第 7.3 条规定的含义。

1.18   **"Equipment"** means, collectively, "equipment" (as that term is defined in UCC Section 9-102(a)(33)) that is used in the manufacture, production or assembly of **Goods** by **Supplier**, and all machinery, equipment, furnishings and fixtures (as such terms are defined in UCC Section 9-102) and Tooling (as defined below) now owned or hereafter acquired by **Supplier**, of any kind, nature or description, as well as all (a) additions to, substitutions for, replacements of and accessions to any of the foregoing items, (b) attachments, components, parts (including spare parts) and accessories installed thereon or affixed thereto, and (c) **Intellectual Property Rights** in connection with the foregoing.
"设备"统指供应商制造、生产或组装货物时所使用的 "设备" （定义见《美国统一商法典》第 9-102(a)(33)条）：以及供应商现在拥有或此后获得的任何种类、性质或类型的所有机器、设备、装备、固定装置（定义见《美国统一商法典》第 9-102 条）和工具（定义见下文）：以及所有（a）上述任何物品的附加物、代替物、替换件和新增件，（b）安装或附在上述任何物品上的附件、组件、零件（包括备件）和配件，以及（c）与上述任何物品相关的知识产权。

1.19   **"Force Majeure Event"** has the meaning set forth in Section 20.17.
"不可抗力事件" 具有第 20.17 条规定的含义。

1.20   **"Foreground Intellectual Property Rights"** means any and all of the **Intellectual Property Rights** developed with respect to, or for incorporation into, the **Goods**, that are either developed by **SharkNinja** alone, by **SharkNinja** and **Supplier** jointly, or by

3

**Supplier** in connection with this **Agreement**, including all **Development Information, Source Code**, and any modifications, improvements, or derivatives of either **Party's Background Intellectual Property Rights** that are developed with respect to, or for incorporation into, the **Goods**.

"前景知识产权"是指尚科宁家单独开发的、尚科宁家与供应商共同开发的或供应商因本合同开发的任何及所有与货物相关的或供应入货物的知识产权，包括所有的开发信息、源代码、以及针对任何一方背景知识产权开发的与货物相关的或供应入货物的任何修改、改进或衍生内容。

1.21   "**GAAP**" means US generally accepted accounting principles in effect from time to time.

"通用会计准则"是指不时生效的美国通用会计准则。

1.22   "**Indemnifying Party**" has the meaning set forth in Section 11.3.
"赔偿方" 具有第 11.3 条规定的含义。

1.23   "**Inspection Period**" has the meaning set forth in Section 4.4.
"检验期" 具有第 4.4 条规定的含义。

1.24   "**Intellectual Property Rights**" means any and all industrial and other intellectual property rights including, but not limited to: (i) **Patents**; (ii) **Trademarks**; (iii) internet domain names, whether or not **Trademarks**, registered by any authorized private registrar or governmental authority, web addresses, web pages, website, and URLs; (iv) works of authorship, expressions, designs and design registrations, whether or not copyrightable, including copyrights and copyrightable works, software and firmware, application programming interfaces, architecture, files, records, schematics, data, data files, and databases and other specifications and documentation; (v) trade secrets; (vi); mask rights; and (vii) all industrial and other intellectual property rights, and all rights, interests and protections that are associated with, equivalent or similar to, or required for the exercise of, any of the foregoing, however arising, in each case whether registered or unregistered and including all registrations and applications for, and renewals or extensions of, such rights or forms of protection pursuant to the laws of any jurisdiction throughout in any part of the world.

"知识产权"是指任何和所有工业和其他知识产权，包括但不限于：（i）专利；（ii）商标；（iii）任何授权私人注册机构或政府机构注册的互联网域名（无论是否为商标）、网址、网页、网站和统一资源定位符；（iv）著作作品、表达作品、设计作品和设计登记作品，不论是否可受著作权保护，包括著作权和可受著作权保护的作品、软件和固件、应用程序编程接口、架构、文件、记录、示意图、数据、数据文件和数据库以及其他规格和文档；（v）商业秘密；（vi）掩膜作品权；以及（vii）所有工业和其他知识产权，以及与上述任何一项有关的、同等的或类似的或为行使上述任何一项而必需的所有权利、利益和保护（不论是怎样获得的），不论登记与否，包括根据世界上任何地方任何司法辖区的法律对该等权利或保护形式进行的所有登记、申请和延展或续期。

1.25   "**Losses**" has the meaning set forth in Section 11.1.
"损失" 具有第 11.1 条规定的含义。

1.26  **"Maintenance Release"** means any update, new release, enhancement or other adaptation or modification of a **Supplier Product**, including any updated **Documentation**, that **Supplier** generally makes available free of charge to its licensees from time to time during the **Term**, which may contain, without limitation, error corrections, bug fixes, patches, workarounds or minor enhancements.

"维护版本"是指供应商通常在期限内不时免费向其被许可方提供的供应商产品的任何更新版、新版本、增强版或其他改编版或修改版，包括任何更新的文档，可能包含（但不限于）错误更正、故障修复、补丁、权变措施或微小改进。

1.27  **"New Version"** means any new version of the **Supplier Product** that **Supplier** may from time to time during the **Term** introduce and market generally as a distinct licensed product.

"新版本"是指供应商在期限内不时（一般作为不同许可产品）推出并推销的供应商产品的任何新版本。

1.28  **"Nonconforming Goods"** means any goods received by **Supplier** from **SharkNinja** that: (i) do not conform to the make listed in the applicable **Purchase Order**; (ii) do not fully conform to the **Specifications**; (iii) on visual inspection, **SharkNinja** determines are otherwise **Defective**; or (iv) exceed the quantity of **Goods** ordered by **SharkNinja** pursuant to this **Agreement** or any **Purchase Order**. Where the context requires, **Nonconforming Goods** are deemed to be **Goods** for purposes of this **Agreement**.

"不合格货物"是指供应商从尚科宁家收到的任何货物：（i）不符合相关采购订单中列出的型号；（ii）不完全符合规格；（iii）在目视检验时，尚科宁家认为存在其他缺陷；或（iv）超出尚科宁家根据本合同或任何采购订单订购的货物数量。就本合同而言，不合格货物被视为货物，视上下文需要而定。

1.29  **"Patents"** means any and all patents, including all reissues, divisionals, provisionals, continuations and continuations-in-part, re-examinations, renewals, substitutions and extensions thereof, patent applications, and other patent rights and any other governmental authority-issued indicia of invention ownership (including inventor's certificates, petty patents, and patent utility models).

"专利"是指任何和所有专利，包括其所有再公告、分案、临时、延续和部分延续、复审、续展、替代和续期申请案、专利申请、和其他专利权以及任何其他政府机构颁发的发明所有权标志（包括发明人证书、小专利和实用新型专利）。

1.30  **"PCB"** has the meaning set forth in Section 14.1.
"印刷电路板"具有第 14.1 条规定的含义。

1.31  **"PCBA"** has the meaning set forth in Section 14.2.
"印刷电路板组件"具有第 14.2 条规定的含义。

1.32  **"PCBA Software"** has the meaning set forth in Section 14.2.
"印刷电路板组件软件"具有第 14.2 条规定的含义。

1.33   **"Permits"** means permits, licenses, franchises, approvals, authorizations, registrations, certificates, variances and similar rights obtained or required to be obtained, from any governmental authority.

"许可"是指从任何政府机构获得的或必须从任何政府机构获得的许可、执照、特许、批准、授权、登记、证书、豁免和类似权利。

1.34   **"Person"** means any individual, partnership, corporation, trust, limited liability entity, unincorporated organization, association, governmental authority or any other entity.

"人"是指任何个人、合伙企业、法人团体、信托、有限责任实体、非法人团体、协会、政府机构或任何其他实体。

1.35   **"PP"** has the meaning set forth in Section 14.1.

"预生产阶段"具有第 14.1 条规定的含义。

1.36   **"Purchase Order"** means SharkNinja's or its **Authorized OEM's** purchase order issued to **Supplier** hereunder, which may, among other things, specify items such as: (i) the **Goods** to be purchased; (ii) the quantity of each of the **Goods** ordered; (iii) the **Delivery Date**; (iv) the unit price for each of the **Goods** to be purchased; (v) the billing address; and (vi) the **Delivery Location**; in each case, including all terms and conditions attached to, or incorporated into, such **Purchase Order**.

"采购订单"是指尚科宁家或其授权原始设备制造商根据本合同向供应商发出的采购订单,除其他事项外,该等采购订单可规定如下项目: (i) 拟采购的货物; (ii) 所订购的每种货物的数量; (iii) 交货日期; (iv) 拟采购的每种货物的单价; (v) 账单地址; 以及 (vi) 交货地点; 还包括该采购订单所附的或包含的所有条款和条件。

1.37   **"Receiving Party"** has the meaning set forth in Section 16.1.

"接收方"具有第 16.1 条规定的含义。

1.38   **"Reimbursement Authorization"** has the meaning set forth in Section 17.2(b).

"偿付授权书"具有第 17.2(b)条规定的含义。

1.39   **"Representatives"** means a **Party's Affiliates** and each of their respective personnel, officers, directors, partners, shareholders, attorneys, third-party advisors, successors and permitted assigns.

"代表"是指一方的关联方及其各自的人员、管理人员、董事、合伙人、股东、律师、第三方顾问、继受人和许可受让人。

1.40   **"Rolling Forecast"** has the meaning set forth in Section 3.3.

"滚动预测"具有第 3.3 条规定的含义。

1.41   **"SharkNinja Indemnitees"** has the meaning set forth in Section 11.1.

"尚科宁家受偿方"具有第 11.1 条规定的含义。

1.42   "**SharkNinja PLM System**" has the meaning set forth in Section 14.1.
"尚科宁家产品生命周期管理系统" 具有第 14.1 条规定的含义。

1.43   "**SharkNinja Products**" means any and all product developed, marketed or sold by **SharkNinja**.
"尚科宁家产品" 是指任何及所有由尚科宁家开发、推销或销售的任何及所有产品。

1.44   "**SharkNinja's Intellectual Property Rights**" means all **Intellectual Property Rights** owned by or licensed to **SharkNinja**, including all **Foreground Intellectual Property Rights** and any of **SharkNinja's Background Intellectual Property Rights** used in the design, production, and manufacturing of the **Goods**.
"尚科宁家知识产权" 是指尚科宁家拥有的或许可给尚科宁家的所有知识产权，包括所有前景知识产权和用于货物设计、生产和制造的任何尚科宁家背景知识产权。

1.45   "**Source Code**" has the meaning set forth in Section 14.2.
"源代码" 具有第 14.2 条规定的含义。

1.46   "**Specifications**" means the product specifications as set forth in **Schedule A**.
"规格" 是指附表 A 中规定的产品规格。

1.47   "**Supplier Indemnitees**" has the meaning set forth in Section 11.2.
"供应商受偿方" 具有第 11.2 条规定的含义。

1.48   "**Supplier's Intellectual Property Rights**" means all **Intellectual Property Rights** owned by or licensed to **Supplier**, including all of **Supplier's Background Intellectual Property Rights** used in the design, production, and manufacturing of the **Goods**.
"供应商知识产权" 是指供应商拥有的或许可给供应商的所有知识产权，包括在设计、生产和制造货物时使用的所有供应商背景知识产权。

1.49   "**Supplier Products**" means all or any part of any of the software products identified as **Supplier Products** in **Schedule A**, in both object code and source code, including all modifications, corrections, adaptations, translations, enhancements, other derivative works, **Maintenance Releases**, and any **New Version**, and all related **Documentation**.
"供应商产品" 是指附表 A 中以目标代码和源代码为供应商产品的任何软件产品的所有或任何部分，包括所有修改、更正、改编、翻译、增强、其他衍生作品、维护版本和任何新版本、以及所有相关文档。

1.50   "**Supplier's Property**" has the meaning set forth in Section 17.5.
"供应商财产" 具有第 17.5 条规定的含义。

1.51   "**Term**" shall have the meaning set forth in Section 6.1.
"期限" 具有第 6.1 条规定的含义。

1.52   "**Tooling**" means, collectively, all tooling, dies, test and assembly fixtures, gauges, jigs, patterns, casting patterns, cavities, molds, and documentation (including engineering specifications and test reports) used by **Supplier** in connection with its manufacture and sale of the **Goods**, together with any accessions, attachments, parts, accessories, substitutions, replacements and appurtenances thereto.

"工具"统指供应商在制造和销售货物过程中使用的所有工具、模具、测试和装配夹具、测量仪器、治具、模型、铸型、模腔、铸模和文档（包括工程规格和测试报告），以及其任何新增件、附件、零件、配件、代替物、替换件和附属物。

1.53   "**Trademarks**" means all rights in and to US and foreign trademarks, service marks, trade dress, trade names, brand names, logos, symbols, corporate names and domain names and other similar designations of source, sponsorship, association or origin, together with the goodwill symbolized by any of the foregoing, in each case whether registered or unregistered and including all registrations and applications for, and renewals or extensions of, such rights and all similar or equivalent rights or forms of protection in any part of the world.

"商标"是指美国和外国商标、服务商标、商业外观、商号、品牌名称、标识、符号、公司名称和域名以及其他类似的来源、赞助、协会或原产地标记的所有权利，以及上述任何一项所象征的商誉，不论注册与否，包括在世界上任何地方对该等权利和所有类似或同等权利或保护形式进行的所有注册、申请和续展或续期。

## 2.   Purchase and Sale of Goods.   采购和销售货物。

2.1   Purchase and Sale. Subject to the terms and conditions of this **Agreement**, **SharkNinja** or an **Authorized OEM** may purchase **Goods** from **Supplier**, and **Supplier** shall manufacture and sell **Goods** to **SharkNinja** or an **Authorized OEM**, as the case may be, at the prices agreed upon in writing between **SharkNinja** or its **Authorized OEM** and **Supplier**, as the case may be:  In the event that an **Authorized OEM** purchases **Goods**, the **Authorized OEM** will be responsible for all payments of **Goods** to **Supplier** and **SharkNinja** shall not be liable in any way for any amounts owed to **Supplier** unless **SharkNinja** has expressly and separately agreed to pay for such amounts in writing. Schedule A contains: (a) the **Specifications** (if in existence at the time of this **Agreement**); (b) purchase price and payment terms for the **Goods** to reflect the purchase of **Goods** made directly by **SharkNinja**; and (c) formula for **Tooling** costs; (d) **Delivery Location** and **Delivery Date(s)**; (e) list of **Authorized OEMs** that may purchase **Goods** under this **Agreement**, if any; and (f) a list of **Supplier Products** provided under this **Agreement**.  The **Parties** shall, from time to time, amend **Schedule A** to reflect any agreed revisions to any of the terms described in the foregoing clauses (a)-(f); **SharkNinja** may modify any **Schedule** in this **Agreement** by providing notice to the **Supplier**, and any such amendment or modification shall become effective immediately upon delivery of such notice. **SharkNinja**'s failure to provide **Specifications** shall not relieve **Supplier** from its obligations under this **Agreement** or under any applicable **Purchase Order**.

采购和销售。在遵守本合同条款和条件的前提下，尚科宁家或授权原始设备制造商可以从供应商处采购货物，而供应商应按照尚科宁家或其授权原始设备制造商（视情况而定）与供应商书面约定的价格，制造并向尚科宁家或其授权原始设备制造商（视情况而定）销售货物。如果系由授权原始设备制造商采购货物，授权原始设备制造商应负责向供应商支付货物的所有款项，并且除非尚科宁家以书面形式明确并单独同意

支付此类款项，否则尚科宁家不以任何方式对欠供应商的任何款项负责。附表 A 包含：
（a）规格（如果在本合同签订时存在的话）；（b）货物的购买价格和付款条件，以反映
尚科宁家直接购买货物的情况；（c）工具成本的公式；（d）交货地点和交货日期；
（e）可能根据本合同购买货物的授权原始设备制造商名单（如有）；以及（f）根据本合
同提供的供应商产品清单。双方应不时修订附表 A，以反映按约定对上述（a）-（f）项
中所述任何条款进行的任何修订：尚科宁家可向供应商发出通知，修改本合同中的任何
附表，且任何此类修订或修改应在该通知发出后立即生效。供应商在本合同或任何相关
采购订单下的义务不因尚科宁家未能提供规格而免除。

2.2   Other Terms; Order of Precedence. The Parties intend for the express terms and
conditions contained in this **Agreement** (including any Schedules hereto) and in any **Purchase
Order** that are consistent with the terms and conditions of this **Agreement** to exclusively govern
and control the respective rights and obligations of **SharkNinja**, any **Authorized OEM** and
**Supplier**, as the case may be, regarding the manufacture, purchase and sale of the **Goods**, and
**SharkNinja's**, any **Authorized OEM's** or **Supplier's** agreement, as the case may be, is
expressly limited to such terms and conditions. Notwithstanding the foregoing, if any terms and
conditions contained in a **Purchase Order** or any agreement between an **Authorized OEM** and
**Supplier** supplement or conflict with any terms and conditions contained in this **Agreement**, the
applicable term or condition of this **Agreement** will prevail and such additional, contrary or
different terms will have no force or effect. Without limitation of anything contained in this
Section, any additional, contrary or different terms contained in any **Confirmation** (as defined in
Section 3.2 below), **Purchase Order** or any of **Supplier's** invoices or other communications,
and any other attempt to modify, supersede, supplement or otherwise alter this **Agreement**, are
deemed rejected by **SharkNinja** and will not modify this **Agreement** or be binding on the
**Parties** unless such terms have been fully approved in a signed writing by authorized
**Representatives** of both Parties.

其他条款：优先顺序。双方希望本合同（包括本合同的任何附表）中以及与
本合同条款和条件一致的任何采购订单中包含的明确条款和条件排他性地管理并控制尚
科宁家、任何授权原始设备制造商和供应商（视情况而定）各自对货物制造、采购和销
售的权利和义务。并且尚科宁家、任何授权原始设备制造商或供应商（视情况而定）的
合同（视情况而定）均明确受限于该等条款和条件。尽管有上述规定，如果任何采购订
单中授权原始设备制造商和供应商之间的任何合同中包含的任何条款和条件与本合同
中包含的任何条款和条件相互补充或冲突，则以本合同的相关条款或条件为准，且该等
附加的、意思相反的或不一致的条款不应发生效力。在不限制本条款所包含的任何内容的
情况下，任何确认书（定义见下文第 3.2 条）、采购订单或任何供应商的发票或其他通信
中包含的任何附加的、意思相反的或不一致的条款，以及任何其他修改、取代、补充或以
其他形式变更本合同的企图，均视为已被尚科宁家拒绝接受，并且不会修改本合同或对
双方有约束力，除非该等条款已由双方授权代表签署书面文件予以完全批准。

2.3   No Right to Manufacture and Sell Goods to Other Parties. **Supplier** shall not
manufacture or sell to any **Person** other than **SharkNinja** or its **Authorized OEMs**, or enter into
any agreement with any **Person** other than **SharkNinja** related to the manufacture or sale of, the
**Goods** that are prepared for **SharkNinja** based upon the **Specifications** as set forth in **Schedule
A. Supplier** shall not, at any time, use any of **SharkNinja's Intellectual Property Rights**

(including **Foreground Intellectual Property Rights** and **Background Intellectual Property Rights**) to manufacture or sell these **Goods** to any entity other than **SharkNinja**.
无权制造和向其他方销售货物。供应商不得制造或向尚科宁家或其授权原始设备制造商以外的任何人销售根据附表 A 所列的规格为尚科宁家准备的货物，也不得与尚科宁家以外的任何人签订任何制造或销售该等货物的合同。供应商在任何时候均不得使用任何尚科宁家知识产权（包括前景知识产权和背景知识产权）制造或向尚科宁家以外的任何实体销售这些货物。

3.    **Purchase Orders: Rolling Forecasts.**
采购订单；滚动预测。

3.1    **Purchase Orders.** **SharkNinja** or its **Authorized OEMs**, as the case may be, shall issue **Purchase Orders** to **Supplier** in written or electronic form via EDI, Shark Ninja's supplier relations management system, e-mail or mail. For the avoidance of doubt, **SharkNinja** or its **Authorized OEMs** shall only be obligated to purchase from **Supplier**, and **Supplier** shall be obligated to sell to **SharkNinja** or its **Authorized OEMs**, the quantities of **Goods** specified in a **Purchase Order**.
采购订单。尚科宁家或其授权原始设备制造商（视具体情况而定）应通过电子数据交换、尚科宁家的供应商关系管理系统、电子邮件或邮件方式以书面或电子形式向供应商发出采购订单。为免疑义，尚科宁家或其授权原始设备制造商只应有义务向供应商采购并且供应商也应有义务向尚科宁家或其授权原始设备制造商销售采购订单中所规定数量的货物。

3.2    **Acceptance, Rejection, and Cancellation of Purchase Orders.** **Supplier** shall confirm to **SharkNinja** or its **Authorized OEMs**, as the case may be, the receipt of each **Purchase Order** issued hereunder (each, a "**Confirmation**"), within **SharkNinja's** supplier relations management system, within twenty-four (24) hours following **Supplier's** receipt thereof in written form via **SharkNinja's** supplier relations management system, EDI, e-mail or mail. Each **Confirmation** must reference **SharkNinja's** or the **Authorized OEM's Purchase Order** number, confirm acceptance of the **Purchase Order** or, solely if permitted under this Section, advise **SharkNinja** or the **Authorized OEM**, as the case may be, of **Supplier's** rejection of such **Purchase Order**, the date of acceptance or rejection and the basis for rejection, if applicable. If **Supplier** fails to issue a **Confirmation** within the time set forth in the first sentence of this Section or otherwise commences performance under such **Purchase Order**, **Supplier** will be deemed to have accepted the **Purchase Order**. **SharkNinja** or its **Authorized OEM**, as the case may be, may withdraw any **Purchase Order** prior to **Supplier's** acceptance thereof. **Supplier** may only reject a **Purchase Order** if **Supplier** has sent **SharkNinja** or its **Authorized OEM**, as the case may be, a notice of termination prior to **Supplier's** acceptance of a **Purchase Order**. **Supplier** may not cancel any previously accepted **Purchase Order** hereunder.
接受、拒绝以及取消采购订单。在供应商通过尚科宁家的供应商关系管理系统收到根据本合同发出的每份采购订单后二十四（24）小时之内，供应商应当通过尚科宁家的供应商关系管理系统、电子数据交换、电子邮件或邮件方式以书面形式向尚科宁家或其授权原始设备制造商（视具体情况而定）确认收到该采购订单（"确认书"）。每份确认书必须注明尚科宁家或授权原始设备制造商的采购订单编号，确认接受该采购

订单，或者（仅在本条款允许的情形下）通知尚科宁家或授权原始设备制造商（视具体情况而定）供应商拒绝接受该采购订单，并在适用的情况下注明接受或拒绝的日期以及拒绝的理由。如果供应商未能在本条款第一句所规定的时间内发出确认书或者已经开始履行该采购订单，则应当视为供应商已接受该采购订单。尚科宁家或其授权原始设备制造商（视具体情况而定）可在供应商确认接受之前撤回相应的采购订单。供应商可拒绝接受该订单，但前提是供应商在其本应接受该采购订单之前已向尚科宁家或其授权原始设备制造商（视具体情况而定）发出终止通知。供应商不可取消本合同下任何先前已经接受的采购订单。

3.3  Rolling Forecast.  On the **Effective Date** and on or before the first (1st) day of each calendar quarter following the **Effective Date**, **SharkNinja** may at its option furnish to **Supplier** in writing, a thirteen (13) week binding rolling forecast setting forth the quantities of **Goods** that **SharkNinja** intends to order from **Supplier** during such period ("**Rolling Forecast**"), and any **Goods** having a lead time beyond thirteen (13) weeks shall be separately listed and agreed to by **SharkNinja**. **SharkNinja** may at its option furnish to **Supplier** a non-binding six (6) month forecast for the **Goods** that are specifically identified as long lead time items (the "**Long Lead Time Items**") which will be required for the **Supplier** to supply and **SharkNinja** and its **Authorized OEMs** to purchase. These **Long Lead Time Items** shall be identified and set forth in the attached **Schedule A**.  If **Supplier** becomes aware that it may encounter difficulty meeting any forecast quantity of the **Goods** (other than **Long Lead Time Items**) in any **Rolling Forecast**, it shall immediately notify **SharkNinja** and the **Authorised OEM** in writing, providing details of the expected shortfall, causes of the shortfall and the proposed solution for fixing such shortfall. The **Parties** will discuss all appropriate means of resolving the shortfall, including establishing an alternate source of supply, a back-up manufacturing facility, or other appropriate measures, and agree on a solution to address such shortfall.

滚动预测。在生效日或在生效日后每个日历季度的第一（1）天当日或之前，尚科宁家可自行决定以书面形式向供应商提供未来十三（13）周的具有约束力的滚动预测，列明在此期间尚科宁家意图从供应商处订购的货物的数量（"滚动预测"），并且任何交货时间超过十三（13）周的货物应被单独列出且获得尚科宁家的同意。针对明确标明为"长货期产品"的货物（"长货期产品"），尚科宁家可自行选择向供应商提供一份不具备约束力的六（6）个月的预测，以适应供应商在供应货物时以及尚科宁家和其授权原始设备制造商在采购时的需要。长货期产品应在附表 A 中进行明确规定。如果供应商意识到其在按任何滚动预测供应预测数量的货物（非长货期产品）过程中可能存在困难，则供应商应当立即以书面形式告知尚科宁家和授权原始设备制造商，并提供相关详细信息，包括预计短缺数量、短缺原因和拟议的短缺解决方案。双方应就解决短缺的适当途径进行协商（包括确定替代供应源、采用备用生产设备或采取其他适当措施），并就短缺解决方案达成合意。

4.  Shipment, Delivery, Acceptance, and Inspection.
运输、交付、接受和检验

4.1  Shipment and Delivery Requirements. Time, quantity and delivery to the **Delivery Location** are of the essence under this **Agreement**. **Supplier** shall procure materials for,

fabricate, assemble, pack, mark and ship **Goods** strictly in the quantities, by the methods, to the **Delivery Locations** and by the **Delivery Dates**, specified in **Schedule A** of this **Agreement** or in an applicable **Purchase Order**. Delivery times will be measured to the time that **Goods** are actually received at the **Delivery Location**. If **Supplier** does not comply with any of its delivery obligations under this Section, **SharkNinja**, as the case may be, may, in **SharkNinja's** or the **Authorized OEM's** sole discretion and at **Supplier's** sole cost and expense, (a) approve a revised **Delivery Date**; or (b) require expedited or premium shipment (which may include air freight). Unless otherwise expressly agreed to by the **Parties** in writing, **Supplier** may not make partial shipments of **Goods** to **SharkNinja** or its **Authorized OEM**, as the case may be.

运输及交付要求。时间、数量和交付至交货地点为本合同项下的关键性因素。供应商应当严格按照本合同附表 A 或者相关采购订单规定的数量采购原材料、制造、装配、包装、贴标并按照约定的方式在约定的交货日期前将货物运输到约定的交货地点。交货时间以交货地点实际收到货物的时间为准。如果供应商未能履行其在本条款项下的任何交付义务，尚科宁家或其授权原始设备制造商（视情况而定）可自行决定(a)批准变更交货日期；或(b)要求加急或加价运输（包括空运），并由供应商自行承担相关成本和费用。除非双方另行明确书面同意，供应商不可分批运送货物至尚科宁家或其授权原始设备制造商（视情况而定）。

4.2    Transfer of Title and Risk of Loss.
所有权转移与灭失风险。

(a)    Title to **Goods** shipped under any **Purchase Order** passes to **SharkNinja** or its **Authorized OEM**, as the case may be, upon the delivery of the **Goods** to **SharkNinja** or its **Authorized OEM**, as the case may be, and **SharkNinja's** or the **Authorized OEM's** acceptance of the **Goods**, as the case may be. Title will transfer to **SharkNinja** or its **Authorized OEM**, as the case may be, even if **Supplier** has not been paid for such **Goods**, provided that **SharkNinja** or its **Authorized OEM**, as the case may be, will not be relieved of its obligation to pay for **Goods** in accordance with the terms hereof.

根据任何采购订单发运的货物交付给尚科宁家或其授权原始设备制造商（视情况而定）, 并且尚科宁家或其授权原始设备制造商（视情况而定）接受货物时，货物的所有权便转移给尚科宁家或其授权原始设备制造商（视情况而定）。即使供应商尚未收到货款，货物的所有权也将转移给尚科宁家或其授权原始设备制造商（视情况而定），只要尚科宁家或其授权原始设备制造商（视情况而定）根据本合同条款仍然负有支付货款的义务。

(b)    Notwithstanding any agreement between **SharkNinja** and **Supplier** concerning transfer of title or responsibility for shipping costs, risk of loss to **Goods** shipped under any **Purchase Order** passes to **SharkNinja** or its **Authorized OEM**, as the case may be, upon receipt and acceptance by **SharkNinja** or its **Authorized OEM**, as the case may be, at the **Delivery Location**, and **Supplier** will bear all risk of loss or damage with respect to **Goods** until **SharkNinja's** or its **Authorized OEM's**, as the case may be, receipt and acceptance of such **Goods** in accordance with the terms hereof.

无论尚科宁家与供应商之间就所有权转移、运输费用承担达成了任何协议，根据任何采购订单发运的货物的灭失风险在尚科宁家或其授权原始设备制造商（视情况

而定）于交货地点收到并接受货物之后转移至尚科宁家或其授权原始设备制造商（视情况而定）；并且在尚科宁家或其授权原始设备制造商（视情况而定）根据本合同的条款收到并接受货物之前，该等货物相关的一切灭失或毁损风险概由供应商承担。

    4.3  Packaging and Labeling. All **Goods** shall be packed for shipment according to **SharkNinja's** instructions or, if there are no instructions, in a commercially reasonable manner sufficient to ensure that the **Goods** are delivered in undamaged condition. No charges will be allowed for packing, crating, freight, express or other carrier's charges, or cartage, boxing or storage, unless specifically agreed to by **SharkNinja** in writing.  **Supplier** must provide **SharkNinja** prior written notice if it requires **SharkNinja** to return any packaging material. Any return of such packaging material shall be made at **Supplier's** expense.

    包装和贴标。应按照尚科宁家的指示或者（在没有指示的情形下）以商业上合理的且足以确保货物交付时完好无损的方式对所有货物进行包装以便装运。未经尚科宁家明确书面同意，不得收取任何包装、装箱、运输、快递或其他承运费用或搬运费、装箱费或仓储费。供应商如果需要尚科宁家返还任何包装材料，须提前书面通知尚科宁家。供应商应当承担所有包装材料退回的费用。

    4.4  Inspection. **Goods** are subject to **SharkNinja's** or its **Authorized OEM's**, as the case may be, inspection and approval or rejection notwithstanding **SharkNinja's** prior receipt of or payment for the **Goods**. **SharkNinja** or its **Authorized OEM**, as the case may be, shall have a reasonable period of time, not to be less than ten (10) days following delivery of the **Goods** to the **Delivery Location** ("**Inspection Period**"), to inspect all **Goods** received under this **Agreement** and to inform **Supplier**, in writing, of **SharkNinja's** or its **Authorized OEM's**, as the case may be, rejection of any **Nonconforming Goods**. **SharkNinja** or its **Authorized OEM**, as the case may be, may return to **Supplier** any or all units of rejected **Goods** that constitute **Nonconforming Goods** because they exceed the quantity stated in this **Agreement** or any **Purchase Order**. If **SharkNinja** or its **Authorized OEM**, as the case may be, rejects any other **Nonconforming Goods**, **SharkNinja** or its **Authorized OEM**, as the case may be, may elect to: (a) require **Supplier**, at **Supplier's** sole cost, to repair or replace the rejected **Goods** at the location specified by **SharkNinja** or its **Authorized OEM** (which may include **Supplier's** location, **SharkNinja's** or the **Authorized OEM's** location or the location of a third party); (b) require **Supplier**, at **Supplier's** sole cost, to reimburse **SharkNinja** the cost of the **Goods** in their entirety; (c) purchase similar goods from another source (and apply such purchases against **SharkNinja's** quantity requirements hereunder); (d) produce similar goods itself (and apply such production quantities against **SharkNinja's** quantity requirements hereunder); (e) repair the **Goods** itself or have a third party repair the **Goods** at **Supplier's** sole cost; or (f) retain the rejected **Goods**, in each case without limiting the exercise by **SharkNinja** or its **Authorized OEM**, as the case may be, of any other rights available to **SharkNinja** or its **Authorized OEM**, as the case may be, under this **Agreement** or pursuant to applicable law. All returns of **Nonconforming Goods** to **Supplier** are at **Supplier's** sole risk and expense.

    检验。尽管尚科宁家已收到货物或已支付货款，但货物仍应接受尚科宁家或其授权原始设备制造商（视情况而定）的检查，并由其决定接受或拒收。尚科宁家或其授权原始设备制造商（视情况而定）应有一段合理的时间（应不少于货物交付至交货地点后十（10）天，下称"检验期"）检查其依据本合同收到的所有货物；并且如果尚科宁家或其授权原始设备制造商（视情况而定）拒收任何不合格货物的，须以书面形式通

知供应商。尚科宁家或其授权原始设备制造商（视情况而定）可以因为数量超过本合同或相关采购订单中约定的数量、构成不合格货物而向供应商退回任何其他不合格或全部被拒收的货物。若尚科宁家或其授权原始设备制造商（视情况而定）拒收任何其他不合格货物，尚科宁家或其授权原始设备制造商（视情况而定）可以选择 (a)要求供应商在尚科宁家或其授权原始设备制造商（视情况而定）指定的地点（包括供应商所在地、尚科宁家或其授权原始设备制造商所在地、或第三方所在地）维修或更换被拒收的货物，相关费用由供应商承担；(b)要求供应商自费全额补偿尚科宁家对应货物的全部价值；(c)（根据本合同项下尚科宁家的数量要求）从其他渠道购买相似货物；(d)（根据本合同项下尚科宁家的数量要求）自己生产相似货物；(e)自行或委托第三方对货物进行维修，相关费用由供应商自行承担；或(f) 保留被拒收的货物，但不应限制尚科宁家或其授权原始设备制造商（视情况而定）行使其依据本合同或相关法律享有的任何其他权利。不合格货物退回供应商的，由供应商自行承担风险和费用。

### 5. Price and Payment.
### 价格和付款。

5.1 Price. SharkNinja or its Authorized OEM, as the case may be, may purchase the Goods from Supplier. All Prices include, and Supplier is solely responsible for, all costs and expenses relating to packing, crating, boxing, transporting, loading and unloading, customs, Taxes, tariffs and duties, insurance and any other similar financial contributions or obligations relating to the production, manufacture, sale, and delivery of the Goods. All Prices are firm and are not subject to increase for any reason, including changes in market conditions, increases in raw material, component, labor or overhead costs or because of labor disruptions, or fluctuations in production volumes. Supplier shall operate with full transparency to SharkNinja as it relates to all Goods, component costs, and pricing by and between Supplier and any Authorized OEM, including the disclosure of a detailed Bill of Materials ("BOM").

价格。尚科宁家或其授权原始设备制造商（视情况而定）可从供应商处购买货物。全部价格包括与货物生产、制造、销售以及交付有关的包装、装箱、装盒、运输、装卸、海关、税费、关税和其他征税、保险及其他任何类似财务出资或义务相关的所有费用和开支，且均由供应商自行承担。所有价格均为固定价格，不得因任何原因而上调，包括市场情况的变化、原材料、零部件、劳动力或任何间接成本的上升、或劳资纷争或产量浮动。在涉及货物、要素成本以及供应商与任何授权原始设备制造商之间定价的一切方面，供应商应对尚科宁家保持完全透明，包括披露详细的物料清单（"物料清单"）。

5.2 Invoices. Supplier shall issue periodic invoices to SharkNinja or its Authorized OEMs, as the case may be, for all Goods ordered in the previous period. Each invoice for Goods must set forth in reasonable detail the amounts payable by SharkNinja or its Authorized OEM, as the case may be, under this Agreement and contain the following information, as applicable: a reference to this Agreement; Purchase Order number, amendment number and line-item number; Supplier's name; Supplier's identification number; carrier name; ship-to address; weight of shipment; quantity of Goods shipped; number of cartons or containers in shipment; bill of lading number; country of origin; and any other information necessary for identification and control of the Goods. SharkNinja or its Authorized OEM, as the case may be, reserves the

right to return and withhold payment due to any invoices or related documents that are inaccurate or incorrectly submitted to **SharkNinja** or its **Authorized OEM**, as the case may be. The **Parties** shall seek to resolve any invoice disputes expeditiously and in good faith. Any payment by **SharkNinja** or its **Authorized OEM**, as the case may be, of an invoice is not an acceptance of any nonconforming element or terms on such invoice or the related **Goods**.

发票。对于此前订购的所有货物，供应商应定期向尚科宁家或其授权原始设备制造商（视情况而定）开具发票。每张货物发票应当合理详细地载明尚科宁家或其授权原始设备制造商（视情况而定）根据本合同应支付的金额，并在适当的情况下列明以下信息：提及本合同、采购订单编号、修订编号和细项编号；供应商名称；供应商识别号；承运商名称；收货地址；装运重量；发运货物的数量；装运的纸箱或集装箱的数量；提单编号；原产国；以及识别和掌握货物状态所需的任何其他信息。如任何发票或相关文件不准确或未正确提交给尚科宁家或其授权原始设备制造商（视情况而定），尚科宁家或其授权原始设备制造商（视情况而定）保留要求退款或拒绝付款的权利。双方应尽力及时依诚信原则解决任何发票纠纷。尚科宁家或其授权原始设备制造商（视情况而定）支付任何发票均不可被视为接受该发票或相关货物的任何不合格部分或条款。

5.3   Setoff; Contingent or Disputed Claims. All amounts due from **SharkNinja** to **Supplier** are net of any indebtedness of **Supplier** to **SharkNinja**. In addition to any right of set-off, deduction or recoupment provided or allowed by law, **SharkNinja** may, without notice to **Supplier**, set off against, and deduct and recoup from, any amounts due or to become due from **SharkNinja** to **Supplier**, any amounts due or to become due from **Supplier** to **SharkNinja**, including for damages resulting from breaches by **Supplier** of its obligations under this **Agreement** or any other agreement between such **Parties**.

抵消；未定或争议债权。尚科宁家应付给供应商的所有款项均应扣除供应商欠尚科宁家的任何债务。除法律规定或允许的任何抵销、扣除或扣留权利以外，尚科宁家还可以在无需通知供应商的情况下，从尚科宁家已或将到期应付给供应商的任何款项中抵消、扣除或扣留供应商已或将到期应付给尚科宁家的任何款项，包括因供应商违反其在本合同或双方之间任何其他协议项下的义务而造成的损害赔偿。

6.   **Term; Termination.**
期限；终止。

6.1   Term. The term of this **Agreement** shall begin on the **Effective Date** and shall continue until terminated in accordance with Section 6.2 or 6.3 (the "**Term**").

期限。本合同的期限应自生效日起算，至本合同根据第 6.2 条或第 6.3 条规定终止时止（"期限"）。

6.2   Right to Terminate for Convenience. **SharkNinja** may, at its option, terminate this **Agreement** at any time and for any reason upon ninety (90) days written notice to the other **Party**.

因便利而终止的权利。尚科宁家可随时自行选择提前九十（90）天向另一方发出书面通知，以任何理由终止本合同。

Right to Terminate for Cause. Either **Party** may terminate this **Agreement** immediately, by providing written notice to the other **Party**:

<u>因故终止的权利</u>。有下列情形之一的，任何一方均可向另一方发出书面通知，立即<u>终止</u>本合同：

    (a)    if the **Party** repudiates or threatens to repudiate, any of its obligations under this **Agreement**;

        另一方拒绝或很有可能拒绝履行其在本合同项下的任何义务；

    (b)    except as otherwise specifically provided under this Section, if the **Party** is in breach of, or threatens to breach, any representation, warranty or covenant under this **Agreement** and either the breach cannot be cured or, if the breach can be cured, it is not cured within a commercially reasonable period of time under the circumstances, in no case exceeding ten (10) days following receipt of written notice of such breach;

        另一方违反或很有可能违反本合同项下的任何陈述、保证或承诺且违约行为不能纠正，或者违约行为虽可以纠正，但在这种情况下在商业上合理的时间（在任何情况下均不得超过收到书面违约通知后十（10）天）内无法纠正，本条款另有明确约定的除外；

    (c)    if **Supplier** fails to, or threatens not to, timely deliver **Goods** conforming to the requirements of, and otherwise in accordance with, the terms and conditions of this **Agreement**;

        供应商无法或很有可能无法及时交付符合本合同要求的货物或按照本合同的条款和条件交付货物；

    (d)    if either **Party** (i) becomes insolvent or is generally unable to pay, or fails to pay, its debts as they become due, (ii) files or has filed against it, a petition for voluntary or involuntary bankruptcy or otherwise becomes subject, voluntarily or involuntarily, to any proceeding under any domestic or foreign bankruptcy or insolvency law, (iii) makes or seeks to make a general assignment for the benefit of its creditors, or (iv) applies for or has appointed a receiver, trustee, custodian or similar agent appointed by order of any court of competent jurisdiction to take charge of or sell any material portion of its property or business; or

        任何一方 (i)破产或整体上无力偿还或未能偿还到期债务，(ii)申请自愿破产，或已被申请非自愿破产，或因其他原因依据任何国内或国外破产或资不抵债法律自愿或非自愿地进入任何程序，(iii) 为了其债权人的利益而进行或寻求进行全面转让，或 (iv) 申请或被指定接管人、受托人、托管人或依据有管辖权的法院命令被指定类似代理人接管或出售其财产或业务的核心部分；或

    (e)    upon the occurrence of any other event constituting grounds for termination set forth in any other sections of this **Agreement**.

        发生本合同任何其他条款规定的构成终止理由的任何其他事件。

    Any termination under this Section will be effective on receipt of written notice of termination or such later date (if any) set forth in such termination notice.

    依据本条款终止本合同将在收到书面终止通知后或在终止通知中载明的较晚日期（如有）生效。

6.4     Effect of Expiration or Termination.
        期满或终止的效力。

(a)     Immediately upon the effectiveness of a notice of termination, **Supplier** shall:
        在终止通知生效后，供应商应立即：

         (i)     promptly terminate all performance under this **Agreement** and under any outstanding **Purchase Orders**;
                 适时终止本合同项下以及任何未完成采购订单项下的所有履约行为；

         (ii)    transfer title and deliver to **SharkNinja** all finished **Goods** completed prior to effectiveness of the notice of termination; and
                 向尚科宁家交付在终止通知生效之前已完成的所有成品并将该等成品的所有权转移至尚科宁家；以及

         (iii)   return to **SharkNinja** all **Bailed Property** and any other property furnished by or belonging to **SharkNinja** or any of **SharkNinja's** customers, or dispose of such **Bailed Property** or other property in accordance with **SharkNinja's** instructions (provided that **SharkNinja** will reimburse **Supplier** for the actual, reasonable costs associated with such disposal).
                 将所有托管财产以及尚科宁家或任何尚科宁家客户所提供的或所拥有的任何其他财产归还给尚科宁家，或根据尚科宁家的指示处置这些托管财产或其他财产（前提是尚科宁家将补偿供应商由于上述处置而实际产生的合理费用）。

(b)     Expiration or termination of the **Term** will not affect any rights or obligations of the **Parties** that:
        期限届满或终止不影响双方以下的任何权利或义务：

         (i)     come into effect upon or after termination or expiration of this **Agreement**; or
                 在本合同终止或期满之时或之后生效的权利或义务；或

         (ii)    otherwise survive the expiration or earlier termination of this **Agreement** pursuant to Section 6 and were incurred by the **Parties** prior to such expiration or earlier termination.
                 双方在本合同期满或提前终止之前产生的、根据第 6 条约定在本合同期满或提前终止后仍应继续有效的权利或义务。

(c)     Subject to Section 6.4(b), neither **Party** will be liable to the other **Party** for any damage of any kind (whether direct or indirect) incurred by the other **Party** by reason of the expiration or earlier termination of this **Agreement**, except for termination in the event of an uncured breach of the **Agreement** as provided for in Section 6.3(b). Termination of this **Agreement** will not constitute a waiver of any of either **Party's**

17

rights or remedies under this **Agreement**, at law, in equity or otherwise.

在遵守第 6.4(b)条约定的前提下，对于另一方因本合同到期或提前终止而遭受的任何形式的任何损害（无论是直接的还是间接的），任何一方均不对另一方承担责任，但因发生第 6.3（b）条项下规定的、无法纠正的违反本合同的行为而造成本合同终止的情形除外。本合同的终止不得视为任何一方放弃其依据本合同、普通法、衡平法享有的或以其他方式获得的任何权利或救济。

(d)     Upon the expiration or earlier termination of this **Agreement**, each **Party** shall:
本合同期满或提前终止时，每一方应：

(i)     return to the other **Party** all documents and tangible materials (and any copies) containing, reflecting, incorporating or based on the other **Party's Confidential Information**;
将包含、反映、构成或基于另一方保密信息的所有文件和有形材料（以及任何副本）归还给另一方；

(ii)     permanently erase all of the other **Party's Confidential Information** from its computer systems, except for copies that are maintained as archive copies on its disaster recovery and/or information technology backup systems; and
从其计算机系统中永久性地删除另一方的所有保密信息，但在其灾难恢复和/或信息技术后备系统中作为存档副本而保存的副本除外；和

(iii)     upon the other **Party's** written request, certify in writing to such other **Party** that it has complied with the requirements of this Section 6.4(d).
应另一方的书面要求，以书面形式向另一方证明其已遵守本第 6.4(d)条的要求。

6.5     Resourcing Cooperation. Upon the expiration or earlier termination of this **Agreement** for any reason, to the extent requested by **SharkNinja** in writing, **Supplier** will take the following actions and such other actions as may be reasonably required by **SharkNinja** to transition production of **Goods** from **Supplier** to an alternative **Supplier** without production disruptions:
资源合作。本合同期满或因任何原因提前终止后，应尚科宁家的书面要求，供应商将采取以下行动以及尚科宁家合理要求的其他行动，以在不中断生产的前提下，将货物生产从供应商转移到替代供应商，以：

(a) manufacture, deliver and sell to **SharkNinja** a sufficient inventory bank of **Goods** to ensure that the transition will proceed smoothly and without interruption or delay to **SharkNinja's** production of **SharkNinja Products** incorporating the **Goods**, with pricing equivalent to the pricing in effect immediately before expiration or termination;
生产并向尚科宁家交付和销售充足的货物库存，以确保转移的顺利进行且不会

18

中断或延误尚科宁家生产包含货物的尚科宁家产品，同时定价与本合同到期或终止前实行的定价相同；

(b) sell to **SharkNinja**, at **Supplier's** actual cost, any or all work-in-process and any raw-materials inventory relating to this **Agreement** and any outstanding **Purchase Orders**; and
按照供应商的实际成本向尚科宁家销售与本合同和任何未完成采购订单有关的任何或所有半成品和任何原材料库存；和

(c) sell to **SharkNinja** any or all finished Goods.
向尚科宁家销售任何或所有成品货物。

7.    Certain Obligations of Supplier.
供应商的部分义务。

7.1   Quality.
质量。

(a)    **Supplier** acknowledges and understands that in the event there are **Specifications** and quality control standards provided by **SharkNinja**, **Supplier** will follow and adhere to all **Specifications** and quality control standards provided by **SharkNinja**.
供应商承认并理解，如果尚科宁家提供规格和质量控制标准，供应商应当遵循并遵守尚科宁家提供的所有规格和质量控制标准。

(b)    **Supplier** acknowledges and understands that all **Specifications** and drawings are to be created in the English language, and agrees that it fully understands the same, and that no other version will control or influence the quality and results of the **Supplier's** manufacturing process.
供应商承认并理解，所有规格和图纸均采用英文；并且供应商同意其完全理解所有规格和图纸，并且其他任何版本都不会控制或影响供应商制造过程的质量和结果。

(c)    At **SharkNinja's** request, **Supplier** shall furnish to **SharkNinja** test samples of **Goods** as reasonably required by **SharkNinja** to determine if their manufacture is in accordance with the **Specifications** furnished by **SharkNinja** and **SharkNinja's** quality standards.
根据尚科宁家的要求，供应商应向尚科宁家提供尚科宁家合理要求的货物测试样品，以确定其制造的产品是否符合尚科宁家提供的规格和尚科宁家的质量标准。

(d)    **Supplier** shall perform quality inspections of **Goods** before delivery and shall certify inspection results in the manner requested by **SharkNinja**.
供应商在交货前应对货物进行质量检验，并应按照尚科宁家要求的方式对检验结果进行认证。

(e)    **Supplier** shall provide reasonable support as requested by **SharkNinja** to address and correct quality concerns. In addition to its other rights and remedies, **SharkNinja** may hold **Supplier** responsible for costs associated with quality-issue investigation and containment to

the extent caused by **Supplier's** acts or omissions.

供应商应根据尚科宁家的要求提供合理的支持，以解决和纠正质量问题。除了其他权利和救济外，尚科宁家还可让供应商承担与调查和遏制质量问题相关的费用，但前提是该等质量问题系供应商的作为或不作为行为造成的。

(f)   **Supplier** shall, on a continuous basis, identify ways to improve the quality, service, performance standards and technology for the **Goods**, including through participation in **SharkNinja's** quality improvement initiatives.

供应商应持续寻找改善货物质量、服务、性能标准和技术的方法，包括通过参与尚科宁家的质量改进计划。

(g)   **Supplier** shall comply with the Supplier Ethics Policy and Code of Conduct set forth in the attached **Articles I and II**.

供应商应遵守附件一和附件二的《供应商道德政策》和《行为准则》。

7.2   Supplier Duty to Advise. **Supplier** shall promptly provide written notice to **SharkNinja** or its **Authorized OEM** of any of the following events or occurrences, or any facts or circumstances reasonably likely to give rise to any of the following events or occurrences: (a) any failure by **Supplier** to perform any of its obligations under this **Agreement**; (b) any delay in delivery of **Goods**; (c) any defects or quality problems relating to **Goods**; (d) any change in **Control of Supplier**; (e) any deficiency in the **Specifications**, samples, prototypes or test results relating to this **Agreement**; (f) any failure by **Supplier**, or its subcontractors or common carriers, to comply with law; or (g) if **Supplier** becomes bankrupt, insolvent or ceases normal business operations. In addition, **Supplier** shall promptly notify **SharkNinja** in writing of any change in **Supplier's** authorized **Representatives**, insurance coverage or professional certifications.

供应商的通知义务。在发生任何以下事件或情况或发生任何可能引起任何以下事件或情况的事实或情况时，供应商应及时向尚科宁家或其授权原始设备制造商发送书面通知：（a）供应商未能履行其在本合同项下的任何义务；（b）延迟交付任何货物；（c）货物有任何缺陷或质量问题；（d）供应商控制权发生任何变更；（e）与本合同有关的规格、样品、原型或测试结果出现缺陷；（f）供应商或其分包商或普通承运人不遵守法律；或（g）供应商破产、资不抵偿或停止正常业务经营。此外，若供应商的授权代表、承保范围或专业认证发生变更的，供应商应立即书面通知尚科宁家。

7.3   Certain Changes. Any and all changes that **SharkNinja** requests in respect to the **Goods**, and any corresponding schedule for the changes, shall be governed by an engineering change notice ("**ECN**") issued by **SharkNinja**, including any change in **Supplier**. Any applicable **Purchase Order** shall be modified to reflect any changes as set forth in an **ECN**. **Supplier** shall promptly make any changes **SharkNinja** directs as outlined in the **ECN** with respect to the **Goods**, which may include changes in the design, drawings, **Specifications**, processing, inspection, testing, quality control, methods of packing and shipping or the date or place of delivery. The **ECN** shall also indicate any parts that must be purchased from specific sub-**Suppliers**.

某些变化。尚科宁家要求的与货物有关的任何和所有变更，以及任何相应的变更时间表，均应由尚科宁家发布的工程变更通知（"**ECN**"）管理，包括供应商的任何变更。应修改任何适用的采购订单，以反映 **ECN** 中规定的任何变更。供应商应按照尚

科宁家在 ECN 中的指示，及时对货物进行任何变更，包括设计、图纸、规格、加工、检验、测试、质量控制、包装和装运方法或交货日期或地点的变更。ECN 还应说明必须从特定分供应商处采购的任何零件。

7.4    <u>Maintenance Releases and New Versions</u>. During the **Term**, **Supplier** shall provide **SharkNinja** with any **Maintenance Releases** or **New Versions** to the **Supplier Products** at no additional cost to **SharkNinja**. **Supplier** shall not create any **Maintenance Release** or **New Version** that requires **SharkNinja** to incur any costs associated updated or additional hardware, firmware, or other components necessary to implement or use such **Maintenance Release** or **New Version** with the **Goods**, including any required to upgrade or retrofit any of the **Goods**. **Supplier** shall provide **SharkNinja** notice at least thirty (30) days prior to the release of a **Maintenance Release** or **New Version**. **Supplier** shall implement and incorporate any **Maintenance Release** or **New Version** into the **Goods** ordered by **SharkNinja** immediately upon **Supplier's** release of such **Maintenance Release** or **New Version**.

维护版本和新版本。在期限内，供应商应向尚科宁家提供供应商产品的任何维护版本或新版本，尚科宁家无需额外支付任何费用。供应商创建任何维护版本或新版本不得导致尚科宁家因在货物上执行或使用此类维护版本或新版本所需的更新或附加硬件、固件或其他组件而产生任何费用，包括升级或改进任何货物所需的任何维护版本或新版本。供应商应在维护版本或新版本发布之前至少三十（30）天向尚科宁家发出通知。供应商应在其发布此类维护版本或新版本后立即将该维护版本或新版本应用到并纳入尚科宁家订购的货物中。

8.    **Compliance with Laws.**
遵守法律。

8.1    <u>Compliance</u>. **Supplier** shall at all times comply with all laws applicable to this **Agreement**, **Supplier's** operation of its business and the exercise of its rights and performance of its obligations hereunder. Without limiting the foregoing, **Supplier** shall ensure the **Goods** and any related packaging, conform fully to any applicable law. Upon **SharkNinja's** request, **Supplier** shall provide **SharkNinja** with (a) written certification of **Supplier's** compliance with applicable laws; (b) written certification of the origin of any ingredients or materials in the **Goods**; and (c) any additional information regarding the **Goods** requested by **SharkNinja** such that **SharkNinja** may comply in a timely manner with its obligations under law.

合规。供应商应始终遵守适用于本合同、供应商经营其业务以及行使其在本合同项下的权利和履行其在本合同项下的义务的所有法律。在不限制上述规定的情况下，供应商应确保货物和任何相关包装完全符合任何适用法律。经尚科宁家要求，供应商应向尚科宁家提供（a）供应商遵守适用法律的书面证明；（b）货物中任何成分或材料的书面原产地证明；以及（c）尚科宁家要求的有关货物的任何其他信息，以便尚科宁家能够及时遵守其法律义务。

8.2    <u>Permits, Licenses, and Authorizations</u>. **Supplier** shall obtain and maintain all **Permits** necessary for the exercise of its rights and performance of **Supplier's** obligations under this **Agreement**, including any **Permits** required for the import of **Goods** or any raw materials and other manufacturing parts used in the production and manufacture of the **Goods**, and the shipment of hazardous materials, as applicable.

21

许可、执照和授权。供应商应获得并保持行使其在本合同项下的权利以及履行其在本合同项下的义务所需的所有许可，包括进口货物、或生产和制造货物过程中使用的必要的任何原材料或其他制造零部件、以及运送危险物品（如适用）所需的任何许可。

### 9.    Representations and Warranties.

陈述与保证。

9.1    Representations and Warranties. Each **Party** represents and warrants to the other that:

陈述与保证。每一方向另一方陈述和保证：

(a)    it is duly qualified to do business and is in good standing in every jurisdiction in which such qualification is required;

其具备在任何司法辖区开展业务的适当资格（如果在该司法辖区需要具备该等资格的话）且信誉良好；

(b)    it has the full right, power and authority to enter into this **Agreement** and to perform its obligations hereunder;

其拥有充分的权利、权力和授权订立本合同并履行其在本合同下的义务；

(c)    the execution of this **Agreement** by its **Representative** whose signature is set forth at the end of this **Agreement**, and the delivery of this **Agreement** by the other, have been duly authorized by all necessary action;

其在本合同末签字的代表签署本合同，以及另一方交付本合同，均已通过所有必要行动获得正式授权；

(d)    the execution, delivery, and performance of this **Agreement** by will not violate, conflict with, require consent under or result in any breach or default under (i) any of the **Party's** organizational documents, (ii) any applicable law or (iii) with or without notice or lapse of time or both, the provisions of any contract;

签署、交付和履行本合同不会违反（i）任何一方的组织文件，(ii)任何适用法律，或(iii)任何合约的条文（不论是否通知或过期，或两者兼而有之），不与该等文件、法律或条文相冲突，也无需取得该等文件、法律或条文下的同意，更不会导致发生任何违反或违背该等文件、法律或条文的结果；

(e)    this **Agreement** has been executed and delivered; and

本合同已签署和交付；以及

(f)    it has obtained all licenses, authorizations, approvals, consents or permits required by applicable laws to conduct its business generally and to exercise its rights and perform its obligations under this **Agreement**;

其开展一般业务并行使其在本合同项下的权利和履行其在本合同项下的义务已获得适用法律要求的所有执照、授权、批准、同意或许可；

10. **Product Warranty.**
产品保证。

10.1 Product Warranty. **Supplier** warrants to **SharkNinja** that (the "**Product Warranty**"):

产品保证。 供应商向尚科宁家保证（ "产品保证" ）：

(a) for a period of eighteen (18) months from **SharkNinja's** or the **Authorized OEM's** acceptance of the Goods, as the case may be, the Goods will:

自尚科宁家或授权原始设备制造商（视情况而定）接受货物之日起十八（18）个月内，货物将：

(i) conform, in all respects, to the **Specifications**, standards, drawings, samples, descriptions, quality requirements, performance requirements, statements of work, and fit, form and function requirements furnished, specified or approved by **SharkNinja** for the Goods;

在所有方面符合尚科宁家就货物提供、规定或批准的规格、标准、图纸、样品、说明、质量要求、性能要求、工作说明书以及安装、形式和功能要求；

(ii) conform with **SharkNinja's** quality standards;

符合尚科宁家的质量标准；

(iii) be merchantable (as such term is defined in the UCC) and free from defects, latent or otherwise, in design, materials, and workmanship;

适于销售（定义见《美国统一商法典》），且在设计、材料和工艺方面不存在任何潜在的或其他瑕疵；

(iv) not infringe upon, violate or misappropriate the **Intellectual Property Rights** of any Person;

不侵犯、侵害或侵占任何人的知识产权；

(v) be fit and sufficient for the particular purpose intended by **SharkNinja** and its customers, of which the **Supplier** is aware (and **Supplier** acknowledges that it knows of **SharkNinja's** intended use of the **Goods** and that such **Goods** have been selected, designed, manufactured or assembled by **Supplier** based upon **SharkNinja's** stated use and will be fit and sufficient for the particular purposes intended by **SharkNinja**); and

适合并足以满足尚科宁家及其客户预期的、供应商知晓的特定目的（且供应商承认其知道尚科宁家对货物的预期用途，且该等货物系由供应商根据尚科宁家的规定用途选择、设计、制造或组装的，并将适合并足以满足尚科宁家预期的特定用途）：以及

(vi)     comply with all applicable laws.
遵守所有适用法律。

(b)     each of the **Goods** will be new and conveyed by **Supplier** to **SharkNinja** or an **Authorized OEM**, as the case may be, with good title, free and clear of all encumbrances.
每件货物将是全新的，并由供应商运送至尚科宁家或授权原始设备制造商（视情况而定），具有有效的所有权，没有任何权利负担。

10.2    Additional Terms. The **Product Warranty** (a) is in addition to all other warranties, express, implied, statutory and common law, (b) extends to the **Goods'** future performance, (c) survives **Supplier's** delivery of the **Goods**, **SharkNinja's** receipt, inspection, acceptance, use of the **Goods** and payment for the **Goods**, and the termination or expiration of this **Agreement**, (d) inures to the benefit of **SharkNinja** and its successors and assigns, and (e) may not be limited or disclaimed by **Supplier**. **SharkNinja's** approval of **Supplier's** designs, materials, processes, drawings, **Specifications** or similar requirements will not be construed to relieve **Supplier** of any warranties. **Supplier** shall transfer and assign to **SharkNinja** all of its rights (but not any obligations) under all warranties from equipment or material manufacturers or suppliers, permitted subcontractors or other third parties. Any applicable statute of limitations on **SharkNinja's** claims for breach of warranty will commence no earlier than the date on which **SharkNinja** discovers the breach.
附加条款。 产品保证（a）是对所有其他明示或默示的、成文法/普通法下的保证的补充，（b）适用于货物的未来性能，（c）在供应商交付货物，尚科宁家收到、检验、接受、使用货物和支付货物款项，以及本合同终止或到期后仍然有效，（d）符合尚科宁家及其继受人和受让人的利益，以及（e）不得被供应商限制或否认。尚科宁家批准供应商的设计、材料、工艺、图纸、规格或类似要求，不得解释为免除供应商履行任何保证。供应商应将其从设备或材料制造商或供应商、许可的分包商或其他第三方处获得的所有保证项下的所有权利（但不包括任何义务）让与并转让给尚科宁家。任何适用于尚科宁家对违反保证的索赔的诉讼时效的起始日期均不得早于尚科宁家发现违反保证的日期。

10.3    Withdrawal or Recall of Goods. If **SharkNinja**, any of **SharkNinja's** customers or any governmental authority determines that any **Goods** sold to **SharkNinja** are **Defective** and a recall campaign is necessary, **SharkNinja** will have the right to implement such recall campaign and return **Defective Goods** to **Supplier** or destroy such **Goods**, as determined by **SharkNinja** in its reasonable discretion, at **Supplier's** sole cost and risk. If a recall campaign is implemented, at **SharkNinja's** option and **Supplier's** sole cost, **Supplier** shall promptly replace any **Defective Goods** and provide such replacement **Goods** to **SharkNinja** or **SharkNinja's** designee. The foregoing will apply even if the **Product Warranty** and any other product warranty applicable to the **Goods** have expired. **Supplier** will be liable for all of **SharkNinja's** costs associated with any recall campaign if such recall campaign is based upon a reasonable determination that the **Goods** fail to conform to the warranties set forth in this **Agreement**. Where applicable, **Supplier** shall pay all reasonable expenses associated with determining whether a recall campaign is necessary.
撤回或召回货物。 如果尚科宁家、尚科宁家的任何客户或任何政府机构确定售给尚科宁家的任何货物存在缺陷，并且有必要进行召回活动，尚科宁家有权合理自

24

行决定实施该召回活动，并将缺陷货物退回供应商或销毁该等货物，相关费用和风险由供应商自行承担。如果实施召回活动（具体由尚科宁家自行选择并由供应商自行承担相关费用），供应商应立即更换任何缺陷货物，并将该等更换货物提供给尚科宁家或尚科宁家的指定人员。即使产品保证和任何其他适用于货物的产品保证已到期，上述规定仍然适用。如果任何召回活动是基于合理的决定，即货物不符合本合同规定的保证，则供应商应承担尚科宁家与该召回活动相关的所有费用。在适用情况下，供应商应支付与确定是否需要实施召回活动相关的所有合理费用。

**11. Indemnification.**
赔偿。

11.1 Supplier Indemnification.  Subject to the terms and conditions of this **Agreement**, **Supplier** shall indemnify, defend, and hold harmless **SharkNinja** and its parent, officers, directors, partners, members, shareholders, employees, agents, **Affiliates**, successors, and permitted assigns (collectively, "**SharkNinja Indemnitees**") against any and all losses, damages, liabilities, deficiencies, claims, actions, judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind, including attorneys' fees, fees, and the costs of enforcing any right to indemnification under this **Agreement** and the cost of pursuing any insurance providers, incurred by **SharkNinja**/awarded against **SharkNinja** (collectively, "**Losses**") arising out of or relating to any claim of a third party:

供应商赔偿。 在遵守本合同条款和条件的前提下，对于尚科宁家遭受的/尚科宁家依判决承担的、因下列任何第三方索赔引起或与之相关的任何种类的任何和所有损失、损害、责任、缺陷、索赔、诉讼、判决、和解、利息、裁决、处罚、罚款、成本或费用（包括律师费、费用和执行本合同项下任何受偿权利的费用、以及追究任何保险公司责任的费用，统称"损失"），供应商应对尚科宁家及其母公司、管理人员、董事、合伙人、成员、股东、员工、代理人、关联方、继受人和许可受让人（统称"尚科宁家受偿人"）进行赔偿，为其抗辩，并使其免受损害：

(a) relating to a breach or non-fulfillment of any representation, warranty, or covenant under/representation or warranty by **Supplier** or **Supplier**'s personnel;

与供应商或供应商人员违反或不履行任何陈述、保证或与陈述或保证有关的约定相关的第三方索赔；

(b) alleging or relating to any negligent act or omission of **Supplier** or its personnel (including any recklessness or willful misconduct) in connection with the performance of its obligations under this **Agreement**;

指控或涉及供应商或其人员在履行其在本合同项下义务过程中的任何疏忽行为或不作为行为（包括任何重大过失或故意不当行为）的第三方索赔；

(c) alleging or relating to any bodily injury, death of any person or damage to real or tangible personal property caused by the willful or grossly negligent acts or omissions of **Supplier** or its personnel;

指控或涉及因供应商或其人员的故意或重大疏忽行为或不作为行为造成的任何人的任何人身伤害或死亡或不动产或有形个人财产损坏的第三方索赔；

(d) relating to any failure by **Supplier** or its personnel to comply with any applicable laws; or

涉及供应商或其人员未能遵守任何适用法律的第三方索赔；或

(e) a claim that any of the **Supplier's Intellectual Property Rights** used in the production of the **Goods**, or that is embodied in the **Goods**, infringes any **Intellectual Property Rights** of a third party.

在生产货物过程中使用的或包含在货物中的任何供应商知识产权侵犯任何第三方知识产权引发的索赔。

11.2 SharkNinja Indemnification.  Subject to the terms and conditions of this **Agreement**, **SharkNinja** shall indemnify, defend, and hold harmless **Supplier** and its representatives/officers, directors, employees, (collectively, "**Supplier Indemnitees**") against any and all Losses arising out or resulting from any claim of a third party alleging or relating to:

尚科宁家赔偿。  在遵守本合同条款和条件的前提下，对于因以下任何第三方索赔引起的或与之相关的任何及所有损失，尚科宁家应对供应商及其代表/管理人员、董事、员工（统称"供应商受偿人"）进行赔偿，为其抗辩，并使之免受损害：

(a) a material breach or non-fulfillment of any material representation, warranty, or covenant of this **Agreement** by **SharkNinja**; or

指控或涉及尚科宁家严重违反或不履行本合同项下的任何重大陈述、保证或承诺的第三方索赔；或

(b) any negligent act or omission of **SharkNinja** or its personnel in connection with the performance of its obligations under this **Agreement**.

指控或涉及尚科宁家或其人员在履行其在本合同项下义务的过程中的任何疏忽行为或不作为行为的第三方索赔。

11.3 Indemnification Procedure.  The **Party** seeking indemnification (the "**Indemnified Party**" shall: (i) give the indemnifying party (the "**Indemnifying Party**") notice of any claim subject to indemnification under this Section; (ii) cooperate with the **Indemnifying Party**, at the **Indemnifying Party's** expense, in the defense of such claim; (iii) provide the **Indemnifying Party** with reasonable access to information about the **Indemnified Party** and such claim and the reasonable assistance of the officers and employees of the **Indemnified Party** for purposes of exercising the rights under this Section; and (iv) give the **Indemnifying Party** the right to control the defense and settlement of any such claim. The **Indemnified Party** will have the right to participate in the defense with counsel of its choice at its own expense, provided that the **Indemnifying Party** will have the right to make final decisions regarding the defense of a claim as long as the **Indemnifying Party** actively maintains the defense of such claim.

赔偿程序。  一方寻求赔偿（"受偿方"）应：(i) 向赔偿方（"赔偿方"）发送根据本条款赔偿规定提出的任何索赔的通知；(ii) 与赔偿方合作对该索赔进行抗辩，相关费用由赔偿方承担；(iii) 授予赔偿方查阅受偿方和索赔相关信息的合理权限，并向受偿方管理人员和员工提供合理协助，以行使本条款规定的权利；以及 (iv) 给予赔偿方控制任何该等索赔的抗辩以及和解的权利。受偿方有权自费与其选择的律师一起参与抗辩，但只要赔偿方积极对索赔作出持续抗辩，赔偿方即有权就该索赔的抗辩作出最终决定。

**12. NO LIABILITY FOR CONSEQUENTIAL OR INDIRECT DAMAGES.** IN NO EVENT SHALL **SHARKNINJA**, ITS **AUTHORIZED OEMS** OR THEIR RESPECTIVE **REPRESENTATIVES** BE LIABLE FOR CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGES, LOST PROFITS OR REVENUES OR DIMINUTION IN VALUE, ARISING OUT OF OR RELATING TO ANY BREACH OF THIS **AGREEMENT**, REGARDLESS OF (A) WHETHER SUCH DAMAGES WERE FORESEEABLE, (B) WHETHER OR NOT IT WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND (C) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) UPON WHICH THE CLAIM IS BASED, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE.

对后果性或间接损害赔偿不承担责任。 尽管任何约定或其他救济未达成其根本目的，在任何情况下，尚科宁家、其授权原始设备制造商或其各自的代表均不对因违反本合同而产生的或与之相关的后果性的、间接的、附带性的、特殊的、惩戒性的、惩罚性的或加重的损害赔偿、利润或收入损失或价值减少承担任何责任，无论 (a) 该等损害赔偿是否可以预见，(b) 其是否被告知了发生该等损害赔偿的可能性，以及 (c)索赔所依据的是普通法还是衡平法理论（合同、侵权或其他）。

**13. Intellectual Property.**
知识产权。

13.1 Ownership. Each of the **Parties** acknowledges and agrees that:
所有权。 每一方均承认并同意：

(a) each Party retains exclusive ownership of its **Background Intellectual Property Rights**;
每一方保留对其背景知识产权的专属所有权；

(b) **SharkNinja** does not transfer to **Supplier** any of its **Background Intellectual Property Rights**, and **Supplier** may not use any of **SharkNinja**'s **Background Intellectual Property Rights** other than to produce and supply **Goods** to **SharkNinja** hereunder;
尚科宁家不将其任何背景知识产权转让给供应商，且供应商除根据本合同为尚科宁家生产和提供货物外，不得使用任何尚科宁家背景知识产权；

(c) **Supplier** does not transfer to **SharkNinja** any of **Supplier**'s **Background Intellectual Property Rights**, except that **Supplier** grants to **SharkNinja** and its **Authorized OEMs** the right to resell **Goods** or incorporate **Goods** purchased from **Supplier** into finished goods and to sell such finished goods to its customers;
供应商不将任何供应商背景知识产权转让给尚科宁家，但是供应商授予尚科宁家及其授权原始设备制造商转售货物的权利或将从供应商处采购的货物纳入成品并将这些成品销售给其客户的权利；

(d) **SharkNinja** shall own all **Foreground Intellectual Property Rights** including but not limited to all ideas, developments, innovations, discoveries, plans, evaluations, proposals, recommendations, documentation, **Tooling**, moulds, and other writing;

尚科宁家应拥有所有的前景知识产权，包括但不限于所有创意、开发、创新、发现、计划、评估、提议、建议、文件、工具、模具和其他书面内容；

(e) **Supplier** shall assign all right, title and interest in and to all **Foreground Intellectual Property Rights** to **SharkNinja**, and, to the extent that any **Foreground Intellectual Property Rights** are copyrightable works or works of authorship (including computer programs, technical specifications, documentation, and manuals), the **Parties** agree that such works are "works made for hire" for **SharkNinja** under the US Copyright Act; and

供应商应将所有前景知识产权中的所有权利、所有权和利益转让给尚科宁家，并且，如果任何前景知识产权是可受著作权保护的作品或著作权作品（包括计算机程序、技术规范、文档和手册），双方同意该等作品属于美国《著作权法》下为尚科宁家创作的"职务作品"：以及

(f) **Supplier** shall only use the **Foreground Intellectual Property Rights** to produce and supply **Goods** to **SharkNinja**.

供应商应仅在为尚科宁家生产和提供货物时使用前景知识产权。

13.2 Prohibited Acts. Each of the **Parties** shall not:

禁止行为。每一方均不应：

(a) take any action that interferes with the other **Party's Intellectual Property Rights**, including such other **Party's** ownership or exercise thereof;

采取任何妨碍另一方知识产权的行为，包括另一方对知识产权的所有权或对该等所有权的行使：

(b) challenge any right, title or interest of the other **Party** in such other **Party's Intellectual Property Rights**;

质疑另一方在其知识产权中的任何权利、所有权或利益：

(c) make any claim or take any action adverse to such other **Party's** ownership of its **Intellectual Property Rights**;

提出任何索赔或采取任何行动，而该等索赔或行动对另一方的知识产权所有权不利：

(d) register or apply for registrations, anywhere in the world, the other **Party's Trademarks** or any other **Trademark** that is similar to such other **Party's Trademarks** or that incorporates such **Trademarks** in whole or in confusingly similar part;

在世界上任何地方注册或申请注册另一方的商标、或与另一方的商标类似的任何其他商标、或合并了该商标的全部或足以造成混淆的相似部分的任何其他商标：

(e) use any mark, anywhere, that is confusingly similar to the other **Party's Trademarks**;

在任何地方使用足以造成混淆的、与另一方商标相似的任何标志：

(f) misappropriate any of the other **Party's Trademarks** for use as a domain name without such other **Party's** prior written consent; or

未经另一方事先书面同意，盗用另一方的任何商标作为域名；

(g) alter, obscure or remove any of the other **Party's Trademarks** or trademark or copyright notices or any other proprietary rights notices placed on the products purchased under this **Agreement** (including **Goods**), marketing materials or other materials.

更改、掩盖或删除另一方的任何商标、或商标或著作权声明、或根据本合同采购的产品（包括货物）、营销材料或其他材料上的任何其他专有权利声明。

### 14.   Development.
### 开发。

This Section 14 is only applicable in event **Supplier** assists with developments of printed circuit boards ("**PCB**").

本第 14 条仅适用于供应商协助开发印刷电路板（"印刷电路板"）的情形。

14.1   PCBA Development. In the event **Supplier** is engaged in development of **PCB's**, as part of the pre-production development process, **Supplier** may select electrical components, develop schematics and **PCB** layouts to support the functions and features of the **SharkNinja Products** based on information, guidelines and **Specifications** provided by SharkNinja. These schematics and **PCB** layouts will be developed using Altium Designer, **SharkNinja's** preferred CAD tool. In the event that **Supplier** is unable to use Altium Designer, **Supplier** may use another CAD tool only with the prior consent of **SharkNinja**. At each development phase, including prototype phases, engineering builds phases, the pre-production phase ("**PP**"), and the manufacturing phase (each a "**Development Phase**" and collectively, the "**Development Phases**"), **Supplier** shall make available to **SharkNinja** all the native design files for schematic and **PCB**, gerber files (RS-274 format), pick and place datum, manufacturer datasheets for selected components, and a detailed electrical bill of materials that is in the required **SharkNinja** format (collectively, the "**Development Information**"). All Development Information, as detailed above, shall be uploaded to the **SharkNinja** product lifecycles management system ("**SharkNinja PLM System**") by Supplier at the completion of each **Development Phase**.

印刷电路板组件开发。 如果供应商从事印刷电路板开发，作为预生产开发过程的一部分，供应商可根据尚科宁家提供的信息、指引和规格，选择电气元件、开发电路图和印刷电路板布局，为尚科宁家产品的功能和特性提供支持。这些电路图和印刷电路板布局将使用尚科宁家的首选 CAD 工具——Altium Designer 进行开发。如果供应商无法使用 Altium Designer，则只有在获得尚科宁家的事先同意后，供应商才能使用其他 CAD 工具。在每个开发阶段，包括原型阶段、工程建造阶段、预生产阶段（"预生产阶段"）和制造阶段（单称为"开发阶段"，统称为"各开发阶段"），供应商应向尚科宁家提供电路图和印刷电路板的所有本地设计文件、加伯（Gerber）文件（RS-274 格式）、贴片数据、所选组件的制造商数据表以及采取尚科宁家所要求格式的详细电气材料清单（统称"开发信息"）。供应商应在每个开发阶段完成时，将上述所有的开发信息上传至尚科宁家产品生命周期管理系统（"尚科宁家产品生命周期管理系统"）。

29

14.2 Software/Firmware Development. As part of the PP development process, **Supplier** may develop software (firmware) for use on the printed circuit board assembly ("PCBA") to support functions and features as specified by **SharkNinja** (the "PCBA Software"). This **PCBA Software** may be developed in various languages (ASM, C, C++, VHLD, etc.) and for various target microcontrollers (Sonix, Renesas, Lapis, STM etc.). At the end of each **Development Phase**, **Supplier** shall make available to **SharkNinja** all source code and compiled binaries (hex, bin etc.) for the **PCBA Software** (the "Source Code"). All **Source Code** shall be uploaded to the **SharkNinja PLM System** by **Supplier** at the end of each **Development Phase**.

软件/固件开发。作为预生产阶段开发过程的一部分，供应商可开发用于印刷电路板组件（"印刷电路板组件"）的软件（固件），为尚科宁家规定的功能和特性提供支持（"印刷电路板组件软件"）。印刷电路板组件软件可以用各种语言（ASM、C、C++、VHDL 等）开发，用于各种目标单片机（Sonix、Renesas、Lapis、STM 等）。在每个开发阶段结束时，供应商应向尚科宁家提供印刷电路板组件软件的所有源代码和编译后的二进制文件（hex 文件、bin 文件等）（"源代码"）。供应商应在每个开发阶段结束时将所有源代码上传至尚科宁家产品生命周期管理系统。

14.3 No Commitment to Production. Notwithstanding any other term of this **Agreement**, **SharkNinja** shall have no obligation to enter into production with **Supplier** upon completion of development work set forth in this Section 14.

不承诺生产。尽管本合同有任何其他条款，尚科宁家没有义务在完成本第 14 条规定的开发工作后与供应商签订生产协议。

### 15. Product Development.
产品开发。

15.1 SharkNinja Obligations. **SharkNinja** will make commercially reasonable efforts to provide **Supplier** with guidelines and all other information necessary for **Supplier** to develop new products and processes in a timely manner, including technical information, **Specifications**, samples if available, and any other proprietary information. **SharkNinja** will make commercially reasonable efforts to support **Supplier** during the **Development Phases**, including providing **Supplier** with technical support regarding the nature, design and intended use of the requested products and processes.

尚科宁家的义务。尚科宁家将尽商业上合理的努力向供应商提供供应商及时开发新产品和工艺所需的指引和所有其他信息，包括技术信息、规格、样品（如有）和任何其他专有信息。尚科宁家将在各开发阶段尽商业上合理的努力支持供应商，包括向供应商提供所需产品和工艺的性质、设计和预期用途方面的技术支持。

15.2 Supplier Obligations. **Supplier**, shall its sole expense, provide **SharkNinja**, with a sample or samples of proposed new products and processes. **SharkNinja** shall, at its sole discretion, inspect, review and consider all such proposed new products and processes in their developmental and final stages.

供应商的义务。供应商应自费向尚科宁家提供拟议的新产品和工艺的一件或多件样品。尚科宁家应在所有该等拟议的新产品和工艺的开发和最终阶段，自行决定检验、审查和考虑所有该等拟议的新产品和工艺。

**16. Confidentiality.**
保密。

16.1 Scope of Confidential Information. From time to time during the **Term**, either **Party** (as the "**Disclosing Party**") may disclose or make available to the other **Party** (as the "**Receiving Party**") information about its business affairs, goods and services (including any **Forecasts**), confidential information and materials comprising or relating to **Intellectual Property Rights**, trade secrets, third-party confidential information and other sensitive or proprietary information. Such information, constitutes "**Confidential Information**" hereunder. **Confidential Information** does not include information that at the time of disclosure:
保密信息的范围。在期限内，任何一方（"披露方"）可不时向另一方（"接收方"）披露或提供关于其营业事务、商品和服务的信息（包括任何预测）、包含或有关知识产权的保密信息和材料、商业秘密、第三方保密信息和其他敏感或专有信息。该等信息构成本合同项下的"保密信息"。保密信息不包括在披露时属于如下情况的信息：

(a) is or becomes generally available to and known by the public other than as a result of, directly or indirectly, any breach of this Section by the **Receiving Party** or any of its **Representatives**;
在披露时非直接或间接因接收方或其任何代表违反本条款规定而为公众所知或被公众获悉的信息；

(b) is or becomes available to the **Receiving Party** on a non-confidential basis from a third-party source, provided that such third party is not and was not prohibited from disclosing such **Confidential Information**;
在披露时接收方在非保密的基础上从第三方来源获得或获悉的信息，但前提是该第三方现在或过去均未被禁止披露该等保密信息；

(c) was known by or in the possession of the **Receiving Party** or its **Representatives** prior to being disclosed by or on behalf of the **Disclosing Party**;
在披露方自行或他方代表披露方披露之前，接收方或其代表已知道或掌握的信息；

(d) was or is independently developed by the **Receiving Party** without reference to or use of, in whole or in part, any of the **Disclosing Party's Confidential Information**; or
接收方过去或现在在未参考或使用全部或部分披露方的任何保密信息的情况下独立开发的信息；或

(e) is required to be disclosed pursuant to applicable law.
适用法律要求披露的信息。

16.2 Protection of Confidential Information. The **Receiving Party** shall, during the **Term** and for a period of three (3) years thereafter:
保护保密信息。在期限内及此后三（3）年内，接收方应当：

(a) protect and safeguard the confidentiality of the **Disclosing Party's Confidential Information** with at least the same degree of care as the **Receiving Party** would protect its own **Confidential Information**, but in no event with less than a commercially reasonable degree of care;

保护和保障披露方保密信息的保密性，在此过程中所尽到的注意至少与接收方保护自己的保密信息时所尽到的注意程度相同，但在任何情况下都不得低于商业上合理的注意程度；

(b) not use the **Disclosing Party's Confidential Information**, or permit it to be accessed or used, for any purpose other than to exercise its rights or perform its obligations under this **Agreement**; and

不得将披露方的保密信息用于（也不得允许他人访问或将披露方的保密信息用于）除行使其在本合同项下的权利或履行其在本合同项下的义务以外的任何其他目的；以及

(c) not disclose any such **Confidential Information** to any **Person**, except to the **Receiving Party's Representatives** who need to know the **Confidential Information** to assist the **Receiving Party**, or act on its behalf, to exercise its rights or perform its obligations under this **Agreement**.

不得向任何人披露任何该等保密信息，惟接收方需要了解保密信息以协助接收方或代表接收方行使其在本合同项下的权利或履行其在本合同项下的义务的代表不在此限。

16.3 Exceptions. If the **Receiving Party** becomes legally compelled to disclose any **Confidential Information**, the **Receiving Party** shall:

例外情形。如果接收方依法必须披露任何保密信息，接收方应：

(a) provide prompt written notice to the **Disclosing Party** so that the **Disclosing Party** may seek a protective order or other appropriate remedy or waive its rights under this Section; and

及时向披露方发出书面通知，以便披露方寻求保护令或其他适当救济或放弃其在本条款下的权利；以及

(b) disclose only the portion of **Confidential Information** that it is legally required to furnish.

仅披露法律要求其披露的那部分保密信息。

**17. Tangible Property.**
有形财产。

17.1 Bailment.
托管。

(a) All **Equipment** and other tangible property of every description, including **Tooling**, supplies, materials, machinery, equipment, tools, fixtures, drawings, photographic negatives and positives, artwork, copy layout, electronic data and other items, furnished by **SharkNinja**, either

directly or indirectly, to **Supplier** in connection with or related to this **Agreement**, which **SharkNinja** has funded, developed, or specified (collectively, "**Bailed Property**") is and will at all times remain the property of **SharkNinja** and be held by **Supplier** on a bailment-at-will basis.

由尚科宁家投资、开发或指定的、并由尚科宁家因本合同直接或间接提供给供应商的所有设备以及其他各种有形财产（包括工具、用品、材料、机器、设备、工具、固定装置、图纸、摄影底片和正片、艺术品、复制布图、电子数据以及其他物品，合称"托管财产"）是且始终是尚科宁家的财产，将由供应商在托管的基础上持有。

(b) Only **SharkNinja** has any right, title or interest in and to **Bailed Property**, except for **Supplier's** limited right, subject to **SharkNinja's** sole discretion, to use the **Bailed Property** in the performance of **Supplier's** obligations under this **Agreement**. **Supplier** shall not use the **Bailed Property** for any other purpose. **SharkNinja** may, at any time, for any reason and without payment of any kind, retake possession of any **Bailed Property** without the necessity of payment or notice to **Supplier**, or a hearing or a court order, which rights, if any, are waived by **Supplier**. Upon **SharkNinja's** request, **Bailed Property** will be immediately released to **SharkNinja** or delivered to **SharkNinja** by **Supplier**.

只有尚科宁家拥有对托管财产的一切权利、所有权或权益，但是供应商（在遵守尚科宁家自主权的前提下）拥有在履行其在本合同下义务过程中使用托管财产的有限权利。供应商不应将托管财产用作任何其他用途。尚科宁家可以在任何时候出于任何原因在无需支付任何款项的情况下重新拥有任何托管财产，而无需向供应商付款或作出通知，也无需举行听证会或获得法院命令，并且供应商放弃前述权利（如有）。经尚科宁家要求，供应商应立即将托管财产交出或交付给尚科宁家。

17.2 Tooling.
工具。

(a) **SharkNinja** shall own all **Tooling** and materials used in the production, development, and sales of all **Goods** it has funded, specified, or developed, regardless of whether **SharkNinja** or **Supplier** funded the **Tooling**.

尚科宁家应拥有其投资、指定或开发的、在所有货物生产、开发和销售过程中使用的所有工具和材料，无论该等工具系由尚科宁家还是供应商出资制造或采购。

(b) Unless otherwise specified in **Schedule A**, **Supplier** may not charge **SharkNinja** for the cost of manufacturing or procuring any **Tooling** or other materials used in the production and sale of the **Goods** unless **SharkNinja** agrees in writing to reimburse **Supplier** for **Supplier's** actual reasonable costs of manufacturing or procuring such **Tooling** or other materials (a "**Reimbursement Authorization**").

除非附表 A 中另有明确规定，供应商不应向尚科宁家收取制造或采购货物生产和销售中使用的任何工具或其他材料的费用，除非尚科宁家以书面形式同意向供应商偿付供应商制造或采购此类工具或其他材料过程中实际产生的合理费用（"偿付授权书"）。

(c) Payment for such **Tooling** or materials will be due only after (a) **SharkNinja** has successfully completed all testing of such **Tooling** or materials required by **SharkNinja**, which

will be conducted at **Supplier's** sole cost and expense, (b) **SharkNinja** has successfully conducted a tooling audit in accordance with its customer's requirements, and (c) **Supplier** has provided to **SharkNinja** detailed invoices documenting the actual costs incurred by **Supplier** for such **Tooling** or materials, including copies of any invoice issued to **Supplier** by any third party with respect thereto, and other any other information reasonably requested by **SharkNinja** with respect to such **Tooling** or materials (which may include CAD models and drawings). **SharkNinja** shall pay only the actual cost of such **Tooling** or materials, not to exceed the authorized amount, if any, stated in the applicable **Reimbursement Authorization.**

此类工具或材料的费用仅在下列条件获得满足后方到期应付：（a）尚科宁家已对其所需的工具和材料成功完成所有测试，供应商将自行承担该等测试相关的费用和开支，（b）尚科宁家已根据其客户要求成功进行了工具审计，且（c）供应商已向尚科宁家提供证明供应商因该等工具或材料所产生的实际费用的详细发票，包括任何第三方向供应商出具的与此有关的任何发票的副本以及尚科宁家合理要求的与此类工具或材料有关的其他任何信息（可能包括 CAD 模型和图纸）。尚科宁家只需向经销商支付该等工具或其他材料的实际费用，但前提是该等费用不得超过相关偿付授权书中规定的授权金额（如有）。

(d) Such **Tooling** or other materials that are subject to a **Reimbursement Authorization** provided by **SharkNinja** will become **Bailed Property** (and title thereto will vest in **SharkNinja**) immediately upon completion of all testing required by **SharkNinja** (provided that **SharkNinja** will not be relieved of its obligation to pay for such **Tooling** or materials in accordance with the terms of this **Agreement**) or, if earlier, any payment by **SharkNinja** to **Supplier** therefor.

在完成尚科宁家所要求的所有测试后（如果根据本合同条款尚科宁家未被免除其支付该等工具或材料费用的义务），或者，如更早，如尚科宁家向供应商支付任何该等工具或材料费用后，尚科宁家提供的偿付授权书中所涵盖的该等工具或其他材料将成为托管财产（但其所有权仍归属于尚科宁家）。

<u>17.3 Maintenance; Risk of Loss</u>. **Supplier** shall bear all risk of loss of and damage to **Bailed Property**. **Supplier** shall, at its own expense, for the benefit of **SharkNinja**, insure all **Bailed Property** with full and extended coverage for all losses, for its full replacement value. As and when it is commercially reasonable to do so, **Supplier** shall, at its sole cost and expense, maintain, repair, refurbish and replace **Bailed Property**. All replacement parts, additions, improvements, and accessories for such **Bailed Property** will automatically become **SharkNinja's** property upon their incorporation into or attachment to the **Bailed Property**. All replacements of **Bailed Property** will also be **SharkNinja's** property. **Supplier** shall replace any missing components of or inserts to any **Bailed Property**.

<u>维护；灭失风险</u>。供应商应承担托管财产的所有灭失、毁损风险。供应商应为了尚科宁家的利益自费按所有托管财产的全部重置价值为所有托管财产办理保险，确保保险范围足以涵盖所有损失。在商业上合理的时候，供应商应自费维护、维修、整修或更换托管财产。该等托管财产的替换零件、附件、改进和配件将在其被纳入或附于托管财产后自动成为尚科宁家的财产。托管财产的所有替换件也将成为尚科宁家的财产。供应商应更换任何托管财产的任何缺失部件或者嵌件。

17.4 Inventory. **Supplier** will maintain a written inventory of all **Bailed Property** that sets forth a description and the location of all **Bailed Property**, and provide a copy of this inventory to **SharkNinja** upon request. **Supplier** shall mark all **Bailed Property** permanently and conspicuously to identify it as the property of **SharkNinja**, and indicate **SharkNinja's** name and address. **Supplier** shall immediately sign any documents reasonably requested by **SharkNinja** to evidence all of **SharkNinja's** rights to and interests in **Bailed Property**.

清单。供应商应保存一份所有托管财产的书面清单，记录所有托管财产的描述和存放地点，并按要求向尚科宁家提供此清单的副本。供应商应长期在明显位置将托管财产标记为尚科宁家的财产，并注明尚科宁家的名称和地址。供应商应立即签署尚科宁家合理要求的任何文件，以证明尚科宁家对托管财产享有的所有权利和权益。

17.5 Supplier's Property. Unless otherwise agreed to by **SharkNinja** in writing, **Supplier**, at its sole expense, shall furnish, keep in good condition, and replace when necessary all **Equipment**, including **Tooling** to be clear, and other items necessary or helpful for the production of the **Goods** (excluding **Bailed Property**, "**Supplier's Property**"). **Supplier** shall insure **Supplier's Property** with full and extended coverage for all losses, for its full replacement value, in accordance with the terms of Section 19.

供应商财产。除非尚科宁家另行书面同意，供应商应在必要情况下自费提供、更换所有设备并使所有设备保持良好状态：设备明确包括工具以及其他对货物生产而言必需的或有用的物品（不包括托管财产，下称"供应商财产"）。供应商应根据第19条的规定按供应商财产的全部重置价值为供应商财产办理保险，确保保险范围足以覆盖所有损失。

**18.    Audit Rights and Inspection.**
**审计权利和检查。**

18.1 Audit Rights. **Supplier** hereby grants to **SharkNinja**, and each of its authorized **Representatives**, access to **Supplier's** premises (including **Supplier's** manufacturing operations used in production of the **Goods**) and all pertinent documents and other information, whether stored in tangible or intangible form, including any books, records and accounts, in any way related to **Supplier's** performance under this **Agreement** (including **Supplier's** processes and procedures), **Goods**, **Bailed Property** or any payment or other transaction occurring in connection with this **Agreement**, for the purpose of auditing **Supplier's** compliance with the terms of this **Agreement**. **Supplier** agrees to cooperate fully with **SharkNinja** in connection with any such audit or inspection. **Supplier** shall maintain, during the **Term** and for a period of two (2) years after the **Term**, complete and accurate books and records and any other financial information in accordance with GAAP.

审计权利。供应商特此授权尚科宁家以及其各个授权代表出入供应商处所（包括供应商用于生产货物的制造场所）并查阅所有有关文件和其他信息（无论以有形或无形的方式储存），包括以任何方式与供应商在本合同下的履约（包括供应商的流程和规程）、货物、托管财产、或因本合同同发生的任何付款或其他交易有关的账簿、记录和账目，以检查供应商对本合同条款的遵守情况。供应商同意全力协助尚科宁家展开任何审计或检查。在期限内以及在期限届满后两（2）年内，供应商应根据通用会计准则保存完整、准确的账簿和记录以及其他任何财务信息。

18.2 <u>Inspection</u>. **SharkNinja** shall have the right upon written notice to inspect **Supplier's** facilities and warehouses.

检查。尚科宁家有权在发出书面通知后检查供应商的工厂及仓库。

**19. Insurance.** During the **Term** and for a period thereafter, **Supplier** shall, at its own expense, maintain and carry in full force and effect commercial general liability insurance (including product liability) in a sum no less than $2,000,000, all-risk property insurance covering **Bailed Property** and all of **Supplier's Property**, including **Equipment**, for its full replacement value, and with financially sound and reputable insurers. Upon **SharkNinja's** reasonable request, **Supplier** shall provide **SharkNinja** with a certificate of insurance evidencing the insurance coverage specified in this Section. The certificate of insurance shall name **SharkNinja** as an additional insured and loss payee. **Supplier** shall provide **SharkNinja** with thirty (30) days' advance written notice in the event of a cancellation or material change in such insurance policy. **Supplier** waives and **Supplier** shall cause its insurers to waive, any right of subrogation or other recovery against **SharkNinja**, its **Affiliates**, and their insurers.

保险。在期限内以及在期限届满后一段时间内，供应商应自费按照托管财产和所有供应商财产（包括设备）的全部重置价值，向财力雄厚、信誉良好的保险公司办理总额不低于 2,000,000 美元的商业一般责任险(包括产品责任险)、综合财产险，并确保该等保险保持充足效力。在尚科宁家的合理要求下，供应商应向尚科宁家提供保险证明书，证明本条款规定的承保范围。保险证明书应将尚科宁家列为附加被保险人和赔款受益人。如保单被取消或发生重大变更，供应商应提前三十（30）天向尚科宁家作出书面通知。供应商放弃且应促使其保险公司放弃对尚科宁家、其关联方及其保险公司的任何代位权或其他追偿权。

**20. Miscellaneous.**
其他。

20.1 <u>Further Assurances</u>. Each **Party** shall, upon the reasonable request of the other **Party**, promptly execute such documents and perform such acts as may be necessary to give full effect to the terms of this **Agreement**.

进一步保证。每一方应在另一方的合理要求下及时签署必要文件并执行必要行动，以充分实施本合同的条款。

20.2 <u>Relationship of the Parties</u>. The relationship between the **Parties** is that of independent contractors. Nothing contained in this **Agreement** shall be construed as creating any agency, partnership, joint venture, or other form of joint enterprise, employment, or fiduciary relationship between the **Parties**, and neither **Party** shall have authority to contract for or bind the other **Party** in any manner whatsoever.

双方关系。双方为独立立约人。本合同任何内容均不得被理解为在双方之间建立任何代理、合伙、合资或其他形式的联营、雇佣或信托关系。任何一方均无权以任何方式代表另一方签订合同或约束另一方。

20.3 <u>Entire Agreement</u>. This **Agreement**, including and together with any related schedules and the applicable terms of any **Purchase Orders**, constitutes the sole and entire agreement of the **Parties** with respect to the subject matter contained herein and therein, and

supersedes all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to such subject matter.

完整协议。本合同（包括任何相关附表和任何采购订单的相关条款）构成双方就本合同及该等附表和条款包含的主题事项达成的唯一、完整协议，并取代先前和同期就该主题事项达成的所有书面和口头谅解、协议、陈述和保证。

20.4  Survival. Subject to the limitations and other provisions of this **Agreement**: (a) the representations and warranties of the **Parties** contained herein will survive the expiration or earlier termination of this **Agreement**; and (b) Sections 1, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18 and 20 of this **Agreement**, as well as any other provision that, in order to give proper effect to its intent, should survive such expiration or termination, will survive the expiration or earlier termination of this **Agreement**.

存续性。在遵守本合同限制和其他规定的前提下：（a）本合同包含的双方陈述和保证在本合同到期或提前终止后仍将继续有效；并且（b）本合同第1、5、6、7、8、9、10、11、12、13、15、16、17、18和20条以及其他任何为充分实现其意图之目的应该在本合同到期或提前终止后继续有效的条款在本合同到期或提前终止后仍将继续有效。

20.5  Notices. All notices, requests, consents, claims, demands, waivers, and other communications shall be in writing and shall be sent to the respective parties at the addresses indicated below (or at such other address for a **Party** as shall be specified in a notice given in accordance with this Section).

通知。所有通知、请求、同意、索赔、主张、弃权以及其他往来沟通均应采取书面形式，并发送至相关方的下列地址（或依据本条款作出的通知中列明的一方的其它地址）。

| | |
|---|---|
| Notice to **Supplier**:<br>致供应商的通知： | Fusha Industrial Park Fusha Town, Zhongshan City, Guangdong Province, China<br><br>广东省中山市阜沙镇阜沙工业园<br>robbie@weili.com.cn<br>liaorongkai@weili.com.cn |
| Notice to **SharkNinja**:<br>致尚科宁家的通知： | [21/F, 238 DES Voeux Road Central, Sheung Wan, Hong Kong]<br><br>[香港上环德辅道中 238 号 21 楼] |

20.6 Interpretation. For purposes of this **Agreement**: (a) the words "include," "includes" and "including" is deemed to be followed by the words "without limitation"; (b) the word "or" is not exclusive; (c) the words "herein," "hereof," "hereby," "hereto" and "hereunder" refer to this **Agreement** as a whole; (d) words denoting the singular have a comparable meaning when used

in the plural, and vice-versa; and (e) words denoting any gender include all genders. Unless the context otherwise requires, references in this **Agreement**: (x) to sections, schedules, attachments, and appendices mean the sections of, and schedules, attachments and appendices attached to, this **Agreement**; (y) to an agreement, instrument or other document means such agreement, instrument or other document as amended, supplemented and modified from time to time to the extent permitted by the provisions thereof; and (z) to a statute means such statute as amended from time to time and includes any successor legislation thereto and any regulations promulgated thereunder. The **Parties** drafted this **Agreement** without regard to any presumption or rule requiring construction or interpretation against the **Party** drafting an instrument or causing any instrument to be drafted. The schedules, attachments, and appendices referred to herein are an integral part of this **Agreement** to the same extent as if they were set forth verbatim herein.

释义。就本合同而言：(a) 词语"包括"被视为其后跟随"不限于"一词；(b) 词语"或者"不具排他性；(c) 词语"在本合同中"、"本合同的"、"根据本合同"、"随附于本合同的"以及"在本合同项下"等均指本合同整体；(d) 指代单数的词语在以复数形式出现时有相似含义，反之亦然；(e) 指代任何性别的词语包括所有有性别。除非前后文另行要求，在本合同中：(x) 提及条款、附表、附件和附录均指本合同的条款、附表、附件和附录；(y) 提及协议、文书和其他文件均包括该等协议、文书和其他文件在其规定允许的范围内不时修改、补充或修改后的版本；(z) 提及法规包括该法规不时修订后的版本，并包括其任何后续法律及据此发布的任何法规。提及本合同时，不考虑要求以不利于起草文书或促使他方起草任何文书的一方的方式解释或解读本合同的任何推定或规则。本合同中所提及的附表、附件和附录系本合同不可分割的组成部分，就如同这些附表、附件和附录一字不差地载于本合同一般。

20.7 Headings. The headings in this **Agreement** are for reference only and do not affect the interpretation of this **Agreement**.

标题。本合同标题只供参考，不影响对本合同的解读。

20.8 Severability. If any term or provision of this **Agreement** is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability shall not affect any other term or provision of this **Agreement** or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon a determination that any term or other provision is invalid, illegal, or unenforceable, the **Parties** hereto shall negotiate in good faith to modify this **Agreement** so as to affect the original intent of the **Parties** as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the greatest extent possible.

可分割性。如果本合同的任何条款或规定在任何司法辖区内无效、非法或不可执行，则该等无效性、非法性或不可执行性不得影响本合同的任何其他条款或规定，或使得该条款或规定在任何其他司法辖区变得无效或不可执行。在确定任何条款或其他规定无效、非法或不可执行后，本合同双方应本着诚恳进行谈判以修改本合同，以便以双方均可接受的方式尽可能地实现双方的原本意图，并在最大程度上尽可能按最初设想完成本合同拟定的交易。

20.9 Amendment; Modification; Waiver. This **Agreement** may only be amended, modified, or supplemented by an agreement in writing signed by each **Party** hereto. No waiver by any **Party** of any of the provisions hereof shall be effective unless explicitly set forth in

writing and signed by the waiving **Party**. Except as otherwise set forth in this **Agreement**, no failure to exercise, or delay in exercising, any right, remedy, power, or privilege arising from this **Agreement** shall operate or be construed as a waiver thereof; nor shall any single or partial exercise of any right, remedy, power, or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

修订；修改；弃权。本合同仅能由本合同双方签署的书面协议进行修订、修改或补充。除非经明确书面规定并由弃权的一方签署，否则任何一方对本合同任何条款的放弃均属无效。除非本合同另有规定，否则未能行使或延迟行使因本合同产生的任何权利、救济、权力或特权，不得视为也不得解释为放弃该项权利、救济、权力或特权。单独或部分行使本合同下的任何权利、救济、权力或特权不得妨碍以任何其他方式或进一步行使该项权利、救济、权力或特权，也不得妨碍行使其他任何权利、救济、权力或特权。

20.10 Cumulative Remedies. All rights and remedies provided in this **Agreement** are cumulative and not exclusive, and the exercise by either **Party** of any right or remedy does not preclude the exercise of any other rights or remedies that may now or subsequently be available at law, in equity, by statute, in any other agreement between the **Parties** or otherwise.

累积救济。本合同中规定的所有权利和救济都是累积性的，但不具排他性。任何一方行使任何权利或救济并不妨碍行使现在或此后根据普通法、衡平法、成文法或双方之间的任何其他协议或以其他方式可能享有的任何其他权利或救济。

20.11 Equitable Remedies. Each **Party** acknowledges that a breach by the other **Party** may cause the non-breaching **Party** irreparable harm, for which an award of damages would not be adequate compensation, and agrees that, in the event of such a breach or threatened breach, the non-breaching **Party** will be entitled to seek equitable relief, including in the form of orders for preliminary or permanent injunction, specific performance, and any other relief that may be available from any court, and the **Parties** hereby waive any requirement for the securing or posting of any bond or the showing of actual monetary damages in connection with such relief. These remedies shall not be deemed to be exclusive but shall be in addition to all other remedies available under this **Agreement** at law or in equity, subject to any express exclusions or limitations in this **Agreement** to the contrary.

衡平救济。每一方承认，另一方的违约行为可能会导致守约方遭受不可弥补的损害，即使存在损害赔偿裁决也不足以提供充足的赔偿；双方同意，如违反或可能违反本合同的，守约方有权寻求衡平救济，包括初步或永久禁令、强制履约以及其他任何可从任何法院获得的救济。双方特此放弃任何获得或缴纳任何与该等救济有关的保证金或证明与该等救济相关的实际金钱损失的要求。这些救济不应被视为是排他性的，而应是对根据本合同享有的普通法或衡平法上的所有其他救济的补充，并须遵守本合同中任何意思相反的明确排除或限制规定。

20.12 Assignment. Either **Party** may assign or otherwise transfer any of its rights, obligations or performance under this **Agreement** on the transferring party's written request to the other **Party**, which consent shall not be unreasonably withheld or delayed. The foregoing notwithstanding, either **Party** may assign or transfer this **Agreement** to the acquirer of all or substantially all of its assets or the survivor of any merger, consolidation, reorganization, or change of control of such **Party** provided that it gives the other **Party** prior written notice

转让。任何一方均可转让或以其他方式让与其在本合同项下的任何权利、义

务或履约，但转让方应向另一方提出书面请求，并且另一方不得无故拒绝或延迟同意该请求。尽管存在前述规定，任何一方均可向其全部或实质上全部资产的收购方或该方任何合并、整合、重组或控制权变更后的存续实体转让或让与本合同，但前提是其必须提前向另一方发出书面通知。

20.13 Successors and Assigns. This **Agreement** is binding on and inures to the benefit of the **Parties** and their respective permitted successors and permitted assigns.

继受人和受让人。本合同系为双方及其各自许可继受人和许可受让人的利益而设，对其具有约束力。

20.14 No Third-Party Beneficiaries. This **Agreement** is for the sole benefit of the **Parties** hereto and their respective successors and permitted assigns and nothing herein, express or implied, is intended to or shall confer upon any other **Person** any legal or equitable right, benefit, or remedy of any nature whatsoever, under, or by reason of this **Agreement**.

无第三方受益人。本合同仅为本合同双方及其各自继受人和许可受让人的利益而设。本合同中的任何明示或默示内容均不旨在也不应赋予任何其他人本合同项下的或因本合同产生的任何性质的任何普通法或衡平法上的权利、利益或救济。

20.15 Governing Law. This **Agreement**, including all schedules, attachments and appendices attached hereto and thereto, and all matters arising out of or relating to this **Agreement**, are governed by, and construed in accordance with, the laws of Hong Kong without giving effect to the conflict of laws rules or choice of laws rules thereof. Venue for any action brought hereunder shall be proper only in Hong Kong.

适用法律。本合同以及其所有附表、附件和附录和因本合同产生的或与本合同相关的所有事务均受香港法律管辖并依其解释，而不考虑其法律冲突规则或法律选择规则。根据本合同提起的任何诉讼的地点应当只在香港。

20.16 Counterparts. This **Agreement** may be executed in counterparts, each of which is deemed an original, but all of which together is deemed to be one and the same agreement

副本。本合同可签署多份副本，每份副本均视同正本，所有副本视为共同构成同一份协议。

20.17 Force Majeure. Any delay or failure of either **Party** to perform its obligations under this **Agreement** will be excused to the extent that the delay or failure was caused directly by an event beyond such **Party's** control, without such **Party's** fault or negligence and that by its nature could not have been foreseen by such **Party** or, if it could have been foreseen, was unavoidable (which events may include natural disasters, embargoes, explosions, riots, wars or acts of terrorism) (each, a "**Force Majeure Event**"). **Supplier's** financial inability to perform, changes in cost or availability of materials, components or services, market conditions or supplier actions or contract disputes will not excuse performance by **Supplier** under this Section. **Supplier** shall give **SharkNinja** prompt written notice of any event or circumstance that is reasonably likely to result in a **Force Majeure Event** and the anticipated duration of such **Force Majeure Event**. **Supplier** shall use all diligent efforts to end the **Force Majeure Event**, ensure that the effects of any **Force Majeure Event** are minimized and resume full performance under this **Agreement**. During any **Force Majeure Event**, **SharkNinja** may, at its option (a) purchase

Goods from other sources and reduce the quantities hereunder by such quantities without liability to **Supplier**, and require **Supplier** to reimburse **SharkNinja** for any additional costs to **SharkNinja** of obtaining the substitute goods compared to the **Prices** for such **Goods** under this **Agreement**, (b) require **Supplier** to deliver to **SharkNinja** all finished **Goods**, work in process or parts and materials produced or acquired for work under this **Agreement**, or (c) require **Supplier** to provide **Goods** from other sources in quantities and at a time requested by **SharkNinja** and at the **Prices** for the **Goods** hereunder.

不可抗力。如果任何一方延迟或未能履行其在本合同项下的义务，但该等延迟或不履约是由于超出该方控制范围的事件直接造成的（该方无过错或过失）且由于事件的性质该方无法预见事件或者事件虽可预见但无法避免（该等事件包括自然灾害、禁运、爆炸、暴动、战争或恐怖行为，各称为"不可抗力事件"），则该方将被免责。供应商财务上无能力履约、材料、组件或服务的成本或供应变化、市场情况，供应商诉讼或合同纠纷均不会免除供应商在本条款项下的履约责任。供应商应及时书面通知尚科宁家任何可能会导致不可抗力事件的事件或情况以及该等不可抗力事件的预期持续时间。供应商应尽力结束不可抗力事件，确保其影响力最小化，并根据本合同继续全面履约。在不可抗力事件期间，尚科宁家可自主选择(a)从其他渠道购买货物并相应减少本合同项下的数量，而无需向供应商承担任何责任；并要求供应商根据本合同中约定的货物价格补偿尚科宁家因购买替代品而产生的一切额外费用；(b)要求供应商向尚科宁家交付所有成品、半成品以及为了本合同下工作生产或购买的零件和材料；或(c)要求供应商按照尚科宁家要求的数量和时间以及本合同项下的货物价格从其他渠道提供货物。

20.18 No Public Announcements or Trademark Use. Unless expressly permitted under this **Agreement**, neither **Party** shall either:

禁止公告和商标使用。除非本合同明确允许，任何一方不得：

(a) make any statement (whether oral or in writing) in any press release, external advertising, marketing or promotion materials regarding the subject matter of this **Agreement**, or its business unless (i) it has received the express written consent of the other **Party**, or (ii) it is required to do so by law or under the rules of any stock exchange to which it is subject; or

在任何新闻稿、外部广告、营销或宣传材料中作出任何有关本合同主题事项或其业务的（口头或书面）声明，除非(i)其已经收到另一方的明确书面同意；或(ii)适用于其的法律或任何证券交易所规则要求其作出该等声明；或

(b) use any of the other **Party's Trademarks** without the prior written consent of the other Party, which shall not be unreasonably withheld or delayed.

未经另一方事先书面同意（另一方不得无故拒绝或延迟给予该等同意）擅自使用另一方的任何商标。

20.19 Language. This **Agreement** is made in both English and Chinese. In case of any dispute as to the interpretation, the English version shall prevail.

语言。本合同以英文、中文两种语言签订。如果两种语言解释出现争议，则以英文为准。

IN WITNESS WHEREOF, the **Parties** hereto have executed this **Agreement** as of the date first set forth above.

鉴此，本合同双方已于文首所载日期签署本合同，以昭信守。

*Signature Page to Follow*

*以下为签字页*

Signature Page to Product Procurement Sub-Supplier Agreement by & between
SUPPLIER & SHARKNINJA (HONG KONG) COMPANY LIMITED dated as of the
Effective Date referenced above.

此为供应商与尚科宁家（香港）股份有限公司于上述生效日期签署的《产品采购供应商
合同》的签字页。

Signature(签字): _____

Printed Name(正楷姓名): _____

Title(职位): 外销副总经理

Date(日期): 2023、5、10

SHARKNINJA (HONG KONG)
COMPANY LIMITED
尚科宁家（香港）股份有限公司

Signature(签字): _____

Printed Name(正楷姓名): _____

Title(职位): _____

Date(日期): _____

43

SCHEDULE A
附表 A

A) SPECIFICATIONS
规格

| PART NO.<br>部件编号 | Shark Ninja PART NO.<br>尚科宁家部件编号 | DESCRIPTION<br>描述 |
|---|---|---|
| [TO BE COMPLETED] | [TO BE COMPLETED] | [TO BE COMPLETED] |

B)  PURCHASE PRICE AND PAYMENT TERMS:
购买价格和付款条件

[TO BE COMPLETED]
[待填入]

C)  FORMULA FOR TOOLING COSTS:
工具费用计算公式：

[TO BE COMPLETED]
[待填入]

D)  DELIVERY LOCATION AND DELIVERY DATES:
交货地点和交货日期：

[TO BE COMPLETED]
[待填入]

E)  ORIGINAL EQUIPMENT MANUFACTURERS:
原始设备生产商：

[TO BE COMPLETED]
[待填入]

F) SUPPLIER'S PRODUCTS:
供应商产品：

[TO BE COMPLETED]
[待填入]

44

**G)  LONG LEAD TIME ITEMS**
长货期产品：

[TO BE COMPLETED]
[待填入]

## APPROVED SUPPLIER ETHICS POLICY AND SUPPLIER CODE OF CONDUCT CERTIFICATION STATEMENT

I am duly authorized to make this certification on behalf of the Supplier and have personal knowledge regarding the subject matter of this certification.

I am familiar with and understand the requirements of the Anti-Bribery Laws.[1] I have received, reviewed and understand, and will comply with SharkNinja's Approved Supplier Ethics Policy and SharkNinja's Suppliers' Code of Conduct ("Code of Conduct").[2] I have taken steps to ensure that all employees, intermediaries and subcontractors of the Supplier involved in the Supplier's work on behalf of SharkNinja are familiar with, and will comply with the requirements of the Anti-Bribery Laws and the Codes of Conduct.

In connection with matters undertaken on behalf of SharkNinja or in connection with the business of SharkNinja, Supplier (and, where Supplier is a company, its affiliates, and their respective principals and intermediaries) has not taken and will not take any action in violation of the Anti-Bribery Laws, and has not paid, offered, promised or authorized, and will not pay, offer, promise, or authorize the payment of money or anything of value, directly or indirectly, to any Government Official[3] for the purpose of:

influencing any act or decision of such person in his/her official capacity; or

inducing such person to act (including through action or omission) in violation of the lawful duty of such person; or

securing any improper advantage; or

inducing such person to use his/her influence to affect or influence any act or decision of a Government Authority,

in order to assist Supplier or SharkNinja in obtaining or retaining business for or with, or directing

---

[1]     The "Anti-Bribery Laws" include the US Foreign Corrupt Practices Act, 15 U.S.C. §78-dd-1, et seq., as amended, (ii) the UK Bribery Act of 2010, and (iii) any applicable anti-bribery law, anti-corruption law, conflict of interest law, or any other law, rule or regulation of similar purpose and scope applicable to Supplier or SharkNinja.

[2]     See Exhibits A & B

[3]     "Government Official" includes (i) an employee, officer or representative of, or any person otherwise acting in an official capacity for or on behalf of, a Government Authority (e.g., a member of a communications agency or ministry); (ii) a person holding a legislative, administrative or judicial position of any kind for a Government Authority, whether elected or appointed; (iii) an officer of, or individual who holds a position in, a political party or a candidate for public office; (iv) an individual acting for or on behalf of a foreign public international organization (e.g., the International Olympic Committee); (v) an individual who holds any other official, ceremonial or other appointed or inherited position with a government or any of its agencies, or who would otherwise be categorized as a government or public official under local law; and (vi) an individual who exercises a public function for or on behalf of a country or territory or for any public agency or public enterprise of a country or territory. This definition also includes all levels and subdivisions of governments (i.e., local, regional, and national; administrative, legislative, and executive governmental entities), as well as immediate staff and family members of persons falling within the definition of Governmental Officials. Further, government employees and employees of fully or partially state-owned enterprises are considered Government Officials (e.g., employees of state-owned or partially state-owned cable, satellite, telecommunications or other paid television companies).

business to, any person.

I will notify SharkNinja immediately if subsequent developments cause this certification and information reported herein to be inaccurate or incomplete.

I acknowledge that SharkNinja shall rely on this certificate.

Supplier Name: Zhongshan  Donlim  Weili  Electrical Appliances Co., Ltd.

Signature:

Name:

Title:

Date:      2023.5.10

47

经批准的供应商道德政策和供应商行为认证声明

我已获得正式授权，代表供应商进行此认证，并具有关于此认证主题的个人知识。

我熟悉并理解反贿赂法的要求⁴。我已收到，审阅，理解，并将遵守尚科宁家批准的供应商道德政策和尚科宁家的供应商行为准则（"行为准则"）。⁵ 我已采取措施确保参与供应商代表尚科宁家工作的供应商的所有员工，中间人，和分包商都熟悉并遵守反贿赂法的要求和行为准则。

关于代表尚科宁家或与尚科宁家的业务有关的事项，供应商（若为公司，包括其关联公司及其各自的管理人员和中介）没有采取并且不会采取任何违反反贿赂法的行为，并且没有也不会为了协助尚科宁家或供应商或任何其他人取得或保留业务直接或间接支付，提供，承诺或授权支付金钱或任何有价物品给任何政府官员⁶以：

影响此人的官方行为或决定；或

诱使此人从事违反其法定职责的行为（包括作为或不作为）；或

确保任何不正当的利益或优势；或

诱使该人使用其影响力影响政府机构的任何作为或决定，以协助供应商或尚科宁家为任何人获得或保留业务，或与任何人直接合作。

如果后续发展导致此认证和此处提供的信息不准确或不完整，我将立即通知尚科宁家。

---

⁴   "**反贿赂法**" 包括美国反海外腐败法，15 U.S.C. §78-dd-1，et seq, 修订版，（ii）2010 年英国反贿赂法，以及（iii）和任何适用的反贿赂法，反腐败法，利益冲突法或任何适用于供应商或尚科宁家的其他类似目的和范围的法律或规则。

⁵   见图表 A 和 B.

⁶   "**政府官员**"包括（i）政府机关的雇员、官员或代表，或以官方身份或代表政府当局行事的任何其他人（例如通讯机构或部门的成员）；（ii）为政府机关担任任何种类的立法，行政或司法职位的人，不论是当选的还是获委任的；（iii）在政党或公职候选人中担任职务的人员个人；（iv）代表外国公共国际组织（例如国际奥林匹克委员会）或代表其行事的个人；（v）在政府或其任何机构中担任任何其他官方的、正式的职位或其他被任命或继承职位的人，或根据当地法律被归类为政府或公职人员的个人；（vi）为某国家或地区或代表某国家或地区的公共机构或公共企业行使公共职能的个人。该定义还包括各级政府和政府分支机构（即地方，区域和国家；行政，立法和行政政府实体），以及属于政府官员定义范围内人员的直属工作人员和家庭成员。此外，政府官员和全部或部分国有企业的雇员被视为政府官员（例如，国有或部分国有电缆，卫星，电信或其他付费电视公司的雇员）。

我知晓尚科宁家将依赖此认证。

供应商名称：

签名： _____

姓名： 张要德     合同专用章

头衔： 外销副总经理

日期： 2023.5.10

49

EXHIBIT A

A.   Approved Supplier Ethics Policy
附件一：经批准的供应商道德政策

B.   SharkNinja Operating LLC, and its affiliated entities worldwide ("**SharkNinja**") are committed to the highest standards of product quality and business integrity in their dealings with customers and suppliers. Compliance with legal and ethical standards is the responsibility of everyone in the supply chain system at every level. All **SharkNinja Suppliers** (defined below) and **SharkNinja** employees are expected to conduct themselves with the highest standards of honesty, ethics, and personal integrity, while adhering to all applicable laws at all times.
尚科宁家运营有限公司（SharkNinja Operating LLC）及其全球关联实体（"尚科宁家"）在其和客户及供应商的交易往来中秉承最高标准的产品质量和商业诚信原则。遵守法律和道德标准是供应链中各级员工的责任。所有尚科宁家供应商（定义见下文）和尚科宁家员工的行为均应遵守诚信、道德和个人操守的最高标准，并时刻遵守所有适用法律。

C.   This **Approved Supplier Ethics Policy** (the "Policy") applies globally to all **SharkNinja Suppliers**. "**Suppliers**" means any business, company, corporation, person, or other entity that sells, or seeks to sell, whether directly or indirectly, any kind of goods or services to **SharkNinja**, and it includes the **Supplier's** employees, agent, and other representatives.
本经批准的供应商道德政策（"政策"）适用于全球所有尚科宁家供应商。"供应商"指任何向或寻求向尚科宁家直接或间接销售任何种类商品或服务的企业、公司、法人团体、个人或其他实体，其中包括供应商的员工、代理人和其他代表。

D.   To that end, as a Supplier, you shall:
为此，作为供应商，您应当：

E.   Comply with all applicable anti-corruption laws, including the US Foreign Corrupt Practice Acts, the UK Bribery Act, PRC Anti-Unfair Competition Law, The Criminal Law of the PRC, and other similar anti-corruption laws around the world ("**Applicable Law(s)**"). These **Applicable Laws** generally set prohibitions on giving bribes to government offices, establish books and records requirements, and set criminal and civil penalties for violations. These laws may also apply to receiving bribes or apply to private sector individuals as a form of commercial bribery.
遵守所有适用的反腐败法律，包括美国《反海外腐败法》、英国《反贿赂法》、《中华人民共和国反不正当竞争法》、《中华人民共和国刑法》以及全球其他类似反腐败法律（"适用法律"）。这些适用法律通常规定：禁止向政府机关行贿，制定账簿和记录要求，并对违法行为设置刑事和民事处罚。这些法律也可能适用于收受贿赂或适用于（商业贿赂形式下的）私营部门个人。

A.   Comply with all laws, regulations and policies applicable to them and their dealings with **SharkNinja**. These laws, rules, regulations, and policies include:
遵守所有适用于他们及他们和尚科宁家之间所有交易的法律、法规和政策。此类法律、规则、法规和政策包括：

1)   Equal Employment;

平等就业;

2) Anti-discrimination and harassment;
反歧视和骚扰;

3) Human rights;
人权;

4) Conflicts of Interest;
利益冲突;

5) Health & Safety;
健康和安全;

6) Environment; and
环境; 以及

7) Codes of business conduct.
商业行为准则。

B. Not take any actions or permit by your own suppliers, subcontractors, agents or other third parties which may cause **SharkNinja** to be liable for any violation of any **Applicable Law**.
不从事也不允许自己的供应商、分包商、代理商或其他第三方从事任何可能导致尚科宁家承担违反任何适用法律的责任的行为。

C. Not use money or other consideration received from **SharkNinja** in violation of the **Applicable Laws** or for other unlawful purposes, such as making any payments or giving anything of value (directly or indirectly) to attempt to improperly influence an act or decision to obtain or retain business or to secure an improper business advantage. The foregoing applies to any offer or promise to make payment or give anything of value to any of the following:
使用从尚科宁家获得的金钱或其他对价时不违反适用法律，也不将该等金钱或对价用于其他非法用途，例如: 直接或间接进行任何支付或给予任何有价物，企图不正当地影响某一行为或决定，以获得或保留业务或获得不正当的商业优势。上述规定适用于向下列任何人进行支付或给予任何有价物的任何意图或承诺:

1) a government official or employee (including any person holding an executive, legislative, judicial or administrative office, whether elected or appointed, or of any public international organization, such as the United Nations or World Bank, or any person acting in any official capacity for or on behalf of such government or organization);
政府官员或员工 (包括任何担任行政、立法、司法或管理职位的个人，无论其是经过选举或任命产生的; 隶属于任何国际公共组织，例如联合国或世界银行; 或任何为了该等政府或组织的利益或代表该政府或组织以任何官方身份行事的个人) ;

2) an employee or officer of a public sector or state-owned enterprise;
公共部门或国有企业员工或官员;

3) a political candidate, political party or any officer or employee of a political party;
政治候选人、政党或政党的任何官员或员工;

51

4) any other person if you know or should know that any portion of the offering will be offered (directly or indirectly) to any of the above-identified persons; or
（您所知道或应知道的）将直接或间接获得任何部分物品的任何其他人；

5) a private sector employee or officer as a form of commercial bribery.
商业贿赂形式下的私营部门的员工和官员。

Without limiting the foregoing, prohibited types of offerings include anything of value such as: cash or equivalents (including gift cards), inappropriate gifts, travel and entertainment, charitable or political contributions, no-bid arrangements (a contract awarded without competitive bidding), in-kind services (the transfer of goods or service in lieu of money), hiring relatives, or unauthorized facilitation payments, where given to obtain an improper advantage.
在不限制前述规定的前提下，禁止类型的物品包括任何有价物，例如：为获得不正当好处而给予的现金或等同物（包括礼品卡）、不适当的礼品、旅行和娱乐、慈善或政治捐款、未经招投标程序达成的安排（未经招投标程序授予的合同）、实物服务（代替金钱的商品或服务转让）、雇用亲属或未经授权的通融费。

D. Upon **SharkNinja's** request, direct your own suppliers, subcontractors, agents, or other third parties to execute a similar written anti-corruption compliance statement and provide confirmation to SharkNinja that such action has been taken.
按照尚科宁家的要求，指示您自己的供应商、分包商、代理商或其他第三方签署一份类似的书面反腐败合规声明，并向尚科宁家提供已采取此行动的证明。

E. Keep accurate and complete books and records, and ensure that all other audit terms and related obligations set forth in your agreement(s) with **SharkNinja** comply with this **Policy.** Further, you are prohibited from establishing, retaining, or using any undisclosed or unrecorded company funds.
保存准确、完整的账簿和记录，并确保您与尚科宁家之间的协议中规定的所有其他审计条款及有关义务与本政策相一致。此外，您不得设立、保留或使用任何未披露的或未记录的公司资金。

F. Abide by all antitrust and competition laws in every country where **SharkNinja** does business. **SharkNinja** is fully committed to competing fairly. You shall not fix prices or rig bids with your competitors. Likewise, you shall not allocate customers or markets with your competitors, or exchange current recent, or future pricing information with your competitors.
遵守尚科宁家开展业务的每个国家的所有反垄断和竞争法律。尚科宁家完全承诺公平竞争。您不应与您的竞争对手限定价格或串通投标。同时，您不应与您的竞争对手划分客户和市场或与您的竞争对手交换目前最新的或未来的价格信息。

G. Respect and comply with intellectual property rights, privacy, and data protection. Any transfer of technology, proprietary information, or trade secrets without **SharkNinja's** consent is prohibited. **Suppliers** are required to respect the reasonable privacy and confidentiality expectations with everyone with whom they do business, and appropriately protect all data that may come into their possession.
尊重且遵守知识产权、隐私及数据保护。未经尚科宁家同意，禁止传输任何技术、专有信息或商业秘密。供应商应尊重与其进行商业往来的所有人的合理隐私和保

52

密要求，并以合理方式保护其可能获得的所有数据。

In no event shall **SharkNinja** be obligated under any **Supplier** or third-party agreement to take any action or omit to take any action that **SharkNinja** believes, in good faith, could cause it to be in violation of any of the **Applicable Laws**.

在任何情况下，尚科宁家在任何供应商或第三方协议项下均无义务以作为或不作为的方式实施任何尚科宁家依诚信原则认为可能导致其违反任何适用法律的行为。

**SharkNinja** retains the right to suspend or terminate your agreement(s) with **SharkNinja** immediately upon written notice if we believe, in **SharkNinja's** sole discretion, that you have breached any elements of this **Policy**, or if you make a false or fraudulent statement, representation or warranty while carrying out your contractual obligations. Furthermore, in the event of non-compliance, **SharkNinja** reserves the right to take any and all action including, but not limited to pursuing legal recourse.

如果尚科宁家经自主决定认为您违反了本政策任何规定，或者如果您在履行自身合同义务过程中作出了虚假或欺诈性声明、陈述或保证，尚科宁家保留书面通知后立即中止或终止您与尚科宁家之间协议的权利。此外，如有不合规情况，尚科宁家保留采取任何及所有行动的权利，包括但不限于诉诸法律途径。

## EXHIBIT B

F.   Supplier Code of Conduct (the "Code")
附件二：供应商行为准则（"准则"）

G.   ETHICS
道德

To meet social responsibilities and to achieve success in the marketplace, **Supplier** and its agents will uphold the highest standards of ethics including:

为履行社会责任，在市场中获得成功，供应商和其代理人应严守最高道德标准，包括：

1) Business Integrity
商业诚信

The highest standards of integrity are to be upheld in all business interactions. **Supplier** shall have a zero-tolerance policy to prohibit any and all forms of bribery, corruption, extortion and embezzlement.

在所有的商业活动中应严守最高诚信标准。供应商应实行"零容忍"政策，禁止任何形式的贿赂、腐败、勒索和贪污行为。

2) No Improper Advantage
禁止不正当好处

Bribes or other means of obtaining undue or improper advantage are not to be promised, offered, authorized, given or accepted. This prohibition covers promising, offering, authorizing, giving or accepting anything of value, either directly or indirectly through a third party, in order to obtain or retain business, direct business to any person, or otherwise gain an improper advantage. Monitoring and enforcement procedures shall be implemented to ensure compliance with anti-corruption laws.

禁止承诺、提供、授权、给予或接受贿赂或其他获得不适当或不正当好处的手段。这一禁令运用于承诺、提供、授权、给予或接受任何有价物（无论是直接的还是间接通过第三方进行），以获得或保留业务，将业务授予任何人或通过其他方式获得不正当好处。实施监督和执行程序，确保遵守反腐败法律。

3) Disclosure of Information
信息披露

All business dealings should be performed transparently and accurately reflected on **Supplier's** business books and records. Information regarding participant labor, health and safety, environmental practices, business activities, structure, financial situation and performance is to be disclosed in accordance with applicable regulations and prevailing industry practices. Falsification of records or misrepresentation of conditions or practices in the supply chain are unacceptable.

所有商业交易均应透明化，并准确地反映在供应商的业务账簿和记录中。根据适用法规和现行行业惯例披露关于劳动参与者、健康和安全、环境实践、业务活动、架构、财务状况和业绩的信息。禁止伪造记录或就供应链中的情况或做法作虚假陈述。

54

4) Intellectual Property
   知识产权

Intellectual property rights are to be respected; transfer of technology and know-how is to be done in a manner that protects intellectual property rights; and, customer and supplier information is to be safeguarded.

尊重知识产权；技术和专业知识转让时注意保护知识产权；保护客户和供应商的信。

5) Fair Business, Advertising and Competition
   公平营商、广告和竞争

Standards of fair business, advertising and competition are to be upheld.

严守公平营商、广告和竞争的标准。

6) Protection of Identity and Non-Retaliation
   身份保护及禁止报复

Programs that ensure the confidentiality, anonymity and protection of supplier and employee whistleblowers are to be maintained, unless prohibited by law. **Supplier** will have a communicated process for their personnel to be able to raise any concerns without fear of retaliation.

制定相关计划，确保供应商和员工举报人的保密性、匿名性和保护，法律禁止的情形除外。供应商应建立与员工的沟通机制，以便员工在指出任何问题时不畏打击报复。

7) Responsible Sourcing of Minerals
   在采购矿物时秉承负责任的态度

**Supplier** shall have a policy to reasonably assure that the tantalum, tin, tungsten and gold in the products they manufacture does not directly or indirectly finance or benefit armed groups that are perpetrators of serious human rights abuses in the Democratic Republic of the Congo or an adjoining country. **Supplier** shall exercise due diligence on the source and chain of custody of these minerals and make their due diligence measures available to customers upon customer request.

供应商应实行一项政策，合理确保其制造的产品中的钽、锡、钨和黄金不直接或间接资助或有益于刚果民主共和国或其相邻国家境内严重侵犯人权的武装组织。供应商应对这些矿物的来源和监管链进行尽职调查，并根据客户要求向客户提供其尽职调查措施。

8) Privacy
   隐私

**Supplier** will commit to protecting the reasonable privacy expectations of personal information of everyone they do business with, including suppliers, customers, consumers and employees. **Supplier** are to comply with privacy and information security laws and regulatory requirements when personal information is collected, stored, processed, transmitted, and shared.

供应商应尽力保护与其有业务往来的每个人（包括供应商、客户、消费者和员工）的合理个人信息隐私保护要求。在收集、存储、处理、传输和共享个人信息时，供应商应遵守隐私和信息安全法律法规定。

### H.   LABOR
劳动人事

**Supplier** shall commit to upholding the human rights of workers, and to treat them with dignity and respect.  This applies to all workers including temporary, migrant, student, contract, direct employees, and any other type of worker.
供应商应尽力保障工人的人权，并尊重其人格等严。本条款适用于包括临时工、移民工、学生工、合同工、直属员工等任何其他类型工人在内的所有工人。

Our labor standards are as follows:
我们的劳动标准如下：

### 1)   Freely Chosen Employment
自由择业

Forced, bonded (including debt bondage) or indentured labor, involuntary or exploitative prison labor, slavery or trafficking of persons shall not be used. This includes transporting, harboring, recruiting, transferring or receiving persons by means of threat, force, coercion, abduction or fraud for labor or services. There shall be no unreasonable restrictions on workers' freedom of movement in the facility in addition to unreasonable restrictions on entering or exiting company-provided facilities. As part of the hiring process, workers must be provided with a written employment agreement in their native language that contains a description of terms and conditions of employment prior to the worker departing from his or her country of origin and there shall be no substitution or change(s) allowed in the employment agreement upon arrival in the receiving country unless these changes are made to meet local law and provide equal or better terms. All work must be voluntary and workers shall be free to leave work at any time or terminate their employment. Employers and agents may not hold or otherwise destroy, conceal, confiscate or deny access by employees to their identity or immigration documents, such as government-issued identification, passports or work permits, unless such holdings are required by law. Workers shall not be required to pay employers' or agents' recruitment fees or other related fees for their employment. If any such fees are found to have been paid by workers, such fees shall be repaid to the worker.
禁止强迫劳动、抵债劳动（包括债役）或契约劳工、非自愿性或剥削性狱中劳役、奴役和人口贩卖。其中包括通过威胁、武力、胁迫、绑架或欺诈手段运输、窝藏、招募、转移或接收人员，迫使其提供劳动或服务。除了对进出公司提供的设施的不合理限制以外，对工人在设施内的自由行动不应有任何不合理的限制。作为招聘过程的一部分，必须向工人提供以其母语拟订的书面劳动合同；此类劳动合同必须包含工人离开其原籍国之前的雇用条款和条件的描述，且在抵达接收国之后，此类劳动合同中不得有任何替代或变更，除非这些变更符合当地法律并提供同等或更优越的条款。所有工作必须是自愿的，且工人有权随时自由离开工作或解除其劳动合同。用人单位和代理人不得扣留或以其他方式销毁、隐瞒、没收或拒绝员工查阅其身份或移民文件，例如政府颁发的身份证明、护照或工作许可证，法律另有规定的除外。不得要求工人支付用人单位或代理人招聘费用或其他相关的就业费用。如发现工人已支付任何此类费用，则应将此类费用退还给工人。

### 2) Young Workers

青少年职工

Child labor is not to be used in any stage of our manufacturing. The term "child" refers to any person under the age of 15, or under the age for completing compulsory education, or under the minimum age for employment in the country, whichever is greatest. The use of legitimate workplace learning programs, which comply with all laws and regulations, is supported. Workers under the age of 18 (Young Workers) shall not perform work that is likely to jeopardize their health or safety, including night shifts and overtime. **Supplier** shall ensure proper management of student workers through proper maintenance of student records, rigorous due diligence of educational partners, and protection of students' rights in accordance with applicable law and regulations. **Supplier** shall provide appropriate support and training to all student workers. In the absence of local law, the wage rate for student workers, interns and apprentices shall be at least the same wage rate as other entry-level workers performing equal or similar tasks.

在我们的任何生产阶段都不得使用童工。"儿童"一词指任何未满 15 周岁或没有达到相应国家完成义务教育年龄或没有达到相应国家最低就业年龄（以最大年龄为准）的人。鼓励实行符合所有法律法规规定的合法在职学习计划。未满 18 周岁的工人（青少年职工）不应从事可能危害其健康和安全的工作，包括上夜班和超时工作。供应商应根据适用法律法规适当保存学生工记录，对教育合作伙伴进行严格尽职调查，保护学生工权利，以确保对学生工进行合理管理。供应商应向全体学生工提供适当的支持和培训。在当地法律没有规定的情况下，学生工、实习生和学徒的工资标准应至少与执行相同或类似任务的其他入门级工人的工资标准相同。

3)   Working Hours
     工作时间

Studies of business practices clearly link worker strain to reduced productivity, increased turnover and increased injury and illness. Working hours are not to exceed the maximum set by local law. Further, a workweek should not be more than 60 hours per week, including overtime, except in emergency or unusual situations. Workers shall be allowed at least one day off every seven days.

商业实践研究发现，工作压力与生产率降低、流失率上升以及伤病率升高具有明显相关性。工作时间不得超过当地法律规定的最长工作时间。此外，每周工作时间不得超过六十小时（含加班时间，紧急情况和特殊情况除外）工人每七天应至少休息一天。

4)   Wages and Benefits
     薪酬福利

Compensation paid to workers shall comply with all applicable wage laws, including those relating to minimum wages, overtime hours and legally mandated benefits. In compliance with local laws, workers shall be compensated for overtime at pay rates greater than regular hourly rates. Deductions from wages as a disciplinary measure shall not be permitted. For each pay period, workers shall be provided with a timely and understandable wage statement that includes sufficient information to verify accurate compensation for work performed. All use of temporary, dispatch and outsourced labor will be within the limits of the local law.

支付给工人的报酬应符合所有运用的工资法律规定，包括与最低工资、加班时间和法定福利有关的法律。在遵守当地法律的前提下，加班工作的工资标准应高于正常工资

标准。禁止扣工资作为纪律处分措施。及时向工人提供易懂的每个工资周期的工资单，其中列明足够的信息以核实所完成工作对应的报酬是否准确。所有临时、派遣或外包员工的使用都应在当地法律的限制范围内进行。

5)  Humane Treatment
人道待遇

There is to be no harsh and inhumane treatment including any sexual harassment, sexual abuse, corporal punishment, mental or physical coercion or verbal abuse of workers; nor is there to be the threat of any such treatment. Disciplinary policies and procedures in support of these requirements shall be clearly defined and communicated to workers.
禁止任何包括性骚扰、性侵害、体罚、精神或肉体胁迫或言语虐待工人等严苛和不人道的待遇；此外，禁止威胁给予任何此类待遇。明确界定支持这些要求的纪律政策和程序，并将其传达给工人。

6)  Non-Discrimination
禁止歧视

Supplier is committed to a workforce free of harassment and unlawful discrimination. Supplier shall not engage in discrimination based on race, color, age, gender, sexual orientation, gender identity and expression, ethnicity or national origin, disability, pregnancy, religion, political affiliation, union membership, covered veteran status, protected genetic information or marital status in hiring and employment practices such as wages, promotions, rewards, and access to training. Workers shall be provided with reasonable accommodation for religious practices. In addition, workers or potential workers should not be subjected to medical tests or physical exams that could be used in a discriminatory way.
供应商应尽力创造没有骚扰和非法歧视的工作环境。在工资、晋升、奖励和培训机会等招聘和劳动人事实践中，供应商不得基于种族、肤色、年龄、性别、性取向、性别认同和表达、族裔或国籍、残疾、怀孕、宗教、政治立场、工会会员身份、受保护退伍军人身份、受保护基因信息或婚姻状况进行歧视。为工人提供合理的宗教活动场所。此外，工人或潜在工人不应接受可能以歧视性方式进行的医学检查或体检。

I.  HEALTH and SAFETY
健康和安全

Supplier recognizes that in addition to minimizing the incidence of work-related injury and illness, a safe and healthy work environment enhances the quality of products and services, consistency of production and worker retention and morale. Supplier also recognizes that ongoing worker input and education is essential to identifying and solving health and safety issues in the workplace.

供应商认识到，除尽量减少与工作有关的伤害和疾病的发生率以外，一个安全健康的工作环境有利于提升产品和服务质量、生产一致性、员工留任率和士气。此外，供应商还认识到，对员工持续进行资源投入和教育对于发现和解决工作场所的健康和安全问题而言至关

58

重要。

Our health and safety standards are as follows:
我们的健康和安全标准如下:

1) Occupational Safety
   职业安全

Worker potential for exposure to safety hazards (e.g., chemical, electrical and other energy sources, fire, vehicles, and fall hazards) are to be identified and assessed, and controlled through proper design, engineering and administrative controls, preventative maintenance and safe work procedures (including lockout/tagout), and ongoing safety training. Where hazards cannot be adequately controlled by these means, workers are to be provided with appropriate, well-maintained, personal protective equipment and educational materials about risks to them associated with these hazards. Reasonable steps must also be taken to remove pregnant women/nursing mothers from working condition with high hazards, remove or reduce any workplace health and safety risks to pregnant women and nursing mothers including those associated with their work assignments, as well as include reasonable accommodations for nursing mothers.
对工人接触安全隐患（例如化学、电力和其他能源、火灾、车辆和坠落危险）的可能性进行识别和评估，并通过适当的设计、工程和行政控制措施、预防性维护和安全工作程序（包括封锁作业区域/悬挂警示标牌）和持续的安全培训来控制隐患。如果上述手段不足以控制隐患，应向工人提供适当的、保养良好的个人防护用品和与这些隐患有关的风险相关的教育材料。还需采取合理措施确保孕期或哺乳期职工远离危险性高的工作环境，消除或减少孕期和哺乳期职工可能面临的任何工作场所健康和安全风险（包括与其工作任务相关的那些健康和安全风险），并为哺乳期职工提供合理的设施。

2) Emergency Preparedness
   应急准备

Potential emergency situations and events are to be identified and assessed, and their impact minimized by implementing emergency plans and response procedures including: emergency reporting, employee notification and evacuation procedures, worker training and drills, appropriate fire detection and suppression equipment, clear and unobstructed egress adequate exit facilities and recovery plans. Such plans and procedures shall focus on minimizing harm to life, the environment and property.
实行包括紧急报告、员工通知和疏散程序、员工培训和演习、相应的火灾探测和灭火装置、出口标记清楚、畅通无阻的适当疏散设施和恢复计划等应急预案和响应程序，发现和评估潜在紧急情况和事件，并将其影响降至最低。这些计划和程序应着重于尽量减少对生命、环境和财产的危害。

3) Occupational Injury and Illness
   工伤与职业病

Procedures and systems are to be in place to prevent, manage, track and report occupational injury and illness including provisions to: encourage worker reporting; classify and record injury and illness cases; provide necessary medical treatment; investigate cases and implement

corrective actions to eliminate their causes; and facilitate return of workers to work.
制定相应程序和制度，防止、管理、追踪和报告工伤与职业病，包括以下规定：鼓励员工进行报告；对伤病案件进行分类和记录；提供必要的医疗；调查案件并实施纠正措施以消除其起因；帮助工人重返工作岗位。

4)    Industrial Hygiene
       工业卫生

Worker exposure to chemical, biological and physical agents is to be identified, evaluated, and controlled according to the hierarchy of controls. Potential hazards are to be eliminated or controlled through proper design, engineering and administrative controls. When hazards cannot be adequately controlled by such means, workers are to be provided with and use appropriate, well-maintained, personal protective equipment. Protective programs shall include educational materials about the risks associated with these hazards.
以分级控制的方式识别、评估和控制工人接触化学、生物和物理试剂的危害。通过适当的设计、工程和行政控制措施来消除或控制潜在的危害。如果这些手段不足以控制危害的，应向工人提供并促使工人使用适当的、保养良好的个人防护用品。保护计划应包括与这些危害有关的风险相关的教育材料。

5)    Physically Demanding Work
       重体力劳动作业

Worker exposure to the hazards of physically demanding tasks, including manual material handling and heavy or repetitive lifting, prolonged standing and highly repetitive or forceful assembly tasks is to be identified, evaluated and controlled.

发现、评估和控制工人重体力劳动作业的危险，包括人工物料搬运作业和提重物或频繁提重物作业、长时间站立作业和高度重复性或高强度装配作业。

6)    Machine Safeguarding
       机器设备安全防护

Production and other machinery shall be evaluated for safety hazards. Physical guards, interlocks and barriers are to be provided and properly maintained where machinery presents an injury hazard to workers.

评估生产和其他机器设备的安全隐患。在机器设备可能对工人造成伤害危险的地方，应提供并妥善维护物理防护装置、联锁装置和防范装置。

7)    Sanitation, Food, and Housing
       卫生、食品和住宿

Workers are to be provided with ready access to clean toilet facilities, potable water and sanitary food preparation, storage, and eating facilities. Worker dormitories provided by **Supplier** or a labor agent are to be maintained to be clean and safe, and provided with appropriate emergency egress, hot water for bathing and showering, adequate lighting heat and ventilation, individually secured accommodations for storing personal and valuable items, and reasonable personal space along with reasonable entry and exit privileges.

为工人提供干净的厕所设施、饮用水和卫生食品制备、储存和食用设施。供应商或劳务代理商提供的工人宿舍应保持清洁和安全,并具备适当的紧急出口、洗澡和淋浴的热水、充足的照明、供暖和通风、用于存放个人和贵重物品的单独、安全的设施、合理的个人空间以及合理的进出权利。

8)    Health and Safety Communication
健康和安全沟通

**Supplier** shall provide workers with appropriate workplace health and safety information and training in the language of the worker or in a language the worker can understand for all identified workplace hazards that workers are exposed to, including but not limited to mechanical, electrical, chemical, fire, and physical hazards.

供应商应向工人提供适当的工作场所健康和安全信息,并以工人使用的语言或工人可以理解的语言为工人提供培训,使其了解其可能接触的所有已发现的工作场所隐患,包括但不限于机械、电气、化学、火灾和物理隐患。

J.    **ENVIRONMENTAL**
环境

**Supplier** recognizes that environmental responsibility is integral to producing world class products. In manufacturing operations, adverse effects on the community, environment and natural resources are to be minimized while safeguarding the health and safety of the public. **Supplier** agrees to follow and comply with all relevant national and local laws.
供应商认识到,环境责任是生产世界级产品必不可少的条件。在制造作业中,应尽量减少对社区、环境和自然资源的不利影响,同时保护公众的健康和安全。供应商同意遵循并遵守所有相关的国家和地方法律。

Our environmental standards are:
我们的环境标准如下:

1)  Environmental Permits and Reporting
环境许可证和报告

All required environmental permits (e.g. discharge monitoring), approvals and registrations are to be obtained, maintained and kept current and their operational and reporting requirements are to be followed.
获得、持有所有必需的环境许可证(例如排放监测)、批准和登记备案并使其保持最新状态,并遵循其操作和报告要求。

2)  **Pollution Prevention and Resource Reduction**
污染防治和资源减量化

Emissions and discharges of pollutants and generation of waste are to be minimized or eliminated at the source or by practices such as adding pollution control equipment; modifying production, maintenance and facility processes; or by other means. The use of natural resources, including water, fossil fuels, minerals and virgin forest products, is to be conserved or by practices such as modifying production, maintenance and facility processes, materials substitution, re-use,

conservation, recycling or other means.

从源头或通过增加污染控制设备、改变生产、维护和设施流程或其他手段等措施尽量减少或消除污染物的排放以及废物的产生。通过改变生产、维护和设施流程、材料替代、再利用、保护、回收或其他方式等措施来节约水、化石燃料、矿物和原始森林产品等自然资源。

### 3) Hazardous Substances
### 有害物质

Chemicals and other materials posing a hazard to humans or the environment are to be identified, labelled and managed to ensure their safe handling, movement, storage, use, recycling or reuse and disposal.

识别、标记和管理对人类或环境构成危害的化学品和其他材料，以确保其安全处理、移动、储存、使用、回收或再利用和处置该等化学品和材料。

### 4) Solid Waste
### 固体废物

**Supplier** shall implement a systematic approach to identify, manage, reduce, and responsibly dispose of or recycle solid waste (non-hazardous).

供应商应采用系统化的方法识别、管理、减少并以负责任的方式处理或回收（无害）固体废物。

### 5) Air Emissions
### 废气排放

Air emissions of volatile organic chemicals, aerosols, corrosives, particulates, ozone depleting chemicals and combustion by-products generated from operations are to be characterized, routinely monitored, controlled and treated as required prior to discharge. Supplier shall conduct routine monitoring of the performance of its air emission control systems.

易挥发有机化合物、气溶胶、腐蚀性物质、颗粒物、破坏臭氧氧气层类化学物质和操作产生的燃烧副产物的废气排放应在排放前按要求进行区分、定期监测、控制和处理。供应商应对其废气排放控制系统的性能定期进行监测。

### 6) Materials Restrictions
### 材料限制

**Supplier** will adhere to all applicable laws, regulations and customer requirements regarding prohibition or restriction of specific substances in products and manufacturing, including labeling for recycling and disposal.

供应商应遵守所有禁止或限制产品和生产中使用特定材料的适用法律、法规和客户要求，包括材料回收和处理的标签。

### 7) Water Management
### 用水、排水管理

**Supplier** shall implement a water management program that documents, characterizes, and monitors water sources, use and discharge; seeks opportunities to conserve water; and controls

channels of contamination. All wastewater is to be characterized, monitored, controlled, and treated as required prior to discharge or disposal. **Supplier** shall conduct routine monitoring of the performance of its wastewater treatment and containment systems to ensure optimal performance and regulatory compliance.

供应商应实施用水、排水管理计划，记录、区分和监测水源、使用和排放;寻求节约用水的机会;并控制污染渠道。在排放或处理之前，应按要求对所有废水进行区分、监测、控制和处理。供应商应对其废水处理和储存系统的性能定期进行监控，确保其保持最佳性能和合规性。

### K. MANAGEMENT SYSTEMS
管理体系

**Supplier** shall adopt or establish a management system whose scope is related to the content of this **Code**. The management system shall be designed to ensure: (a) compliance with applicable laws, regulations and customer requirements related to the **Supplier's** operations and products; (b) conformance with this **Code**; and (c) identification and mitigation of operational risks related to this **Code**. It should also facilitate continual improvement.

供应商应采用或建立一个范围与本准则内容相关的管理体系。此管理体系应旨在确保：(a) 符合有关供应商运营和产品的适用法律、法规和客户要求; (b) 符合本准则规定; (c) 识别和减轻与本准则相关的操作风险。此管理系统也应促进持续改进工作。

The management system should contain the following elements:
此管理系统应该包含如下内容:

1) Company Commitment
企业承诺

A corporate social and environmental responsibility policy statements affirming Supplier's commitment to compliance and continual improvement, endorsed by executive management and posted in the facility in the local language.
经高级管理人员签字批准的并以当地语言张贴在相关场所中的企业社会和环境责任政策声明，确认供应商对合规性和持续改进的承诺。

2) Management Accountability and Responsibility
管理人员责任划分和责任追究

Clear identification of senior executive and company representative(s) responsible for ensuring implementation of the management systems and associated programs. Senior management should review the status of the management system on a regular basis.
明确指定负责确保管理体系和相关计划实施的高级管理人员和公司代表。高级管理层应定期审查管理体系的状况。

3) Legal and Customer Requirements
法律和客户要求

A process to identify, monitor and understand applicable laws, regulations and customer

requirements, including the requirements of this **Code**.

制定相关程序，识别、监控和理解适用法律、法规和客户要求（包括本准则的要求）。

### 4) Risk Assessment and Risk Management
风险评估和风险管理

A process to identify the legal compliance, environmental, health and safety and labor practice and ethics risks associated with **Supplier's** operations. Determination of the relative significance for each risk and implementation of appropriate procedural and physical controls to control the identified risks and ensure regulatory compliance.

制定相关程序，识别与供应商运营相关的法律合规、环境、健康和安全以及劳工实践和道德风险。确定每种风险的相对重要性并采取适当的程序和物理控制措施，控制已识别的风险，并确保合规性。

### 5) Improvement Objectives
改进目标

Written performance objectives, targets and implementation plans to improve the **Supplier's** social and environmental performance, including a periodic assessment of **Supplier's** performance in achieving those objectives.

制定提升供应商社会和环境绩效的书面绩效目标、任务和实施计划，包括定期评估供应商在实现这些目标方面的表现。

### 6) Training
培训

Programs for training managers and workers to implement Supplier's policies, procedures and improvement objectives and to meet applicable legal and regulatory requirements.

制定管理人员和工人培训计划，以贯彻落实供应商政策、程序和改进目标以及满足适用法律和监管要求。

### 7) Communication
沟通传达

A process for communicating clear and accurate information about **Supplier's** policies, practices, expectations and performance to workers, suppliers and customers.

制定相关程序，向工人、供应商和客户传达清晰、准确的关于供应商政策、实践、要求和绩效的信息。

### 8) Worker Feedback, Participation and Grievance
工人反馈、参与和申诉

Ongoing processes, including an effective grievance mechanism, to assess employees' understanding of and obtain feedback on or violations against practices and conditions covered by this **Code** and to foster continuous improvement.

制定持续的程序（包括有效的申诉机制），评估员工对本准则所涵盖的实践和条件的理解，获取与该等实践和条件有关或违反该等实践和条件情况的反馈，并促进持续改进工作。

9) Audits and Assessments
   审计和评估

Periodic self-evaluations to ensure conformity to legal and regulatory requirements, the content of the Code, and customer contractual requirements related to social and environmental responsibility.
定期进行自我评估，确保符合与社会和环境责任相关的法律和监管要求、本准则内容以及客户合同要求。

10) Corrective Action Process
    纠正措施流程

A process for timely correction of deficiencies identified by internal or external assessments, inspections, investigations and reviews.
制定相关程序，及时纠正内部或外部评估、检查、调查和复审中所发现的缺陷。

11) Documentation and Records
    文档和记录

Creation and maintenance of documents and records to ensure regulatory compliance and conformity to company requirements along with appropriate confidentiality to protect privacy.
创建和维护文件和记录，确保符合法规要求和公司要求以及保护隐私所需的适当保密性。

12) Supplier Responsibility
    供应商责任

A process to communicate Code requirements to suppliers and to monitor supplier compliance to the Code.
制定相关程序，向供应商传达本准则要求并监督供应商对本准则遵守情况。