# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 1:25-cv-25323-RAR

SHARKNINJA OPERATING LLC, and SHARKNINJA SALES COMPANY,

*Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

*Defendants*.

**DECLARATION OF DAVID BRZOZOWSKI IN SUPPORT OF SHARKNINJA's OMNIBUS REPLY IN SUPPORT OF THE MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

I, David Brzozowski, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of SharkNinja's Omnibus Reply in Support of the Motion for Entry of Preliminary Injunction (the "Omnibus Reply"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am counsel for Plaintiffs, SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja").

1

3. SharkNinja's investigation has revealed that Defendants are selling—including on fully interactive websites and marketplace listings ("Marketplace Platforms")—products that infringe at least one SharkNinja Patent (the "Infringing Products").

4. The Defendants' online marketplace pages on the Marketplace Platforms, identified on Schedule A to the Complaint (the "Internet Stores"), are being used to sell Infringing Products from foreign countries such as China (and elsewhere) to consumers in the U.S., including consumers in Florida, and more specifically, within this Judicial District.

5. Using Defendants' Internet Stores, I was able to place and complete payment for orders for infringing slush machines to an address in the Southern District of Florida.

6. I received confirmation that each of the orders I placed was accepted and that the infringing slush machines would be shipped to an address in the Southern District of Florida.

7. A true and correct copy of the receipt of the completed sales and proof of shipment of infringing slush machines offered by Defendants Auriswell, FOHERE, and PAMBEE to a consumer in the Southern District of Florida is attached hereto as Exhibit 1 to this declaration. Exhibit 1 also includes a true and correct copy of the marketplace listing for the infringing slush machine offered by FOHERE.

8. A true and correct copy of the receipt of the completed sales and proof of shipment of infringing slush machines offered by Defendants Eastplus, VEVOR, Tefoqu, Dutepa, and WIE to a consumer in the Southern District of Florida is attached hereto as Exhibit 2 to this declaration. Exhibit 2 also includes true and correct copies of the marketplace listings for the infringing slush machines offered by Tefoqu and WIE.

9. A true and correct copy of the receipt of the completed sale and proof of shipment of the infringing slush machine offered by Defendant Inoviva to a consumer in the Southern District of Florida is attached hereto as Exhibit 3 to this declaration.

10. A true and correct copy of the receipt of the completed sale and proof of shipment of the infringing slush machine offered by Defendant Wongic to a consumer in the Southern District of Florida is attached hereto as Exhibit 4 to this declaration. Exhibit 4 also includes a true and correct copy of the marketplace listing for the infringing slush machine offered by Wongic.

11. A true and correct copy of the receipt of the completed sale and proof of shipment of the slush machine offered by Defendant Bluebow to a consumer in the Southern District of Florida is attached hereto as Exhibit 5 to this declaration.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed this 18th day of December, 2025 in Miami, Florida.

David Brzozowski

# Order Summary

Order placed December 15, 2025     Order # 111-5634314-6280238

**Ship to**
Christopher Cheek
PI PENTHOUSE 2601 S BAYSHORE DR
MIAMI, FL 33133-5417
United States

**Payment method**
Prime Visa  ending in 3475
Earns 5% back on all items

View related transactions

**Order Summary**

| | |
|---|---:|
| Item(s) Subtotal: | $849.96 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $849.96 |
| Estimated tax to be collected: | $59.50 |
| **Grand Total:** | **$909.46** |

---

**Arriving tomorrow**



AURISWELL Slushie Machine for Home - 88oz No Ice Needed Frozen Drink & Slushy Maker with Auto-Clean, 6 Preset Programs (Margaritas, Frappés and More) & LED One-Touch 12h Reservation for Summer Party
Sold by: Auriswell Direct
Supplied by: Other
$179.99

---

**Arriving tomorrow**



Slushie Machine, Margarita Machine with 5 Presets + Custom Option, Auto-Clean Slushy Machine for Home, No Ice Needed, 12 Hours Freshness, Frozen Drink Maker for Spiked Slushies Frappés and More (68oz)
Sold by: Fuduosii
Supplied by: Other
$209.99

---

**Arriving tomorrow**



Slushie Machine, Margarita Machine with 5 Presets + Custom Option, Auto-Clean Slushy Machine for Home, No Ice Needed, 12 Hours Freshness, Frozen Drink Maker for Spiked Slushies Frappés and More (68oz)
Sold by: Fuduosii
Supplied by: Other
$209.99

---

**Arriving Thursday**



PAMBEE 88oz Slushie Machine, No Ice Needed Frozen Drink Maker for Home, Self-Cleaning, 5 Preset Menus & 5 Temp Settings Slushy Machine for Margarita, Frappés, Milkshakes and More
Sold by: PAMBEE DIRECT
Supplied by: Other
$249.99

---

☰ All   Holiday Gifts   Amazon Haul   Medical Care   Amazon Basics   Best Sellers   Books            prime THURSDAY NIGHT FOOTBALL   27 : 15 : 44

Industrial & Scientific   Janitorial & Facilities   Safety Supplies   Medical Supplies   Food Service   Diagnostic Equipment   Material Handling   Educational Supplies

New on Amazon! Give the gift of effortless beauty — BOBBI BROWN

## Consider these available items


Iceman by Chefman Slush-Ease 68oz Slushie Machine, 48oz Liquid Capacity Frozen
4.3 ★★★★☆ 431
$199.99


INOVIVA Slushie Machine for Home, No Ice Needed, 68oz Professional Drink & Slushy
4.3 ★★★★☆ 602
$161.49


Slushie Machine No Ice Needed,64OZ Slushy Machine for Home with Auto-Clean
4.4 ★★★★☆ 16
$189.99

Food Service Equipment & Supplies › Restaurant Appliances & Equipment › Commercial Beverage Equipment › Commercial Frozen Drink Machines











Click to see full view

# Slushie Machine, Margarita Machine with 5 Presets + Custom Option, Auto-Clean Slushy Machine for Home, No Ice Needed, 12 Hours Freshness, Frozen Drink Maker for Spiked Slushies Frappés and More (68oz)

Visit the FOHERE Store

4.3 ★★★★☆ ⌄ (82)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- SKIP THE ICE, KEEP THE TEXTURE: Thanks to Rapid Chill Tech of FOHERE slushy machine for home, this slushie machine freezes liquids evenly, giving you that perfect slushie texture without watering things down. 10 Cups of store-bought slushies equal one FOHERE slushy machine for home. Why not make your own slushie drinks from home without all the harmful ingredients?
- SLUSHIES IN 15 MINS: This frozen margarita machine churns out frosty, refreshing goodness in as little as 15 minutes. Prep time can stretch to 60 minutes depending on what you're using and how cold it starts, but it's perfect for those busy mornings or when you need a quick fix.
- 5 PRESETS, ONE-TOUCH CONTROL: Whip up your go-to drinks in a snap with 5 ready-to-go settings(Slush, Spiked Slush, Chilled Juice, Milkshake, and Frappe) of the frozen margarita machine. Just hit a button, and boom-smooth, icy, and tasty every single time.
- ANYTHING YOU CAN IMAGINE: Every day is like a fun science experiment of what to slush up next! Get creative with this slushie machine "Custom" option for your own innovative beverages!
- 12-HOUR FRESH: Keep your slushies on point! This slushie machine for home locks in freshness for up to 12 hours. Your drinks stay chilled, flavorful, and packed with all the good stuff - just how they should be.(Consume the slushies as soon as possible for a better flavor, texture and freshness.)
- EASY TO DISPENSE: No scoops or spoons needed for this frozen drink maker. Gently pull on the lever and this 68-ounce (volume capacity 48oz) frozen drink machine dispenses directly into your cup and enjoy up to eight servings of your favorite frozen drinks. The slushy machine is under 6.52 inches wide, 15.74 inches long, and 16.28 inches high to fit anywhere on your countertop.
- EASY TO SELF-CLEAN: Just pour, pick the mixing mode, and let the frozen drink machine do its thing. The self-clean feature and removable, dishwasher-safe parts make it a cinch. Whether you're hosting at home, chilling by the pool, kicking back at the office, or hanging outdoors with friends, this machine's got your back.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
◎ Deliver to Miami 33133

[ Add to List ]

 Deliver to Miami 33133   Industrial & Scientific ▾     Hello, sign in Account & Lists   Returns & Orders    0

# Order Summary

Order placed December 16, 2025    Order # 111-2498919-9332229

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| Christopher Cheek<br>2601 S BAYSHORE DR PH<br>MIAMI, FL 33133-5417<br>United States | Prime Visa  ending in 3475<br>Earns 5% back on all items<br><br>View related transactions | Item(s) Subtotal: | $971.06 |
| | | Shipping & Handling: | $0.00 |
| | | Total before tax: | $971.06 |
| | | Estimated tax to be collected: | $67.98 |
| | | **Grand Total:** | **$1,039.04** |

## Arriving Friday



8-in-1 Slushie Machine for Home - 68 fl oz, No Ice Needed, LED Display, Self-Cleaning Frozen Drink Maker - Ideal for Slushies, Milkshakes, Margarita Smoothie, Frappés, & More
Sold by: Dutepa Home-US
Supplied by: Other
$239.99

## Arriving Friday



Slushie Machine, 88oz Frozen Drink Maker with 7 Preset Programs, No Ice Required for Frozen Margaritas, Slushies, Frappés and Milkshakes, Mist Gray
Sold by: KitchenPro Amzing
Supplied by: Other
$189.99



WIE Slushie Machine for Home, 88oz Slushy Machine No Ice Needed with 5 Presets, Shaved Ice Machine Self-Cleaning, Frozen Drink & Smoothie Maker Machine for Margaritas, Frappés, Cocktails & More
Sold by: OVAN-GLOBAL
Supplied by: Other
$149.99



Slushie Machine, EASTPUS 68oz No Ice Needed, Frozen Drink & Soft Serve Maker, Rapid Freeze, 6 Presets, Self-Cleaning – For Slushies, Margaritas, Smoothies, Milkshakes, Frappés & More (2025 Version)
Sold by: Eastplus
Supplied by: Other
$179.99

## Arriving Monday



VEVOR Slushie Machine, 2L/68oz No Ice Needed Slushy Machine for Home, Frozen Drink Maker with 6 Preset Programs, Margarita Machine with Self-Cleaning, Frozen Margaritas, Frappés, Milkshake, and More
Sold by: Amazon Resale
Supplied by: Other
Condition: Used - Mint
$211.10

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

12/17/25, 3:38 PM — amazon.com: Slushie Machine, 88oz Frozen Drink Maker with 7 Preset Programs, No Ice Required for Frozen Margaritas, Slushi…

Case 1:25-cv-25323-RAR Document 156-4 Entered on FLSD Docket 12/18/2025 Page 8 of 14



# Slushie Machine, 88oz Frozen Drink Maker with 7 Preset Programs, No Ice Required for Frozen Margaritas, Slushies, Frappés and Milkshakes, Mist Gray

Visit the Tefoqu Store

4.3 ★★★★☆ (52)

$189.99

**FREE Returns**

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $189.99 **$129.99** for this order. Learn more

**Color: Mist Gray**


$189.99

See 1 options with no featured offers

- **15-MINUTE QUICK SLUSHIE PREP:** Tefoqu slushie machine features advanced, high-efficiency compression technology, allowing you to create velvety-smooth slushie in just 15-60 minutes. Ideal for summer refreshment without the wait.
- **NO NEED FOR ICE:** Say goodbye to the hassle of making ice! The slushie maker is all about convenience. Whether it's the spontaneous gathering, the kid's snack, or the refreshing summer treat, just pour the drink into slushie machine, and enjoy irresistibly smooth slushy.
- **7-IN-1 MULTI-FUNCTIONALITY:** The slushie machine with 7 preset model, from juices to cocktails. The slushy machine for home handles all your summer beverage needs with endless possibilities! Its seven preset programs let you easily whip up classic slushie, creamy milkshakes, slushy coffee, rich mochas, frozen cocktails, slushy drinks, chilled juices, and more. Whether it's the party with friends, the family gathering, or the afternoon tea, there's a slushy for every mood.
- **AUTO CLEANING:** This slushy machine comes with the efficient self-cleaning feature. The automatic rinse system cleans the interior, while the external accessories are easy to detach and can be directly placed in the

12/17/25, 3:59 PM — amazon.com : WIE Slushie Machine for Home, 88oz Slushy Machine No Ice Needed with 5 Presets, Shaved Ice Machine Self-Cle…

Case 1:25-cv-25323-RAR  Document 156-4  Entered on FLSD Docket 12/18/2025  Page 9 of 14











# Order Summary

Order placed December 16, 2025    Order # 112-8845963-8449039

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| Christopher Cheek<br>2601 S BAYSHORE DR PH<br>MIAMI, FL 33133-5417<br>United States | Prime Visa  ending in 3475<br>Earns 5% back on all items<br>View related transactions | Item(s) Subtotal: | $179.99 |
| | | Shipping & Handling: | $0.00 |
| | | Total before tax: | $179.99 |
| | | Estimated tax to be collected: | $12.60 |
| | | **Grand Total:** | **$192.59** |

**Arriving tomorrow**



Slushie Machine, No Ice Needed, INOVIVA 72 oz Frozen Drink Maker for Home with Self-Cleaning, 5 Preset Programs, Frozen Margaritas, Frappés, Milkshake, and More, (2025 Version)
Sold by: KB Official
Supplied by: Other
$179.99

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed December 15, 2025    Order # 111-2710554-8663448

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| Christopher Cheek<br>P1 PENTHOUSE 2601 S BAYSHORE DR<br>MIAMI, FL 33133-5417<br>United States | Prime Visa  ending in 3475<br>Earns 5% back on all items<br><br>View related transactions | Item(s) Subtotal: | $174.99 |
| | | Shipping & Handling: | $0.00 |
| | | Total before tax: | $174.99 |
| | | Estimated tax to be collected: | $12.25 |
| | | **Grand Total:** | **$187.24** |

**Arriving tomorrow**



Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rinse, Frozen Margaritas, Frappés, Milkshake, and More
Sold by: Mount Walker
$174.99

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Case 1:25-cv-25323-RAR Document 156-4 Entered on FLSD Docket 12/18/2025 Page 12 of 14

12/17/25, 8:57 PM  Amazon.com: Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Mak…



# Slushie Machine, No Ice Needed, 88 oz Slushie Machine for Home with Dust Cover, Professional Frozen Drink Maker, 7 Preset Programs+Rinse, Frozen Margaritas, Frappés, Milkshake, and More

**Brand: Wongic**

3.9 ★★★★☆ (36)

$174.99

**FREE Returns**

You're invited to apply for Amazon Visa. Get a $60 Amazon Gift Card instantly upon approval. Find out how

**Color: Black-2**

| Brand | Wongic |
|---|---|
| Color | Black-2 |
| Capacity | 88 Fluid Ounces |
| Special Feature | Ice Maker |
| Material | Stainless Steel |

## About this item

- 【No Ice Needed】This slushie machine eliminates the hassle of adding ice cubes. All you need to do is pour in the liquid, press the preset button for the type of slushie you want to make, and then wait to enjoy it. (Please note that the sugar content of all the liquid added must exceed 5%, sugar substitute not applicable)
- 【Fast Chill Technology】Our slushy machine is equipped with a 360° rotating propeller cooling cylinder, no ice needed, making rapid ice slush in 15-60 minutes.Whether at home or outdoors it will provide you and your family with an awesome frozen drink experience.
- 【7 Preset Programs+Rinse】This frozen drink maker machine features 7 preset programs including, Slushie, Spiked Slush, Frozen Juice, Milkshake, Custom, Clod Drink and Frappe. From crafting classic slushies to indulging in decadent frappés, creating tangy frozen margaritas, or exploring ice cream-inspired treats, it caters to all taste preferences, offering countless possibilities for delicious frozen drinks at home.



Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$174.99

FREE delivery **Monday, December 22**

Or Prime members get FREE delivery **Friday, December 19**. Order within **8 hrs 26 mins**, Join Prime

**Arrives 6 days before Christmas**

Deliver to Miami 33133

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | Mount Walker |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Support | Product support included |

See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $25.99
- ☐ 4-Year Protection Plan for $34.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

Add to List



