# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civil Case No. 1:25-cv-25323-RAR

SHARKNINJA OPERATING LLC, and SHARKNINJA SALES
COMPANY,

*Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

*Defendants*.

**DECLARATION OF DAVID BRZOZOWSKI IN SUPPORT OF
SHARKNINJA'S MOTION FOR PRELIMINARY INJUNCTION**

I, David Brzozowski, declare and state as follows:

1.      I am over 18 years of age and I have personal knowledge of the facts set forth
herein.  I make this declaration in support of SharkNinja's Motion for Preliminary Injunction [ECF
No. 37].  If called upon to do so, I could and would competently testify to the following facts set
forth below.

2.      I am counsel for Plaintiffs, SharkNinja Operating LLC and SharkNinja Sales
Company (collectively, "SharkNinja").

3.      I submit this declaration in order to supplement SharkNinja's evidence of the
collection trays of the accused slush machines, as instructed by the Honorable Magistrate Judge
Lauren Fleischer Louis at the parties' December 19, 2025 hearing.

1

4.       SharkNinja's investigation has revealed that Defendants are selling—including on fully interactive websites and marketplace listings ("Marketplace Platforms")—products that infringe at least one SharkNinja Patent (the "Infringing Products").

5.       The Defendants' online marketplace pages on the Marketplace Platforms, identified on Schedule A to the Complaint (the "Internet Stores"), are being used to sell Infringing Products.

6.       Using Defendants' Internet Stores, I was able to place orders and subsequently receive infringing slush machines.

**I.       Seller ID/Brand Name: Bluebow**

7.       Exhibit 1 is a true and correct copy of a screenshot I took of the Bluebow slush machine listing from Walmart.com (https://www.walmart.com/ip/Bluebow-Slushie-Machine-for-Home-Slushy-Machine-Frozen-Drink-and-Slushie-Maker-with-6-Preset-Programs/16326062652) on November 6, 2025, which is included in Plaintiffs' Schedule A [ECF 21-1] (hereinafter, "Schedule A").

8.       Exhibit 2 is a true and correct copy of a video I took on December 20, 2025 of a Bluebow slush machine that I purchased from Walmart.com on December 15, 2025 (https://www.walmart.com/ip/Bluebow-Slushie-Machine-for-Home-Slushy-Machine-Frozen-Drink-and-Slushie-Maker-with-6-Preset-Programs/16326062652).   *See* Exhibit 3 (copy of the receipt I obtained evidencing the completed sale of a Bluebow slush machine from Walmart.com (also admitted as PX-48)).

9.       Exhibits 4-7 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 2 showing the slush machine and the collection tray of the Bluebow slush machine.

**II.      Seller ID/Brand Name: Deaprull**

10.    Exhibit 8 is a true and correct copy of a screenshot I took of the Deaprull slush machine marketplace listing from Amazon.com (https://www.amazon.com/Programs-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0FMK783QR) on November 6, 2025, which is included in Schedule A.

11.    Below is a chart reproducing Exhibits 4 and 5 comprising images I took of the purchased Bluebow slush machine and its collection tray, next to Exhibit 8, which is a true and correct copy of a screenshot I took of the Deaprull slush machine marketplace listing from Amazon.com        (https://www.amazon.com/Programs-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0FMK783QR):



| Bluebow | Deaprull |
|---------|----------|
| Exhibit 4 | Exhibit 8 |



Exhibit 5

### III.   Seller ID/Brand Name: Sozt

12.   Exhibit 9 is a true and correct copy of a screenshot I took of the Sozt slush machine marketplace listing from Amazon.com (https://www.amazon.com/Versatile-Programs-Innovative-Technology-Auto-Clean/dp/B0FGJF81BX) on November 6, 2025, which is included in Schedule A.

13.   Below is a chart reproducing Exhibits 4 and 5 comprising images I took of the purchased Bluebow slush machine and its collection tray, next to Exhibit 9, which is a true and correct copy of a screenshot I took of the Sozt slush machine marketplace listing from Amazon.com (https://www.amazon.com/Versatile-Programs-Innovative-Technology-Auto-Clean/dp/B0FGJF81BX):

| Bluebow | Sozt |
| --- | --- |



Exhibit 4



Photograph of Sozt Accused Product

Obtained from: (https://www.amazon.com/Versatile-Programs-Innovative-Technology-Auto-Clean/dp/B0FGJF81BX)

November 6, 2025

Exhibit 9



Exhibit 5

## IV.  Seller ID/Brand Name: Pambee

14.    Exhibit 10 is a true and correct copy of a screenshot I took of the Pambee slush machine marketplace listing from Amazon.com (https://www.amazon.com/PAMBEE-Self-Cleaning-Settings-Margarita-Milkshakes/dp/B0F3CMMQP3) on November 6, 2025, which is included in Schedule A.

15.    Exhibit 11 is a true and correct copy of a video I took on December 20, 2025 of a Pambee slush machine that I purchased from Amazon.com on December 15, 2025

(https://www.amazon.com/PAMBEE-Self-Cleaning-Settings-Margarita-Milkshakes/dp/B0F3CMMQP3).  *See* Exhibit 12 (copy of the receipt I obtained evidencing the completed sale of a Pambee slush machine from Amazon.com (also admitted as PX-44)).

16.     Exhibits 13-16 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 11 showing the slush machine and the collection tray of the Pambee slush machine.

**V.     Seller ID/Brand Name: Wie**

17.     Exhibit 17 is a true and correct copy of admitted PX-20 comprising a screenshot I took of the Wie slush machine marketplace listing from Amazon.com (https://www.amazon.com/WIE-Self-Cleaning-Smoothie-Margaritas-Cocktails/dp/B0FFGR6DG9) on November 6, 2025.

18.     Exhibit 18 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for a Wie slush machine (https://www.amazon.com/WIE-Self-Cleaning-Smoothie-Margaritas-Cocktails/dp/B0FFGR6DG9) that includes a video for the product showing a collection tray from the slush machine.

19.     Exhibits 19-24 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 18 showing the collection tray of the Wie slush machine.

20.     Below is a chart reproducing Exhibits 13 and 14 comprising images I took of the purchased Pambee slush machine and its collection tray, next to Exhibit 17, which is a true and correct copy of admitted PX-20 comprising a screenshot I took of the Wie slush machine marketplace listing from Amazon.com (https://www.amazon.com/WIE-Self-Cleaning-Smoothie-Margaritas-Cocktails/dp/B0FFGR6DG9), and Exhibits 19, 21, and 23, which are true and correct copies of screenshots of Exhibit 18 showing the collection tray of the Wie slush machine::

6

| Pambee | Wie |
|---|---|
| | **PX 20** |



Exhibit 13



Photograph of Wie Accused Product

Obtained from: https://www.amazon.com/WIE-Self-Cleaning-Smoothie-Margaritas-Cocktails/dp/B0FFGR6DG9

November 6, 2025

Exhibit 17 (PX-20)



Exhibit 14



Exhibit 19



Exhibit 21

7



Exhibit 23

## VI.   Seller ID/Brand Name: VNN

21.   Exhibit 25 is a true and correct copy of a screenshot I took of the VNN slush machine marketplace listing from Amazon.com (https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TYD6L6) on November 6, 2025, which is included in Schedule A.

22.   Below is a chart reproducing Exhibits 13 and 14 comprising images I took of the purchased Pambee slush machine and its collection tray, next to Exhibit 25, which is a true and correct copy of a screenshot I took of the VNN slush machine marketplace listing from Amazon.com                         (https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TYD6L6):

| Pambee | VNN |
|--------|-----|
|        |     |



Exhibit 13



Photograph of VNN Accused Product

Obtained from: https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TYD6L6

November 6, 2025

Exhibit 25



Exhibit 14

## VII.   Seller ID/Brand Name: Auriswell

23.     Exhibit 26 is a true and correct copy of admitted PX-15 comprising a screenshot I took of the Auriswell slush machine marketplace listing from Amazon.com (https://www.amazon.com/AURISWELL-Slushie-Machine-Home-Reservation/dp/B0F9Y1VZ6B) on November 6, 2025.

24.     Exhibit 27 is a true and correct copy of a video I took on December 20, 2025 of an Auriswell slush machine that I purchased from Amazon.com on December 15, 2025 (https://www.amazon.com/AURISWELL-Slushie-Machine-Home-

Reservation/dp/B0F9Y1VZ6B).  *See* Exhibit 12 (copy of the receipt I obtained evidencing the completed sale of an Auriswell slush machine from Amazon.com (also admitted as PX-44)).

25.     Exhibits 28-31 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 27 showing the slush machine and the collection tray of the Auriswell slush machine that I purchased from Amazon.com.

**VIII.    Seller ID/Brand Name: Kelteroom**

26.     Exhibit 32 is a true and correct copy of admitted PX-16 comprising a screenshot I took of the Kelteroom slush machine marketplace listing from Amazon.com (https://www.amazon.com/KELTEROOM-Slushie-Machine-Home-Display/dp/B0FGXC31SR) on November 6, 2025.

27.     Exhibit 33 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for a Kelteroom slush machine (https://www.amazon.com/KELTEROOM-Slushie-Machine-Home-Display/dp/B0FGXC31SR) that includes a video for the product showing a collection tray from the slush machine.

28.     Exhibits 34-37 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 33 showing the collection tray of the Kelteroom slush machine.

29.     Below is a chart reproducing Exhibits 28 and 29 comprising images I took of the purchased Auriswell slush machine and its collection tray, next to Exhibit 32, which is a true and correct copy of admitted PX-16 comprising a screenshot I took of the Kelteroom slush machine marketplace listing from Amazon.com (https://www.amazon.com/KELTEROOM-Slushie-Machine-Home-Display/dp/B0FGXC31SR), and Exhibits 34-35, which are true and correct copies of screenshots of Exhibit 33 showing the collection tray of the Kelteroom slush machine:



| Auriswell | Kelteroom |
|---|---|

Exhibit 28

Exhibit 29

Exhibit 32 (PX-16)

Exhibit 34

Exhibit 35

## IX.    Seller ID/Brand Name: Haysky

30.    Exhibit 38 is a true and correct copy of a screenshot I took of the Haysky slush

machine marketplace listing from Walmart.com (https://www.walmart.com/ip/Slushie-Machine-

Slushy-Machine-Home-Commercial-Ice-Needed-Frozen-Drink-Maker-6-Preset-Programs-Margaritas-Frapp-s-Ice-Cream-One-Touch-Reservation-Sel/17167917279) on November 6, 2025, which is included in Schedule A.

31.     Below is a chart reproducing Exhibits 28 and 29 comprising images I took of the purchased Auriswell slush machine and its collection tray, next to Exhibit 38, which is a true and correct copy of a screenshot I took of the Haysky slush machine marketplace listing from Walmart.com                  (https://www.walmart.com/ip/Slushie-Machine-Slushy-Machine-Home-Commercial-Ice-Needed-Frozen-Drink-Maker-6-Preset-Programs-Margaritas-Frapp-s-Ice-Cream-One-Touch-Reservation-Sel/17167917279):



| Auriswell | Haysky |
|---|---|
| Exhibit 28 | Photograph of Haysky Accused Product<br>Obtained from: https://www.walmart.com/ip/Slushie-Machine-Slushy-Machine-Home-Commercial-Ice-Needed-Frozen-Drink-Maker-6-Preset-Programs-Margaritas-Frapp-s-Ice-Cream-One-Touch-Reservation-Sel/17167917279<br>November 6, 2025<br>Exhibit 38 |
| Exhibit 29 | |

X.    **Seller ID/Brand Name: Wongic**

32.     Exhibit 39 is a true and correct copy of admitted PX-12 comprising a screenshot I took of the Wongic slush machine marketplace listing from Amazon.com (https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1D3SKK7) on November 6, 2025.

33.     Exhibit 40 is a true and correct copy of a video I took on December 20, 2025 of a Wongic slush machine that I purchased from Amazon.com on December 15, 2025 (https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1D3SKK7).  *See* Exhibit 41 (copy of the receipt I obtained evidencing the completed sale of a Wongic slush machine from Amazon.com, which further includes a true and correct copy of the marketplace listing for the Wongic slush machine that I purchased (also admitted as PX-47)).

34.     Exhibits 42-45 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 40 showing the slush machine and the collection tray of the Wongic slush machine.

XI.    **Seller ID/Brand Name: Tefoqu**

35.     Exhibit 46 is a true and correct copy of admitted PX-11 comprising a screenshot I took of the Tefoqu slush machine marketplace listing from Amazon.com (https://www.amazon.com/Programs-Required-Margaritas-Slushies-Milkshakes/dp/B0F5HMF8HM) on November 6, 2025.

36.     Exhibit 47 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for a Tefoqu slush machine (https://www.amazon.com/Programs-Required-Margaritas-Slushies-

Milkshakes/dp/B0F5HMF8HM) that includes a video for the product showing a collection tray from the slush machine.

37.     Exhibits 48-54 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 47 showing the collection tray of the Tefoqu slush machine.

38.     Below is a chart reproducing Exhibits 42 and 43 comprising images I took of the purchased Wongic slush machine and its collection tray, next to Exhibit 46, which is a true and correct copy of admitted PX-11 comprising a screenshot I took of the Tefoqu slush machine marketplace listing from Amazon.com (https://www.amazon.com/Programs-Required-Margaritas-Slushies-Milkshakes/dp/B0F5HMF8HM), and Exhibits 48, 50-51, which are true and correct copies of screenshots of Exhibit 47 showing the collection tray of the Tefoqu slush machine:

| Wongic | Tefoqu |
|--------|--------|
|  | |



Exhibit 43

Exhibit 48

Exhibit 50

Exhibit 51

## XII.    Seller ID/Brand Name: Dutepa

39.     Exhibit 55 is a true and correct copy of admitted PX-14 comprising a screenshot I

took   of   the   Dutepa   slush   machine   marketplace   listing   from   Amazon.com

(https://www.amazon.com/Slushie-Machine-Home-Self-Cleaning-

Milkshakes/dp/B0F9FXR3ZT) on November 6, 2025.

40.     Below is a chart reproducing Exhibits 42 and 43 comprising images I took of the

purchased Wongic slush machine and its collection tray, next to Exhibit 55, which is a true and

correct copy of admitted PX-14 comprising a screenshot I took of the Dutepa slush machine marketplace listing from Amazon.com (https://www.amazon.com/Slushie-Machine-Home-Self-Cleaning-Milkshakes/dp/B0F9FXR3ZT):



| Wongic | Dutepa |
|---|---|
| Exhibit 42<br>Exhibit 43 | Exhibit 55 (PX-14) |

## XIII.  Seller ID/Brand Name: IceSwirls

41.     Exhibit 56 is a true and correct copy of admitted PX-10 comprising a screenshot I took of the IceSwirls slush machine marketplace listing from Amazon.com

(https://www.amazon.com/IceSwirls-Programs-Auto-Clean-Professional-Margarita/dp/B0F48T1X1L) on November 6, 2025.

42.     Exhibit 57 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for an IceSwirls slush machine (https://www.amazon.com/IceSwirls-Programs-Auto-Clean-Professional-Margarita/dp/B0F48T1X1L) that includes a video for the product showing a collection tray from the slush machine.

43.     Exhibits 58-61 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 57 showing the collection tray of the IceSwirls slush machine.

44.     Below is a chart reproducing Exhibits 42 and 43 comprising images I took of the purchased Wongic slush machine and its collection tray, next to Exhibit 56, which is a true and correct copy of admitted PX-10 comprising a screenshot I took of the IceSwirls slush machine marketplace listing from Amazon.com (https://www.amazon.com/IceSwirls-Programs-Auto-Clean-Professional-Margarita/dp/B0F48T1X1L) and Exhibits 59-60, which are true and correct copies of screenshots of Exhibit 57 showing the collection tray of the IceSwirls slush machine :

| Wongic | IceSwirls |
|--------|-----------|
|        |           |

17



Exhibit 42

Exhibit 43

PX 10

Photograph of IceSwirls Accused Product

Obtained from: https://www.amazon.com/IceSwirls-Programs-Auto-Clean-Professional-Margarita/dp/B0F48T1X1L

November 6, 2025

Exhibit 56 (PX-10)

Exhibit 59

Exhibit 60

## XIV.   Seller ID/Brand Name: Inoviva

45.    Exhibits 62-64 are true and correct copies of admitted PX-7-9 comprising screenshots I took of the Inoviva slush machine marketplace listings from Amazon.com (https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0F3XG4RCY;   https://www.amazon.com/Self-Cleaning-Function-Professional-

18

Margaritas-

Milkshake/dp/B0DGKK97G7;          https://www.amazon.com/S1-2-Self-Cleaning-Professional-

Margaritas-

Milkshake/dp/B0F2N2R6M3 (respectively)) on November 6, 2025.

46.     Exhibit 65 is a true and correct copy of a video I took on December 20, 2025 of an Inoviva slush machine that I purchased from Amazon.com on December 16, 2025 (https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-

Milkshake/dp/B0DGKK97G7).  *See* Exhibit 66 (copy of the receipt I obtained evidencing the completed sale of an Inoviva slush machine from Amazon.com (also admitted as PX-46)).

47.     Exhibits 67-69 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 65 showing the slush machine and the collection tray of the Inoviva slush machine.

## XV.     Seller ID/Brand Name: Fohere

48.     Exhibits 70-71 are true and correct copies of admitted PX-18-19 comprising screenshots I took of the Fohere slush machine marketplace listings from Walmart.com and Amazon.com      (https://www.walmart.com/ip/Professional-Slushie-Machine-5-Presets-Frozen-Margaritas-Frapp-s-Milkshakes-Black-FOHERE/13237064625;      https://www.amazon.com/15-Minute-Professional-Reservation-Self-Clean-

Margaritas/dp/B0F1CX9BDK (respectively)) on November 6, 2025.

49.     Exhibit 72 is a true and correct copy of a video I took on December 20, 2025 of a Fohere slush machine that I purchased from Amazon.com on December 15, 2025 (https://www.amazon.com/dp/B0F1CXXM1G?ref=ppx_yo2ov_dt_b_fed_asin_title). *See* Exhibit 12 (copy of the receipt I obtained evidencing the completed sale of a Fohere slush machine from

Amazon.com, which further includes a true and correct copy of the marketplace listing for the Fohere slush machine that I purchased (also admitted as PX-44)).

50.     Exhibits 73-75 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 72 showing the slush machine and the collection tray of the Fohere slush machine.

## XVI.    Seller ID/Brand Name: Foyoconven

51.     Exhibit 76 is a true and correct copy of a video I took on December 20, 2025 of a Foyoconven slush machine that is not identified accused product on Schedule A that I purchased from Amazon.com on October 2, 2025.  *See* Exhibit 77 (copy of the receipt I obtained evidencing the completed sale of a Foyoconven slush machine from Amazon.com, which further includes a true and correct copy of the marketplace listing I obtained from Amazon.com for the Foyoconven slush machine that I purchased).

52.     Exhibits 78-81 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 76 showing the Foyoconven slush machine and the collection tray of the slush machine.

## XVII.   Seller ID/Brand Name: Hewcham/Airpher

53.     Exhibit 82 is a true and correct copy of admitted PX-3 comprising a screenshot I took of the Hewcham/Airpher slush machine marketplace listing from Walmart.com (https://www.walmart.com/ip/Slushie-Machine-Frozen-Drink-Maker-with-7-Preset-Modes-Self-Cleaning-35-Min-Quick-Freeze-Frozen-Margaritas-Milkshake-for-Home/16979723141)     on November 6, 2025.

54.     Below is a chart reproducing Exhibits 78 and 79 comprising images I took of the purchased Foyoconven slush machine and its collection tray, next to Exhibit 82, which is a true and correct copy of admitted PX-3 comprising a screenshot I took of the Hewcham/Airpher slush

machine marketplace listing from Walmart.com (https://www.walmart.com/ip/Slushie-Machine-Frozen-Drink-Maker-with-7-Preset-Modes-Self-Cleaning-35-Min-Quick-Freeze-Frozen-Margaritas-Milkshake-for-Home/16979723141):



| Foyoconven | Hewcham/Airpher |
|---|---|
| Exhibit 78 | **PX 3**<br><br>Photograph of Hewcham/Airpher Accused Product<br>Obtained from: https://www.walmart.com/ip/Slushie-Machine-Frozen-Drink-Maker-with-7-Preset-Modes-Self-Cleaning-35-Min-Quick-Freeze-Frozen-Margaritas-Milkshake-for-Home/16979723141<br><br>November 6, 2025<br><br>Exhibit 82 (PX-3) |
| Exhibit 79 | |

## XVIII.   Seller ID/Brand Name: Amaxxo

55.   Exhibit 83 is a true and correct copy of admitted PX-6 comprising a screenshot I took of the Amaxxo slush machine marketplace listing from Amazon.com

(https://www.amazon.com/Slushie-Machine-Home-15-60Mins-Milkshakes/dp/B0F4XF9C5D) on November 6, 2025.

56.     Exhibit 84 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for an Amaxxo slush machine (https://www.amazon.com/Slushie-Machine-Home-15-60Mins-Milkshakes/dp/B0F4XF9C5D) that includes a video for the product showing a collection tray from the slush machine.

57.     Exhibits 85-89 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 84 showing the collection tray of the Amaxxo slush machine.

58.     Below is a chart reproducing Exhibits 78 and 79 comprising images I took of the purchased Foyoconven slush machine and its collection tray, next to Exhibit 83, which is a true and correct copy of admitted PX-6 comprising a screenshot I took of the Amaxxo slush machine marketplace listing from Amazon.com (https://www.amazon.com/KELTEROOM-Slushie-Machine-Home-Display/dp/B0FGXC31SR), and Exhibits 86-87, which are true and correct copies of screenshots of Exhibit 84 showing the collection tray of the Amaxxo slush machine:

| Foyoconven | Amaxxo |
|------------|--------|
|            |        |



XIX.    **Seller ID/Brand Name: Teendow**

59.    Exhibit 90 is a true and correct copy of admitted PX-5 comprising a screenshot I

took    of    the    Teendow    slush    machine    marketplace    listing    from    Target.com

(https://www.target.com/p/teendow-slushie-machine-68-oz-slushy-machine-for-

home-frozen-drink-maker-with-6-presets-led-display-self-cleaning-4h-freshness-for-parties/-/A-1005969694#lnk=sametab) on November 6, 2025.

60.     Below is a chart reproducing Exhibits 78 and 79 comprising images I took of the purchased Foyoconven slush machine and its collection tray, next to Exhibit 90, which is a true and correct copy of admitted PX-5 comprising a screenshot I took of the Teendow slush machine marketplace listing from Target.com (https://www.target.com/p/teendow-slushie-machine-68-oz-slushy-machine-for-

home-frozen-drink-maker-with-6-presets-led-display-self-cleaning-4h-freshness-for-parties/-/A-1005969694#lnk=sametab):

| Foyoconven | Teendow |
|---|---|
|   Exhibit 78 |   Exhibit 90 (PX-5) |



Exhibit 79

## XX. Seller ID/Brand Name: EastPlus

61.     Exhibit 91 is a true and correct copy of admitted PX-4 comprising a screenshot I took of the EastPlus slush machine marketplace listing from Amazon.com (https://www.amazon.com/Slushie-Machine-EASTPUS-Presets-Self-Cleaning/dp/B0F99FVC3V) on November 6, 2025.

62.     Below is a chart reproducing Exhibits 78 and 79 comprising images I took of the purchased Foyoconven slush machine and its collection tray, next to Exhibit 91, which is a true and correct copy of admitted PX-4 comprising a screenshot I took of the EastPlus slush machine marketplace listing from Amazon.com (https://www.amazon.com/Slushie-Machine-EASTPUS-Presets-Self-Cleaning/dp/B0F99FVC3V):

| Foyoconven | EastPlus |
|:---:|:---:|



Exhibit 78

Exhibit 79

**PX 4**

Photograph of EastPlus Accused Product

Obtained from: https://www.amazon.com/Slushie-Machine-EASTPUS-Presets-Self-Cleaning/dp/B0F99FVC3V

November 6, 2025

Exhibit 91 (PX-4)

## XXI.   Seller ID/Brand Name: Vevor

63.     Exhibits 92-93 are true and correct copies of screenshots I took of the Vevor slush

machine        marketplace        listings        from        Amazon.com        and        Bestbuy.com

(https://www.amazon.com/VEVOR-Margarita-Self-Cleaning-Margaritas-

Milkshake/dp/B0F6TB992W; https://www.bestbuy.com/product/vevor-slushie-machine-2l-68oz-

no-ice-needed-slushy-machine-for-home-frozen-drink-maker-with-6-preset-programs-gray/JJGHK48R4W (respectively)) on November 6, 2025, which are included in Schedule A.

64.    Exhibit 94 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for a Vevor slush machine (https://www.amazon.com/VEVOR-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0F6TB992W) that includes a video for the product showing a collection tray from the slush machine.

65.    Exhibits 95-97 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 94 showing the collection tray of the Vevor slush machine.

66.    Below is a chart reproducing Exhibits 78 and 79 comprising images I took of the purchased Foyoconven slush machine and its collection tray, next to Exhibits 92-93, which are true and correct copies of screenshots I took of the Vevor slush machine marketplace listings from Amazon.com and Bestbuy.com (https://www.amazon.com/VEVOR-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0F6TB992W;        https://www.bestbuy.com/product/vevor-slushie-machine-2l-68oz-no-ice-needed-slushy-machine-for-home-frozen-drink-maker-with-6-preset-programs-gray/JJGHK48R4W (respectively)), and Exhibits 95-96, which are true and correct copies of screenshots of Exhibit 94 showing the collection tray of the Vevor slush machine:

| Foyoconven | Vevor |
|:---:|:---:|
| | |



Exhibit 78



Exhibit 79



Photograph of VEVOR Accused Product

Obtained from: https://www.amazon.com/VEVOR-Margarita-Self-Cleaning-Margaritas-Milkshake/dp/B0F6TB992W

November 6, 2025

Exhibit 92



Photograph of Vevor Accused Product

Obtained from: https://www.bestbuy.com/product/vevor-slushie-machine-2l-68oz-no-ice-needed-slushy-machine-for-home-frozen-drink-maker-with-6-preset-programs-gray/JJGHK48R4W

November 6, 2025

Exhibit 93



Exhibit 95

|  | <br>Exhibit 96 |
|  |  |

## XXII.   Seller ID/Brand Name: HCY

67.     Exhibit 98 is a true and correct copy of a screenshot I took of the HCY slush machine marketplace listing from Walmart.com (https://www.walmart.com/ip/2L-Frozen-Drink-Maker-Slushy-Machine-6-Preset-Programs-Ice-Needed-Rapid-Cooling-Self-Cleaning-Ideal-Home-Milkshakes-Frapp-s-Slush-Alcoholic-Beverages/17283450013) on November 6, 2025, which is included in Schedule A.

68.     Below is a chart reproducing Exhibits 78 and 79 comprising images I took of the purchased Foyoconven slush machine and its collection tray, next to Exhibit 98, which is a true and correct copy of a screenshot I took of the HCY slush machine marketplace listing from Walmart.com   (https://www.walmart.com/ip/2L-Frozen-Drink-Maker-Slushy-Machine-6-Preset-Programs-Ice-Needed-Rapid-Cooling-Self-Cleaning-Ideal-Home-Milkshakes-Frapp-s-Slush-Alcoholic-Beverages/17283450013):

| **Foyoconven** | **HCY** |
| --- | --- |

29



Exhibit 78

Exhibit 79

Photograph of HCY Accused Product

Obtained from: https://www.walmart.com/ip/2L-Frozen-Drink-Maker-Slushy-Machine-6-Preset-Programs-Ice-Needed-Rapid-Cooling-Self-Cleaning-Ideal-Home-Milkshakes-Frppp-s-Slush-Alcoholic-Beverages/17283450013

November 6, 2025

Exhibit 98

## XXIII.    Seller ID/Brand Name: Gasbye

69.    Exhibit 99 is a true and correct copy of a screenshot I took of the Gasbye slush machine marketplace listing from Amazon.com (https://www.amazon.com/Gasbye-Slushie-Machine-Capacity-Milkshakes/dp/B0F54QXHGX) on November 6, 2025, which is included in Schedule A.

70.    Exhibit 100 is a true and correct copy of a screenshot I took on December 22, 2025 of an image posted by Amazon.com user Meghan O'Neill of a Gasbye slush machine user manual showing a collection tray for the Gasbye slush machine that was posted in connection with a

30

marketplace    listing    from    Amazon.com    for    the    Gasbye    slush    machine (https://www.amazon.com/Gasbye-Slushie-Machine-Capacity-

Milkshakes/dp/B0F54QXHGX/ref=sr_1_117?crid=1BUTD321DHCSK&dib=eyJ2IjoiMSJ9.BQ

MeA7hsbTtwa0nSwNuR_TQYPKmKCZsD56CzM9akvSvGjHj071QN20LucGBJIEps.zWp6zO

qYWyS8hbQ6_Pc7X_HWetos3jA_A-

vLDFfP82Q&dib_tag=se&keywords=slushie%2Bmaker%2Bmachine&qid=1759437117&sprefi

x=slushi%2Bmaker%2Bmachine%2Caps%2C97&sr=8-117&xpid=6r-i8h5rIBpH1&th=1).

**XXIV.    Seller ID/Brand Name: Sozt**

71.    Exhibit 101 is a true and correct copy of a screenshot I took of the Sozt slush machine marketplace listing from Amazon.com (https://www.amazon.com/Slushie-Machine-88oz-All-One/dp/B0F5W1Z5MS) on November 6, 2025, which is included in Schedule A.

72.    Exhibit 102 is a true and correct copy of a video I took on December 20, 2025 of a Sozt slush machine that I received from Daniel McLoughlin of SharkNinja on December 18, 2025. *See* Exhibit 103 (copy of the purchase receipt dated July 28, 2025 from Kirrill Kabanchik of SharkNinja for a Sozt slush machine ordered by Kirrill Kabanchik evidencing the completed sale of a Sozt slush machine from Amazon.com).

73.    Exhibits 104-107 are true and correct copies of screenshots I took on December 20, 2025 of Exhibit 102 showing the slush machine and the collection tray of the slush machine.

**XXV.    Seller ID/Brand Name: Velieta**

74.    Exhibit 108 is a true and correct copy of a screenshot I took of the Velieta slush machine    marketplace    listing    from    Amazon.com    (https://www.amazon.com/Commercial-

Adjustable-Thickness-Smoothies-Milkshakes/dp/B0DQKB4G7R) on November 6, 2025, which is included in Schedule A.

75.     Exhibit 109 is a true and correct copy of a video I took on December 21, 2025 of a screen recording of an Amazon.com marketplace listing for a Velieta slush machine (https://www.amazon.com/Commercial-Adjustable-Thickness-Smoothies-Milkshakes/dp/B0DQKB4G7R) that includes a video for the product showing a collection tray from the slush machine.

76.     Exhibits 110-114 are true and correct copies of screenshots a law clerk at my direction took on December 21, 2025 of Exhibit 108 showing the collection tray of the Velieta slush machine.

77.     Below is a chart reproducing Exhibits 104 and 105 comprising images I took of the purchased Sozt slush machine and its collection tray, next to Exhibit 108, which is a true and correct copy of a screenshot I took of the Sozt slush machine marketplace listing from Amazon.com               (https://www.amazon.com/Commercial-Adjustable-Thickness-Smoothies-Milkshakes/dp/B0DQKB4G7R), and Exhibits 111 and 113, which are true and correct copies of screenshots of Exhibit 109 showing the collection tray of the Velieta slush machine:

| Sozt | Velieta |
|:----:|:-------:|



Exhibit 104

Exhibit 105

Photograph of Velieta Accused Product

Obtained from: https://www.amazon.com/Commercial-Adjustable-Thickness-Smoothies-Milkshakes/dp/B0DQKB4G7R

November 6, 2025

Exhibit 108

Exhibit 111

Exhibit 113

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed this 26th day of December, 2025 in West Hartford ,Connecticut.

David Brzozowski