UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 25-cv-25323-RAR-LOUIS

SHARKNINJA OPERATING LLC, *et al.*,

        Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

**PLAINTIFFS' NOTICE REGARDING PX 79 / EX. 9 TO THE BRZOZOWSKI DECL.**

Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja"), through undersigned counsel, provide notice of the Liu Defendants' waived, belated, moot, improper, and unfounded December 30, 2025 email communication to chambers regarding the admissibility of PX 79/Ex. 9 [ECF No. 173-10] to the Declaration of David Brzozowski in Support of SharkNinja's Motion for Preliminary Injunction [ECF 173-1] (the "Brzozowski Declaration"), which has already been admitted into evidence.

As a preliminary matter, Mr. Liu's correspondence raising an evidentiary objection with the Court is improper pursuant to the Local Rules. Indeed, Local Rule 7.7 states that "[u]nless invited or directed by the presiding judge, attorneys and parties shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments[.]" The Court had neither invited nor directed the parties to

present evidentiary objections to the Court via email; therefore, Mr. Liu has improperly raised this evidentiary objection to the Court.

Regardless, Plaintiffs have laid the proper foundation and established the authenticity of Plaintiffs' Exhibit 79, which the Liu Defendants did not challenge either before or during the Preliminary Injunction hearing.[1] Federal Rule of Evidence 902(13) deems self-authenticating "[a] record generated by an electronic process or system that produces an accurate result, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12)."[2] Plaintiffs' Exhibit 79 comprises a screenshot of a Sozt accused product taken from a URL (identified on the exhibit) on November 6, 2025. Additionally, the Brzozowski Declaration explains that Exhibit 9 "is a true and correct copy of a screenshot [taken] of the Sozt slush machine marketplace listing from Amazon.com (https://www.amazon.com/Versatile-Programs-Innovative-Technology-Auto-Clean/dp/B0FGJF81BX) on November 6, 2025[.]". Brzozowski Decl. at ¶ 12. As such, Mr. Brzozowski, as the custodian of the evidence, established where and when he obtained the evidence comprising Exhibit 9, and in so doing, testified as to his personal knowledge concerning Exhibit 9. No more is required of Plaintiffs to admit this exhibit into evidence. That the Liu defendants point out that the URL *now* does not resolve to the same Sozt accused product depicted in Plaintiffs' Exhibit 79 is not probative of the reliability of the evidence that was obtained *on November 6, 2025* or the sworn statements of Mr. Brzozowski.

---

[1] It is remarkable that Mr. Liu raises this evidentiary objection as to Plaintiffs' Exhibit 79 more than a week after receiving a copy of this exhibit on December 22, 2025, after the meet and confer on this exhibit (and others) where this objection could have been raised, and *after the hearing itself*, during which Mr. Liu withdrew every objection raised with respect to other exhibits Plaintiffs sought to offer into evidence.

[2] Fed. R. Evid. 902(13) further requires that the proponent of the evidence must meet the notice requirements of Rule 902(11), which Plaintiffs contend were satisfied in this case, and which the Liu Defendants do not appear to dispute.

WHEREFORE, Plaintiffs respectfully request that the Court disregard the Liu Defendants' December 30, 2025 email communication to chambers.

Respectfully submitted,

**Kevin C. Kaplan, Esq.**
Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
**Christopher E. Cheek, Esq.**
Florida Bar No. 91363
ccheek@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

**Brian Rosenthal** (admitted *pro hac vice*)
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York NY 10166-0193
Telephone: (212) 351-4000

**Brian Buroker, Esq.** (admitted *pro hac vice*)
bburoker@gibsondunn.com
**Shuo Josh Zhang, Esq.** (admitted *pro hac vice*)
szhang@gibsondunn.com
**David Brzozowski, Esq.** (admitted *pro hac vice*)
dbrzozowski@gibsondunn.com
**Yun Lin, Esq.** (admitted *pro hac vice*)
rlin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500

**David Glandorf, Esq.** (admitted *pro hac vice*)
dglandorf@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1900 Lawrence Street, Suite 3000

Denver, CO 80202-2211
Telephone: (303) 298-5700

*Counsel for Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on January 2, 2026, on all counsel or parties of record on the Service List below:

/s/ Christopher Cheek
Christopher Cheek

| SERVICE LIST |
|---|
| *SharkNinja Operating LLC, et al. v. The Individuals, Corporations, etc.*<br>Case No. 25-CV-25323-RAR |

| | |
|---|---|
| **Ziqi Yu, Esq.**<br>procollider@pm.me<br>chiyu@114514.esq<br>5794 Bird Road, Unit 554<br>Miami, Florida 33155<br>Telephone: (415) 519-5274<br><br>*OF COUNSEL*:<br><br>**Weilian Song, Esq.** (admitted *pro hac vice*)<br>will@xyziplaw.com<br>XYZ LAW FIRM, LLP<br>2131 9th Street NW, Unit 1-565<br>Washington, D.C. 20001<br>Telephone: (857) 869-1626<br><br>**Chengchen Xu, Esq.** (admitted *pro hac vice*)<br>cc.xu.iplaw@hotmail.com<br>418 Broadway #8555<br>Albany, New York 12207<br>Telephone: (858) 280-5570<br><br>*Counsel for Defendants,*<br>*IceSwirls, Tefoqu, Wongic, Dutepa, Auriswell (on Amazon), Auriswell (on Walmart), Kelteroom*<br>*-and-*<br>*Third Party Respondents,*<br>*Grano Chef, oplace, POFABIK, BLIZZEE, NLNYA, Nyzgax* | **Jianyin Liu, Esq.**<br>jamesliulaw@gmail.com<br>jianyin.cdc@gmail.com<br>THE LAW OFFICES OF JAMES LIU PLLC<br>15750 SW 92nd Avenue, Unit 20C<br>Palmetto Bay, Florida 33157<br>Telephone: (305) 209-6188<br><br>*Counsel for Defendants,*<br>*Velieta Direct (Seller ID:A2F6L2SBP8S37C) and Lingmou (Seller ID:A1I3QAV9AFU29B),*<br>*DIGINAVI E-LINK (HONG KONG) LIMITED, DEAPRULL, and SOZT-US*<br>*Bluebow*<br><br>*OF COUNSEL*:<br><br>**Richard Liu, Esq.** (admitted *pro hac vice*)<br>richard.liu@consultils.com<br>**Jared Xu, Esq.** (admitted *pro hac vice*)<br>jared.xu@consultils.com<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone: (626) 628-8894<br><br>*Counsel for Defendant,*<br>*DIGINAVI E-LINK (HONG KONG) LIMITED* |

| | |
|---|---|
| **Adrienne C. Love, Esq.**<br>alove@stearnsweaver.com<br>aruddock@stearnsweaver.com<br>vliethen@stearnsweaver.com<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>106 East College Avenue, Suite 700<br>Tallahassee, Florida 32301<br>Telephone:   (850) 580-7200<br><br>*OF COUNSEL*:<br><br>**Benjamin Bai, Esq.** (admitted *pro hac vice*)<br>benjamin.bai@cn.kwm.com<br>KING & WOOD MALLESONS, LLP<br>50th Floor, 500 Fifth Avenue<br>New York, New York 10110<br>Telephone(s): (212) 319-4755<br>                       (+86) 21-2412-6097<br><br>**Haolu Feng, Esq.** (admitted *pro hac vice*)<br>harry.feng@cn.kwm.com<br>**Yang Guo, Esq.** (admitted *pro hac vice*)<br>guoyang5@cn.kwm.com<br>KING & WOOD MALLESONS, LLP<br>17F, One ICC, 999 Middle Huai Hai Road<br>Shanghai 200031 China<br>Telephone(s): (206) 499-2956<br>                       (+86) 21-2412-6097<br><br>*Counsel for Defendants,*<br>*Gasbye, Fohere, VNN, PAMBEE and WIE* | **Mitchell Abood, Esq.**<br>mabood@pecklaw.com<br>CSemper@pecklaw.com<br>sbateman@pecklaw.com<br>KOConnor@pecklaw.com<br>Tao.Liu@glacier.law<br>wei.wang@glacierlaw.com<br>PECKAR & ABRAMSON, P.C.<br>One Southeast Third Avenue, Suite 2000<br>Miami, Florida 33131<br>Telephone: (305) 358-2600<br>Facsimile:  (305) 375-0328<br><br>*Counsel for Defendants,*<br>*Ningbo Shangyou E-Commerce Co., Ltd., d/b/a Wizaura, Hubei Zhihuigu Technology Co., Ltd., d/b/a Wizaura, Ningbo Linglingqi Cross-Border E-Commerce Co., Ltd., d/b/a Wizaura, Dongdong Century (Hangzhou) Technology Co., Ltd.,d/b/a Syintao, Dongguan Shuhang Yilian (Hong Kong) Co., Ltd.., d/b/a Haysky, Ningbo Qichui Machinery Co., Ltd., d/b/a Roaaee, Changsha Shuohang E-Commerce Co., Ltd., d/b/a Chivalz, Anqing Xi'a Trading Co., Ltd., d/b/a Chivalz, Zhongshan Jiameng Office Supplies Co., Ltd., ., d/b/a Chivalz, Yantai Renqian E-Commerce Co., Ltd., d/b/a Roromall, Yantai Haiga Trading Co., Ltd., d/b/a Towallmark*<br>*Foshan Lihao Weida Technology Co., Ltd., d/b/a UJR, and Shenzhen Junhan E-Commerce Co., Ltd., d/b/a Shakku*<br>*and Third-Party Respondent Shenzhen Manyangda Trading Co., Ltd., d/b/a Lavilys*<br><br>*OF COUNSEL*:<br><br>**Kevin J. O'Connor, Esq.** (*pro hac vice* pending)<br>koconnor@pecklaw.com<br>PECKAR & ABRAMSON, P.C.<br>70 Grand Avenue<br>River Edge, New Jersey 07661<br>Telephone:  (201) 343-3434<br><br>**Wei Wang, Esq.** (*pro hac vice* pending) |

|  | wei.wang@glacier.law <br> **Tao Liu, Esq.** (*pro hac vice* pending) <br> tao.liu@glacier.law <br> GLACIER LAW LLP <br> 41 Madison Avenue, Suite 2529 <br> New York, New York 10010 <br> Telephone:  (212) 729-5073 <br><br> *Counsel for Defendants,* <br> *Ningbo Shangyou E-Commerce Co., Ltd., d/b/a Wizaura, Hubei Zhihuigu Technology Co., Ltd., d/b/a Wizaura, Ningbo Linglingqi Cross-Border E-Commerce Co., Ltd., d/b/a Wizaura, Dongdong Century (Hangzhou) Technology Co., Ltd.,d/b/a Syintao, Ningbo Qichui Machinery Co., Ltd., d/b/a Roaaee, Changsha Shuohang E-Commerce Co., Ltd., d/b/a Chivalz, Anqing Xi'a Trading Co., Ltd., d/b/a Chivalz, Zhongshan Jiameng Office Supplies Co., Ltd., ., d/b/a Chivalz, Yantai Renqian E-Commerce Co., Ltd., d/b/a Roromall, Yantai Haiga Trading Co., Ltd., d/b/a Towallmark* <br> *and Yantai Kongqueju E-Commerce Co., Ltd., d/b/a ExploreHorizon,* <br> *Ningbo Mengshu Furniture Co., Ltd., d/b/a Oylus, Ningbo Petbobi Pet Products Co., Ltd. d/b/a Rellytech, and Ningbo Gaotong Business Service Co., Ltd., d/b/a FlameMore, Dongguan Shenzhaodao Trading Co., Ltd., d/b/a Ezbasics* <br> *-and -* <br> *Third-Party Respondents,* <br> *Hangzhou Shuzhi Interactive Technology Co., Ltd., d/b/a WALKLINK, Yantai Zhirun E-Commerce Co., Ltd., d/b/a, Garvee and Fuzhou Mijia Electric Appliance Co., Ltd., d/b/a REVOTIO* |

| | |
|---|---|
| **Shanshan Liang, Esq.**<br>sliang@customscourt.com<br>lcosta@customscourt.com<br>LIANG + MOONEY, PLLC<br>2104 Delta Way, Suite 1<br>Tallahassee, Florida 32303<br>Telephone: (850) 893-0670<br><br>OF COUNSEL:<br><br>**Lance Y. Liu, Esq.** (admitted *pro hac vice*)<br>lanceliu2000@gmail.com<br>15 Minuteman Circle<br>Southbury, Connecticut 06488<br>Telephone: (203) 706-9536<br><br>**Joseph A. Farco, Esq.** (admitted *pro hac vice*)<br>jfarco@bochner.law<br>BOCHNER PLLC<br>1040 Avenue of the Americas, 15th Floor<br>New York, New York 10018<br>Telephone: (646) 971-0685<br><br>*Counsel for Defendants,*<br>*(1) Hewcham,*<br>*(2) Eastplus,*<br>*(3) Teendow*<br>*(4) VEVOR (Bestbuy),*<br>*(5) VEVOR (Walmart),*<br>*(6) VEVOR (Amazon)*<br>*(7) HCY Wholesale (Walmart),*<br>*(8) Amaxxo,*<br><br>*Third-Party Respondents,*<br>*(9) VEVOR Store Simplego,*<br>*(10) Eastplus-US*<br>*(11) Kitchen-Store USA,*<br>*(12) BloomMap,*<br>*(13) Vischic Direct,*<br>*(14) LINZHIKEJI,*<br>*(15) ZABINS,*<br>*(16) TATAANTY,*<br>*(17) TOKXTIK,*<br>*(18) LIAPOTT,*<br>*(19) CULVANI,*<br>*(20) Acaspresso,* | **Emily M. Heim, Esq.**<br>emilymarieheim540@gmail.com<br>emily@bayramoglu-legal.com<br>733 5th Avenue N., #3<br>St. Petersburg, Florida 33701<br>Telephone: (771) 777-8280<br><br>OF COUNSEL:<br><br>**Ude Lu, Esq.** (admitted *pro hac vice*)<br>ulu@pvipus.com<br>PV IP<br>6701 Democracy Boulevard, Suite 300<br>Bethesda, Maryland 20817<br>Telephone: (301) 709-7703<br><br>**Donald R. McPhail, Esq.**<br>(admitted *pro hac vice*)<br>dmcphail@vcip.us<br>VANGUARD CREST P.C.<br>1500 K Street NW, Suite 228<br>Washington, D.C.<br>Telephone: (771) 777-8280<br><br>*Counsel for Defendants,*<br>*Shenzhen Fengkai Ecommerce Co., Ltd. and*<br>*Hong Kong Huayun Economic & Trade Co., Ltd.* |

| | |
|---|---|
| *Third-Party Respondent,*<br>*a TX entity and not on Schedule A.*<br>*(21) ZDINGQIN LLC* | |
| **Ricardo A. Ampudia, Esq.**<br>ricardo.ampudia@rimonlaw.com<br>eric.cohen@rimonlaw.com<br>mengmeng.luo@rimonlaw.com<br>RIMON, P.C.<br>333 SE 2nd Avenue, Suite 2000<br>Miami, Florida 33131<br>Telephone:  (202) 991-1516<br><br>*Counsel for Defendant, Sunvivi* | |