# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHARKNINJA OPERATING LLC, and<br>SHARKNINJA SALES COMPANY<br><br>    Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>    Defendants.<br>_____/ | Case No. 1:25-cv-25323 |

## STIPULATION TO EXTEND THE DEADLINE FOR GLACIER PARTIES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Glacier Parties,[1] and the Plaintiffs Sharkninja Operating LLC, and Sharkninja Sales Company's (collectively "Plaintiffs"), by and through their undersigned counsel, hereby respectfully submits this Stipulation to extend Glacier Parties' Opposition to Plaintiffs' Motion for Preliminary Injunction to 12:00 pm ET on January 15, 2026. In support, the Parties state as follows:

---

[1] "Glacier Parties" includes Defendants Ningbo Shangyou E-Commerce Co., Ltd., d/b/a Wizaura, Hubei Zhihuigu Technology Co., Ltd., d/b/a Wizaura, Ningbo Linglingqi Cross-Border E-Commerce Co., Ltd., d/b/a Wizaura, Dongdong Century (Hangzhou) Technology Co., Ltd.,d/b/a Syintao, Ningbo Qichui Machinery Co., Ltd., d/b/a Roaaee, Changsha Shuohang E-Commerce Co., Ltd., d/b/a Chivalz, Anqing Xi'a Trading Co., Ltd., d/b/a Chivalz, Zhongshan Jiameng Office Supplies Co., Ltd., d/b/a Chivalz, Yantai Renqian E-Commerce Co., Ltd., d/b/a Roromall, Yantai Haiga Trading Co., Ltd., d/b/a Towallmark, Yantai Kongqueju E-Commerce Co., Ltd., d/b/a ExploreHorizon, Ningbo Mengshu Furniture Co., Ltd., d/b/a Oylus, Ningbo Petbobi Pet Products Co., Ltd. d/b/a Rellytech, Ningbo Gaotong Business Service Co., Ltd., d/b/a FlameMore, Foshan Lihao Weida Technology Co., Ltd., d/b/a UJR, and Shenzhen Junhan E-Commerce Co., Ltd., d/b/a Shakku (collectively, the "Defendants"), and Third-Party Respondents, Hangzhou Shuzhi Interactive Technology Co., Ltd., d/b/a WALKLINK, Yantai Zhirun E-Commerce Co., Ltd., d/b/a, Garvee, Fuzhou Mijia Electric Appliance Co., Ltd., d/b/a REVOTIO, Shenzhen Manyangda Trading Co., Ltd., d/b/a Lavilys (collectively, the "Third-Party Respondents" and, when referred collectively with Defendants, hereinafter the "Glacier Parties"),

1. On December 15, 2025, the Court entered an order setting, among other deadlines, (i) the deadline for Plaintiffs' responses to the Glacier Parties' written discovery requests as December 29, 2025; (ii) the week of January 5, 2026 for the deposition of Plaintiffs' declarant; and (iii) the deadline for the Glacier Parties' response in opposition to Plaintiffs' Motion for Preliminary Injunction as January 13, 2026. Dkt. 128.

2. On January 7, 2026, the Court denied the Glacier Parties' Expedited Motion to Extend the Expedited Discovery Schedule. Dkt. 199.

3. Following the Court's order, the Parties conferred and agreed that the deposition of Plaintiffs' declarant, Ms. Lessing, will proceed on January 12, 2026.

4. In light of the January 12, 2026, deposition date, the Parties stipulate that the Glacier Parties' deadline to file their opposition to Plaintiffs' Motion for Preliminary Injunction is extended from January 13, 2026 to 12:00 p.m. Eastern Time on January 15, 2026.

5. All other deadlines and provisions in the Court's orders remain unchanged.

Respectfully submitted,

*/s/* Wei Wang
Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
wei.wang@glacier.law

Kevin J. O'Connor
70 Grand Avenue. River Edge,
New Jersey 07661
KOConnor@pecklaw.com
201-343-3434

*/s/* Mitchell Abood
Mitchell Abood, Esq.
PECKAR & ABRAMSON, P.C.
One Southeast Third Avenue

Suite 2000
Miami, Florida 33131
PH: 305-358-2600
Florida Bar No. 10309192
mabood@pecklaw.com

*Counsel for Defendants and Third-Party Respondents Identified Above*

　　　　　　　　 /s/ David Glandorf

**Kevin C. Kaplan, Esq.**
Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
**Christopher E. Cheek, Esq.**
Florida Bar No. 91363
ccheek@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, PH-1
Miami, Florida 33133
Tel:  (305) 858-2900

OF COUNSEL:

**Brian Rosenthal** *(admitted pro hac vice)*
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York NY 10166-0193
Tel:  (212) 351-4000

**Brian Buroker** *(admitted pro hac vice)*
bburoker@gibsondunn.com
**Shuo Josh Zhang** *(admitted pro hac vice)*
szhang@gibsondunn.com
**David Brzozowski** *(pro hac vice refiled)*
dbrzozowski@gibsondunn.com
**Yun Lin** *(admitted pro hac vice)*
rlin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504

Tel:  (202) 955-8500

**David Glandorf** *(admitted pro hac vice)*
dglandorf@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1900 Lawrence Street
Suite 3000
Denver, CO 80202-2211
Tel:  (303) 298-5700

*Counsel for Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company*