**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 25-cv-25323-RAR/LFL**

SHARKNINJA OPERATING LLC, and
SHARKNINJA SALES COMPANY,

        Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

_____/

**PRELIMINARY INJUNCTION ORDER**
**AS TO CERTAIN DEFENDANTS**

**THIS CAUSE** came before the Court on SharkNinja Operating LLC and SharkNinja Sales Company's (collectively, "Plaintiffs") Motion for Preliminary Injunction ("the Motion"), (ECF No. 37) and the joint consent of Plaintiffs and Defendants[1] to the undersigned Magistrate Judge's entry of a final order on the present Motion, (ECF No. 162). As set forth in the Court's March 13, 2026 Order on Plaintiffs' Motion for Preliminary Injunction, the Court **GRANTED** the Motion against the Enjoined Defendants with respect to the claimed infringement of U.S. Patent No.

---

[1] Defendants are Shenzhen Fengkai E-Commerce Co., Ltd. and Hong Kong Huayun Economic & Trade Co., Ltd. ("Inoviva"), Shenzhen Fuduosi Trade Co. Ltd. (深圳福多斯商贸有限公司) ("Fohere"), Foshan Leiboshi Appliance Technology Co., Ltd. (佛山市雷博时电器科 技有限公司) ("Wongic"), and Hangzhou Jukong Enterprise Management Co., ltd. (杭州矩控企 业管理咨询有限公司) ("Auriswell") (together, the "Enjoined Defendants").

12,285,028 (the "'028 Patent"). *See* (ECF No. 269) (the "Second PI Order"). This Order is limited to the undersigned's ruling as to the Enjoined Defendants.

Pursuant to Federal Rule of Civil Procedure 65, 35 U.S.C. § 283, the All Writs Act, and 28 U.S.C. § 1651(a), and based on the findings, authorities, and reasoning set forth in the Second PI Order, (ECF No. 269)—which is fully incorporated herein by reference—and the Court's rulings and consideration of the evidence and argument presented during the evidentiary hearings on December 19, and December 30, 2025, it is **ORDERED** as follows:

A. Each of the Enjoined Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Enjoined Defendants having notice of this Order, are hereby enjoined as follows:

    i.  From manufacturing, importing, advertising, promoting, offering to sell, selling, or distributing for sale in the United States products accused of infringing upon Plaintiffs' '028 Patent ("Accused Products") including the products sold at the following seller sites:[2]

| Defendant | URL |
| --- | --- |
| Wongic | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1D3SKK7 |
| Wongic | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1CXPR4Y |
| Wongic | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1CYKK5Q |
| Wongic | https://www.amazon.com/Slushie-Professional-Programs-Margaritas-Milkshake/dp/B0F1D4N9FW |
| Auriswell (Amazon) | https://www.amazon.com/AURISWELL-Slushie-Machine-Home-Reservation/dp/B0F9Y1VZ6B |
| Inoviva | https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0F3XG4RCY |
| Inoviva | https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0DGKK97G7 |
| Inoviva | https://www.amazon.com/Self-Cleaning-Function-Professional-Programs-Margaritas/dp/B0F1XYDN83 |
| Inoviva | https://www.amazon.com/S1-2-Self-Cleaning-Professional-Margaritas-Milkshake/dp/B0F2N2R6M3 |

---

[2] As identified on Plaintiffs' Schedule "A," (ECF No. 21).

| Defendant | URL |
|---|---|
| Inoviva | https://www.amazon.com/Self-Cleaning-Function-Professional-Margaritas-Milkshake/dp/B0F9XXBCMR |
| Inoviva | https://www.amazon.com/Slushie-Self-Cleaning-Programs-Margaritas-Milkshake/dp/B0DTHRMSRM |
| Inoviva | https://www.walmart.com/ip/Slushie-Machine-Ice-Needed-INOVIVA-72-oz-Frozen-Drink-Maker-Home-Self-Cleaning-5-Preset-Programs-Frozen-Margaritas-Frapp-s-Milkshake/15392313361 |
| Inoviva | https://www.walmart.com/ip/Slushie-Machine-Ice-Needed-88-oz-INOVIVA-Slushy-Machine-Home-Self-Cleaning-Function-Professional-Frozen-Drink-Maker-5-Preset-Programs-Frozen-Margarit/15381007030 |
| Fohere | https://www.amazon.com/15-Minute-Professional-Reservation-Self-Clean-Margaritas/dp/B0F1CX9BDK |
| Fohere | https://www.amazon.com/Slushie-Margarita-Auto-Clean-Freshness-Slushies/dp/B0F1CXXM1G |
| Fohere | https://www.walmart.com/ip/Professional-Slushie-Machine-5-Presets-Frozen-Margaritas-Frapp-s-Milkshakes-Black-FOHERE/13237064625 |
| Fohere | https://www.walmart.com/ip/Professional-Frozen-Drink-Maker-Quickfreeze-Technology-Frozen-Drink-Slushie-Machine-5-Preset-Programs-Frozen-Margaritas-Frapp-s-More-Black-FOHERE/13720319876 |

The Accused Products are frozen drink maker machines, including the above-identified products, as sold by the Enjoined Defendants, that use a mixing vessel as depicted in the following exemplary images of the Accused Products:

| Defendant | Exemplary Accused Product |
|---|---|
| Wongic | |

3

| | |
|---|---|
| |  |
| Auriswell (Amazon) | |

5

| | |
|---|---|
| Inoviva |  |

| Fohere | |
|---|---|
| |  |

ii.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products that infringe the '028 Patent.

iii.  Plaintiffs may provide notice of these proceedings to third parties by delivery of this Order to e-commerce platforms, including Amazon and Walmart, to enforce this Court's Order.  Such correspondence shall not include any qualifications or editorialization on the part of counsel regarding the content of

this Order or the status of these proceedings.  Any communication by Plaintiffs to third parties concerning this Order shall include copies to counsel for the Enjoined Defendants.

iv.    This Order shall apply to the Seller IDs, associated e-commerce stores and websites, and any other Seller IDs, e-commerce stores, domain names, or websites which are being used by the Enjoined Defendants for the purpose of selling the Accused Products.

v.    For the avoidance of doubt, this Order does not include any asset restraint or asset freeze, and is limited to the injunctive relief expressly set forth herein.

vi.    This Preliminary Injunction shall remain in effect during the pendency of this case and until further Order of the Court.

**DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2026.

_____

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE